# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Property Holders, LTD

Chapter 11

Bankruptcy No. 22–00744

Debtor

## NOTICE SETTING TELEPHONIC PRELIMINARY HEARING
## ON MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. 63)

To:

| | |
|---|---|
| Rush M. Shortley, Attorney for Debtor | 319–294–1907 |
| Douglas Dean Flugum, Trustee | 319–389–4581 |
| United States Trustee | |
| Eric J. Langston, Attorney for Amanda Clark/Movant | 314–454–9100 |

**NOTICE IS HEREBY GIVEN** that a **telephonic** preliminary hearing will be held on:

### February 24, 2023 at 02:00 PM

Parties are expected to comply with the Local Rules regarding Motions for Relief from Automatic Stay. In particular, Debtor (and trustee if one is appointed) is reminded that an **answer must be filed at least 7 days prior** to the preliminary hearing. If an answer is not filed and served upon the moving party and United States Trustee, this preliminary hearing will not go forward and the stay will be lifted without further notice to Debtor or trustee.

ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL. Only those parties who have filed and served answers are to be called for the telephonic hearing. The United States Trustee's office shall <u>not</u> be called, unless that office files and serves a written request to participate in the hearing. The telephone number for Chambers is 319–286–2230.

Date: February 9, 2023

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Theresa G. Stapelman*

Deputy Clerk