# United States Bankruptcy Court
## Northern District of Iowa

IN RE:

PROPERTY HOLDERS, LTD,
                Debtor.

Chapter 11

Bankruptcy No. 22-00744

ORDER re: MOTION FOR RELIEF FROM AUTOMATIC STAY

---

The Court has the Motion for Relief from Automatic Stay filed on behalf of Amanda Clark, Creditor (DOC 63) before it for consideration; the record shows a timely objection to the motion was filed by the debtor; a telephonic preliminary hearing was held where counsel for the parties indicated they believed they could work out a resolution of the matter, and they have submitted this stipulated order to resolve the matter. THEREFORE,

IT IS ORDERED relief from the stay is granted to the extent that the Iowa District Court for Linn County shall be permitted to hold a trial in Case No. SCSC259469 to determine factual and legal issues and to render its findings of fact and conclusions of law, but not to enter judgment if it finds in favor of Plaintiff Amanda Clark on any portion of her claims;

IT IS FURTHER ORDERED that should the state court find in favor of Plaintiff Amanda Clark on any portion of her claim, the matter shall be returned to the bankruptcy court for further proceedings.

Dated and entered: March __23__, 2023

_____
Thad J. Collins
Chief Bankruptcy Judge

Approved as to Form & Content:

_____
Rush M. Shortley, Attorney for Debtor

_____
Eric Langston, Attorney for Amanda Clark, Creditor

Order Prepared by: Rush M. Shortley, Attorney for Debtor.