# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| PROPERTY HOLDERS, LTD, | **Bankruptcy No.** 22-00744 |
| Debtor. | **ORDER re: MOTION FOR AUTHORITY TO SELL PROPERTY UNDER 11 USC §363** |

The Court has Debtor's Motion for Authority to Sell Property Under 11 USC §363 (DOC 116) before it for consideration; the Court notes Dupaco Community Credit Union and Greenstate Credit Union have consented to the granting of the relief requested in the motion; and the Court finds that the motion as presented is properly treated as an *ex parte* matter. THEREFORE,

IT IS ORDERED that the relief requested in the motion is granted, and the sale of the property located at 1060 33rd ST NE, Cedar Rapids, IA is authorized to proceed as described in the motion, free and clear of the mortgage lien of the Dupaco Community Credit Union and the judgment lien of GreenState Credit Union;

IT IS FURTHER ORDERED that the lien of the Dupaco Community Credit Union shall attach to the net sale proceeds upon release of its mortgage lien.

Dated and entered: April 26, 2023

_____
Thad J. Collins
Chief Bankruptcy Judge

Approved as to Form & Content:

_____
Rush M. Shortley, Attorney for Debtor

 /s/ Siobhan Briley
Siobhan Briley, Attorney for Greenstate Credit Union

 /s/ Tonya A. Trumm
Tonya A. Trumm, Attorney for Dupaco Community Credit Union

Order Prepared by: Rush M. Shortley, Attorney for Debtor.