# United States Bankruptcy Court
# Northern District of Iowa

IN RE:

PROPERTY HOLDERS, LTD,

                        **Debtor.**

**Chapter 11**

**Bankruptcy No.** 22-00744

**APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANT**

Debtor, by Rush M. Shortley, its attorney, requests relief as follows:

1. Debtor filed this case on November 21, 2022.

2. Debtor in Possession has a need for professional accounting services, particularly for preparation and filing of corporate tax returns and income tax planning associated with the liquidation of a number of parcels of residential real estate.

3. Debtor would like to retain the services of Ronald L. Detweiler, CPA for provision of professional accounting services.

4. Debtor believes Mr. Detweiler to be a competent professional Certified Public Accountant licensed by the State of Iowa and believes he does not have any other connection with this bankruptcy, the creditors or any other party in interest, and that he does not have any interest adverse to the debtor, the United States Trustee, the trustee appointed in this case or the estate. A copy of Mr. Detweiler's license from the State of Iowa is attached as Exhibit A and a biography setting out his education and experience is attached as Exhibit B.

5. Debtor is informed that Mr. Detweiler's firm has standard hourly fees for himself and other senior accountants of $250.00 per hour, senior staff accountants of $175.00 per hour, staff accountants of $115.00 per hour and semi-professional staff of $60.00 per hour. Mr. Detweiler's firm would be charging these standard fees to the debtor in possession.

WHEREFORE, Debtors request that this Honorable Court enter its order authorizing the employment of Ronald L. Detweiler as its professional accountant at the standard fees disclosed in the motion and granting such other and further relief which this Honorable Court finds to be agreeable to equity and good conscience.

Dated: April 16, 2023

Respectfully Submitted,

Rush M. Shortley                                      7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor

## RULE 2014(a) VERIFICATION

I, Ronald L. Detweiler, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am a certified public accountant licensed and in good standing admitted to practice in Iowa;

2. Except as disclosed in the above motion and its exhibits, I have no connection with Property Holders, LTD, Debtor, or with any of Debtor's creditors or parties in interest;

3. I am not affiliated with or have any other connection with the office of the United States Trustee or any of its employees.

Dated: April _16_, 2023

_____
Ronald L. Detweiler

### APPROVAL BY DEBTOR

Property Holders, LTD, by its President, Charles A. Davisson, approves the filing of this application for employment, knows of its content and the terms of representation stated therein, and supports the granting of the relief requested in this application.

Dated: April 21, 2023

Property Holders, LTD

By: **/s/ Charles A. Davisson** _____
Charles A. Davisson, its President

# **EXHIBIT A**

 **STATE OF IOWA**

IOWA DEPARTMENT OF COMMERCE
PROFESSIONAL LICENSING AND REGULATION

This is to certify that the below named has been granted a certification
as: Certified Public Accountant.

Certification Number: O03422  Expires: June 30, 2023

Status: Active

Ronald L. Detweiler
Honkamp Krueger & Co., P.C.
1751 Boyson Road
Hiawatha, Iowa 52233



# State of Iowa

## Accountancy Examining Board

Certifies

## Ronald L. Detweiler

having given satisfactory evidence of professional qualifications
as required by the Code of Iowa is duly authorized
to practice in the State of Iowa as a Certified Public Accountant.

In witness thereof the Board grants Certification Number 003422.

This 4th day of August, 1980

S. James Smith
Chair

Rudolfo E Reyes
Vice Chair

# **EXHIBIT B**

# Ron Detweiler
CPA, CSA



## Areas of Focus

Individual & Business Tax Preparation & Compliance
Small Business Consulting & Services
IRS/State Representation
Accounting & Payroll Services

## Biography

Ron Detweiler, CPA, CSA serves in a dual capacity of Chief
Financial Officer for Basepoint Wealth and President of
Basepoint Tax & Accounting. Ron has more than 40 years
of experience providing accounting, tax, business, financial
and advisory client services. He began his career at a
local CPA firm, later founding his own CPA firm, while also
working as a group leader for a public company.

For 17 years he served in management roles as region
director and managing principal for two national firms and
also served concurrent positions as a trusted tax, business,
and financial advisor. He joined corporate H&R Block in
2005, and in 2012, Ron and his firm, Detweiler & Associates
CPAs LLC, joined Honcamp Krueger & Co, PC as part of the
Hiawatha branch.

Ron earned his B.A. in accounting from the University
of Iowa in Iowa City, Iowa, and he is a certified public
accountant (CPA) and a Certified Senior Advisor (CSA)®. His
professional affiliations include the American Institute of
Certified Public Accountants (AICPA) and the Iowa Society
of Certified Public Accountants (ISCPA). He is a decorated
United States Air Force Sergeant, earning the Air Force
Commendation Medal in 1976.

Active in his local community, Ron serves as a member of
the American Legion #298, the Fraternal Order of Eagles,
and the Knights of Columbus.  Since 2010, Ron has served
on the Board of Directors as Treasurer and is the Chairman
of the Endowment and Finance Committee for the National
Czech & Slovak Museum & Library.  Ron also serves as
board Treasurer for the Ecumenical Community Center
Foundation and the Marion Columbus Club.

## Education & Designations

The University of Iowa, BA in Accounting

Certified Public Accountant (CPA)
Certified Senior Advisor (CSA®)

**Ron Detweiler**
CPA, CSA

President

**CONTACT INFO**
4144 Golf Street NE
Cedar Rapids, IA 52402

☎ (319) 826-1898
✉ ron.detweiler@basepointtax.com



Tax Services
Business Accounting
Payroll

Visit Us Online:
www.basepointtax.com



*Basepoint Tax & Accounting, LLC*

BPT202210