# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| PROPERTY HOLDERS, LTD , | **Bankruptcy No. 22-00744** |
| **Debtor.** | **ORDER re: Employment of Accountant** |

The Court Debtor's Application for Employment of Accountant for Debtor (DOC 118) to employ Ronald L. Detweiler as accountant for the debtor in possession before it; no objection to granting the application has been made; and the Court finds good cause for granting the relief requested in the application; THEREFORE,

IT IS ORDERED that Debtor is authorized to employ Ronald L. Detweiler as accountant for the debtor in possession pursuant to 11 U.S.C. § 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure under the terms and conditions stated in the application;

IT IS FURTHER ORDERED that the accountant is permitted to file interim applications for compensation for services and reimbursement of expenses every 60 days for approval by the Court.

Dated and Entered: April 28 , 2023

_____
Thad J. Collins, Chief U. S. Bankruptcy Judge

Order Prepared by Rush M. Shortley, Attorney for Debtor