**Fill in this information to identify the case:**

Debtor Name __Property Holders, Ltd__

United States Bankruptcy Court for the: Northern District of Iowa

Case number: __22-00744__

☐ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __March 2023__

Date report filed: __04/21/2023__
MM / DD / YYYY

Line of business: __Property Inv. & Rental__

NAISC code: __5313__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    __Charles Davisson, President__

Original signature of responsible party    _(signature)_

Printed name of responsible party       __Charles Davisson__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Property Holders, Ltd

Case number 22-00744

---

17. Have you paid any bills you owed before you filed bankruptcy?    ❑ ☑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $  67,997.34

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $  123,576.80

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    − $  165,114.58

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.    + $  -41,537.78

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.    = $  26,459.56

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $  0

   *(Exhibit E)*

---

Debtor Name Property Holders, Ltd

Case number 22-00744

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ _____ 6,000

 *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 1

27. What is the number of employees as of the date of this monthly report? _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____ 31955.53

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 31,955.53

30. How much have you paid this month in other professional fees? $ _____

31. How much have you paid in total other professional fees since filing the case? $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Projected* | − | *Actual* | = | *Difference* |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 141,000 | − | $ 123,576.80 | = | $ 17,423.20 |
| 33. **Cash disbursements** | $ 169,180 | − | $ 165,114.58 | = | $ 4,065.42 |
| 34. **Net cash flow** | $ -28,180 | − | $ -41,537.78 | = | $ 13,357.78 |

35. Total projected cash receipts for the next month: $ _____ 6,000

36. Total projected cash disbursements for the next month: − $ _____ 18,000

37. Total projected net cash flow for the next month: = $ _____ -12,000

Debtor Name  Property Holders, Ltd

Case number 22-00744

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39.  Bank reconciliation reports for each account.

- ☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41.  Budget, projection, or forecast reports.

- ☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

Exhibit C – Cash Receipts for March 2023

1) Proceeds from sale of 1158 28th St SE - $117,695.80 – all went to pay off GSCU 3/14/23
2) Rents: $5881.00

**Exhibit D**
**Listing of Disbursements**
**March 2023**

1) Closing costs for 1158 28th St SE paid to Advantage Escrow = $10,900.20
2) Green State Credit Union payoff = $117,695.80
3) Linn County Taxes = $1404.00
4) Checks written:

| Date | Payee | Amount | Purpose |
|---|---|---|---|
| March 4, 2023 | Mr. Oliver | $800.00 | Subcontractor |
| March 4, 2023 | Mr. White | $950.00 | Subcontractor |
| March 4, 2023 | Mr. Goddard | $220.00 | Subcontractor |
| March 4, 2023 | Mr. Hill | $836.00 | Subcontractor |
| March 6, 2023 | Mr. White | $910.00 | Subcontractor |
| March 7, 2023 | Menards | $784.28 | Supplies |
| March 7, 2023 | Home Depot | $3532.78 | Appliances |
| March 7, 2023 | Mr. Hill | $1100.00 | Subcontractor |
| March 8, 2023 | Alliant Energy | $108.71 | Utilities |
| March 8, 2023 | Alliant Energy | $228.43 | Utilities |
| March 9, 2023 | Menards | $66.43 | Supplies |
| March 10, 2023 | MidAmerican Energy | $1000.00 | Utilities |
| March 10, 2023 | Mr. Oliver | $220.00 | Subcontractor |
| March 10, 2023 | Mr. Goddard | $220.00 | Subcontractor |
| March 10, 2023 | Mr. Avinger | $480.00 | Subcontractor |
| March 10, 2023 | Mr. Davisson | $900.00 | Salary |
| March 10, 2023 | Mr. Wilkins | $1100.00 | Subcontractor (painting) |
| March 10, 2023 | Mr. Hill | $865.00 | Subcontractor |
| March 10, 2023 | Mr. Avinger | $480.00 | Subcontractor |
| March 11, 2023 | Mr. Davisson | $900.00 | Salary |
| March 13, 2023 | Menards | $239.94 | Supplies |
| March 13, 2023 | Mr. Nickels | $784.00 | Subcontractor |
| March 13, 2023 | Mr. White | $700.00 | Subcontractor |
| March 14, 2023 | Mr. White | $900.00 | Subcontractor |
| March 15, 2023 | MidAmerican Energy | $475.52 | Utilities |
| March 15, 2023 | MidAmerican Energy | $593.38 | Utilities |
| March 15, 2023 | Mr. Nickels | $836.00 | Subcontractor |
| March 15, 2023 | Verizon | $637.75 | Service |
| March 16, 2023 | Mr. Davisson | $900.00 | Salary |
| March 16, 2023 | Mr. Wilkins | $950.00 | Subcontractor (painting) |
| March 16, 2023 | Mr. Wilkins | $950.00 | Subcontractor (painting) |
| March 16, 2023 | Mr. White | $960.00 | Subcontractor |
| March 16, 2023 | Mr. Oliver | $750.00 | Subcontractor |

| | | | |
|---|---|---|---|
| March 16, 2023 | Mr. Wilkins | $300.00 | Subcontractor (painting) |
| March 16, 2023 | Mr. White | $900.00 | Subcontractor |
| March 17, 2023 | Mr. Oliver | $849.00 | Subcontractor |
| March 17, 2023 | Mr. Oliver | $550.00 | Subcontractor |
| March 20, 2023 | Mr. Bur | $50.00 | Auto towing |
| March 20, 2023 | Mr. Hill | $748.00 | Subcontractor |
| March 21, 2023 | Ms. Hapgood | $500.00 | Administration |
| March 21, 2023 | Mr. Nickels | $435.00 | Subcontractor |
| March 23, 2023 | Alliant Energy | $532.79 | Utilities |
| March 23, 2023 | Alliant Energy | $893.48 | Utilities |
| March 24, 2023 | Mr. Wilkins | $300.00 | Subcontractor (painting) |
| March 24, 2023 | Mr. Huber | $1500.00 | Tree removal |
| March 24, 2023 | Mr. White | $995.00 | Subcontractor |
| March 24, 2023 | Mr. Avinger | $310.00 | Subcontractor |
| March 24, 2023 | Mr. Oliver | $270.00 | Subcontractor |
| March 24, 2023 | Mr. Hill | $950.00 | Subcontractor |
| March 24, 2023 | Mr. Shortley | $27,580.53 | Legal fees |
| March 24, 2023 | True Value Hdwe | $95.21 | Supplies |
| March 24, 2023 | Menards | $343.15 | Supplies |
| March 27, 2023 | Menards | $171.07 | Supplies |
| March 27, 2023 | A Plus Accounting | $362.78 | Bookkeeping |
| March 27, 2023 | Mr. Flugum | $4375.00 | Trustee |
| March 27, 2023 | Mr. Davisson | $500.00 | Salary |
| March 28, 2023 | Menards | $30.88 | Supplies |
| March 28, 2023 | Menards | $265.09 | Supplies |
| March 28, 2023 | Menards | $125.25 | Supplies |
| March 28, 2023 | Menards | $140.47 | Supplies |
| March 28, 2023 | Menards | $183.84 | Supplies |
| March 28, 2023 | Menards | $156.62 | Supplies |
| March 29, 2023 | MidAmerican Energy | $330.19 | Utilities |

## Schedule F
March 2023 A/R

**1714 6th Ave SE**
Toneka Tolbert
$1,100.00

**1818 7th Ave SE**
William Dan
$1,100.00

**1734 5th Ave SE**
Tony Thurm
$1,000.00

**825 18th St SE**
Sabrina Atkins
$1,000.00

**838 15th St SE**
Faith Profit
$1,000.00

**1841 Washington Ave SE**
Myka Perez
$800.00

**TOTAL:**
$6,000.00



**MEMBER NUMBER:**
20208159

**STATEMENT PERIOD:**          **PAGE:**
03/01/2023 to 03/31/2023        1 of 2

P.O. Box 179
Dubuque, IA  52004-0179

*ELECTRONIC SERVICE REQUESTED*

(563) 557-7600 / (800) 373-7600 / dupaco.com

**ESTATE OF PROPERTY HOLDERS, LTD, DEBTOR**
PO BOX 1214
CEDAR RAPIDS IA 52406-1214



## D U P A C O   C O M M U N I T Y   C R E D I T   U N I O N

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 204499115 | Cash Collateral Account - Dupaco Credit | 25.00 | 3,816.25 |
| SD - 930590898 | Cash Collateral Account - Dupaco Credit | 0.00 | 0.00 |

| Cash Collateral Account - Dupaco Credit | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204499115 | 25.00 | 0.00 | 3,791.25 | 3,816.25 |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.15%        |        Dividends Paid YTD $0.25

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 03/01 | Previous Balance | | | 25.00 |
| 03/16 | Deposit | | 3,791.00 | 3,816.00 |
| | CR Base Rate Change: 0.000 % To 0.150 | | | |
| 03/31 | Dividend Credit | | 0.25 | 3,816.25 |
| 03/31 | Ending Balance | | | 3,816.25 |

| Cash Collateral Account - Dupaco Credit | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590898 | 0.00 | 0.00 | 0.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | There was no activity for this account during the reported period | | | |



**MEMBER NUMBER:**
20208159

**STATEMENT PERIOD:**          **PAGE:**
03/01/2023 to 03/31/2023       2 of 2

S A V E ▶ B O R R O W ▶ I N V E S T ▶ I N S U R E ▶ T R U S T

### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits or payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|--------|--------|
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
| TOTAL  | $      |

Ending Balance
Shown on this
Statement ....................$ _____

Add Deposits
Not Shown on
this Statement..............$ _____

Subtotal.......................$ _____

Subtract Total
Outstanding Drafts.........$ _____

Equals Adjusted
Ending Balance.............$ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY

# Dupaco

*ELECTRONIC SERVICE REQUESTED*

P.O. Box 179
Dubuque, IA  52004-0179

(563) 557-7600 / (800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 1214
CEDAR RAPIDS IA 52406-1214

MEMBER NUMBER:
20208149

STATEMENT PERIOD:        PAGE:
03/01/2023 to 03/31/2023      1 of 3



LET US Peak YOUR Interest[S]
Term share certificate specials
Contact us at 800-373-7600 or service@dupaco.com
Dupaco.com/certificates
Federally Insured by NCUA

## DUPACO COMMUNITY CREDIT UNION

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 204498901 | Savings/Asset Builder | 25.00 | 25.00 |
| SD - 930590815 | Business Checking | 0.00 | 50.42 |

| Savings/Asset Builder | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204498901 | 25.00 | -500.00 | 500.00 | 25.00 |

Titles: Estate of Property Holders, LTD Debtor  in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.00%    |    Dividends Paid YTD $0.00

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 03/01 | Previous Balance | | | 25.00 |
| 03/27 | Deposit | | 500.00 | 525.00 |
| 03/27 | Withdrawal | 500.00 | | 25.00 |
| 03/31 | Ending Balance | | | 25.00 |

| Business Checking | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 0.00 | -73,679.58 | 73,730.00 | 50.42 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | Previous Balance | | | |
| 03/03 | Tfr from XXXXX0823 Internet Banking Tran Estate of Property H, in Possess | | 10,000.00 | 10,000.00 |
| 03/04 | Check #1001 | 800.00 | | 9,200.00 |
| 03/04 | Check #1000 | 950.00 | | 8,250.00 |
| 03/04 | Check #1003 | 220.00 | | 8,030.00 |
| 03/04 | Check #1004 | 836.00 | | 7,194.00 |
| 03/04 | Check #1006 | 830.00 | | 6,364.00 |
| 03/04 | Check #1002 | 450.00 | | 5,914.00 |
| 03/06 | Check #1001 | 910.00 | | 5,004.00 |
| 03/06 | Transfer Deposit | | 30,000.00 | 35,004.00 |
| 03/07 | ACH Debit ORIGCHECK MENARDS 3020 IDMEN0007115 Check #1007 | 784.28 | | 34,219.72 |
| 03/07 | ACH Debit PURCHASE HOME DEPOT 2108 ID9049021913 CEDA  IA Check #1005 | 3,532.07 | | 30,687.65 |
| 03/07 | Check #1003 | 1,100.00 | | 29,587.65 |
| 03/08 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 108.71 | | 29,478.94 |
| 03/08 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 228.43 | | 29,250.51 |
| 03/09 | ACH Debit ORIGCHECK MENARDS 3020 IDMEN0007115 Check #1001 | 66.73 | | 29,183.78 |
| 03/10 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 1,000.00 | | 28,183.78 |
| 03/10 | Check #1011 | 900.00 | | 27,283.78 |



SAVE ▸ BORROW ▸ INVEST ▸ INSURE ▸ TRUST

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 03/10 | Check #1015 | 220.00 | | 27,063.78 |
| 03/10 | Check #1016 | 228.00 | | 26,835.78 |
| 03/10 | Check #1014 | 480.00 | | 26,355.78 |
| 03/10 | Check #1013 | 865.00 | | 25,490.78 |
| 03/11 | Check #1017 | 900.00 | | 24,590.78 |
| 03/13 | ACH Debit ORIGCHECK MENARDS 3020 IDMEN0007115 Check #1009 | 239.94 | | 24,350.84 |
| 03/13 | Check #1018 | 784.00 | | 23,566.84 |
| 03/13 | Check #1012 | 700.00 | | 22,866.84 |
| 03/14 | Check #1020 | 900.00 | | 21,966.84 |
| 03/15 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 475.52 | | 21,491.32 |
| 03/15 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 593.38 | | 20,897.94 |
| 03/15 | Check #1006 | 1,637.75 | | 19,260.19 |
| 03/16 | Check #1030 | 900.00 | | 18,360.19 |
| 03/16 | Check #1026 | 900.00 | | 17,460.19 |
| 03/16 | Check #1032 | 950.00 | | 16,510.19 |
| 03/16 | Check #1031 | 950.00 | | 15,560.19 |
| 03/16 | Check #1029 | 950.00 | | 14,610.19 |
| 03/16 | Check #1024 | 900.00 | | 13,710.19 |
| 03/16 | Check #1025 | 750.00 | | 12,960.19 |
| 03/16 | Check #1023 | 960.00 | | 12,000.19 |
| 03/16 | Check #1028 | 900.00 | | 11,100.19 |
| 03/17 | Transfer Deposit | | 9,320.00 | 20,420.19 |
| 03/17 | Check #1033 | 849.00 | | 19,571.19 |
| 03/17 | Check #1027 | 849.08 | | 18,722.11 |
| 03/17 | Check #1037 | 550.00 | | 18,172.11 |
| 03/20 | Check #1022 | 50.00 | | 18,122.11 |
| 03/20 | Check #1038 | 748.00 | | 17,374.11 |
| 03/21 | Check #1042 | 500.00 | | 16,874.11 |
| 03/21 | Check # | 435.00 | | 16,439.11 |
| 03/23 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 532.79 | | 15,906.32 |
| 03/23 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 893.48 | | 15,012.84 |
| 03/23 | Transfer Deposit | | 6,270.00 | 21,282.84 |
| 03/23 | Transfer Deposit | | 10,000.00 | 31,282.84 |
| 03/24 | Check #1036 | 95.21 | | 31,187.63 |
| 03/24 | Check #1049 | 300.00 | | 30,887.63 |
| 03/24 | Check #1050 | 1,500.00 | | 29,387.63 |
| 03/24 | Check #1053 | 27,580.53 | | 1,807.10 |
| 03/24 | Check #1002 | 343.15 | | 1,463.95 |
| 03/24 | Transfer Deposit | | 3,000.00 | 4,463.95 |
| 03/24 | Check #1055 | 995.00 | | 3,468.95 |
| 03/24 | Check #1056 | 310.00 | | 3,158.95 |
| 03/24 | Check #1057 | 270.00 | | 2,888.95 |
| 03/24 | Check #1058 | 950.00 | | 1,938.95 |
| 03/27 | Check #1046 | 171.07 | | 1,767.88 |
| 03/27 | Check #1051 | 362.78 | | 1,405.10 |
| 03/27 | Transfer Deposit | | 4,000.00 | 5,405.10 |
| 03/27 | Check #1035 | 4,375.00 | | 1,030.10 |
| 03/27 | Check #1061 | 500.00 | | 530.10 |
| 03/28 | Check #1002 | 387.34 | | 142.76 |
| 03/28 | Check #1004 | 30.88 | | 111.88 |
| 03/28 | Transfer Deposit | | 800.00 | 911.88 |
| 03/28 | Check #1005 | 265.09 | | 646.79 |
| 03/28 | Check #1007 | 125.25 | | 521.54 |
| 03/28 | Check #1008 | 140.47 | | 381.07 |
| 03/28 | Check #1010 | 183.84 | | 197.23 |
| 03/28 | Check #1034 | 156.62 | | 40.61 |



**MEMBER NUMBER:**
20208149

**STATEMENT PERIOD:** **PAGE:**
03/01/2023 to 03/31/2023    3 of 3

S A V E ▶ B O R R O W ▶ I N V E S T ▶ I N S U R E ▶ T R U S T

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 03/29 | Deposit | | 340.00 | 380.61 |
| 03/29 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 330.19 | | 50.42 |

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | | DATE | AMOUNT | DRAFT # | | DATE | AMOUNT | DRAFT # | | DATE | AMOUNT | DRAFT # | | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | * | 03/04 | 950.00 | 1007 | * | 03/07 | 784.28 | 1025 | | 03/16 | 750.00 | 1049 | * | 03/24 | 300.00 |
| 1001 | ^ | 03/09 | 66.73 | 1008 | | 03/28 | 140.47 | 1026 | | 03/16 | 900.00 | 1050 | | 03/24 | 1,500.00 |
| 1001 | * | 03/06 | 910.00 | 1009 | ^ | 03/13 | 239.94 | 1027 | | 03/17 | 849.08 | 1051 | | 03/27 | 362.78 |
| 1001 | * | 03/04 | 800.00 | 1010 | | 03/28 | 183.84 | 1028 | | 03/16 | 900.00 | 1053 | * | 03/24 | 27,580.53 |
| 1002 | | 03/28 | 387.34 | 1011 | | 03/10 | 900.00 | 1029 | | 03/16 | 950.00 | 1055 | * | 03/24 | 995.00 |
| 1002 | * | 03/24 | 343.15 | 1012 | | 03/13 | 700.00 | 1030 | | 03/16 | 900.00 | 1056 | | 03/24 | 310.00 |
| 1002 | * | 03/04 | 450.00 | 1013 | | 03/10 | 865.00 | 1031 | | 03/16 | 950.00 | 1057 | | 03/24 | 270.00 |
| 1003 | | 03/07 | 1,100.00 | 1014 | | 03/10 | 480.00 | 1032 | | 03/16 | 950.00 | 1058 | | 03/24 | 950.00 |
| 1003 | * | 03/04 | 220.00 | 1015 | | 03/10 | 220.00 | 1033 | | 03/17 | 849.00 | 1061 | * | 03/27 | 500.00 |
| 1004 | | 03/28 | 30.88 | 1016 | | 03/10 | 228.00 | 1034 | | 03/28 | 156.62 | | | | |
| 1004 | * | 03/04 | 836.00 | 1017 | | 03/11 | 900.00 | 1035 | | 03/27 | 4,375.00 | | | | |
| 1005 | | 03/28 | 265.09 | 1018 | | 03/13 | 784.00 | 1036 | | 03/24 | 95.21 | | | | |
| 1005 | * | 03/07 | 3,532.07 | 1020 | * | 03/14 | 900.00 | 1037 | | 03/17 | 550.00 | | | | |
| 1006 | | 03/04 | 830.00 | 1022 | * | 03/20 | 50.00 | 1038 | | 03/24 | 748.00 | | | | |
| 1006 | * | 03/15 | 1,637.75 | 1023 | | 03/16 | 960.00 | 1042 | * | 03/21 | 500.00 | | | | |
| 1007 | | 03/28 | 125.25 | 1024 | | 03/16 | 900.00 | 1046 | * | 03/27 | 171.07 | | | | |

### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT
The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)
Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ....................$

Add Deposits
Not Shown on
this Statement...............$

Subtotal ........................$

Subtract Total
Outstanding Drafts........$

Equals Adjusted
Ending Balance...............

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY



P.O. Box 179
Dubuque, IA  52004-0179

MEMBER NUMBER:
20208153

STATEMENT PERIOD:          PAGE:
03/01/2023 to 03/31/2023          1 of 2

*ELECTRONIC SERVICE REQUESTED*

(563) 557-7600 / (800) 373-7600 / dupaco.com

**ESTATE OF PROPERTY HOLDERS, LTD, DEBTOR,**
PO BOX 1214
CEDAR RAPIDS IA 52406-1214



LET US Peak YOUR
Interest[S]
Term share
certificate specials
Contact us
at 800-373-7600 or service@dupaco.com
Dupaco.com/certificates          Federally Insured by NCUA

## D U P A C O   C O M M U N I T Y   C R E D I T   U N I O N

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 204498950 | Cash Collateral Account Greenstate Credi | 25.00 | 25.11 |
| SD - 930590823 | Cash Collateral Account Greenstate Credi | 80,591.19 | 83.97 |

| Cash Collateral Account Greenstate Credi | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204498950 | 25.00 | -9,320.00 | 9,320.11 | 25.11 |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.14%     |     Dividends Paid YTD $0.11

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 03/01 | Previous Balance | | | 25.00 |
| 03/14 | Deposit | | 9,320.00 | 9,345.00 |
| | CR Base Rate Change: 0.000  % To 0.150 | | | |
| 03/17 | Transfer Withdrawal | 9,320.00 | | 25.00 |
| | CR Base Rate Change: 0.150  % To 0.000 | | | |
| 03/31 | Dividend Credit | | 0.11 | 25.11 |
| 03/31 | Ending Balance | | | 25.11 |

| Cash Collateral Account Greenstate Credi | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590823 | 80,591.19 | -82,597.22 | 2,090.00 | 83.97 |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 03/01 | Previous Balance | | | 80,591.19 |
| 03/03 | Tfr to XXXXX0815 Internet Banking Transf Estate of Property H, in Possess | 10,000.00 | | 70,591.19 |
| 03/06 | Transfer Withdrawal | 30,000.00 | | 40,591.19 |
| 03/06 | Withdrawal | 24,797.22 | | 15,793.97 |
| 03/13 | Deposit | | 840.00 | 16,633.97 |
| 03/14 | Deposit | | 1,250.00 | 17,883.97 |
| 03/23 | Transfer Withdrawal | 10,000.00 | | 7,883.97 |
| 03/24 | Transfer Withdrawal | 3,000.00 | | 4,883.97 |
| 03/27 | Transfer Withdrawal | 4,000.00 | | 883.97 |
| 03/28 | Transfer Withdrawal | 800.00 | | 83.97 |



### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits or payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| TOTAL | $ |

Ending Balance Shown on this Statement ....................$ _____

Add Deposits Not Shown on this Statement.............$ _____

Subtotal.......................$ _____

Subtract Total Outstanding Drafts.........$ _____

Equals Adjusted Ending Balance.............$ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY



P.O. Box 179
Dubuque, IA  52004-0179

*ELECTRONIC SERVICE REQUESTED*

(563) 557-7600 / (800) 373-7600 / dupaco.com

**ESTATE OF PROPERTY HOLDERS, LTD, DEBTOR**
PO BOX 1214
CEDAR RAPIDS IA 52406-1214



**MEMBER NUMBER:**
20208166

**STATEMENT PERIOD:**          **PAGE:**
03/01/2023 to 03/31/2023          1 of 2

## D U P A C O   C O M M U N I T Y   C R E D I T   U N I O N

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 204499198 | Landlords Tenant Deposit Account | 25.00 | 25.00 |
| SD - 930590948 | Landlords Tenant Deposit Account | 0.00 | 0.00 |

| Landlords Tenant Deposit Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204499198 | 25.00 | 0.00 | 0.00 | 25.00 |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.00%     |     Dividends Paid YTD $0.00

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | There was no activity for this account during the reported period | | | |

| Landlords Tenant Deposit Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590948 | 0.00 | 0.00 | 0.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | There was no activity for this account during the reported period | | | |



S A V E ▶ B O R R O W ▶ I N V E S T ▶ I N S U R E ▶ T R U S T

### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we takethe balance of the account for the previous day, add any new loans and charges, and subtract any credits or payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
    You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
    We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ..................$ _____

Add Deposits
Not Shown on
this Statement.............$ _____

Subtotal.......................$ _____

Subtract Total
Outstanding Drafts.........$ _____

Equals Adjusted
Ending Balance.............$ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union
Administration, a U.S.
Government Agency

EQUAL HOUSING OPPORTUNITY