# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTHERN IOWA

In re:

**Property Holders, LTD**                                            Bankr. No. 22-00744

        **Debtor.**

                                                **Chapter 11**

## MOTION TO APPEAR BY TELEPHONE

      Sarah J. Wencil, Trial Attorney for the United States Trustee (UST), respectively moves this Court to enter an order under Local Rule 9074-1 allowing her to appear by telephone at the hearing on the Confirmation of the Plan set for Tuesday, May 23, 2023 at 10:00 a.m. In support of the motion, she states the following:

      1.    The UST did not object to confirmation of the Plan (Doc. 111). The UST does not intend to offer exhibits or examine witnesses at the hearing.

      2.    Due to the limited nature of the UST's involvement, travel to Cedar Rapids, Iowa would be unduly burdensome and expensive.

      WHEREFORE, Counsel requests that she be allowed to appear telephonically.

Dated: May 17, 2023                        MARY R. JENSEN
                                            ACTING U.S. TRUSTEE REGION 12

                                            /s/ Sarah J. Wencil
                                            Sarah J. Wencil
                                            Office of the U.S. Trustee
                                            Suite 1015 U.S. Courthouse
                                            300 South Fourth St.
                                            Minneapolis, MN 55415
                                            Telephone: (612) 334-1366
                                            Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTHERN IOWA**

In re:

    **Property Holders, LTD**　　　　　　　　　　　　　　**Bankr. No. 22-00744**

          **Debtor.**

                                                  **Chapter 11**

**CERTIFICATE OF SERVICE**

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:　May 17, 2023

                                                        <u>/s/ Sarah J. Wencil</u>
                                                        Sarah J. Wencil