United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00744-TJC |
| Property Holders, LTD | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 19, 2023 | Form ID: pdf902 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Peter C. Riley | on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Siobhan Briley | on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com eryan@pughhagan.com |
| Tonya A. Trumm | on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com tthul-theis@octhomaslaw.com |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 19, 2023 | Form ID: pdf902 | Total Noticed: 1 |

United States Trustee
        USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| Property Holders, LTD, | ) Bankruptcy No. 22-00744 |
| | ) |
| Debtor(s). | ) |

## ORDER re: MOTION TO APPEAR BY TELEPHONE

The Court has before it the motion to appear by telephone by Sarah J. Wencil, Trial Attorney for the United States Trustee at the hearing on the Confirmation of the Plan set for Tuesday, May 23, at 10:00 a.m. (Docket No. 126).

IT IS ORDERED that the relief requested in the motion is granted and Sarah J. Wencil is authorized to appear by telephone at the hearing.

The United States Trustee may use the following dial in instructions for the hearing:

1. Call the toll-free number: 1-888-684-8852
2. Enter Participant Access Code: 7148063
3. Enter Participant Security Code: 0744
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

DATED AND ENTERED   May 19, 2023

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE