UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| In Re: <br> PROPERTY HOLDERS, LTD., <br> Debtor. | Chapter 11 <br> Case No. 22-00074 |
|---|---|

**WITHDRAWAL OF CREDITOR GREENSTATE CREDIT UNION'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, creditor GreenState Credit Union ("GreenState"), and withdraws its Motion for Relief from the Automatic Stay.

Respectfully submitted,

PUGH HAGAN PRAHM PLC

By:     */s/Siobhan Briley*
Siobhan Briley (AT0012848)
sbriley@pughhagan.com
425 E. Oakdale Blvd., Suite 201
Coralville, IA 52241
Tel.: (319) 351-2028
Fax: (319) 351-1102
*Attorneys for Creditor GreenState
Credit Union*

{00467209}                    1

**CERTIFICATION OF SERVICE**

I, Elisa C. Ryan, of Pugh Hagan Prahm PLC, 425 E. Oakdale Blvd., Suite 201, Coralville, Iowa 52241, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 22nd day of May 2023, I served a copy of the foregoing document, to which this Certificate is attached, <u>by electronic mail via CM/ECF</u> or first-class mail, postage prepaid, to the parties or the attorneys of record shown below, as follows:

Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402
Email: rush@shortleylaw.com

Peter Riley and Patrick Riley
The Riley Law Firm
4040-1st Avenue NE
Cedar Rapids, IA 52406
peterr@trlf.com

Douglas Dean Flugum, Bankruptcy Trustee
Bugeye Ventures, Inc.
P.O. Box 308
Cedar Rapids, IA 52406
Email: dflugum@bugeyeventures.com

Janet G. Reasoner, U.S. Trustee
Office of the United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Suite 280
Cedar Rapids, IA 52401
Email: janet.g.reasoner@usdoj.gov

Tonya A. Trumm
O'Connor & Thomas, P.C.
1000 Main Street
Dubuque, IA 52001

Eric J. Langston
AEGIS Law
601 S. Lindbergh Blvd., Flr. 2
Frontenac, MO 63131
elangstron@aegislaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 22, 2023                              */s/ Elisa C. Ryan*