IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| Property Holders, LTD, ) | Bankruptcy No. 22-00744 |
| ) | |
| Debtor(s). ) | |

### ORDER re: MOTION TO APPEAR BY TELEPHONE

The Court has before it the motion to appear by telephone by Tonya Trumm, Attorney for Dupaco Community Credit Union, at the hearing on the Confirmation of the Plan set for Tuesday, May 23, at 10:00 a.m. (Docket No. 132).

IT IS ORDERED that the relief requested in the motion is granted and Tonya Trumm is authorized to appear by telephone at the hearing.

Tonya Trumm may use the following dial in instructions for the hearing:

1. Call the toll-free number:   1-888-684-8852
2. Enter Participant Access Code:   7148063
3. Enter Participant Security Code:   0744
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

DATED AND ENTERED   May 23, 2023

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE