# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA
## EXHIBIT LIST

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
MAY 23 2023
Clerk of Court
By: OC
Deputy

IN RE:

Chapter 11
BANKRUPTCY NO. 22-00744

**Property Holders, LTD**

  Debtor(s)

ADVERSARY NO.

  Plaintiff(s)

vs.

RELATED DOC. 111

HEARING DATE 5/23/2023

  Defendant(s)

Party's Name: **Property Holders, LTD**

Party's Attorney: **Rush Shortley**

| EXH | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | May 22, 2023 Email from Tonya Trumm to Rush Shortley and Douglas Flugum | ✓ | ✓ | No | Yes | 5/23/23 | Admitted |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

NOTE: Per Local Bankruptcy Rules, marked exhibits should be hand-delivered to the Court Recorder prior to the Trial or Hearing.