UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 22-00744 |

## PROCEEDING MEMO AND ORDER

Date of In-Court Hearing: May 23, 2023
Hearing on Modified Chapter 11 Plan (Doc. 111) filed April 10, 2023

APPEARANCES:

Attorney Rush M. Shortley with Debtor Representative Charles A. Davisson
Attorney Siobhan Briley for Greenstate Credit Union
Mari Davis, Individual Creditor
Attorney Sarah J. Wencil for United States Trustee by telephone
Chapter 11 Trustee Douglas Dean Flugum by telephone
Attorney Tonya A. Trumm for Dupaco Community Credit Union by telephone

OUTCOME OF PROCEEDING:

IT IS ORDERED THAT:

The parties informed the Court that the objections have been resolved. The modifications proposed by the Debtor at the hearing are accepted as non-material. Debtor's counsel is to submit a proposed order for the Court's consideration.

Ordered:

May 24, 2023

Thad J. Collins
Chief Bankruptcy Judge