# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| PROPERTY HOLDERS, LTD, | **Bankruptcy No.** 22-00744 |
| **Debtor.** | **ORDER re: MOTION FOR AUTHORITY TO SELL PROPERTY UNDER 11 U.S.C. §363** |

    The Court has Debtor's Motion for Authority to Sell Property Under 11 USC §363 (DOC 136) before it for consideration; the Court notes Greenstate Credit Union has consented to the granting of the relief requested in the motion; and the Court finds that the motion as presented is properly treated as an *ex parte* matter. THEREFORE,

IT IS ORDERED that the relief requested in the motion is granted, and the sale of the property located at 1557 6th AVE SE, Cedar Rapids, IA is authorized to proceed as described in the motion motion, free and clear of the mortgage lien of the Greenstate Credit Union;

IT IS FURTHER ORDERED that the lien of the Greenstate Credit Union shall attach to the net sale proceeds upon a release of the mortgage lien and judgment liens and satisfaction of the foreclosure decree as described in Debtor's motion.

Dated and entered: May  24 , 2023

_____
Thad J. Collins
Chief Bankruptcy Judge

Approved as to Form & Content:

_____
Rush M. Shortley, Attorney for Debtor

 /s/ Siobhan Briley
_____
Siobhan Briley, Attorney for Greenstate Credit Union

Order Prepared by: Rush M. Shortley, Attorney for Debtor.