

**MEMBER NUMBER:**
20208149

P.O. Box 179
Dubuque, IA  52004-0179

**STATEMENT PERIOD:**        **PAGE:**
04/01/2023 to 04/30/2023        1 of 3

*ELECTRONIC SERVICE REQUESTED*

(563) 557-7600 / (800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 1214
CEDAR RAPIDS IA 52406-1214



### D U P A C O   C O M M U N I T Y   C R E D I T   U N I O N

| STATEMENT SUMMARY | | | |
|---|---|---|---|
| **ACCOUNT #** | **DESCRIPTION** | **BEGINNING BALANCE** | **ENDING BALANCE** |
| SAV - 204498901 | Savings/Asset Builder | 25.00 | 30.00 |
| SD - 930590815 | Business Checking | 50.42 | 922.73 |

| Savings/Asset Builder | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204498901 | 25.00 | 0.00 | 5.00 | 30.00 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.00%   |   Dividends Paid YTD $0.00

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/01 | Previous Balance | | | 25.00 |
| 04/01 | eStatement Reward | | 5.00 | 30.00 |
| 04/30 | Ending Balance | | | 30.00 |

| Business Checking | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 50.42 | -9,947.69 | 10,820.00 | 922.73 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/01 | Previous Balance | | | 50.42 |
| 04/03 | Transfer Deposit | | 1,900.00 | 1,950.42 |
| 04/03 | Check #1065 | 540.00 | | 1,410.42 |
| 04/03 | Check #1064 | 280.00 | | 1,130.42 |
| 04/03 | Check #1062 | 880.00 | | 250.42 |
| 04/04 | Check #1021 | 70.05 | | 180.37 |
| 04/04 | Transfer Deposit | | 1,100.00 | 1,280.37 |
| 04/04 | Check #1019 | 566.31 | | 714.06 |
| 04/04 | Check #1040 | 598.11 | | 115.95 |
| 04/04 | Deposit | | 800.00 | 915.95 |
| 04/04 | Check #1041 | 584.00 | | 331.95 |
| 04/04 | Deposit | | 250.00 | 581.95 |
| 04/04 | Transfer Deposit | | 100.00 | 681.95 |
| 04/04 | Check #1043 | 498.05 | | 183.90 |
| 04/05 | Check #1063 | 140.00 | | 43.90 |
| 04/05 | Transfer Deposit | | 1,000.00 | 1,043.90 |
| 04/05 | Check #1066 | 1,000.00 | | 43.90 |
| 04/05 | Transfer Deposit | | 450.00 | 493.90 |
| 04/07 | Check #1068 | 250.00 | | 243.90 |
| 04/07 | Transfer Deposit | | 1,100.00 | 1,343.90 |
| 04/07 | Check #1069 | 990.00 | | 353.90 |
| 04/11 | ACH Debit RETRY PYMT MIDAMERICAN ID4421425214 | 200.00 | | 153.90 |



S A V E ▶ B O R R O W ▶ I N V E S T ▶ I N S U R E ▶ T R U S T

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/12 | Check #1072 | 100.00 | | 53.90 |
| 04/13 | Transfer Deposit | | 850.00 | 903.90 |
| 04/13 | Check #1073 | 800.00 | | 103.90 |
| 04/17 | Check #1047 | 99.16 | | 4.74 |
| 04/17 | Transfer Deposit | | 1,220.00 | 1,224.74 |
| 04/17 | Check #1044 | 166.71 | | 1,058.03 |
| 04/17 | Check #1045 | 559.17 | | 498.86 |
| 04/17 | Check #1048 | 151.77 | | 347.09 |
| 04/17 | Check #1052 | 93.73 | | 253.36 |
| 04/17 | Check #1054 | 177.34 | | 76.02 |
| 04/19 | Transfer Deposit | | 150.00 | 226.02 |
| 04/20 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 154.20 | | 71.82 |
| 04/21 | Transfer Deposit | | 140.00 | 211.82 |
| 04/21 | Transfer Deposit | | 260.00 | 471.82 |
| 04/21 | Check #1076 | 330.77 | | 141.05 |
| 04/24 | Check #1077 | 122.32 | | 18.73 |
| 04/24 | Withdrawal | 10.00 | | 8.73 |
| 04/27 | Transfer Deposit | | 300.00 | 308.73 |
| 04/27 | Check #1075 | 126.00 | | 182.73 |
| 04/28 | Transfer Deposit | | 1,200.00 | 1,382.73 |
| 04/28 | Check #1079 | 240.00 | | 1,142.73 |
| 04/28 | Check #1080 | 220.00 | | 922.73 |

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1019 | 04/04 | 566.31 | 1048 | 04/17 | 151.77 | 1068 * | 04/07 | 250.00 | 1080 | 04/28 | 220.00 |
| 1021 * | 04/04 | 70.05 | 1052 * | 04/17 | 93.73 | 1069 | 04/07 | 990.00 | | | |
| 1040 * | 04/04 | 598.11 | 1054 * | 04/17 | 177.34 | 1072 * | 04/12 | 100.00 | | | |
| 1041 | 04/04 | 584.00 | 1062 * | 04/03 | 880.00 | 1073 | 04/13 | 800.00 | | | |
| 1043 * | 04/04 | 498.05 | 1063 | 04/05 | 140.00 | 1075 * | 04/27 | 126.00 | | | |
| 1044 | 04/17 | 166.71 | 1064 | 04/03 | 280.00 | 1076 | 04/21 | 330.77 | | | |
| 1045 | 04/17 | 559.17 | 1065 | 04/03 | 540.00 | 1077 | 04/24 | 122.32 | | | |
| 1047 * | 04/17 | 99.16 | 1066 | 04/05 | 1,000.00 | 1079 * | 04/28 | 240.00 | | | |



**SAVE ▶ BORROW ▶ INVEST ▶ INSURE ▶ TRUST**

### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we takethe balance of the account for the previous day, add any new loans and charges, and subtract any credits or payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item
   you are  unsure about.
   You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   1. Tell us your name and account number.
   2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or
      why you need more information.
   3. Tell us the dollar amount of the suspected error.
   We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|--------|--------|
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
|        | $      |
| TOTAL  | $      |

Ending Balance
Shown on this
Statement ....................$ _____

Add Deposits
Not Shown on
this Statement..............$ _____

Subtotal.......................$ _____

Subtract Total
Outstanding Drafts.........$ _____

Equals Adjusted
Ending Balance.............$ _____

Adjusted ending balance shown above
should agree with the balance shown in
your share draft book.

NOTE: Be sure to deduct any charges, fees
or withdrawals Shown on your statement
(but not in your share Draft book) that may
apply to your account. Also, be Sure to add
any dividends or any deposits shown on
Your statement (but not in your share draft
book) That apply to your account.

Your savings federally insured to at least
$250,000 and backed by the full faith and
credit of the United States Government

**NCUA**  National Credit Union
Administration, a U.S.
Government Agency

EQUAL HOUSING OPPORTUNITY



P.O. Box 179
Dubuque, IA  52004-0179

ELECTRONIC SERVICE REQUESTED

MEMBER NUMBER:
20208159

STATEMENT PERIOD:          PAGE:
04/01/2023 to 04/30/2023      1 of 2

(563) 557-7600 / (800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD, DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328



# D U P A C O   C O M M U N I T Y   C R E D I T   U N I O N

## STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 204499115 | Cash Collateral Account - Dupaco Credit | 3,816.25 | 607.25 |
| SD - 930590898 | Cash Collateral Account - Dupaco Credit | 0.00 | 0.00 |

| Cash Collateral Account - Dupaco Credit | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204499115 | 3,816.25 | -3,209.00 | 0.00 | 607.25 |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.19%      |      Dividends Paid YTD $0.25

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/01 | Previous Balance | | | 3,816.25 |
| | CR Base Rate Change: 0.150  % To 0.200 | | | |
| 04/17 | Withdrawal | 3,209.00 | | 607.25 |
| | CR Base Rate Change: 0.200  % To 0.150 | | | |
| 04/30 | Ending Balance | | | 607.25 |

| Cash Collateral Account - Dupaco Credit | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590898 | 0.00 | 0.00 | 0.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | There was no activity for this account during the reported period | | | |



### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
  • Your name and account number.
  • The dollar amount of the suspected error.
  • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are  unsure about.
    You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number.
  2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
    We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ....................$ _____

Add Deposits
Not Shown on
this Statement.............$ _____

Subtotal.......................$ _____

Subtract Total
Outstanding Drafts.........$ _____

Equals Adjusted
Ending Balance.............$ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA**  National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY



**MEMBER NUMBER:**
20208153

**STATEMENT PERIOD:**      **PAGE:**
04/01/2023 to 04/30/2023      1 of 2

P.O. Box 179
Dubuque, IA  52004-0179

*ELECTRONIC SERVICE REQUESTED*

(563) 557-7600 / (800) 373-7600 / dupaco.com

**ESTATE OF PROPERTY HOLDERS, LTD, DEBTOR,**
PO BOX 1214
CEDAR RAPIDS IA 52406-1214



## D U P A C O   C O M M U N I T Y   C R E D I T   U N I O N

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 204498950 | Cash Collateral Account Greenstate Credi | 25.11 | 30.11 |
| SD - 930590823 | Cash Collateral Account Greenstate Credi | 83.97 | 13.97 |

| Cash Collateral Account Greenstate Credi | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204498950 | 25.11 | 0.00 | 5.00 | 30.11 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.00%      |      Dividends Paid YTD $0.11

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/01 | Previous Balance | | | 25.11 |
| 04/01 | eStatement Reward | | 5.00 | 30.11 |
| 04/30 | Ending Balance | | | 30.11 |

| Cash Collateral Account Greenstate Credi | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590823 | 83.97 | -9,510.00 | 9,440.00 | 13.97 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/01 | Previous Balance | | | 83.97 |
| 04/01 | 838 15th St | | 800.00 | 883.97 |
| 04/03 | Deposit | | 1,150.00 | 2,033.97 |
| 04/03 | Transfer Withdrawal | 1,900.00 | | 133.97 |
| 04/04 | Deposit | | 1,100.00 | 1,233.97 |
| 04/04 | Transfer Withdrawal | 1,100.00 | | 133.97 |
| 04/04 | Transfer Withdrawal | 100.00 | | 33.97 |
| 04/05 | Deposit | | 1,100.00 | 1,133.97 |
| 04/05 | Transfer Withdrawal | 1,000.00 | | 133.97 |
| 04/05 | Rent Deposit | | 350.00 | 483.97 |
| 04/05 | Transfer Withdrawal | 450.00 | | 33.97 |
| 04/07 | Rent Receipt | | 1,100.00 | 1,133.97 |
| 04/07 | Transfer Withdrawal | 1,100.00 | | 33.97 |
| 04/13 | Rent Deposits | | 850.00 | 883.97 |
| 04/13 | Transfer Withdrawal | 850.00 | | 33.97 |
| 04/17 | Deposit | | 1,200.00 | 1,233.97 |
| 04/17 | Transfer Withdrawal | 1,220.00 | | 13.97 |
| 04/19 | Deposit | | 150.00 | 163.97 |
| 04/19 | Transfer Withdrawal | 150.00 | | 13.97 |
| 04/21 | Deposit | | 140.00 | 153.97 |
| 04/21 | Transfer Withdrawal | 140.00 | | 13.97 |



**MEMBER NUMBER:**
20208153

**STATEMENT PERIOD:** **PAGE:**
04/01/2023 to 04/30/2023     2 of 2

SAVE ▶ BORROW ▶ INVEST ▶ INSURE ▶ TRUST

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 04/27 | Deposit | | 300.00 | 313.97 |
| 04/27 | Transfer Withdrawal | 300.00 | | 13.97 |
| 04/28 | Rent | | 1,200.00 | 1,213.97 |
| 04/28 | Transfer Withdrawal | 1,200.00 | | 13.97 |

**EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT**

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

**IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)**

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit you account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**SHARE DRAFT RECONCILIATION**

Outstanding Share Drafts
| NUMBER | AMOUNT |
|--------|--------|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ................... $ _____

Add Deposits
Not Shown on
this Statement ............. $ _____

Subtotal ........................ $ _____

Subtract Total
Outstanding Drafts ........ $ _____

Equals Adjusted
Ending Balance ............. $ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY