United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00744-TJC |
| Property Holders, LTD | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 24, 2023 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |
| | + | Mari Davis, 720 Center Point Rd NE, Cedar Rapids, IA 52402-4666 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Peter C. Riley | on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |

District/off: 0862-1 | User: admin | Page 2 of 2
Date Rcvd: May 24, 2023 | Form ID: pdf902 | Total Noticed: 2

Siobhan Briley
        on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com  eryan@pughhagan.com

Tonya A. Trumm
        on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  tthul-theis@octhomaslaw.com

United States Trustee
        USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | Chapter 11 |
|---|---|
| PROPERTY HOLDERS, LTD, | Bankruptcy No. 22-00744 |
| Debtor | |

**PROCEEDING MEMO AND ORDER**

Date of In-Court Hearing: May 23, 2023
Hearing on Modified Chapter 11 Plan (Doc. 111) filed April 10, 2023

APPEARANCES:

Attorney Rush M. Shortley with Debtor Representative Charles A. Davisson
Attorney Siobhan Briley for Greenstate Credit Union
Mari Davis, Individual Creditor
Attorney Sarah J. Wencil for United States Trustee by telephone
Chapter 11 Trustee Douglas Dean Flugum by telephone
Attorney Tonya A. Trumm for Dupaco Community Credit Union by telephone

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT:**

The parties informed the Court that the objections have been resolved. The modifications proposed by the Debtor at the hearing are accepted as non-material. Debtor's counsel is to submit a proposed order for the Court's consideration.

Ordered:

May 24, 2023

Thad J. Collins
Chief Bankruptcy Judge