# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| PROPERTY HOLDERS, LTD, | **Bankruptcy No.** 22-00744 |
| **Debtor.** | **ORDER CONFIRMING MODIFIED PLAN** |

    Debtor's Modified Plan of Reorganization for Small Business under Chapter 11, Subchapter V filed on April 10, 2023 (DOC 111) came on for hearing after notice on May 23, 2023. During the hearing, it came to the Court's attention that the previously filed objections to the plan had been resolved and the modifications proposed by Debtor at the hearing in Exhibit 1 were accepted as non-material, which are now formalized in Additions to Modified Chapter 11, Subchapter V Plan (DOC 143) filed June 6, 2023. The record shows proper notice of the Plan and the hearing to all creditors and equity security holders. There being no objections to confirmation of the Plan, the Plan is confirmable pursuant to the requirements of 11 U.S.C. § 1191(a). THEREFORE,

IT IS ORDERED that Debtor's Modified Plan of Reorganization for Small Business under Chapter 11, Subchapter V, including the Additions to Modified Chapter 11, Subchapter V Plan, is confirmed pursuant to 11 U.S.C. § 1191(a).

IT IS FURTHER ORDERED that the Plan will be substantially consummated and the Subchapter V trustee's appointment shall terminate when all the liquidation of properties and the payments from those proceeds under the Plan have been completed.

Dated and entered: June __7___, 2023

Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by: Rush M. Shortley, Attorney for Debtor.