United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00744-TJC |
| Property Holders, LTD | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 07, 2023 | Form ID: ntccmfrm | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Property Holders, LTD, PO BOX 2328, Cedar Rapids, IA 52406-2328 |
| aty | | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |
| cr | + | Amanda Clark, 2050 Glass Road NE, Apt. 203, Cedar Rapids, IA 52402-3451 |
| 2359849 | + | A+ Accounting Services, 3726 Queen CT SW STE 108, Cedar Rapids, IA 52404-3903 |
| 2361586 | + | Adair 0365 with Union Bank as Secured Party, 405 North 115th Street #100, Omaha, NE 68154-2507 |
| 2361585 | + | Adair 0388 with Union Bank as Secured Party, 405 North 115th Street #100, Omaha, NE 68154-2507 |
| 2361468 | +++ | Amanda Clark, c/o Eric J Langston, 601 S. Lindbergh Blvd., Flr 2, Frontenac, MO 63131-2733 |
| 2359850 | + | Attorneys Process Service, 705 East Post RD SE Unit 1, Cedar Rapids, IA 52403-2094 |
| 2359851 | + | Carlton Railsback, 1047 27th ST NE, Cedar Rapids, IA 52402-4124 |
| 2359852 | + | Charles Davisson, 2040 Spoon Creek CT SE, Cedar Rapids, IA 52403, City of Cedar Rapids 52403-1941 |
| 2359853 | | City Finance Dept-Billing & Collections, PO BOX 2148, Cedar Rapids, IA 52406-2148 |
| 2359854 | + | Donnell and Shekita Tolbert, 1714 6th AVE SE, Cedar Rapids, IA 52403-2612 |
| 2359083 | +++ | Dupaco Community Credit Union, c/o Tonya A. Trumm, 1000 Main Street, Dubuque, IA 52001-4723 |
| 2357893 | | Dupaco Community Credit Union, 4615 Cross Pointe BLVD NE, Cedar Rapids IA 52411-6672 |
| 2361281 | + | Elizabeth D. Jacobi, ATTN: City Attorney's Office, 101 First ST SE, Cedar Rapids, IA 52401-1205 |
| 2370446 | + | Elizabeth Jacobi, 101 First Street SE, Cedar Rapids, IA 52401-1205 |
| 2358377 | +++ | GreenState Credit Union, c/o Siobhan Briley, 425 E. Oakdale Blvd., Suite 201, Coralville, IA 52241-3404 |
| 2359858 | + | Herbert Cunningham, 1548 7th AVE SE, Cedar Rapids, IA 52403-2504 |
| 2359848 | + | Mari Davis, 720 Center Point RD NE, Cedar Rapids, IA 52402-4666 |
| 2361587 | + | Monox Group with Union Bank as Secured Party, 405 North 115th Street #100, Omaha, NE 68154-2507 |
| 2359860 | | Paw Control Wildlife Solutions, PO BOX 401, Hiawatha, IA 52233-0401 |
| 2357895 | | Ryan J. Prahm, Esq, 425 E Oakdale BLVD STE 201, Coralville IA 52241-3404 |
| 2359861 | + | Sebrina Atkins, 412 26th ST SE, Cedar Rapids, IA 52403-2911 |
| 2359862 | | Tom Riley Law Firm, PLC, PO BOX 998, Cedar Rapids, IA 52406-0998 |
| 2361900 | | VERIDIAN CREDIT UNION, THE STARK COLLECTION AGENCY INC, PO BOX 45710, MADISON, WI 53744-5710 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 2361517 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 07 2023 20:59:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 2359872 | | Email/Text: accountsreceivable@cedar-rapids.org | Jun 07 2023 20:59:00 | City of Cedar Rapids, City Finance Dept-Billing & Collections, PO BOX 2148, Cedar Rapids, IA 52406-2148 |
| 2361280 | + | Email/Text: accountsreceivable@cedar-rapids.org | Jun 07 2023 20:59:00 | City of Cedar Rapids, 101 First ST SE, Cedar Rapids, IA 52401-1205 |
| 2357892 | | Email/Text: agleason@dupaco.com | Jun 07 2023 20:59:00 | Dupaco Community Credit Union, P.O. Box 179, Dubuque IA 52004-0179 |
| 2361897 | + | Email/Text: agleason@dupaco.com | Jun 07 2023 20:59:00 | Dupaco Community Credit Union, 3299 Hillcrest Rd., Dubuque, IA 52001-3974 |

Case 22-00744 Doc 146 Filed 06/09/23 Entered 06/09/23 23:35:59 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0862-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: ntccmfrm | Total Noticed: 32 |

| 2357894 | | Email/Text: bkdesk@greenstate.org | | |
|---|---|---|---|---|
| | | | Jun 07 2023 20:59:00 | GreenState Credit Union, PO BOX 800, North Liberty IA 52317-0800 |
| 2359859 | + | Email/Text: nicki.finger@linncounty.org | | |
| | | | Jun 07 2023 20:59:00 | Linn County Treasurer, 935 2nd ST SW, Cedar Rapids, IA 52404-2164 |

TOTAL: 7

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | | Cory Rath, Keller Williams Legacy Group |
| acc | | Ronald L. Detweiler |
| cr | *+ | Dupaco Community Credit Union, 3299 Hillcrest Road, Dubuque, IA 52001-3974 |
| cr | *P++ | GREENSTATE CREDIT UNION, ATTN LEGAL, PO BOX 800, NORTH LIBERTY IA 52317-0800, address filed with court:, GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |
| cr | *+ | Mari Davis, 720 Center Point Rd NE, Cedar Rapids, IA 52402-4666 |
| 2359856 | * | Dupaco Community Credit Union, 4615 Cross Pointe BLVD NE, Cedar Rapids, IA 52411-6672 |
| 2359855 | * | Dupaco Community Credit Union, P.O. Box 179, Dubuque, IA 52004-0179 |
| 2359857 | *P++ | GREENSTATE CREDIT UNION, ATTN LEGAL, PO BOX 800, NORTH LIBERTY IA 52317-0800, address filed with court:, GreenState Credit Union, PO BOX 800, North Liberty, IA 52317-0800 |
| 2359871 | * | Paw Control Wildlife Solutions, PO BOX 401, Hiawatha, IA 52233-0401 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Peter C. Riley | on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Siobhan Briley | on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com eryan@pughhagan.com |

District/off: 0862-1 User: admin Page 3 of 3
Date Rcvd: Jun 07, 2023 Form ID: ntccmfrm Total Noticed: 32

Tonya A. Trumm
        on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com tthul-theis@octhomaslaw.com

United States Trustee
        USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 9

ntccmfrm 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Property Holders, LTD

Chapter 11

Bankruptcy No. 22−00744

Debtor

## NOTICE OF CONFIRMATION OF PLAN

To:

All Creditors and Parties in Interest

**NOTICE IS HEREBY GIVEN** the chapter 11 plan filed April 10, 2023 and Additions to Modified Chapter 11 Plan filed June 6, 2023 has been confirmed by an order of this Court on June 7, 2023.

Date: June 7, 2023

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Theresa J. Stapelman*

Deputy Clerk