United States Bankruptcy Court

Northern District of Iowa

In re:                                                           Case No. 22-00744-TJC

Property Holders, LTD                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: pdf902 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |
| cr | + | Amanda Clark, 2050 Glass Road NE, Apt. 203, Cedar Rapids, IA 52402-3451 |
| cr | + | Mari Davis, 720 Center Point Rd NE, Cedar Rapids, IA 52402-4666 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: agleason@dupaco.com | Jun 07 2023 20:59:00 | Dupaco Community Credit Union, 3299 Hillcrest Road, Dubuque, IA 52001-3974 |
| cr | | Email/Text: bkdesk@greenstate.org | Jun 07 2023 20:59:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |

Janet G. Reasoner
on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Peter C. Riley
on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com

Rush M. Shortley
on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com

Sarah J Wencil
on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Siobhan Briley
on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com  eryan@pughhagan.com

Tonya A. Trumm
on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  tthul-theis@octhomaslaw.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 9

# United States Bankruptcy Court
## Northern District of Iowa

**IN RE:**

PROPERTY HOLDERS, LTD,

**Debtor.**

**Chapter 11**

**Bankruptcy No.** 22-00744

## ORDER CONFIRMING MODIFIED PLAN

---

Debtor's Modified Plan of Reorganization for Small Business under Chapter 11, Subchapter V filed on April 10, 2023 (DOC 111) came on for hearing after notice on May 23, 2023. During the hearing, it came to the Court's attention that the previously filed objections to the plan had been resolved and the modifications proposed by Debtor at the hearing in Exhibit 1 were accepted as non-material, which are now formalized in Additions to Modified Chapter 11, Subchapter V Plan (DOC 143) filed June 6, 2023. The record shows proper notice of the Plan and the hearing to all creditors and equity security holders. There being no objections to confirmation of the Plan, the Plan is confirmable pursuant to the requirements of 11 U.S.C. § 1191(a). THEREFORE,

IT IS ORDERED that Debtor's Modified Plan of Reorganization for Small Business under Chapter 11, Subchapter V, including the Additions to Modified Chapter 11, Subchapter V Plan, is confirmed pursuant to 11 U.S.C. § 1191(a).

IT IS FURTHER ORDERED that the Plan will be substantially consummated and the Subchapter V trustee's appointment shall terminate when all the liquidation of properties and the payments from those proceeds under the Plan have been completed.

Dated and entered: June ___7___, 2023

_____
Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by: Rush M. Shortley, Attorney for Debtor.