IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | NOTICE OF OBJECTION BAR DATE |
| | ) | TO SECOND INTERIM APPLICATION FOR |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | FEES AND EXPENSES |

NOTICE IS HEREBY GIVEN that on the 11th Day of June 2023, Douglas D. Flugum, in his capacity as the Subchapter V Trustee and employed by Bugeye Ventures, Inc. filed a Second Interim Application for Fees and Expenses. The application seeks allowance and payment of a Chapter 11 Subchapter V administrative expense in the amount of $5170.82, incurred while serving as Subchapter V Trustee. A copy of the Second Interim Application for Fees and Expenses may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, IA 52401-2101. A copy of this Notice has been served upon all creditors and parties of interest as listed below.

NOTICE IS FURTHER GIVEN that the bar date for objecting to the Second Interim Application for Fees and Expenses is July 3, 2023. Objections to Second Interim Application for Fees and Expenses must be filed with the Court by that date with a copy served on the Chapter 11 Subchapter V Trustee and the Office of the United States Trustee, which objections shall be served so that the same are received on such date. The addresses to which objections are to be served are set forth below:

| | | |
|---|---|---|
| Clerk of Bankruptcy Court | Office of U.S. Trustee | Douglas D. Flugum |
| 111 Seventh Ave. SE | 111 Seventh Ave. SE | Bugeye Ventures, Inc. |
| Box 15 | Box 15 | PO Box 308 |
| Cedar Rapids, IA 5240I-2101 | Cedar Rapids, IA 5240I-2101 | Cedar Rapids, IA 52406 |

NOTICE IS FURTHER GIVEN that timely-filed objections, if any, will be set for hearing by separate notice. If no objections are filed, the appropriate order will be entered.

    /s/ Douglas D. Flugum

Douglas D. Flugum
Bugeye Ventures, Inc.
PO Box 308
Cedar Rapids, IA 52406
319-389-4581
dflugum@bugeyeventures.com
Subchapter V Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of June, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

/s/ Douglas D. Flugum