In the Bankruptcy Court for the Northern District of Iowa

Debtor Name: Property Holders LTD                    Case Number 22-00744

APPERANCE OF COUNSEL

John M Heckel does enter his appearance in this matter for Mary Davis, a creditor , and requests copies be sent to him.

/s/_____
Attorney John M Heckel
#AT0003289
5250 North Park Place NE
Suite 114
Cedar Rapids, Iowa 52402
319-373-1989 [tel ]
319-373-8673 [fax]
Heckellaw@JMHeckel.com