UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                                )
                                      )   CASE NO. 22-00744
Debtor: Property Holders, LTD         )
                                      )
     Debtor.                          )   CHAPTER 11

**ORDER GRANTING TRUSTEE'S SECOND INTERIM FEE APPLICATION**

The mater before the Court is the Second Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum, filed on June 11, 2023 (doc. 148). The motion was served with a bar date notice on all creditors and parties in interest on June 11, 2023 (doc. 149). The deadline to file objections was July 3, 2023. No objections have been filed with the court and the time for filing them has passed.

**IT IS THEREFORE ORDERED** that the Second Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum is granted in the requested amounts of $5,112.50 for fees and $58.32 for expenses (Total of $5,170.82).

Dated and entered:                        _____
                                          Bankruptcy Judge

July 5, 2023