United States Bankruptcy Court
Northern District of Iowa

In re:                                                                          Case No. 22-00744-TJC
Property Holders, LTD                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1                          User: admin                              Page 1 of 2
Date Rcvd: Jul 05, 2023                       Form ID: pdf902                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com |
| Peter C. Riley | on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Siobhan Briley | on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com  eryan@pughhagan.com |

District/off: 0862-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 05, 2023                       Form ID: pdf902                           Total Noticed: 1

Tonya A. Trumm

on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  tthul-theis@octhomaslaw.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                              )
                                    )    CASE NO. 22-00744
Debtor: Property Holders, LTD       )
                                    )
        Debtor.                     )    CHAPTER 11

## ORDER GRANTING TRUSTEE'S SECOND INTERIM FEE APPLICATION

The mater before the Court is the Second Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum, filed on June 11, 2023 (doc. 148). The motion was served with a bar date notice on all creditors and parties in interest on June 11, 2023 (doc. 149). The deadline to file objections was July 3, 2023. No objections have been filed with the court and the time for filing them has passed.

**IT IS THEREFORE ORDERED** that the Second Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum is granted in the requested amounts of $5,112.50 for fees and $58.32 for expenses (Total of $5,170.82).

Dated and entered:

_____
Bankruptcy Judge

July 5, 2023