United States Bankruptcy Court

Northern District of Iowa

In re: Case No. 22-00744-TJC

Property Holders, LTD  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1    User: admin    Page 1 of 2
Date Rcvd: Jul 07, 2023    Form ID: pdf902    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com r45714@notify.bestcase.com |
| Peter C. Riley | on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Siobhan Briley | on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com eryan@pughhagan.com |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: pdf902 | Total Noticed: 1 |

Tonya A. Trumm
    on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  tthul-theis@octhomaslaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 10

# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| IN RE: | Chapter 11 |
| Property Holders, LTD, | Bankruptcy No. 22-00744 |
| **Debtor.** | ORDER APPROVING APPLICATION FOR COMPENSATION OF DEBTOR'S ATTORNEY |

This matter comes before the Court upon Interim Application for Allowance of Compensation for Debtor's Attorney filed by Rush M. Shortley, Attorney for Debtor, on June 12, 2023. Upon review of the file, the Court finds no timely objections were filed in response to the notice of the application to all creditors and other parties-in-interest.

IT IS THEREFORE ORDERED that the Interim Application for Allowance of Compensation of Debtor's Attorney is hereby granted and approved as filed and that Debtor is hereby ordered and directed to pay $11,334.81 in fees and expenses to Rush M. Shortley, as a Chapter 11 administrative expense from available funds on hand.

Dated and Entered: July __7__, 2023

_____
Thad J. Collins, Chief Bankruptcy Judge

Order Prepared by Rush M. Shortley, Attorney for Debtor