**Fill in this information to identify the case:**

Debtor Name: Property Holders, Ltd

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 22-00744

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: July 2023

Date report filed: 08/21/2023 (MM / DD / YYYY)

Line of business: Property Inv. & Rental

NAISC code: 5313

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Charles Davisson, President

Original signature of responsible party: /s/ Charles Davisson

Printed name of responsible party: Charles Davisson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Property Holders, Ltd                           Case number 22-00744

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 784.45

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 6,600.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ 7,267.71

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -667.71

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 116.74

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0

    (Exhibit E)

Debtor Name Property Holders, Ltd                               Case number 22-00744

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                       $ _____ 0

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                                   _____ 1
27. What is the number of employees as of the date of this monthly report?                                      _____ 1

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                     $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____ 31,955.53
30. How much have you paid this month in other professional fees?                                               $ _____ 0
31. How much have you paid in total other professional fees since filing the case?                              $ _____ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ 6,600.00 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 7,267.71 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ -667.71 | = | $ _____ |

35. Total projected cash receipts for the next month:                                                           $ _____ 6,660.00
36. Total projected cash disbursements for the next month:                                                    − $ _____ 8,000.00
37. Total projected net cash flow for the next month:                                                         = $ _____ -1,340.00

**Current Plans for Sales and projections of Rents are contained in the attached spreadsheets.**

Official Form 425C            **Monthly Operating Report for Small Business Under Chapter 11**            page **3**

Debtor Name  Property Holders, Ltd                    Case number 22-00744

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☑ 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

**<u>Exhibit C</u>**
July 2023
Rents Received

<u>GSCU mortgages:</u>

**825 18th St SE**

$1,200.00

**1818 7th Ave SE**

$1,100.00

<u>DUPACO mortgages:</u>

**3834 Indiandale Circle SE**

$2,100.00

**2045 Park Ave SE**

$1,100.00

**1734 5th Ave SE**

$1,100.00

**TOTAL:** $6,600.00

**Exhibit D**
**Listing of Disbursements**
**July 2023**

1) Checks written:

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---|---|
| July 3, 2023 | 1132 | Mr. Terry Hill | $880.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| July 7, 2023 | ACH | State Farm | $1494.72 | Insurance |
| July 7, 2023 | 1133 | Mr. Michael White | $920.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| July 7, 2023 | 1134 | Mr. Terry Hill | $925.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| July 7, 2023 | 1137 | Mr. Allen Schumacher | $280.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| July 7, 2023 | 1136 | Mr. DeWayne Oliver | $240.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| July 7, 2023 | Cash | Mr. Davisson | $2.00 | Petty cash |
| July 10, 2023 | 1135 | Mr. Chris Avinger | $109.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| July 11, 2023 | 1138 | LCSO | $80.00 | 1714 6th Ave SE, eviction |
| July 12, 2023 | ACH | State Farm | $1226.49 | Insurance |
| July 19, 2023 | 1139 | ICS | $160.50 | 2532 1st Ave NE, pest control |
| July 28, 2023 | 1140 | Mr. Michael White | $950.00 | Subcontractor (1713 7th Ave SE renovation work) |

**TOTAL:** 7,267.71

**Exhibit F**
Accounts Receivable as of July 31, 2023

No accounts receivable as of July 31, 2023.

**Update on progress of properties as requested**
**August 15, 2023**

**357 17th St SE:** The sale of this property, originally scheduled for June 24, 2023, fell through at the very end due to financing problems of the buyer. Upon our realtor's advice, the property was removed from the market and further minor improvements were made including additional finishes in the basement (flooring) and exterior landscaping including new sod. This will result in re-listing the property at an even higher price, anticipated to be $137,900, by August 25, 2023.

**1841 Washington Ave SE**: This property, which has been entirely renovated both inside and outside, is in the final stages of preparation. It is anticipated to be listed at $140,000 and will occur by Sept 1, 2023. The house has been entirely re-painted both inside and outside, has brand new bathrooms and kitchen (including all new appliances), new flooring throughout, new lighting, fresh landscaping, etc.

**1713 7th Ave SE:** This property, which has been entirely renovated both inside and outside, is in the final stages of preparation. It is anticipated to be listed at $190,000 and will occur by August 28, 2023. Full exterior renovations including fresh paint, new fencing, brand new garage, brand new back deck and front porch and landscaping are nearly complete. The interior has also been fully renovated, including painting, new bathrooms and kitchen (including all new appliances), flooring, new light fixtures, etc.

**1933 Higley Ave SE:** Completion of renovation of this property will begin Sept 15, 2023. It is anticipated that it will be listed at $130,000 around Oct. 7, 2023.

**1748 C Ave NE:** The tenant at this property moved out on Aug 15, 2023; renovations required to prepare it for sale will begin Sept 1, 2023. It is anticipated that this property will be listed at $120,000 on Sept 20, 2023.

## GreenState Credit Union Loans/Judgments – Projected/Actual Listings, Rentals, Sales and Payments

| State Court Case No. | Loan Acct No. | Location | Insurance in Place | Foreclosure Decree/Judgments as of 3/01/2021 | Scheduled Property Values | GSCU Appraisals for Unsold | Date of Property Status | Property Status | Rent/Sale Budget | Rent/Listed- Sale Price | Preliminary/Final Closing Costs & RE Taxes | PD to GSCU | Net to CC Acct | Remaining Property Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EQCV094983 | 50003 | 528 15th St SE | X | $ 110,136.96 | $ 95,000 | $ 53,000 | | To Be Held | | $ - | | | | $ 95,000 |
| | | 1714 6th Ave | X | | 135,000 | 100,000 | | Rented | | 1,250 | | | | 135,000 |
| EQCV094985 | 50004 | 1719 Bever Ave SE | X | 85,344.95 | 145,000 | 78,000 | | To Be Held | | 145,000 | 19,611.00 | $87,598.05 | $37,790.95 | 145,000 |
| EQCV095004 | 50005 | 1933 Higley AV SE | X | 67,717.13 | 130,000 | 40,000 | 10/7/2023 | To List | 10,000 | 130,000 | 15,018.63 | 69,883.94 | 45,097.43 | 130,000 |
| EQCV095003 | 50006 | 2208 Mt. Vernon Rd SE | S | 81,986.75 | 135,000 | | 2/24/2023 | Sold-Closed | | 135,000 | 17,157.49 | 84,997.84 | 32,844.67 | - |
| EQCV095008 | 50007 | 838 15th St SE | X | 51,409.09 | 90,000 | 100,000 | | Rented | | 1,100 | | | | 90,000 |
| EQCV095015 | 50009 | 825 18th St SE | X | 337,452.12 | 90,000 | 83,000 | | Rented | | 1,100 | | | | 90,000 |
| | | 1158 28th St SE | S | | 135,000 | | 3/14/2023 | Sold-Closed | | 135,000 | 17,304.20 | 117,695.80 | - | - |
| | | 1713 7th Ave SE | X | | 140,000 | 72,000 | 8/28/2023 | To List | 8,000 | 190,000 | 14,826.86 | 125,173.14 | - | 140,000 |
| | | 1751 Higley Ave SE | S | | 110,000 | | 12/14/2022 | Sold-Closed | | 109,900 | 11,408.86 | 98,491.14 | - | - |
| | | 1818 7th Ave SE | X | | 145,000 | 90,000 | | Rented | | 1,100 | | | | 145,000 |
| | | 1841 Washington Ave SE | X | | 135,000 | 73,000 | 8/25/2023 | To List | 9,000 | 140,000 | 14,420.00 | 120,580.00 | - | 135,000 |
| EQCV095024 | 50010 | 1548 7th AVE SE | S | 59,683.80 | 125,000 | | 2/6/2023 | Sold-Closed | | 125,000 | 13,417.75 | 64,149.91 | 47,640.32 | - |
| EQCV095025 | 50011 | 1557 6th Ave SE | S | 70,853.38 | 120,000 | | 5/26/2023 | Sold-Closed | | 109,900 | 11,247.95 | 76,735.95 | 21,916.10 | - |
| | | TOTALS | | $ 864,584.18 | $ 1,730,000.00 | $ 689,000.00 | | | | | $ 134,412.74 | $ 845,305.77 | $ 185,289.47 | $ 1,105,000.00 |

| **Current Status** | | | **GSCU Appraisals** | | **Scheduled Values** | |
|---|---|---|---|---|---|---|
| Initial Decree Totals | $ 864,584.18 | | Remaining Property Values | 689,000.00 | Remaining Property Value | $ 1,105,000.00 |
| Payments to GSCU to Date | 582,070.64 | | Remaining Due on Decrees | 282,513.54 | Remaining Due on Decrees | 282,513.54 |
| Remaining Decree Totals | $ 282,513.54 | ,plus accruing interest | | $ 406,486.46 | Net Equity Value | $ 822,486.46 |
| | | | Debt to Collateral Ratio | 41% | Debt to Collateral Ratio | 26% |

| **After All Planned Sales** | | | | | **After All Planned Sales** | |
|---|---|---|---|---|---|---|
| Initial Decree Totals | $ 864,584.18 | | | | Remaining Property Value | $ 555,000.00 |
| Total Payments to GSCU | 845,305.77 | ,Including post-petition interest | | | Remaining Due on Decrees | 19,278.41 |
| Remaining Decree Totals | $ 19,278.41 | | | | Net Equity Value | $ 535,721.59 |

Notes:
1. All figures, except those representing closed sales, are projected estimates made from currently available information. . The terms of the plan treatment will be the final determinate of the properties that will be sold.

2. Debtor is informed that the average number of days between listing a residential property for sale in Cedar Rapids, Iowa and sale is 82 days. The projected interest payment is based on an estimate of 90 days between listing of a property and the closed sale.

3. For properties to be sold, interest is figured on the principal amount due according to the applicable foreclosure decree from March 1, 2021 using the daily interest accrual amount stated in the decree. For the single-property mortgage liens on properties that have been sold, the amount paid to the credit union is the actual payoff amount provided by the credit union to the closing agent.

**Property Holders, LTD – Chapter 11 Plan of Reorganization**   **MONTHLY REPORT EXHIBIT 1**   As of: 8/24/2023

## Dupaco Community Credit Union Loans – Projected/Actual Listings, Rentals, Sales and Payments

| Loan Acct No. | Location | Insurance in Place | Dupaco Claim Balance Due | Scheduled Property Values | Appraised Property Values | Date of Property Status | Property Status | Sale/Rental Budget | Rent/Listed-Sale Price | Closing Costs & RE Taxes | Interest Paid | Principal Paid | Net to CC Acct | Remaining Property Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4569 | 1060 33rd St NE | S | $ 83,829.99 | 180,000 | | 5/22/2023 | Sold-Closed | | $ 187,000 | $ 25,038.90 | $ 3,665.80 | $ 82,522.86 | $ 75,762.44 | - |
| 8214 | 2040 Spoon Creek Ct SE | X | 316,495.48 | 675,000 | 625,000 | | To be Held | | - | | | | | $ 625,000 |
|  | 2009 Memorial Dr SE | X | | 325,000 | A Sched-8/31/23 | | To be Held | | - | | | | | 325,000.00 |
| 4170 | 1720 Grande Ave SE | X | 34,611.92 | 140,000 | X | | Sold-Need PW | | 35,000 | | | | | - |
| 4212 | 1748 C Ave NE | X | 68,129.17 | 150,000 | 115,000 | 9/20/2023 | To list | | 120,000 | | | | | $ 115,000 |
| 4659 | 357 17th St SE | X | 33,760.41 | 120,000 | X | 8/25/2023 | To list | | 137,000 | | | | | 120,000 |
| 4683 | 351 20th ST SE | X | 65,329.12 | 155,000 | 113,000 | | To be Rented | | 1,100 | | | | | $ 113,000 |
| 4691 | 1025 20th ST SE | X | 280,378.51 | 125,000 | 121,000 | | To be Rented | | 1,000 | | | | | $ 121,000 |
|  | 2532 1st Ave NE | X | | 160,000 | 95,000 | | To be Rented | | 1,200 | | | | - | $ 95,000 |
|  | 1047 27th St NE | X | | 165,000 | 151,000 | 9/1/2023 | To List | 5,000 | 165,000 | 23,358.76 | 1,377.73 | 140,263.51 | - | 165,000 |
|  | 1801 Bever Ave SE | 0 | | - | - | 6/29/2023 | Sold | | 5,000 | 50.00 | | 4,950.00 | | - |
| 4717 | 2307 BeverAve SE | X | 105,546.21 | 295,000 | 95,000 | 4/1/2024 | To List | 40,000 | 295,000 | 35,998.47 | 8,516.73 | 103,490.39 | 146,994.41 | $ 95,000 |
| 4709 | 130 Thompson Dr SE, #324 | X | 63,680.90 | 175,000 | 158,000 | | To be Held | | - | | | | | $ 158,000 |
| 4725 | 3824 Indiandale Cir SE | X | 125,923.33 | 365,000 | A Done - No Rpt | | Rented | | 2,100 | | | | | 365,000 |
| 4741 | 2045 Park Ave SE | X | 60,676.49 | 145,000 | 150,000 | | Rented | | 1,100 | | | | | 145,000 |
| 4766 | 2842 14th Ave SE | X | 65,030.72 | 140,000 | 158,000 | | To be Rented | | 1,200 | | | | | $ 158,000 |
| 4782 | 1734 5th Ave SE | X | 57,873.32 | 145,000 | 125,000 | | To be Rented | | 1,100 | | | | | 145,000 |
| 4832 | 2916 Iowa Ave SE | X | 62,557.30 | 140,000 | 97,000 | 9/1/2023 | To List | 4,000 | 140,000 | 18,167.00 | 4,526.66 | 61,338.62 | 55,967.72 | $ 97,000 |
| 4899 | 2164 Blake Blvd SE | X | 108,917.61 | 235,000 | 202,000 | 8/1/2023 | Rented | | - | | | | | $ 202,000 |
| 4923 | 412 26th St SE | X | 72,520.75 | 145,000 | A Done - No Rpt | 10/1/2023 | To List | 5,000 | 145,000 | 20,715.78 | 4,435.60 | 71,107.21 | 48,741.41 | 5,000 |
| 4949 | 2021 Grande Ave SE | X | 252,685.29 | 170,000 | 144,000 | | Rented | | 1,200 | | | | | $ 144,000 |
|  | 2103 Bever Ave SE | X | | 182,000 | 92,000 | 10/15/2023 | To List | 10,000 | 175,000 | 23,948.51 | 15,021.31 | 143,030.18 | - | 182,000 |
|  | 1610 Park Ave SE | X | | 155,000 | 51,000 | 12/1/2023 | To List | 8,000 | 155,000 | 19,500.00 | 12,000.00 | | | $ 51,000 |
|  | 1052 32nd St NE | X | | 55,000 | 53,000 | 11/1/2023 | To list | - | - | | | | | $ 53,000 |
| VISA 3451 | N/A | | 10,237.59 | | | | | | | | | | | |
| TOTALS | | - | $ 1,868,184.11 | $ 4,542,000.00 | $ 2,545,000.00 | | | | | $ 166,777.42 | $ 49,543.83 | $ 606,702.77 | $ 327,465.98 | $ 3,479,000.00 |

| Current Status | | Dupaco Appraisals | | Scheduled Values | |
|---|---|---|---|---|---|
| Total Claim | $ 1,868,184.11 | Remaining Property Values | $ 3,479,000.00 | Remaining Property Value | $ 4,542,000.00 |
| Total Paid To Date | 86,188.66 | Remaining Due on Claim | 1,781,995.45 | Balance Due on Claim | 1,781,995.45 |
| Balance Due | $ 1,781,995.45, plus accruing interest | NetEquity Value | $ 1,697,004.55 | Net Equity Value | $ 2,760,004.55 |
| | | Debt to Collateral Value | 51% | Debt to Collateral Ratio | 39% |

| After All Planned Sales | | | After All Planned Sales | |
|---|---|---|---|---|
| Beg. Principal Balance | | $ 1,822,912.95 | Remaining Property Value | |
| Total Principal Paid | | 606,702.77 | Balance Due on Loans after Sales | |
| Principal Balance after Sales | | $ 1,216,210.18 | Net Equity Value | |
| Cash Collateral Applied | | 266,210.18 | | |
| Final Principal Balance | | $ 950,000.00 | Debt to Collateral Ratio | |

Notes:
1. All projected figures are estimates made from currently available information. The terms of the plan treatment will be the final determinate of the properties that will be sold.

2. Debtor is informed that the average number of days between listing a residential property for sale in Cedar Rapids, Iowa and sale is 82 days. The projected interest payment is based on an estimate of 90 days between listing of a property and the closed sale.

3. For properties to be sold, interest is figured on the principal amount due according to the figures provided by DPCU for each loan in its claim. At the time of sale, DPCU will provide a payoff amount to the closing agent which may be different from the estimated figures here.