IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for August 2023 |

I. Summary:
   a. The debtor has supplied documentation for the $76,444.80 and $3,511.43 expenditures from the May operating report. One was for property taxes and the other was for supplies from Menards.
   b. The beginning and ending cash balances on the operating report now reflect cash accounts that are reported.
   c. 357 17th ST SE has not been listed as of 9/6/23 1:05 pm; the latest operating report stated it would be listed by 8/25/23,
      i. Note: pictures have been taken by realtor and could be listed by 9/8/23
   d. 1841 Washington Ave SE has not been listed as of 9/6/23 1:05 pm; the latest operating report stated it would be listed by 9/1/23
   e. 1713 7th Ave SE has not been listed as of 9/6/23 1:05 pm; the latest operating report stated it would be listed by 8/28/23
   f. 1933 Higley and 1748 C Ave had been projected to be listed in August. They are now pushed back per the latest operating report.
   g. Detailed and documented financial reporting continues to be an issue. Details are listed in the following section of this report.
   h. Again, overall progress for this month has not been stellar or adequate. Debtor is projecting a negative cash flow for the coming month. If the rent projection is correct, there will be little money to continue renovations (see detail). A house sale will take time to produce cash and it is doubtful the sale of property in September will produce cash earlier than late October.

II. Reporting Items:
   a. The Monthly Operating report for July.
      i. There is only $6,600 in rent collected and only on 5 properties. You also state there is no accounts receivable.
         1. Is this correct?
         2. You have listed on the supporting documents (spreadsheets) that there should be over $14,000 in rent each month.
         3. Is your reporting correct and up to date?
   b. Open Items from June report:
      i. A projected cash flow for rental properties after the sale of properties specified in the reporting spreadsheets is needed by 8/30/23. The cash flow will need to include known expenses for properties, such as taxes, insurance, mortgage payments, property upkeep, and any other business expenses. The projected rental income is approximately $15,000 per month for the properties listed. This item is requested by 8/30/23.
      ii. There are five properties listed as "To Be Held" on the reporting spreadsheets. They are projected to generate no income going forward. An explanation of the status and intent for these properties is needed. Also, their impact to the projected cash flow needs to be included in expense calculations for the business. This item is requested by 8/30/23.
         1. Please note there was a short email from Debtor on this item, but it was incomplete and lacked any detail.

Date:  __9/6/2023__                              __/s/ Douglas D. Flugum_____

                                                 Douglas D. Flugum

                                                 Bugeye Ventures, Inc.

                                                 PO Box 308

                                                 Cedar Rapids, IA 52406

                                                 319-389-4581

                                                 dflugum@bugeyeventures.com

                                                 Sub Chapter V Trustee