**Fill in this information to identify the case:**

Debtor Name  Property Holders, Ltd

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 22-00744

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: ___August 2023___                      Date report filed: ___10/02/2023___
                                                                     MM / DD / YYYY

Line of business: __Property Inv. & Rental__         NAISC code: ___5313___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                        Charles Davisson, President

Original signature of responsible party   _(signature)_

Printed name of responsible party         Charles Davisson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Property Holders, Ltd                     Case number 22-00744

17. Have you paid any bills you owed before you filed bankruptcy?  ❑ ☑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 116.98

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 12,400.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 12,481.43

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -81.43

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 35.55

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 16,505.63

Debtor Name Property Holders, Ltd                          Case number 22-00744

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                           $ _____ 0

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        _____ 1
27. What is the number of employees as of the date of this monthly report?           _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 31,955.53
30. How much have you paid this month in other professional fees?                                   $ _____ 0
31. How much have you paid in total other professional fees since filing the case?                  $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 12,400.00 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 12,481.43 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ -81.43 | = | $ _____ |

35. Total projected cash receipts for the next month:                                   $ _____ 12,400
36. Total projected cash disbursements for the next month:                            - $ _____ 12,500
37. Total projected net cash flow for the next month:                                 = $ _____ -100

Debtor Name  Property Holders, Ltd

Case number 22-00744

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☑ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

**Exhibit A – unpaid bills**

1)  Mr. Rush Shortley (attorney): $11,334.81
2)  Mr. Douglas Flugum (Bugeye Ventures): $5170.82

**<u>Exhibit C</u>**
August 2023
Rents Received

<u>GSCU mortgages:</u>

**838 15th St SE**
$1,150.00

**825 18th St SE**
$1,200.00

**1818 7th Ave SE**
$1,200.00

**1714 6th Ave SE**
$700.00

**TOTAL:** $4,250.00

<u>DUPACO mortgages:</u>

**351 20th St SE**
$1,100.00

**3834 Indiandale Circle SE**
$2,150.00

**2045 Park Ave SE**
$1,300.00

**1734 5th Ave SE**
$1,400.00

**2021 Grande Ave SE**
$1,200.00

**2842 14th Ave SE**
$1,000.00

TOTAL: $8,150.00

**GRAND TOTAL:** $12,400.00

**Exhibit D**
**Listing of Disbursements**
**August 2023**

1)  Checks written:

| Date | Check # | Payee | Amount | Purpose |
|------|---------|-------|--------|---------|
| Aug 3, 2023 | ACH | Alliant Energy | $597.40 | Utilities |
| Aug 4, 2023 | 1125 | Mr. Terry Hill | $312.00 | Subcontractor (1713 7th Ave renovation work) |
| Aug 9, 2023 | ACH | State Farm | $1197.75 | Insurance |
| Aug 11, 2023 | ACH | State Farm | $1505.28 | Insurance |
| Aug 11, 2023 | 1142 | Mr. Terry Hill | $550.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 11, 2023 | 1143 | Mr. Angel Rodriquez | $447.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 11, 2023 | 1141 | Mr. Michael White | $610.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 11, 2023 | 1144 | Mr. Chris Avinger | $628.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 11, 2023 | 1145 | Mr. Dewayne Oliver | $350.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 15, 2023 | 1146 | Mr. Abe Tuecke | $1060.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 18, 2023 | 1148 | Mr. Terry Hill | $1013.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 18, 2023 | 1147 | Mr. Michael White | $915.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 18, 2023 | 1150 | Mr. Dewayne Oliver | $325.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 18, 2023 | 1149 | Mr. Chris Avinger | $346.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 21, 2023 | 1151 | Mr. Jeff Nickels | $1445.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 23, 2023 | 1152 | Mr. Abe Tuecke | $850.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Aug 24, 2023 | Withdrawal | Mr. Michael White | $300.00 | Cash reimburse supplies (1841 Washington Ave SE) |
| Aug 29 | Withdrawal | Mr. Michael White | $30.00 | Cash reimburse supplies (1841 Washington Ave SE) |

**TOTAL:** 12,481.43

**<u>Exhibit F</u>**
Accounts Receivable as of August 31, 2023

No accounts receivable as of August 31, 2023.

**Update on progress**
**August/September, 2023**

**357 17th St SE:** The sale of this property, originally scheduled for June 24, 2023, fell through at the very end due to financing problems of the buyer. Upon our realtor's advice, the property was removed from the market and further minor improvements were made including additional finishes in the basement. It should be noted that Mr. Davisson completed all of this additional work himself, ie his "sweat equity", allowing his team to move to other properties (see below). This resulted in re-listing of the property on Sept 8, 2023 at an even higher price ($140,000) than the original listing in May ($125,000). There have been multiple showings and positive feedback.

**1713 7th Ave SE:** This property, which has been entirely renovated both inside and outside, was listed on Sept 23, 2023. Upon our realtor's advice, it was listed at $225,000, 2.5 times what the property was appraised at. Full exterior renovations include fresh paint, new fencing, brand new garage, brand new back deck and front porch and landscaping. The interior was also fully renovated, including painting, new bathrooms and kitchen (including all new appliances), flooring, new light fixtures, etc. Mr. Davisson performed all finishing work on this property in August and Sept, ie his "sweat equity". This allowed his subcontractors to move to the next property (see below). There have been multiple showings and positive feedback.

**1841 Washington Ave SE**: This property is in the final stages of being entirely renovated both inside and outside. Upon our realtor's advice, it is anticipated to be listed around $155,000 and will occur over the next two weeks (~Oct 15, 2023). The house has been entirely re-painted both inside and outside, new flooring has been added throughout, as has new lighting. It will also have brand new bathrooms and kitchen (including all new appliances), fresh landscaping, etc. Mr. Davisson has now joined his team, working alongside them, ie his "sweat equity", over the coming weeks until it is listed.

**1748 C Ave NE:** The tenant at this property moved out on Aug 15, 2023. The renovations requir ed to prepare it for sale, including adding access to the backyard from pantry area via new slider doors, interior painting, kitchen updating, light fixture updating and exterior landscaping are anticipated to be completed around Nov. 7, 2023. Our realtor predicts that this property will be listed at around $120,000.

**Other:**  All of this work is proceeding on top of the normal activities with maintaining the var ious rental properties. This work is carried out by the various subcontractors as well as Mr. Davi sson (sweat equity).

## GreenState Credit Union Loans/Judgments – Projected/Actual Listings, Rentals, Sales and Payments

| State Court Case No. | Loan Acct No. | Location | Insurance in Place | Foreclosure Decree/Judgments as of 3/01/2021 | Scheduled Property Values | GSCU Appraisals for Unsold | Date of Property Status | Property Status | Rent/Sale Budget | Rent/Listed-Sale Price | Preliminary/Final Closing Costs & RE Taxes | PD to GSCU | Net to CC Acct | Remaining Property Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EQCV094983 | 50003 | 528 15th St SE | X | $ 110,136.96 | $ 95,000 | $ 53,000 | | To Be Held | | $ - | | | $ - | $ 95,000 |
| | | 1714 6th Ave | X | | 135,000 | 100,000 | | Rented | | 1,250 | | | | 135,000 |
| EQCV094985 | 50004 | 1719 Bever Ave SE | X | 85,344.95 | 145,000 | 78,000 | | To Be Held | | 145,000 | 19,611.00 | $87,598.05 | $37,790.95 | 145,000 |
| EQCV095004 | 50005 | 1933 Higley AV SE | X | 67,717.13 | 130,000 | 40,000 | TBD | To List | 10,000 | 130,000 | 15,018.63 | 69,883.94 | 45,097.43 | 130,000 |
| EQCV095003 | 50006 | 2208 Mt. Vernon Rd SE | S | 81,986.75 | 135,000 | | 2/24/2023 | Sold-Closed | | 135,000 | 17,157.49 | 84,997.84 | 32,844.67 | - |
| EQCV095008 | 50007 | 838 15th St SE | X | 51,409.09 | 90,000 | 100,000 | | Rented | | 1,150 | | | | 90,000 |
| EQCV095015 | 50009 | 825 18th St SE | X | 337,452.12 | 90,000 | 83,000 | | Rented | | 1,200 | | | | 90,000 |
| | | 1158 28th St SE | S | | 135,000 | | 3/14/2023 | Sold-Closed | | 135,000 | 17,304.20 | 117,695.80 | - | - |
| | | 1713 7th Ave SE | X | | 140,000 | 72,000 | 9/23/2023 | Listed | | 225,000 | 14,826.86 | 125,173.14 | - | 140,000 |
| | | 1751 Higley Ave SE | S | | 110,000 | | 12/14/2022 | Sold-Closed | | 109,900 | | 98,491.14 | - | - |
| | | 1818 7th Ave SE | X | | 145,000 | 90,000 | | Rented | | 1,200 | 11,408.86 | | | 145,000 |
| | | 1841 Washington Ave SE | X | | 135,000 | 73,000 | 10/15/2023 | To List | 9,000 | 140,000 | 14,420.00 | 120,580.00 | - | 135,000 |
| EQCV095024 | 50010 | 1548 7th AVE SE | S | 59,683.80 | 125,000 | | 2/6/2023 | Sold-Closed | | 125,000 | 13,417.75 | 64,149.91 | 47,640.32 | - |
| EQCV095025 | 50011 | 1557 6th Ave SE | S | 70,853.38 | 120,000 | | 5/26/2023 | Sold-Closed | | 109,900 | 11,247.95 | 76,735.95 | 21,916.10 | - |
| | | **TOTALS** | | $ 864,584.18 | $ 1,730,000.00 | $ 689,000.00 | | | | $ | 134,412.74 | $ 845,305.77 | $ 185,289.47 | $ 1,105,000.00 |

**Current Status**

| | |
|---|---|
| Initial Decree Totals | $ 864,584.18 |
| Payments to GSCU to Date | 582,070.64 |
| Remaining Decree Totals | $ 282,513.54 ,plus accruing interest |

**GSCU Appraisals**

| | |
|---|---|
| Remaining Property Values | 689,000.00 |
| Remaining Due on Decrees | 282,513.54 |
| | $ 406,486.46 |
| Debt to Collateral Ratio | 41% |

**Scheduled Values**

| | |
|---|---|
| Remaining Property Value | $ 1,105,000.00 |
| Remaining Due on Decrees | 282,513.54 |
| Net Equity Value | $ 822,486.46 |
| Debt to Collateral Ratio | 26% |

**After All Planned Sales**

| | |
|---|---|
| Initial Decree Totals | $ 864,584.18 |
| Total Payments to GSCU | 845,305.77 ,Including post-petition interest |
| Remaining Decree Totals | $ 19,278.41 |

**After All Planned Sales**

| | |
|---|---|
| Remaining Property Value | $ 555,000.00 |
| Remaining Due on Decrees | 19,278.41 |
| Net Equity Value | $ 535,721.59 |

Notes:
1. All figures, except those representing closed sales, are projected estimates made from currently available information. . The terms of the plan treatment will be the final determinate of the properties that will be sold.
2. Debtor is informed that the average number of days between listing a residential property for sale in Cedar Rapids, Iowa and sale is 82 days. The projected interest payment is based on an estimate of 90 days between listing of a property and the closed sale.

3. For properties to be sold, interest is figured on the principal amount due according to the applicable foreclosure decree from March 1, 2021 using the daily interest accrual amount stated in the decree. For the single-property mortgage liens on properties that have been sold, the amount paid to the credit union is the actual payoff amount provided by the credit union to the closing agent.

## Dupaco Community Credit Union Loans – Projected Actual Listings, Rentals, Sales and Payments

| Loan Acct No. | Location | Insurance in Place | Dupaco Claim Balance Due | Scheduled Property Values | Appraised Property Values | Date of Property Status | Property Status | Sale/Rental Budget | Rent/Listed-Sale Price | Closing Costs & RE Taxes | Interest Paid | Principal Paid | Net to CC Acct | Remaining Property Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4569 | 1060 33rd St NE | S | $ 83,829.99 | $ 180,000 | | 5/22/2023 | Sold-Closed | | $ 187,000 | $ 25,038.90 | $ 3,665.80 | $ 82,532.86 | $ 75,762.44 | - |
| 8214 | 2040 Spoon Creek Ct SE | X | 316,495.48 | 675,000 | 625,000 | | To be Held | | - | | | | | $ 625,000 |
| | 2009 Memorial Dr SE | X | | 325,000 | A Sched-8/31/23 | | To be Held | | - | | | | | 325,000.00 |
| 4170 | 1720 Grande Ave SE | X | 34,611.92 | 140,000 | X | | Sold-Need PW | | 35,000 | | | | | - |
| 4212 | 1748 C Ave NE | X | 68,129.17 | 150,000 | 115,000 | 10/6/2023 | To list | | 120,000 | | | | | $ 115,000 |
| 4659 | 357 17th St SE | X | 33,760.41 | 120,000 | X | 8/25/2023 | To list | | 137,000 | | | | | 120,000 |
| 4683 | 351 20th ST SE | X | 65,329.12 | 155,000 | 113,000 | | Rented | | 1,100 | | | | | $ 113,000 |
| 4691 | 1025 20th ST SE | X | 280,378.51 | 125,000 | 121,000 | | To be Rented | | 1,000 | | | | | $ 121,000 |
| | 2532 1st Ave NE | X | | 160,000 | 95,000 | | To be Rented | | 1,200 | | | | - | $ 95,000 |
| | 1047 27th St NE | X | | 165,000 | 151,000 | 9/1/2023 | To List | 5,000 | 165,000 | 23,358.76 | 1,377.73 | 140,263.51 | - | 165,000 |
| | 1801 Bever Ave SE | 0 | | - | - | 6/29/2023 | Sold | | 5,000 | 50.00 | | 4,950.00 | | - |
| 4717 | 2307 BeverAve SE | X | 105,546.21 | 295,000 | 95,000 | 4/1/2024 | To List | 40,000 | 295,000 | 35,998.47 | 8,516.73 | 103,490.39 | 146,994.41 | $ 95,000 |
| 4709 | 130 Thompson Dr SE, #324 | X | 63,680.90 | 175,000 | 158,000 | | To be Held | | - | | | | | $ 158,000 |
| 4725 | 3824 Indiandale Cir SE | X | 125,923.33 | 365,000 | A Done - No Rpt | | Rented | | 2,100 | | | | | 365,000 |
| 4741 | 2045 Park Ave SE | X | 60,676.49 | 145,000 | 150,000 | | Rented | | 1,100 | | | | | 145,000 |
| 4766 | 2842 14th Ave SE | X | 65,030.72 | 140,000 | 158,000 | | Rented | | 1,000 | | | | | $ 158,000 |
| 4782 | 1734 5th Ave SE | X | 57,873.32 | 145,000 | 125,000 | | Rented | | 1,400 | | | | | 145,000 |
| 4832 | 2916 Iowa Ave SE | X | 62,557.30 | 140,000 | 97,000 | 9/1/2023 | To List | 4,000 | 140,000 | 18,167.00 | 4,526.66 | 61,338.62 | 55,967.72 | $ 97,000 |
| 4899 | 2164 Blake Blvd SE | X | 108,917.61 | 235,000 | 202,000 | 8/1/2023 | Rented | | - | | | | | $ 202,000 |
| 4923 | 412 26th St SE | X | 72,520.75 | 145,000 | A Done - No Rpt | 10/1/2023 | To List | 5,000 | 145,000 | 20,715.78 | 4,435.60 | 71,107.21 | 48,741.41 | $ 5,000 |
| 4949 | 2021 Grande Ave SE | X | 252,685.29 | 170,000 | 144,000 | | Rented | | 1,200 | | | | | $ 144,000 |
| | 2103 Bever Ave SE | X | | 182,000 | 92,000 | 10/15/2023 | To List | 10,000 | 175,000 | 23,948.51 | 15,021.31 | 143,030.18 | - | 182,000 |
| | 1610 Park Ave SE | X | | 155,000 | 51,000 | 12/1/2023 | To List | 8,000 | 155,000 | 19,500.00 | 12,000.00 | | | $ 51,000 |
| | 1052 32nd St NE | X | | 55,000 | 53,000 | 11/1/2023 | To list | | - | | | | | $ 53,000 |
| VISA 3451 | N/A | | 10,237.59 | | | | | | | | | | | |
| **TOTALS** | | - | $ 1,868,184.11 | $ 4,542,000.00 | $ 2,545,000.00 | | | | | $ 166,777.42 | $ 49,543.83 | $ 606,702.77 | $ 327,465.98 | $ 3,479,000.00 |

**Current Status**

| | |
|---|---|
| Total Claim | $ 1,868,184.11 |
| Total Paid To Date | 86,188.66 |
| Balance Due | $ 1,781,995.45 , plus accruing interest |

**Dupaco Appraisals**

| | |
|---|---|
| Remaining Property Values | $ 3,479,000.00 |
| Remaining Due on Claim | 1,781,995.45 |
| NetEquity Value | $ 1,697,004.55 |
| Debt to Collateral Value | 51% |

**Scheduled Values**

| | |
|---|---|
| Remaining Property Value | $ 4,542,000.00 |
| Balance Due on Claim | 1,781,995.45 |
| Net Equity Value | $ 2,760,004.55 |
| Debt to Collateral Ratio | 39% |

**After All Planned Sales**

| | |
|---|---|
| Beg. Principal Balance | $ 1,822,912.95 |
| Total Principal Paid | 606,702.77 |
| Principal Balance after Sales | $ 1,216,210.18 |
| Cash Collateral Applied | 266,210.18 |
| Final Principal Balance | $ 950,000.00 |

**After All Planned Sales**

| | |
|---|---|
| Remaining Property Value | |
| Balance Due on Loans after Sales | |
| Net Equity Value | |
| Debt to Collateral Ratio | |

Notes:
1. All projected figures are estimates made from currently available information. The terms of the plan treatment will be the final determinate of the properties that will be sold.

2. Debtor is informed that the average number of days between listing a residential property for sale in Cedar Rapids, Iowa and sale is 82 days. The projected interest payment is based on an estimate of 90 days between listing of a property and the closed sale.

3. For properties to be sold, interest is figured on the principal amount due according to the figures provided by DPCU for each loan in its claim. At the time of sale, DPCU will provide a payoff amount to the closing agent which may be different from the estimated figures here.

357 17th St SE
Cedar Rapids, Iowa
Property Value: $140,000; listed 9/8/23

## **After**

## **Before**






1713 7th Ave SE
Cedar Rapids, Iowa
Property Value: $225,000 (appraised at $90,000); listed 9/23/23

**<u>After</u>**

**<u>Before</u>**





**Dupaco**

*ELECTRONIC SERVICE REQUESTED*

P.O. Box 179
Dubuque, IA  52004-0179

(563) 557-7600 / (800) 373-7600 / dupaco.com

MEMBER NUMBER:
20208149

STATEMENT PERIOD:          PAGE:
08/01/2023 to 08/31/2023      1 of 3

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328




## D U P A C O   C O M M U N I T Y   C R E D I T   U N I O N

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 204498901 | Savings/Asset Builder | 32.82 | 32.82 |
| SD - 930590815 | Operating Account | 116.98 | 61.25 |
| SD - 930590823 | Greenstate CU Cash Collateral Account | 10.07 | 10.07 |
| SD - 930590898 | Dupaco Credit Union Cash Coll Acct | 10.64 | 10.64 |
| SD - 930590948 | Landlords Tenant Deposit Account | 0.00 | 0.00 |

| Savings/Asset Builder | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204498901 | 32.82 | 0.00 | 0.00 | 32.82 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.00%     |     Dividends Paid YTD $0.01

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | There was no activity for this account during the reported period | | | |

| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 116.98 | -12,481.43 | 12,425.70 | 61.25 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/01 | Previous Balance | | | 116.98 |
| 08/02 | Transfer Deposit | | 700.00 | 816.98 |
| 08/03 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 597.40 | | 219.58 |
| 08/04 | Transfer Deposit | | 1,150.00 | 1,369.58 |
| 08/04 | Transfer Deposit | | 25.70 | 1,395.28 |
| 08/04 | Transfer Deposit | | 500.00 | 1,895.28 |
| 08/04 | Check #1125 | 312.00 | | 1,583.28 |
| 08/07 | Transfer Deposit | | 1,200.00 | 2,783.28 |
| 08/07 | Transfer Deposit | | 1,100.00 | 3,883.28 |
| 08/09 | ACH Debit CPC-CLIENT STATE FARM RO 27 ID9000313004 | 1,505.28 | | 2,378.00 |
| 08/11 | ACH Debit CPC-CLIENT STATE FARM RO 27 ID9000313004 | 1,197.75 | | 1,180.25 |
| 08/11 | Transfer Deposit | | 1,200.00 | 2,380.25 |
| 08/11 | Transfer Deposit | | 1,400.00 | 3,780.25 |
| 08/11 | Check #1142 | 550.00 | | 3,230.25 |
| 08/11 | Check #1143 | 447.00 | | 2,783.25 |
| 08/11 | Check #1141 | 610.00 | | 2,173.25 |
| 08/11 | Check #1144 | 628.00 | | 1,545.25 |
| 08/11 | Check #1145 | 350.00 | | 1,195.25 |
| 08/15 | Check #1146 | 1,060.00 | | 135.25 |
| 08/18 | Transfer Deposit | | 1,200.00 | 1,335.25 |



S A V E ▶ B O R R O W ▶ I N V E S T ▶ I N S U R E ▶ T R U S T

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/18 | Transfer Deposit | | 1,300.00 | 2,635.25 |
| 08/18 | Check #1148 | 1,013.00 | | 1,622.25 |
| 08/18 | Check #1150 | 325.00 | | 1,297.25 |
| 08/18 | Check #1147 | 915.00 | | 382.25 |
| 08/18 | Check #1149 | 346.00 | | 36.25 |
| 08/19 | Transfer Deposit | | 2,150.00 | 2,186.25 |
| 08/21 | Check #1151 | 1,445.00 | | 741.25 |
| 08/21 | Transfer Deposit | | 500.00 | 1,241.25 |
| 08/23 | Check #1152 | 850.00 | | 391.25 |
| 08/24 | Michael White | 300.00 | | 91.25 |
| 08/29 | Mike White | 30.00 | | 61.25 |
| 08/31 | Ending Balance | | | 61.25 |

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1125 | | 08/04 | 312.00 | 1144 | 08/11 | 628.00 | 1148 | 08/18 | 1,013.00 | 1152 | 08/23 | 850.00 |
| 1141 | * | 08/11 | 610.00 | 1145 | 08/11 | 350.00 | 1149 | 08/18 | 346.00 | | | |
| 1142 | | 08/11 | 550.00 | 1146 | 08/15 | 1,060.00 | 1150 | 08/18 | 325.00 | | | |
| 1143 | | 08/11 | 447.00 | 1147 | 08/18 | 915.00 | 1151 | 08/21 | 1,445.00 | | | |

| Greenstate CU Cash Collateral Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590823 | 10.07 | -4,275.70 | 4,275.70 | 10.07 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/01 | Previous Balance | | | 10.07 |
| 08/02 | Rent | | 700.00 | 710.07 |
| 08/02 | Transfer Withdrawal | 700.00 | | 10.07 |
| 08/04 | Rent | | 1,150.00 | 1,160.07 |
| 08/04 | Transfer Withdrawal | 1,150.00 | | 10.07 |
| 08/04 | Eviction Refund | | 25.70 | 35.77 |
| 08/04 | Transfer Withdrawal | 25.70 | | 10.07 |
| 08/11 | Rent | | 1,200.00 | 1,210.07 |
| 08/11 | Transfer Withdrawal | 1,200.00 | | 10.07 |
| 08/18 | Rent | | 1,200.00 | 1,210.07 |
| 08/18 | Transfer Withdrawal | 1,200.00 | | 10.07 |
| 08/31 | Ending Balance | | | 10.07 |

| Dupaco Credit Union Cash Coll Acct | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590898 | 10.64 | -8,150.00 | 8,150.00 | 10.64 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/01 | Previous Balance | | | 10.64 |
| 08/04 | Rent | | 500.00 | 510.64 |
| 08/04 | Transfer Withdrawal | 500.00 | | 10.64 |
| 08/07 | Rent | | 1,200.00 | 1,210.64 |
| 08/07 | Transfer Withdrawal | 1,200.00 | | 10.64 |
| 08/07 | Rent | | 1,100.00 | 1,110.64 |
| 08/07 | Transfer Withdrawal | 1,100.00 | | 10.64 |
| 08/11 | Rent | | 1,400.00 | 1,410.64 |
| 08/11 | Transfer Withdrawal | 1,400.00 | | 10.64 |
| 08/18 | Rent | | 1,300.00 | 1,310.64 |
| 08/18 | Transfer Withdrawal | 1,300.00 | | 10.64 |
| 08/19 | Rent | | 2,150.00 | 2,160.64 |
| 08/19 | Transfer Withdrawal | 2,150.00 | | 10.64 |



**MEMBER NUMBER:**
20208149

**STATEMENT PERIOD:**     **PAGE:**
08/01/2023 to 08/31/2023     3 of 3

SAVE ▶ BORROW ▶ INVEST ▶ INSURE ▶ TRUST

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/21 | Rent | | 500.00 | 510.64 |
| 08/21 | Transfer Withdrawal | 500.00 | | 10.64 |
| 08/31 | Ending Balance | | | 10.64 |

| Landlords Tenant Deposit Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590948 | 0.00 | 0.00 | 0.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | There was no activity for this account during the reported period | | | |

**EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT**

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

**IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)**

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**SHARE DRAFT RECONCILIATION**

Outstanding Share Drafts

| NUMBER | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance Shown on this Statement .................$

Add Deposits Not Shown on this Statement.............$

Subtotal.....................$

Subtract Total Outstanding Drafts....$

Equals Adjusted Ending Balance............$

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

NCUA   National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY