**Fill in this information to identify the case:**

Debtor Name __Property Holders, Ltd__

United States Bankruptcy Court for the: __Northern District of Iowa__

Case number: __22-00744__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __September 2023__

Line of business: __Property Inv. & Rental__

Date report filed: __10/21/2023__
MM / DD / YYYY

NAISC code: __5313__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    __Charles Davisson, President__

Original signature of responsible party   *Chas Davisson*

Printed name of responsible party      __Charles Davisson__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Property Holders, Ltd

Case number 22-00744

17. Have you paid any bills you owed before you filed bankruptcy?       ❏ ☑ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏ ☑ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____ 61.25

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _____ 10,140.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ _____ 10,204.42

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____ -64.42

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ _____ -3.17

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ _____ 0

Debtor Name  Property Holders, Ltd _____    Case number 22-00744 _____

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                   $ _____3410.00

   *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____1

27. What is the number of employees as of the date of this monthly report?                       _____1

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __31,955.53

30. How much have you paid this month in other professional fees?                                           $ _____0

31. How much have you paid in total other professional fees since filing the case?                          $ _____0

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,400 | − | $ 10,140.00 | = | $ 2,260 |
| 33. **Cash disbursements** | $ 12,500 | − | $ 10,204.42 | = | $ 2295.58 |
| 34. **Net cash flow** | $ -100 | − | $ -64.42 | = | $ -35.58 |

35. Total projected cash receipts for the next month:                                               $ ____12,400

36. Total projected cash disbursements for the next month:                                        - $ ____12,500

37. Total projected net cash flow for the next month:                                              = $ ____-100

---

Debtor Name <u>Property Holders, Ltd</u>                                        Case number <u>22-00744</u>

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

Print        Save As...                                                        Reset

**Update on progress**
**September/October, 2023**

**357 17th St SE:** The sale of this property, originally scheduled for June 24, 2023, fell through at the very end due to financing problems of the buyer. Upon our realtor's advice, the property was removed from the market and further minor improvements were made including additional finishes in the basement. It should be noted that Mr. Davisson completed all of this additional work himself, ie his "sweat equity", allowing his team to move to other properties (see below). This resulted in re-listing of the property on Sept 8, 2023 at an even higher price ($140,000) than the original listing in May ($125,000). **The property is now under contract for $142,000 with an anticipated closing date of November 15, 2023.**

**1713 7th Ave SE:** This property, which has been entirely renovated both inside and outside, **was listed on Sept 23, 2023.** Upon our realtor's advice, it was listed at $225,000, 2.5 times what the property was appraised at. Full exterior renovations include fresh paint, new fencing, brand new garage, brand new back deck and front porch and landscaping. The interior was also fully renovated, including painting, new bathrooms, and kitchen (including all new appliances), flooring, new light fixtures, etc. Mr. Davisson performed all finishing work on this property in August and Sept, ie his "sweat equity". This allowed his subcontractors to move to the next property (see below). **There have been multiple showings and quite positive feedback.**

**1841 Washington Ave SE**: This property is in the final stages of being entirely renovated both inside and outside. Upon our realtor's advice, it is anticipated to be listed around $155,000. There have been a few delays due to illness among the subcontractor crew, but **it is anticipated to be listed by Oct 31, 2023.** The house has been entirely re-painted both inside and outside, new flooring has been added throughout, as has new lighting. It will also have brand new bathrooms and kitchen (including all new appliances), fresh landscaping, etc. Mr. Davisson has now joined his team, working alongside them, ie his "sweat equity", over the coming weeks until it is listed.

**1748 C Ave NE:** The tenant at this property moved out on Aug 15, 2023. The renovations required to prepare it for sale, including adding access to the backyard from pantry area via new slider doors, interior painting, kitchen updating, light fixture updates and exterior landscaping are **anticipated to be completed around October 31, 2023**. Our realtor now predicts that this property will be listed at around $140,000. Mr. Davisson has been splitting his time between this property and 1841 Washington Ave SE, working alongside his team, ie his "sweat equity."

**Other:**  All of this work is proceeding on top of the normal activities with maintaining the various rental properties. This work is carried out by the various subcontractors as well as Mr. Davisson (sweat equity).

**Exhibit A – unpaid bills**
**September, 2023**

1) Mr. Rush Shortley (attorney): $11,334.81
2) Mr. Douglas Flugum (Bugeye Ventures): $5170.82

**<u>Exhibit C</u>**
September, 2023
Rents Received

<u>GSCU mortgages:</u>

**838 15th St SE**
$900.00 (partial payment on $1,150.00)

**825 18th St SE**
$1,000.00 (partial payment on $1,200.00)

**1714 6th Ave SE**
$700.00

**TOTAL:** $2,600.00

<u>DUPACO mortgages:</u>

**351 20th St SE**
$1,100.00

**3834 Indiandale Circle SE**
$2,100.00

**2045 Park Ave SE**
$640.00 (partial payment on $1,300.00)

**2021 Grande Ave SE**
$1,200.0

**2842 14th Ave SE**
$1,000.00 (2 x $500.00 payments)

**2164 Blake Blvd SE**
$1,500.00

**TOTAL:** $7,540.00

**GRAND TOTAL:** $10,140.00

**Exhibit D**
**Listing of Disbursements**
**September 2023**

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---|---|
| Sept 6, 2023 | 1160 | Mr. Michael White | $126.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Sept 7, 2023 | ACH | State Farm | $1498.00 | Insurance |
| Sept 8, 2023 | 1163 | Mr. Chris Avinger | $576.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Sept 8, 2023 | 1164 | Mr. Terry Hill | $1120.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Sept 8, 2023 | 1162 | Mr. Dwayne Oliver | $522.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Sept 11, 2023 | 1158 | Reliable Auto | $501.00 | Company van repair |
| Sept 11, 2023 | 1161 | Mr. Michael White | $793.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Sept 13, 2023 | ACH | State Farm | $1150.14 | Insurance |
| Sept 15, 2023 | 1166 | Mr. Chris Avinger | $720.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Sept 15, 2023 | 1165 | Mr. Dwayne Oliver | $220.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Sept 18, 2023 | Cashier's Check | Blue Grass Sod | $1006.00 | Sod for 1713 7th Ave SE |
| Sept 18, 2023 | 1170 | Mr. Michael White | $665.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Sept 19, 2023 | Money order | Mr. Terry Hill | $663.00 | Subcontractor (1841 Washington Ave SE renovation work) |
| Sept 21, 2023 | Money order | Menards | $300.00 | Materials (1841 Washington Ave SE renovation work) |
| Sept 21, 2023 | Withdrawal | Mr. Michael White | $150.00 | Reimburse for miscellaneous supplies |
| Sept 28, 2023 | Money Order | Lowes | $194.28 | Vanity (1841 Washington Ave. SE) |

**TOTAL:** $10,204.42

Case 22-00744    Doc 167    Filed 11/03/23    Entered 11/03/23 08:50:31    Desc Main
Document      Page 9 of 12

**Exhibit F**
Accounts Receivable as of September 30, 2023

**GSCU Rents:**

$200 (825 18th St SE)
$250 (838 15th St SE)
$1,200 (1818 7th Ave SE)

**DUPACO Rents:**

$660.00 (Park Ave SE)
$1,100.00 (1734 5th Ave SE)

**TOTAL:** $3410.00

# Dupaco

*ELECTRONIC SERVICE REQUESTED*

P.O. Box 179
Dubuque, IA  52004-0179

**MEMBER NUMBER:**
20208149

**STATEMENT PERIOD:**          **PAGE:**
09/01/2023 to 09/30/2023        1 of 3

(563) 557-7600 / (800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328



## DUPACO COMMUNITY CREDIT UNION

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 204498901 | Savings/Asset Builder | 32.82 | 30.57 |
| SD - 930590815 | Operating Account | 61.25 | 0.00 |
| SD - 930590823 | Greenstate CU Cash Collateral Account | 10.07 | 10.07 |
| SD - 930590898 | Dupaco Credit Union Cash Coll Acct | 10.64 | 10.64 |
| SD - 930590948 | Landlords Tenant Deposit Account | 0.00 | 0.00 |

| Savings/Asset Builder | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204498901 | 32.82 | -2.25 | 0.00 | 30.57 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.00%    |    Dividends Paid YTD $0.01

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 09/01 | Previous Balance | | | 32.82 |
| 09/28 | ODP Tfr to SD - 930590815 | 2.25 | | 30.57 |
| 09/30 | Ending Balance | | | 30.57 |

| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 61.25 | -10,206.48 | 10,145.23 | 0.00 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 09/01 | Previous Balance | | | 61.25 |
| 09/05 | Rent | | 600.00 | 661.25 |
| 09/06 | Check #1160 | 126.00 | | 535.25 |
| 09/06 | Transfer Deposit | | 1,100.00 | 1,635.25 |
| 09/06 | Transfer Deposit | | 500.00 | 2,135.25 |
| 09/07 | ACH Debit CPC-CLIENT STATE FARM RO 27 ID9000313004 | 1,498.06 | | 637.19 |
| 09/08 | Transfer Deposit | | 1,650.00 | 2,287.19 |
| 09/08 | Transfer Deposit | | 1,500.00 | 3,787.19 |
| 09/08 | Coin Deposit | | 2.98 | 3,790.17 |
| 09/08 | Coin Cash Back | 2.00 | | 3,788.17 |
| 09/08 | Check #1163 | 576.00 | | 3,212.17 |
| 09/08 | Check #1164 | 1,120.00 | | 2,092.17 |
| 09/08 | Check #1162 | 522.00 | | 1,570.17 |
| 09/11 | Check #1158 | 501.00 | | 1,069.17 |
| 09/11 | Check #1161 | 793.00 | | 276.17 |
| 09/13 | Transfer Deposit | | 900.00 | 1,176.17 |
| 09/13 | ACH Debit CPC-CLIENT STATE FARM RO 27 ID9000313004 | 1,150.14 | | 26.03 |
| 09/15 | Transfer Deposit | | 2,100.00 | 2,126.03 |
| 09/15 | Check #1166 | 720.00 | | 1,406.03 |



**MEMBER NUMBER:** 20208149

**STATEMENT PERIOD:** 09/01/2023 to 09/30/2023

**PAGE:** 2 of 3

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|-------:|--------:|--------:|
| 09/15 | Check #1165 | 220.00 | | 1,186.03 |
| 09/18 | Transfer Deposit | | 640.00 | 1,826.03 |
| 09/18 | Transfer Deposit | | 1,000.00 | 2,826.03 |
| 09/18 | Cashier's Check Purchase | 1,006.00 | | 1,820.03 |
| 09/18 | Check #1170 | 665.00 | | 1,155.03 |
| 09/19 | Money Order Purchase-0- 1841 Washington | 663.00 | | 492.03 |
| 09/21 | Withdrawal | 150.00 | | 342.03 |
| 09/21 | Menards | 300.00 | | 42.03 |
| 09/22 | Deposit | | 150.00 | 192.03 |
| 09/28 | ODP Tfr from SAV- 204498901 | | 2.25 | 194.28 |
| 09/28 | MC Purchase LOWE'S #2231 LOWE'S #2231 CEDAR RAPIDS IAUS #5131 #001 | 194.28 | | -0.00 |
| | Ending Balance | | | 0.00 |

## Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---------|------|-------:|---------|------|-------:|---------|------|-------:|---------|------|-------:|
| 1158 | 09/11 | 501.00 | 1163 | 09/08 | 576.00 | 1170 * | 09/18 | 665.00 | | | |
| 1160 * | 09/06 | 126.00 | 1164 | 09/08 | 1,120.00 | | | | | | |
| 1161 | 09/11 | 793.00 | 1165 | 09/15 | 220.00 | | | | | | |
| 1162 | 09/08 | 522.00 | 1166 | 09/15 | 720.00 | | | | | | |

| Greenstate CU Cash Collateral Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---------------------------------------|:-----------------:|:------------:|:-------------:|:--------------:|
| SD - 930590823 | 10.07 | -1,900.00 | 1,900.00 | 10.07 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|-------:|--------:|--------:|
| 09/01 | Previous Balance | | | 10.07 |
| 09/13 | Rent | | 900.00 | 910.07 |
| 09/13 | Transfer Withdrawal | 900.00 | | 10.07 |
| 09/18 | rent | | 1,000.00 | 1,010.07 |
| 09/18 | rent | 1,000.00 | | 10.07 |
| 09/30 | Ending Balance | | | 10.07 |

| Dupaco Credit Union Cash Coll Acct | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|------------------------------------|:-----------------:|:------------:|:-------------:|:--------------:|
| SD - 930590898 | 10.64 | -7,490.00 | 7,490.00 | 10.64 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|-------:|--------:|--------:|
| 09/01 | Previous Balance | | | 10.64 |
| 09/06 | RENT | | 1,100.00 | 1,110.64 |
| 09/06 | Transfer Withdrawal | 1,100.00 | | 10.64 |
| 09/06 | Rent | | 500.00 | 510.64 |
| 09/06 | Transfer Withdrawal | 500.00 | | 10.64 |
| 09/08 | Deposit | | 1,150.00 | 1,160.64 |
| 09/08 | Deposit | | 500.00 | 1,660.64 |
| 09/08 | Transfer Withdrawal | 1,650.00 | | 10.64 |
| 09/08 | RENT | | 1,500.00 | 1,510.64 |
| 09/08 | Transfer Withdrawal | 1,500.00 | | 10.64 |
| 09/15 | Rent | | 2,100.00 | 2,110.64 |
| 09/15 | Transfer Withdrawal | 2,100.00 | | 10.64 |
| 09/18 | Rent | | 640.00 | 650.64 |
| 09/18 | rent | 640.00 | | 10.64 |
| 09/30 | Ending Balance | | | 10.64 |

| Landlords Tenant Deposit Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|----------------------------------|:-----------------:|:------------:|:-------------:|:--------------:|
| SD - 930590948 | 0.00 | 0.00 | 0.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744



SAVE ▶ BORROW ▶ INVEST ▶ INSURE ▶ TRUST

**MEMBER NUMBER:**
20208149

**STATEMENT PERIOD:** **PAGE:**
09/01/2023 to 09/30/2023    3 of 3

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| | There was no activity for this account during the reported period | | | |

**December Pay Pause Promotion:** In mid-November, qualified borrowers will receive disclosures and an authorization form for loans eligible for the December Pay Pause promotion, in which you may choose to skip your payment on eligible loans. In the event you authorize us to skip your December payment (1) A $30 processing fee will be added to each loan account with a skipped payment and will show as a finance charge on your December 31, 2023 statement, (2) interest will continue to accrue during the skipped payment period, causing the total interest charged to increase and (3) The time required to pay the loan in full will be extended based on the required minimum monthly payment.

### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business day (20 business day if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### ▰▰▰ SHARE DRAFT RECONCILIATION ▰▰▰

Outstanding Share Drafts

| NUMBER | AMOUNT |
|--------|--------|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ....................$ _____

Add Deposits
Not Shown on
this Statement...............$ _____

Subtotal..........................$ _____

Subtract Total
Outstanding Drafts.........$ _____

Equals Adjusted
Ending Balance...............$ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY