UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                                    )
                                          )    CASE NO. 22-00744
Debtor: Property Holders, LTD             )
                                          )
        Debtor.                           )    CHAPTER 11

**ORDER GRANTING TRUSTEE'S SECOND INTERIM FEE APPLICATION**

The mater before the Court is the Third Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum, filed on October 6, 2023 (doc. 163). The motion was served with a bar date notice on all creditors and parties in interest on October 6, 2023 (doc. 164). The deadline to file objections was October 27, 2023.  No objections have been filed with the court and the time for filing them has passed.

**IT IS THEREFORE ORDERED** that the Third Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum is granted in the requested amounts of $4,562.50 for fees and $0.00 for expenses (Total of $4,562.50).

Dated and entered:
November 3, 2023

_____
Bankruptcy Judge