United States Bankruptcy Court

Northern District of Iowa

In re: Case No. 22-00744-TJC

Property Holders, LTD                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf902 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com r45714@notify.bestcase.com |
| Peter C. Riley | on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Siobhan Briley | on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com eryan@pughhagan.com |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf902 | Total Noticed: 1 |

Tonya A. Trumm
    on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com tthul-theis@octhomaslaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 10

```
              UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF IOWA
```

IN RE:                              )
                                    )     CASE NO. 22-00744
Debtor: Property Holders, LTD       )
                                    )
        Debtor.                     )     CHAPTER 11

### ORDER GRANTING TRUSTEE'S SECOND INTERIM FEE APPLICATION

The mater before the Court is the Third Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum, filed on October 6, 2023 (doc. 163). The motion was served with a bar date notice on all creditors and parties in interest on October 6, 2023 (doc. 164). The deadline to file objections was October 27, 2023. No objections have been filed with the court and the time for filing them has passed.

**IT IS THEREFORE ORDERED** that the Third Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum is granted in the requested amounts of $4,562.50 for fees and $0.00 for expenses (Total of $4,562.50).

Dated and entered:
November 3, 2023

_____
Bankruptcy Judge