IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for December 2023 |

I. Summary:
   a. 1713 7th Ave SE and 1841 Washington Ave SE are listed. No other houses are on the market at this time (1/7/24). The relator has had activity / showings, but the sales for all homes have slowed. December is also a slow month for home sales.
   b. Houses for sale have changed. Please see comments in MORs for details.
   c. Rental Business:
      i. Rental income for December is approximately $6,340. This is half of the income from last month. This is concerning. The rental income is not sufficient to cashflow the properties.
      ii. I am still skeptical of the month-to-month rental model.
   d. Real estate taxes were due in September. The debtor stated they would be paid in late November. As of this report, I have not confirmed payment of the taxes due.

      e.   Rental income continues to be less than projected and the properties needing rehabilitation to include in the rental pool are not moving forward. The slowdown in the sales market will continue to increase the time on the market for each listed property. This will also slow cash flow and debtors' ability to pay for expenses and improvements. The change to a month-to-month rental model is also a challenge to cash flow and possibly to the rental business viability. I have included my projected cash flow for the rental business after the house sales have been completed. It is only a projection; it shows a loss each month. This will be an unsustainable model as projected. Debtor will need to address the rental business plan in the coming months to move to a viable business model.

Date:   __1/10/2024__                                        __/s/ Douglas D. Flugum_____

                                                                                              Douglas D. Flugum

                                                                                             Bugeye Ventures, Inc.

                                                                                             PO Box 308

                                                                                             Cedar Rapids, IA 52406

                                                                                             319-389-4581

                                                                                             dflugum@bugeyeventures.com

                                                                                             Sub Chapter V Trustee

| Cash Flow for Property Holders | Data | Monthly | Yearly | Average Monthly per Property | Notes |
|---|---|---|---|---|---|
| **Income** | | | | | See attached spreadsheet for property details. |
| Number Of Properties / Units | 16 | | | | There are 19 properties being held but only 16 are to be rented. |
| Gross Projected Rent Amount For All Properties | $ 19,800 | $ 19,800 | $ 237,600 | $ 1,237.50 | |
| Vacancy Bad Debt % | 25% | $ 4,950 | $ 59,400 | | Currently running 24% ($12,345 / $16,200). Month to month rental will increase the costs and vacancy rate |
| **Total projected proceeds** | | $ 14,850 | $ 178,200 | | |
| **Expenses** | | | | | |
| Property Management Fees | $ - | $ - | $ - | $ - | |
| Repairs and Maintenance | $ 3,000 | $ 3,000 | $ 36,000 | $ 188 | The repairs and rental turnover costs will increase with a month to month rental with no security deposits. |
| Real Estate Taxes | $ 3,200 | $ 3,200 | $ 38,400 | $ 200 | |
| Rental Property Insurance | $ 2,700 | $ 2,700 | $ 32,400 | $ 169 | |
| Utilities | $ 1,000 | $ 1,000 | $ 12,000 | $ 63 | |
| Pest Control | $ 150 | $ 150 | $ 1,800 | $ 9 | |
| Accounting and Legal | $ 350 | $ 350 | $ 4,200 | $ 22 | |
| Office / Admin / Other | $ 500 | $ 500 | $ 6,000 | $ 31 | This item is for things like gas and truck expense along with postage and other items. |
| **Total projected Expenses** | | $ 10,900 | $ 130,800 | | |
| **Loan Servicing Expense** | | | | | |
| Financed Amount | $ 1,000,000 | | | | This is an estimated amount. Costs will continue to accrue as the property liquidation continues to be pushed out. |
| Loan Amortization In Years | 15 | | | | |
| Loan Interest Rate | 8% | | | | I would estimate that the interest rate could rise. |
| **Monthly Payment Amount** | | $ 9,557 | $ 114,678 | | |
| **Cash Flow** | | | | | |
| **Cash Flow Before Taxes** | | $ (5,607) | $ (67,278) | | |

# Held Property List

| Bank | Loan Acct No. | Location | Claim Balance Due (estimate no costs added) | Appraisal Values | Property Status | Rent Amount |
|---|---|---|---|---|---|---|
| Dupaco | 8214 | 2040 Spoon Creek Ct SE | $ 16,495 | $ 675,000 | To be Held | $ - |
| Dupaco | 4683 | 351  20th ST SE | $ 65,329 | $ 155,000 | Rented | $ 1,100 |
| Dupaco | 4691 | 1025 20th ST SE | $ 120,379 | $ 125,000 | Rented | $ 1,000 |
| Dupaco | 4691 | 2532 1st Ave NE | $ - | $ 160,000 | To Be Rented | $ 1,200 |
| Dupaco | 4725 | 3824 Indiandale Cir SE | $ 125,923 | $ 365,000 | Rented | $ 2,100 |
| Dupaco | 4741 | 2045 Park Ave SE | $ 60,676 | $ 145,000 | Rented | $ 1,100 |
| Dupaco | 4766 | 2842 14th Ave SE | $ 65,031 | $ 140,000 | Rented | $ 1,000 |
| Dupaco | 4782 | 1734 5th Ave SE | $ 57,873 | $ 145,000 | Rented | $ 1,400 |
| Dupaco | 4832 | 2916 Iowa Ave SE | $ 62,557 | $ 140,000 | Rented | $ 1,200 |
| Dupaco | 4899 | 2164 Blake Blvd SE | $ 108,918 | $ 235,000 | Rented | $ 1,300 |
| Dupaco | 4923 | 412 26th St SE | $ 72,521 | $ 145,000 | Rented | $ 1,200 |
| Dupaco | 4949 | 2021 Grande Ave SE | $ 52,685 | $ 170,000 | Rented | $ 1,200 |
| Dupaco | 4949 | 2103 Bever Ave SE | $ - | $ 182,000 | To be Rented | $ 1,300 |
| GSCU | 50003 | 528 15th St SE | $ - | $ 53,000 | To Be Held | $ - |
| GSCU | 50003 | 1714 6th Ave | $ - | $ 100,000 | Rented | $ 1,250 |
| GSCU | 50004 | 1719 Bever Ave SE | $ - | $ 78,000 | To Be Held | $ - |
| GSCU | 50005 | 1933 Higley AV SE | $ - | $ 40,000 | To Be Rented | $ 1,100 |
| GSCU | 50007 | 838 15th St SE | $ - | $ 100,000 | Rented | $ 1,150 |
| GSCU | 50007 | 1818 7th Ave SE | $ - | $ 90,000 | Rented | $ 1,200 |
| **TOTALS** | | | **$ 808,388** | **$ 3,243,000** | | **$ 19,800** |