IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for January 2024 |

I. Summary:
   a. 1713 7th Ave SE and 1841 Washington Ave SE are currently under sales contracts and due to close in March. The combined sales total is $345,000.
   b. There are currently no properties listed and available for sale.
   c. Rental Business:
      i. Rental income for January is approximately $8700. This continues to be concerning. The rental income is not sufficient to cashflow the properties.
      ii. I am still skeptical of the month-to-month rental model.
      iii. The rental projections given by the debtor are optimistic and will need to be substantiated.
   d. Real estate taxes were due in September. The debtor has stated all taxes have been paid. (per email dated 2/7/24) I am trying to verify this claim as the bank has a listing of taxes due totaling $56,766.

e. Rental income continues to be less than projected and the properties needing rehabilitation to include in the rental pool are not moving forward.  The sales market is improving but is not robust.  The sale of the two properties in March will help fund the improvements to other properties.  I have included my updated projected cash flow for the rental business after the house sales have been completed.  It includes the interest rate and loan balance projected by the bank after all the sales have been completed.  The projected cash flow shows a loss each month.  This will be an unsustainable model as projected.  Debtor will need to address the rental business plan in the coming months to move to a viable business model.  The options will include sales of additional properties.

Date:   __2/8/2024__                                     __/s/ Douglas D. Flugum_____

Douglas D. Flugum

Bugeye Ventures, Inc.

PO Box 308

Cedar Rapids, IA 52406

319-389-4581

dflugum@bugeyeventures.com

Sub Chapter V Trustee

| Cash Flow for Property Holders | Data | Monthly | Yearly | Average Monthly per Property | Notes |
|---|---|---|---|---|---|
| **Income** | | | | | See attached spreadsheet for property details. |
| Number Of Properties / Units | 16 | | | | There are 19 properties being held but only 16 are to be rented. |
| Gross Projected Rent Amount For All Properties | $ 19,800 | $ 19,800 | $ 237,600 | $ 1,237.50 | |
| Vacancy Bad Debt % | 25% | $ 4,950 | $ 59,400 | | Currently running 24% ($12,345 / $16,200). Month to month rental will increase the costs and vacancy rate |
| **Total projected proceeds** | | $ 14,850 | $ 178,200 | | |
| **Expenses** | | | | | |
| Property Management Fees | $ - | $ - | $ - | $ - | |
| Repairs and Maintenance | $ 3,000 | $ 3,000 | $ 36,000 | $ 188 | The repairs and rental turnover costs will increase with a month to month rental with no security deposits. |
| Real Estate Taxes | $ 3,200 | $ 3,200 | $ 38,400 | $ 200 | |
| Rental Property Insurance | $ 2,700 | $ 2,700 | $ 32,400 | $ 169 | |
| Utilities | $ 1,000 | $ 1,000 | $ 12,000 | $ 63 | |
| Pest Control | $ 150 | $ 150 | $ 1,800 | $ 9 | |
| Accounting and Legal | $ 350 | $ 350 | $ 4,200 | $ 22 | |
| Office / Admin / Other | $ 500 | $ 500 | $ 6,000 | $ 31 | This item is for things like gas and truck expense along with postage and other items. |
| **Total projected Expenses** | | $ 10,900 | $ 130,800 | | |
| **Loan Servicing Expense** | | | | | |
| Financed Amount | $ 1,100,000 | | | | This is an estimated amount. Costs will continue to accrue as the property liquidation continues to be pushed out. |
| Loan Amortization In Years | 15 | | | | |
| Loan Interest Rate | 11.5% | | | | Rate from Dupaco |
| **Monthly Payment Amount** | | $ 12,850 | $ 154,201 | | |
| **Cash Flow** | | | | | |
| **Cash Flow Before Taxes** | | $ (8,900) | $(106,801) | | |