United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00744-TJC |
| Property Holders, LTD | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: ntcexh | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Property Holders, LTD, PO BOX 2328, Cedar Rapids, IA 52406-2328 |
| aty | | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |
| cr | + | Mari Davis, 720 Center Point Rd NE, Cedar Rapids, IA 52402-4666 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: agleason@dupaco.com | Apr 11 2024 20:38:00 | Dupaco Community Credit Union, 3299 Hillcrest Road, Dubuque, IA 52001-3974 |
| cr | | Email/Text: bkdesk@greenstate.org | Apr 11 2024 20:38:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |

District/off: 0862-1 User: admin Page 2 of 2
Date Rcvd: Apr 11, 2024 Form ID: ntcexh Total Noticed: 5

Janet G. Reasoner
 on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

John M. Heckel
 on behalf of Creditor Mari Davis heckellaw@jmheckel.com r45714@notify.bestcase.com

Peter C. Riley
 on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com

Rush M. Shortley
 on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com

Sarah J Wencil
 on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Siobhan Briley
 on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com eryan@pughhagan.com

Tonya A. Trumm
 on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com tthul-theis@octhomaslaw.com

United States Trustee
 USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Property Holders, LTD

Chapter 11

Bankruptcy No. 22−00744

Debtor

## NOTICE OF INTENT TO DISPOSE OF EXHIBITS

To:

Rush M. Shortley, Peter C. Riley, and Patrick J. Riley, Attorneys for Debtor
Douglas Dean Flugum, Trustee
United States Trustee
Siobahn Briley, Attorney for GreenState Credit Union
Tonya A. Trumm, Attorney for Dupaco Community Credit Union
John M. Heckel, Attorney for Mari Davis

**NOTICE IS HEREBY GIVEN:**

1. Exhibits were received in connection with the hearing held on March 2, 2023 and the hearing held on May 23, 2023.

2. Pursuant to Local Rule 9070−1, parties or their attorneys, if applicable, may pick up their respective exhibits or exhibit media (flashdrive, cd, dvd, etc.) from the Clerk's Office located at 111 7th Ave SE, Cedar Rapids, Iowa 52401 , on or before April 25, 2024.

3. If the exhibits or the exhibit media are not retrieved from the Clerk's Office, or other arrangement made with the Courtroom Deputy, on or before the date previously specified, the exhibits or exhibit media will be destroyed.

Date: April 11, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk