UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22-00744 |
| Debtor: Property Holders, LTD ) | |
| ) | |
| Debtor. ) | CHAPTER 11 Subchapter V |

**ORDER GRANTING TRUSTEE'S FOURTH INTERIM FEE APPLICATION**

The mater before the Court is the Fourth Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum, filed on April 3, 2024 (doc. 181). The motion was served with a bar date notice on all creditors and parties in interest on April 4, 2024 (doc. 182). The deadline to file objections was April 25, 2024. No objections have been filed with the court and the time for filing them has passed.

**IT IS THEREFORE ORDERED** that the Fourth Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum is granted in the requested amounts of $4,750.00 for fees and $0.00 for expenses (Total of $4,750.00).

Dated and entered:                    _____
                                       Bankruptcy Judge

April 29, 2024