## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD<br><br>,<br><br>Debtor. | Chapter 11<br>Case No. 22-00744 |

## JOINT MOTION OF DUPACO COMMUNITY CREDIT UNION
## AND GREENSTATE CREDIT UNION
## FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Dupaco Community Credit Union ("Dupaco") and GreenState Credit Union ("GreenState", and collectively with Dupaco, the "Secured Creditors"; each, a "Secured Creditor"), by their respective attorneys, and hereby jointly move this Court (this "Motion"), pursuant to Section 362 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order: (i) granting each of the Secured Creditors relief from the automatic stay to pursue its state law remedies with respect to the real property that serves as collateral for the amounts owed to each such Secured Creditor; (ii) directing that the provisions of Bankruptcy Rule 4001(a)(3) not be given effect in this case so that any order entered granting relief from the automatic stay as a result of this Motion is effective immediately upon its entry; and (iii) granting such other and further relief as this Court deems appropriate. In support of this Motion, the Secured Creditors respectfully state as follows

### Jurisdiction and Venue

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(a). This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). This Court is the proper venue for this proceeding pursuant to 28 U.S.C. § 1409(a).

### Statutory Authority

2.    The statutory predicates for the relief requested herein are Section 362 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure.

## Background

3.        On November 21, 2022 (the "Petition Date"), Property Holders, LTD (the "Debtor") filed a voluntary petition for relief under Chapter 11, Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code").

4.        Dupaco is the holder of a fully secured claim against the Debtor, as evidenced by the $2,083,428.85 amended proof of claim filed by Dupaco in this case on July 7, 2023 [Claim No. 5] (the "Dupaco Secured Claim").

5.        GreenState is the holder of a fully secured claim against the Debtor, as evidenced by the $870,711.73 amended proof of claim filed by GreenState in this case on August 2, 2023 [Claim No. 8] (the "GreenState Secured Claim" and collectively with the Dupaco Secured Claim, the "Secured Claims"; each, a "Secured Claim").

6.        On June 7, 2023, this Court entered an *Order Confirming Modified Plan* (the "Confirmation Order") [Docket No. 144], pursuant to which the Debtor's *Modified Plan of Reorganization dated April 10, 2023* (the "Modified Proposed Plan") [Docket No. 111], as modified by the *Additions to Modified Chapter 11, Subchapter V Plan* filed by the Debtor on June 6, 2023 (the "Plan Additions") [Docket No. 143], was confirmed by this Court. The Modified Proposed Plan, as modified by the Plan Additions, is hereinafter referred to as the "Confirmed Plan".

7.        Pursuant to Section 4.01 of Article 4 of the Confirmed Plan, from confirmation of the Confirmed Plan and continuing until such time as the Secured Claims (including all allowed post-petition costs and fees) have been paid in full, the Debtor is required to:

(a)        sell properties constituting collateral of the Secured Creditors;

(b)        remit a portion of the proceeds of such sales to the applicable Secured Creditor for application to the applicable Secured Claim, as provided in Section 4.01 of Article 4 of the Confirmed Plan; and

(c)        deposit the balance of the proceeds of such sales into the Debtor's cash collateral account maintained at Dupaco to be used by the Debtor to pay its operating expenses in the ordinary course of business, as provided in Section 10.1 of Article 10 of the Confirmed Plan.[1]

Pursuant to the Plan Additions, the schedule/timing of such property sales is specified in the Exhibits to monthly operating reports filed by the Debtor in this case.

---

[1] The Confirmed Plan also provides an opportunity for the Debtor to return to normal servicing of its obligations to Dupaco – *subject to Dupaco's willingness to allow the Debtor to return to normal servicing* – if and only if the Debtor has satisfied certain metrics set forth in the Confirmed Plan, which include (by way of example and not limitation) a reduction of the outstanding amount of the Dupaco Secured Claim to an amount less than $950,000.00.

8.      As indicated in Article 9 of the Confirmed Plan, the duration of the Confirmed Plan is anticipated to be 3 years.

9.      More than 18 months have passed since commencement of this case and approximately one-third of the anticipated duration of the Confirmed Plan has elapsed since confirmation; however, since confirmation of the Confirmed Plan, the Debtor has only sold 2 properties that constitute collateral of Dupaco and 4 properties that constitute collateral of GreenState.

10.     Based upon account statements filed by the Debtor with its monthly operating reports in this case, it appears the Debtor has been using funds from the cash collateral accounts to pay for items/expenses that do not constitute ordinary course operating expenses of the Debtor, examples of which include, without limitation, payments to Planet Fitness, Peacock Premium, and Prime Video.  *See, e.g.*, the *Monthly Operating Report for Small Business Under Chapter 11* for January 2024 filed by the Debtor on March 12, 2024 [Docket No. 178], and the *Monthly Operating Report for Small Business Under Chapter 11* for February 2024 filed by the Debtor on March 25, 2024 [Docket No. 179] (collectively, the "2024 Monthly Operating Reports"), copies of which are attached as Exhibit 1 and incorporated herein.[2]

11.     As evidenced by the printouts from the Iowa Tax and Tags website attached hereto as Exhibit 2 and incorporated herein, the Debtor is delinquent on its real estate tax and special assessment obligations with respect to 16 properties that constitute collateral of Dupaco (the total amount of which delinquency is $65,457.13) and 2 properties that constitute collateral of GreenState (the total amount of which delinquency is $4,433.55).

12.     As indicated by the email attached hereto as Exhibit 3 and incorporated herein, State Farm Insurance Agent Jim Humphreys has informed Dupaco that State Farm Insurance no longer insures at least 4 of the properties constituting Dupaco's collateral.  As the Debtor has not provided Dupaco with evidence that insurance from another insurer has been obtained with respect to such properties, such properties appear to be uninsured, in direct violation of the Confirmed Plan and the requirements the loan documents between the Debtor and Dupaco.

13.     The Debtor is grossly failing to maintain properties constituting collateral of Dupaco.  In fact, as evidenced by FannieMae Property Inspection Reports recently completed by Sand Castle Field Services, copies of which are attached hereto as Exhibit 4 and incorporated herein, the Debtor's properties located at 1610 Park Avenue SE and 1052 32nd Street NE in Cedar Rapids, Iowa do not even have attached doors to prevent trespassers or squatters from entering, possessing, damaging and/or vandalizing such properties.  As a consequence, Dupaco's interest in such properties is wholly unprotected, and the Debtor's failure to appropriately secure such properties exposes the bankruptcy estate to a potential significant (or even catastrophic) loss.

14.     Furthermore, the Subchapter V Trustee appointed in this case has noted concerns regarding the Debtor's insufficient cashflow, the Debtor's lack of business controls, and the

---

[2] For ease of reference and review, examples of charges/items that appear to be non-business, non-ordinary course expenses examples are highlighted (in yellow) on the account statements accompanying the 2024 Monthly Operating Reports attached as Exhibit 1.

Debtor's need to move to a viable business model (*i.e.*, concerns regarding the Debtor's good faith compliance with the terms of the Confirmed Plan) on more than once occasion. *See, e.g.*, the *Monthly Report on Plan Progress for March 2024* filed by the Subchapter V Trustee on April 3, 2024 [Docket No. 180] and the *Monthly Report on Plan Progress for April 2024* filed by the Subchapter V Trustee on May 7, 2024 [Docket No. 190], copies of which are attached as <u>Exhibit 5</u> and incorporated herein.[3]

## **Relief Requested**

15.     Pursuant to the Confirmed Plan, 12 properties constituting collateral of the Secured Creditors were to be listed/sold during the period from July 27, 2023 to April 1, 2024. *See* Exhibits 1 and 2 to the *Monthly Operating Report for Small Business Under Chapter 11* filed by the Debtor in respect of June 2023 on July 27, 2023 [Docket No. 159] (the "<u>June 2023 Monthly Operating Report</u>"), a copy of which is attached as <u>Exhibit 6</u> and incorporated herein.[4]

16.     Instead, the Debtor only sold a total of 6 properties since confirmation of the Confirmed Plan.

17.     The Debtor's failure to sell the properties constituting the Secured Creditors' collateral in accordance with Section 4.01 of Article 4 of the Confirmed Plan constitutes a material default with respect to a term of the Confirmed Plan.[5]

18.     Moreover, the Debtor has blatantly violated both Section 363 of the Bankruptcy Code and the provisions of the Confirmed Plan by virtue of its use of cash collateral funds to pay for items that do not constitute operating expenses of the Debtor incurred in the ordinary course of its business, and as described in detail above, the Debtor is failing to maintain, secure, and insure property of the estate.

19.     Therefore, each of the Secured Creditors is entitled to relief from the automatic stay pursuant to Section 362(d)(1) of the Bankruptcy Code "for cause" as a result of the Debtor's failure to (a) comply with material terms of the Confirmed Plan, (b) protect the Secured Creditors' collateral, and (c) effectuate the sales of properties that would enable the Debtor to make the payments on the Secured Claims required by and in accordance with the Confirmed Plan. These failures evidence the Debor's inability to successfully reorganize as contemplated by the

---

[3]  For ease of reference and review, portions of the Subchapter V Trustee's report that reflect such concerns are highlighted (in yellow) on the Subchapter V Trustee's report attached as <u>Exhibit 5</u>.

[4]  For ease of reference and review, the 12 properties referred to in Paragraph 15 of this Motion are highlighted (in yellow) on Exhibits 1 and 2 of the June 2023 Monthly Operating Report attached as <u>Exhibit 6</u>.

[5]  Despite the Debtor's statement in its April 2024 monthly operating report that it is following "the plan as originally laid out", the amount of properties actually sold by the Debtor demonstrates otherwise. In fact, the Debtor has even stopped including the schedule/timing of property sales (*i.e.*, Exhibits 1 and 2) with its monthly operating reports (*see, e.g.*, the *Monthly Operating Report for Small Business Under Chapter 11* filed by the Debtor in respect of April 2024 on May 28, 2024 [Docket No. 191] and the *Monthly Operating Report for Small Business Under Chapter 11* filed by the Debtor in respect of March 2024 on May 6, 2024 [Docket No. 189]); presumably, to avoid drawing the Court's and other interested parties' attention to the Debtor's continued failure to follow the terms of the Confirmed Plan.

Confirmed Plan. *See, e.g., In re Herrin,* 325 B.R. 774, 777 (Bankr. N.D. Ind. 2005) ("In a case in which the debtor's plan provides for the debtor to make current payments directly to the creditor, the fact that the debtor is not doing so is potent evidence of an inability to orchestrate an 'effective reorganization', and also a potent demonstration of 'cause' under section 362(d)(1).").

20.    As a result of the foregoing and without limitation, there are sufficient grounds pursuant to Section 362(d)(1) of the Bankruptcy Code to terminate the automatic stay as to the Secured Creditors with respect to the real property collateral securing their respective Secured Claims.

21.    Finally, each of the Secured Creditors further requests that the provisions of Bankruptcy Rule 4001(a)(3) not be given effect in this case so that any order entered granting the Secured Creditors relief from the automatic stay as a result of this Motion is effective immediately upon its entry.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, each of the Secured Creditors respectfully requests the entry of an order: (i) granting each of the Secured Creditors relief from the automatic stay pursuant to Section 362(d)(1) of the Bankruptcy Code to pursue its state law remedies with respect to the real property collateral securing its respective Secured Claim; (ii) directing that the provisions of Bankruptcy Rule 4001(a)(3) not be given effect in this case so that any order entered granting the Secured Creditors relief from the automatic stay as a result of this Motion is effective immediately upon its entry; and (iii) granting such other and further relief as this Court deems appropriate.

Respectfully jointly submitted,

Dated: June 11, 2024

SECURED CREDITORS:

DUPACO COMMUNITY CREDIT UNION

By: _____*/s/ Tonya A. Trumm*_____
  Tonya A. Trumm
  O'CONNOR & THOMAS, P.C.
  1000 Main Street
  Dubuque, IA 52001
  Phone: (563) 557-8400
  Fax: (888) 391-3056
  E-mail: ttrumm@octhomaslaw.com

Attorneys for Dupaco Community Credit Union

GREENSTATE COMMUNITY CREDIT UNION

By: _____*/s/ Siobhan Briley*_____
  Siobhan Briley
  PUGH HAGAN PRAHM PLC
  425 E. Oakdale Blvd., Suite 201
  Coralville, IA 52241
  Phone: (319) 351-2028
  Fax: (319) 351-1102
  E-mail: sbriley@pughhagan.com

Attorneys for GreenState Community Credit Union

CERTIFICATE OF SERVICE

By signing below, I, Tonya A. Trumm, hereby certify that on the 11th day of June, 2024, I caused a true and accurate copy of the foregoing *Joint Motion of Dupaco Community Credit Union and GreenState Credit Union for Relief from the Automatic Stay* (the "Joint Motion"), to be served upon each of the parties identified below by depositing a copy of the Joint Motion addressed to each such person at the specified address, and enclosed in a sealed envelope with proper postage affixed thereto, in a United States Post Office depository in Dubuque, Iowa.

Dated this 11th day of June, 2024.

/s/ Tonya A. Trumm

Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402
ATTORNEY FOR DEBTOR

Peter Riley
4040 – 1st Ave NE, P.O. Box 998
Cedar Rapids, IA 52406
ATTORNEY FOR DEBTOR

Douglas Flugum
Bugeye Ventures, Inc.
P.O. Box 308
Cedar Rapids, IA 52406
TRUSTEE

Siobhan Briley
Pugh Hagan Prahm PLC
425 E. Oakdale Blvd., Suite 201
Coralville, IA 52241
ATTORNEY FOR GREENSTATE CREDIT
UNION

Janet G. Reasnor, U.S. Trustee
111 7th Ave. SE, Box 17
Cedar Rapids, IA 52401

Sarah J. Wencil, DOJ-UST
300 South 4th Street, Room 1015
Minneapolis, MN 55415

Eric J. Langston
601 S. Lindbergh Blvd, Flr 2
Frontenac, MO 63131
ATTORNEY FOR AMANDA CLARK

John Heckel
5250 North Park Place NE, Suite 114
Cedar Rapids, IA 52402
ATTORNEY FOR MARY DAVIS

**Fill in this information to identify the case:**

Debtor Name  Property Holders, Ltd

United States Bankruptcy Court for the: Northern District of Iowa

Case number:  22-00744

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

| | |
|---|---|
| Month: __January, 2024__ | Date report filed: __3/12/2024__ |
| | MM / DD / YYYY |
| Line of business: __Property Inv. & Rental__ | NAISC code: __5313__ |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Charles Davisson, President

Original signature of responsible party  _[signature]_

Printed name of responsible party  Charles Davisson

**EXHIBIT 1**
tabbies®

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Property Holders, Ltd | Case number | 22-00744 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 15,279.30

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 8,450.00

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 22,739.17

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -14,289.17

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 990.13

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ 0

*(Exhibit E)*

Debtor Name  Property Holders, Ltd                          Case number 22-00744

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                    $    6,100.00

       *(Exhibit F)*

---

## 5. Employees

26.  What was the number of employees when the case was filed?                       1

27.  What is the number of employees as of the date of this monthly report?          1

---

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?          $          0

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $   55,529.66

30.  How much have you paid this month in other professional fees?                                    $          0

31.  How much have you paid in total other professional fees since filing the case?                   $          0

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32.  **Cash receipts** | $ 12,915.00 | − | $ 8,450.00 | = | $ 4,465.00 |
| 33.  **Cash disbursements** | $ 12,000.00 | − | $ 22,739.17 | = | $ -10,739.17 |
| 34.  **Net cash flow** | $ 915.00 | − | $ -14,289.17 | = | $ -13,374.17 |

35.  Total projected cash receipts for the next month:                              $   12,915.00

36.  Total projected cash disbursements for the next month:                       − $   12,000.00

37.  Total projected net cash flow for the next month:                            = $      915.00

---

Debtor Name  Property Holders, Ltd _____    Case number 22-00744 _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☑ 42.  Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

**Exhibit C**
January, 2024
Rents Received, sale proceeds, credits etc.

GSCU mortgages:

**825 18th St SE**
$900.00


**TOTAL:** $900.00


DUPACO mortgages:

**3824 Indiandale Circle SE**
$1,300.00

**1734 5th Ave SE**
$1,100.00

**2045 Park Ave SE**
$5,150


**TOTAL:** $7,550.00


**GRAND TOTAL:** $8,450.00

**Exhibit D**
**Listing of Check/ACH/Credit Card/Cash Disbursements**
**January 2024**

*please note credit card, cashier's checks and cash withdrawals were used this month due to my accountant no longer printing checks (they were sold) and DUPACO declined to print temporary checks.

| Date | Check # etc | Payee | Amount | Purpose |
|------|-------------|-------|--------|---------|
| Jan 3, 2024 | ACH | MidAmerican | $88.47 | Utilities |
| Jan 5, 2024 | Withdrawal | Mr. Jeff Nickels | $400.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 5, 2024 | Withdrawal | Mr. Jeff Nickels | $400.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 5, 2024 | Withdrawal | Ms. Latischa White | $400.00 | Subcontractor (1748 C Ave renovation work) |
| Jan 5, 2024 | Withdrawal | Mr. DeWayne Oliver | $471.00 | Subcontractor (1748 C Ave renovation work) |
| Jan 5, 2024 | ACH | Menards | $390.02 | Supplies (1748 C Ave SE renovation work) |
| Jan 5, 2024 | ACH | Peacock | $6.41 | |
| Jan 6, 2024 | Withdrawal | Mr. Michael White | $500.00 | Subcontractor (1748 C Ave SE renovation work) |
| Jan 7, 2024 | CC | Menards | $326.01 | Supplies (1748 C Ave SE renovation work) |
| Jan 8, 2024 | CC | Home Depot | $34.35 | Supplies (1748 C Ave SE renovation work) |
| Jan 8, 2024 | CC | Sam's Club | $5.14 | Supplies (1748 C Ave SE renovation work) |
| Jan 8, 2024 | CC | Farm Fleet | $96.29 | Work Van |
| Jan 8, 2024 | Withdrawal | Mr. DeWayne Oliver | $500.00 | Subcontractor (1748 C Ave renovation work) |
| Jan 8, 2024 | CC | Menards | $175.93 | Supplies (2916 Iowa Ave SE) |
| Jan 10, 2024 | CC | True Value | $16.04 | Supplies (2916 Iowa Ave SE) |
| Jan 10, 2024 | CC | Home Depot | $67.65 | Supplies (1748 C Ave SE renovation work) |
| Jan 10, 2004 | CC | Menards | $91.46 | Supplies (2916 Iowa Ave SE) |
| Jan 11, 2024 | CC | Walmart Auto | $75.16 | Work van |
| Jan 11, 2024 | CC | True Value | $7.06 | Supplies (1748 C Ave SE renovation work) |
| Jan 12, 2024 | Ck #2050 | Mr. Michael White | $780.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 12, 2024 | CC | Florida Vac | $2.75 | Tire air work van |

| Jan 13, 2024 | Withdrawal | Ms. Latischa White | $700.00 | Subcontractor (2009 Memorial renovation work) |
|---|---|---|---|---|
| Jan 13, 2024 | Withdrawal | Mr. Chris Avinger | $700.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 13, 2024 | Ck # 2055 | Mr. Joel Ingram | $400.00 | Subcontractor (2916 Iowa Ave SE renovation work) |
| Jan 14, 2024 | CC | True Value | $18.17 | Supplies (2009 Memorial renovation work) |
| Jan 14, 2024 | CC | Menards | $842.22 | Supplies (2916 Iowa Ave SE) |
| Jan 14, 2024 | CC | Casey's | $20.00 | Gas for work van |
| Jan 14, 2024 | CC | Menards | $86.05 | Supplies (2916 Iowa Ave SE) |
| Jan 14, 2024 | CC | True Value | $11.33 | Supplies (2009 Memorial renovation work) |
| Jan 15, 2024 | CC | Walmart | $27.63 | Supplies (2009 Memorial renovation work) |
| Jan 15, 2024 | CC | Casey's | $15.65 | Gas for work van |
| Jan 15, 2024 | CC | Farm Fleet | $7.80 | Work van |
| Jan 16, 2024 | Ck # 2053 | Mr. Jeff Nickels | $474.23 | Subcontractor (2009 Memorial renovation work) |
| Jan 16, 2024 | CC | Home Depot | $821.85 | Supplies (2009 Memorial renovation work) |
| Jan 16, 2024 | Withdrawal | Ms. Latischa White | $300.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 16, 2024 | CC | BP Gas | $20.00 | Work van gas |
| Jan 16, 2024 | CC | O'Reilly | $12.83 | Work van |
| Jan 17, 2024 | CC | Planet | $10.70 | ??? |
| Jan 17, 2024 | CC | State Farm | $1607.37 | Insurance |
| Jan 17, 2024 | CC | Home Depot | $23.45 | Supplies (2009 Memorial renovation work) |
| Jan 17, 2024 | CC | Home Depot | $1040.73 | Supplies (2916 Iowa Ave SE renovation work) |
| Jan 17, 2024 | Ck # 2054 | Mr. DeWayne Oliver | $120.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 17, 2024 | CC | Menards | $83.39 | Supplies (2916 Iowa Ave SE renovation work) |
| Jan 18, 2024 | CC | Home Depot | $1629.61 | Supplies (2009 Memorial renovation work) |
| Jan 19, 2024 | Ck #2059 | Mr. Michael White | $780.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 20, 2024 | Ck #2060 | Mr. Joel Ingram | $400.00 | Subcontractor (2916 Iowa Ave SE renovation work) |
| Jan 21, 2024 | CC | Menards | $128.40 | Supplies (2916 Iowa Ave SE renovation work) |
| Jan 22, 2024 | ACH | Alliant Energy | $130.32 | Utilities |
| Jan 22, 2024 | ACH | Alliant Energy | $137.36 | Utilities |

| Jan 22, 2024 | Ck # 2058 | Mr. DeWayne Oliver | $120.00 | Subcontractor (2009 Memorial renovation work) |
|---|---|---|---|---|
| Jan 23, 2024 | Ck # 2056 | Linn Co Sheriff | $60.00 | Eviction 1714 |
| Jan 23, 2024 | Ck # 2057 | Ms. Courtney Delong | $250.00 | Subcontractor (1748 C Ave renovation work) |
| Jan 23, 2024 | CC | Home Depot | $594.96 | Supplies (2009 Memorial renovation work) |
| Jan 23, 2024 | CC | Murphy | $30.70 | Work van gas |
| Jan 24, 2024 | CC | Menards | $64.02 | Supplies (2916 Iowa Ave SE renovation work) |
| Jan 25, 2024 | Ck # 2602 | Mr. Chuck Davisson | $850.00 | Draw |
| Jan 25, 2024 | ACH | Verizon | $479.91 | Business phones |
| Jan 26, 2024 | Ck # 2065 | Mr. Michael White | $836.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 27, 2024 | CC | Walmart | $18.26 | Work van gas |
| Jan 27, 2024 | CC | Casey's | $9.69 | Work van gas |
| Jan 27, 2024 | Ck # 2066 | Ms. Courtney Delong | $470.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 27, 2024 | Ck # 2069 | Mr. Joel Ingram | $425.00 | Subcontractor (2916 Iowa Ave SE renovation work) |
| Jan 27, 2024 | Ck # 2070 | Mr. Chuck Davisson | $600.00 | Draw |
| Jan 28, 2024 | CC | Menards | $74.32 | Supplies (2916 Iowa Ave SE renovation work) |
| Jan 28, 2024 | CC | Menards | $254.64 | Supplies (2916 Iowa Ave SE renovation work) |
| Jan 29, 2024 | Ck # 2068 | Mr. Dewayne Oliver | $120.00 | Subcontractor (2009 Memorial renovation work) |
| Jan 29, 2024 | CC | Menards | $202.32 | Supplies (2009 Memorial renovation work) |
| Jan 29, 2024 | CC | Menards | $61.00 | Supplies (2916 Iowa Ave SE renovation work) |
| Jan 31, 2024 | ACH | MidAmerican Energy | $96.27 | Utilities |
| Jan 31, 2024 | CC | Casey's | $15.10 | Work van gas |
| Jan 31, 2024 | CC | Menards | $327.36 | Supplies (2009 Memorial renovation work) |

<u>**Exhibit F**</u>
Accounts Receivable as of January 31, 2024

**GSCU Rents:**

**1818 7th Ave SE**
$1,100.00

**DUPACO Rents:**

**3824 Indiandale Circle SE**
$800.00

**351 20th St SE**
$1,000.00

**2021 Grande Ave SE**
$1,000.00

**1025 20th St SE**
$1,000.00

**2164 Blake Blvd SE**
$1,200.00

**TOTAL:** $6,100.00

# Dupaco

**ELECTRONIC SERVICE REQUESTED**

P.O. Box 179
Dubuque, IA  52004-0179

(563) 557-7600 / (800) 373-7600 / dupaco.com

MEMBER NUMBER:
████8149

STATEMENT PERIOD:          PAGE:
01/01/2024 to 01/31/2024      1 of 4

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328



Open a
Holiday Club Account

Save year-round for
your holiday purchases.

Go to **Shine Online or Mobile Banking**, or
call 800-373-7600, ext. 206 or visit
**dupaco.com/save**

## DUPACO COMMUNITY CREDIT UNION

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - ████8901 | Savings/Asset Builder | 25.05 | 25.05 |
| SD - ████0815 | Operating Account | 15,379.30 | 1,380.45 |
| SD - ████0823 | Greenstate CU Cash Collateral Account | 250.07 | 50.07 |
| SD - ████0898 | Dupaco Credit Union Cash Coll Acct | 90.32 | 0.00 |
| SD - ████0948 | Landlords Tenant Deposit Account | 0.00 | 0.00 |

| Savings/Asset Builder | BEGINNING BALANCE | TOTAL DEBITS | | ENDING BALANCE |
|---|---|---|---|---|
| SAV - ████8901 | 25.05 | 0.00 | 0.00 | 25.05 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.00%   |   Dividends Paid YTD $0.00

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | There was no activity for this account during the reported period | | | |

| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - ████0815 | 15,379.30 | -22,739.17 | 8,740.32 | 1,380.45 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 01/01 | Previous Balance | | | 15,379.30 |
| 12/31 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 693.54 | | 14,685.76 |
| 12/31 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 114.98 | | 14,570.78 |
| 01/03 | ACH Debit ENERGY MIDAMERICAN ID4421425214 Telephone Initiated Transaction- | 88.47 | | 14,482.31 |
| 01/03 | Transfer Deposit | | 900.00 | 15,382.31 |
| 01/05 | Withdrawal | 400.00 | | 14,982.31 |
| 01/05 | Jeff Nickels | 400.00 | | 14,582.31 |
| 01/05 | Latisha White | 400.00 | | 14,182.31 |
| 01/05 | Dewayne Oliver | 471.00 | | 13,711.31 |
| 01/05 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 390.02 | | 13,321.29 |
| 01/05 | MC Purchase PEACOCK 161FA PREMIUM PEACOCK 161FA PREMIUM NEW YORK NY #5131 | 6.41 | | 13,314.88 |
| 01/05 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 86.70 | | 13,228.18 |
| 01/06 | Transfer Deposit | | 1,190.32 | 14,418.50 |
| 01/06 | Michael White | 500.00 | | 13,918.50 |
| 01/07 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 595.31 | | 13,323.19 |
| 01/07 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 326.01 | | 12,997.18 |
| 01/08 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174414 | 34.35 | | 12,962.83 |
| 01/08 | MC Purchase SAMS CLUB #8162 SAMS CLUB #816284001001SAMS CLUB #8162 #5131 | 42.89 | | 12,919.94 |



**Dupaco**

SAVE ▶ BORROW ▶ INVEST ▶ INSURE ▶ TRUST

MEMBER NUMBER:
3149

STATEMENT PERIOD:            PAGE:
01/01/2024 to 01/31/2024      2 of 4

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| | #600001 | | | |
| 01/08 | MC Purchase SAMS CLUB #8162 SAMS CLUB #816284001001SAMS CLUB #8162 #5131 #600001 | 5.14 | | 12,914.80 |
| 01/08 | MC Purchase FLEET FARM 5800 FLEET FARM 5800 CEDAR RAPIDS IAUS #5131 #52733001 | 96.29 | | 12,818.51 |
| 01/08 | Dwyane Oliver | 500.00 | | 12,318.51 |
| 01/08 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 175.93 | | 12,142.58 |
| 01/10 | MC Purchase VERNON VILLAGE TRUE VA VERNON VILLAGE TRUE VA CEDAR RAPIDS IAUS #5131 #04627843 | 16.04 | | 12,126.54 |
| 01/10 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174372 | 67.65 | | 12,058.89 |
| 01/10 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 91.46 | | 11,967.43 |
| 01/11 | MC Purchase WM SUPERCENTER #3630 WM SUPERCENTER #3630 MARION IAUS #5131 #600001 | 75.16 | | 11,892.27 |
| 01/11 | MC Purchase VERNON VILLAGE TRUE VA VERNON VILLAGE TRUE VA CEDAR RAPIDS IA #5131 #7845 | 7.06 | | 11,885.21 |
| 01/12 | Check #2050 | 780.00 | | 11,105.21 |
| 01/12 | MC Purchase FLORIDA COMMERCIAL VAC FLORIDA COMMERCIAL VAC DAVIE84 FL #5131 #96438478 | 2.75 | | 11,102.46 |
| 01/13 | Latisha White | 700.00 | | 10,402.46 |
| 01/13 | Chris Avinger | 700.00 | | 9,702.46 |
| 01/13 | Check #2055 | 400.00 | | 9,302.46 |
| 01/14 | MC Purchase VERNON VILLAGE TRUE VA VERNON VILLAGE TRUE VA CEDAR RAPIDS IA #5131 #7845 | 18.17 | | 9,284.29 |
| 01/14 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 842.22 | | 8,442.07 |
| 01/14 | MC Purchase CASEYS #2772 CASEYS #2772      CEDAR RAPIDS IA #5131 | 20.00 | | 8,422.07 |
| 01/14 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 86.05 | | 8,336.02 |
| 01/14 | MC Purchase VERNON VILLAGE TRUE VA VERNON VILLAGE TRUE VA CEDAR RAPIDS IA #5131 #7845 | 11.33 | | 8,324.69 |
| 01/15 | MC Purchase WM SUPERCENTER #3630 WM SUPERCENTER #3630 MARION IAUS #5131 #600001 | 27.63 | | 8,297.06 |
| 01/15 | MC Purchase CASEYS #2772 CASEYS #2772      CEDAR RAPIDS IA #5131 | 15.65 | | 8,281.41 |
| 01/15 | MC Purchase FLEET FARM 5800 FLEET FARM 5800 CEDAR RAPIDS IA #5131 #0010 | 7.80 | | 8,273.61 |
| 01/16 | Check #2053 | 474.23 | | 7,799.38 |
| 01/16 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174372 | 821.85 | | 6,977.53 |
| 01/16 | Latisha White | 300.00 | | 6,677.53 |
| 01/16 | MC Purchase BP#7675176WILLIAMS BLVD BP#7675176WILLIAMS BLVDBP#7675176WILLI #5131 #38755101 | 20.00 | | 6,657.53 |
| 01/16 | MC Purchase O'REILLY 5239 O'REILLY 5239 CEDAR RAPIDS IA #5131 #00010001 | 12.83 | | 6,644.70 |
| 01/17 | ACH Debit CLUB FEES PLANET FIT ID1710602737 701-356-1045 | 10.70 | | 6,634.00 |
| 01/17 | ACH Debit CPC-CLIENT STATE FARM RO 27 ID9000313004 | 1,607.37 | | 5,026.63 |
| 01/17 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174371 | 235.83 | | 4,790.80 |
| 01/17 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174415 | 23.45 | | 4,767.35 |
| 01/17 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174372 | 1,040.73 | | 3,726.62 |
| 01/17 | Check #2054 | 120.00 | | 3,606.62 |
| 01/17 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 83.39 | | 3,523.23 |
| 01/18 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174372 | 1,629.61 | | 1,893.62 |
| 01/19 | Check #2059 | 780.00 | | 1,113.62 |
| 01/20 | Check #2060 | 400.00 | | 713.62 |
| 01/21 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 128.40 | | 585.22 |
| 01/22 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated | 130.32 | | 454.90 |



Dupaco

SAVE▶BORROW▶INVEST▶INSURE▶TRUST

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | Transaction- | | | |
| 01/22 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated | 137.36 | | 317.54 |
| | Transaction- | | | |
| 01/22 | Check #2058 | 120.00 | | 197.54 |
| 01/23 | Check #2056 | 60.00 | | 137.54 |
| 01/23 | Transfer Deposit | | 1,300.00 | 1,437.54 |
| 01/23 | Check #2057 | 250.00 | | 1,187.54 |
| 01/23 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174371 | 564.96 | | 622.58 |
| 01/23 | MC Purchase MURPHY7287ATWALMART MURPHY7287ATWALMART MARION4 IA #5131 #0010 | 30.70 | | 591.88 |
| 01/24 | Tfr from XXXXX0823 Internet Banking Tran Estate of Property H, in Possess | | 200.00 | 791.88 |
| 01/24 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 64.02 | | 727.86 |
| 01/25 | Transfer Deposit | | 5,150.00 | 5,877.86 |
| 01/25 | Check #2062 | 850.00 | | 5,027.86 |
| 01/25 | MC Purchase VERIZON WRLS M158601 VERIZON WRLS M158601 CEDAR RAPIDS IA #5131 #68661354 | 479.91 | | 4,547.95 |
| 01/26 | Check #2065 | 836.00 | | 3,711.95 |
| 01/27 | MC Purchase WAL-MART #2716 WAL-MART #2716 CEDAR RAPIDS IAUS #5131 #24271601 | 18.26 | | 3,693.69 |
| 01/27 | MC Purchase CASEYS #2773 CASEYS #2773 CEDAR RAPIDS IAUS #5131 #600001 | 9.69 | | 3,684.00 |
| 01/27 | Check #2069 | 425.00 | | 3,259.00 |
| 01/27 | Check #2066 | 470.00 | | 2,789.00 |
| 01/27 | Check #2070 | 600.00 | | 2,189.00 |
| 01/28 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 74.32 | | 2,114.68 |
| 01/28 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 254.64 | | 1,860.04 |
| 01/29 | Check #2068 | 120.00 | | 1,740.04 |
| 01/29 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 202.32 | | 1,537.72 |
| 01/29 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 61.00 | | 1,476.72 |
| 01/31 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 96.27 | | 1,380.45 |
| 01/31 | Ending Balance | | | 1,380.45 |

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2050 | 01/12 | 780.00 | 2056 | 01/23 | 60.00 | 2060 | 01/20 | 400.00 | 2068 * | 01/29 | 120.00 |
| 2053 * | 01/16 | 474.23 | 2057 | 01/23 | 250.00 | 2062 * | 01/25 | 850.00 | 2069 | 01/27 | 425.00 |
| 2054 | 01/17 | 120.00 | 2058 | 01/22 | 120.00 | 2065 * | 01/26 | 836.00 | 2070 | 01/27 | 600.00 |
| 2055 | 01/13 | 400.00 | 2059 | 01/19 | 780.00 | 2066 | 01/27 | 470.00 | | | |

| Greenstate CU Cash Collateral t | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 0823 | 250.07 | -1,100.00 | 900.00 | 50.07 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 01/01 | Previous Balance | | | 250.07 |
| 01/03 | Deposit | | 900.00 | 1,150.07 |
| 01/03 | Transfer Withdrawal | 900.00 | | 250.07 |
| 01/24 | Tfr to XXXXX0815 Internet Banking Transf Estate of Property H, in Possess | 200.00 | | 50.07 |
| 01/31 | Ending Balance | | | 50.07 |



**Dupaco**

MEMBER NUMBER:
3149

S A V E ▶ B O R R O W ▶ I N V E S T ▶ I N S U R E ▶ T R U S T

STATEMENT PERIOD:        PAGE:
01/01/2024 to 01/31/2024    4 of 4

| Dupaco Credit Union Cash Coll Acct | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 0898 | 90.32 | -7,640.32 | 7,550.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 01/01 | Previous Balance | | | 90.32 |
| 01/06 | Rent | | 1,100.00 | 1,190.32 |
| 01/06 | Transfer Withdrawal | 1,190.32 | | |
| 01/23 | Transfer Withdrawal | 1,300.00 | | -1,300.00 |
| 01/23 | Febuary Rent | | 1,300.00 | |
| 01/25 | Rent | | 5,150.00 | 5,150.00 |
| 01/25 | Transfer Withdrawal | 5,150.00 | | |
| | Ending Balance | | | 0.00 |

| Landlords Tenant Deposit Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 0948 | 0.00 | 0.00 | 0.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| There was no activity for this account during the reported period | | | | |

**EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT**
The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

**IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible.  We must hear from you no later than 60 days after we sent you the first statement on which the error or problem  appeared.  We can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)**
Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit you account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**SHARE DRAFT RECONCILIATION**

Outstanding Share Drafts

| NUMBER | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| - | $ |
| - | $ |
| - | $ |
| - | $ |
| - | $ |
| - | $ |
| - | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ...................$ _____

Add Deposits
Not Shown on
this Statement............$ _____

Subtotal.......................$ _____

Subtract Total
Outstanding Drafts.....$ _____

Equals Adjusted
Ending Balance...........$ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY

**Progress/plans narrative**
**January/February 2024**


**A) Overall Plan Summary**

With the slowing of the housing market (in general and also December is the
slowest month for property sales of the year), significant unexpected expenses
and other obstacles (see below for details), we are now projecting that **GSCU** will
be paid off in April, 2024. With listings and sales of 1713 7th Ave (listed), 1841
Washington Ave (under contract) and 825 18th St (to be listed in March 2024), the
GSCU debt will be paid off in full with cash left for the cash collateral account to
pay expenses. This will leave six properties free and clear with a current market
value of approximately $1 million.  It should be noted that the "spring housing
market" has begun, and our realtor indicates that sales should begin to improve.


The schedule for **DUPACO** mortgages is scheduled to be on target with sale of
three additional properties. The sale and closing of 357 17th St was delayed but
finally occurred on December 5, 2023, allowing for payment to DUPACO and full
payment of administrative costs to date. Another DUPACO property, 1748 C Ave,
is now fully renovated and anticipated to be listed in Feb/March 2024. With
these two sales, the overall debt will be reduced to approximately $1,610,000.
Next steps now include selling 2009 Memorial Dr which was vacated on Dec. 20,
2023 (previously listed as 'to be held'). This property is nearing completion of
renovation and our realtor anticipates it will sell for around $320,000 (generating
another $300,000 after fees). In addition, 2916 Iowa Ave has recently been
vacated and we have been updating this property for sale, with a target date of
completion in March 2024. This will leave the overall DUPACO debt at
approximately $1,200,000. After the sale of 2009 Memorial Dr and Iowa Ave
there will then be a total of 26 properties remaining and only $375,000 to be
paid off to reach the three-year target of $950,000. This will be accomplished by
the sale of some of these additional 26 properties in some combination that will
be determined in mid 2024.

**B) Delays**

We continued to make progress toward the projected renovations/listings this
past month, despite delays due to a number of factors: 1) illness among my small
crew and being out for various lengths of time over this past month; 2)
shortage/delays for some supplies needed to complete the projects; 3) the
winter storms in January caused my team's work to be focused on snow removal,
furnace maintenance issues and other activities related to the winter weather.

Despite this, significant progress has been made. 1748 C Ave is very nearly done with total renovation and listing will occur very soon. Updating of 2916 Iowa Ave to prepare it for sale is fully underway. Significant progress has also been made on 2009 Memorial Dr and we are closing in on listing it soon. Much of this recent work has been completed by Mr. Davisson, stepping in for his missing crew members.

**C) Details on individual properties:**

**1713 7th Ave SE:** This property, which has been entirely renovated both inside and outside, was listed on Sept 23, 2023 at $225,000 (appraised at $72,000). However, due to the slowing of the market, our realtor recommended dropping the price to $210,000 which we have now done. Full exterior renovations include fresh paint, new fencing, brand new garage, brand new back deck and front porch and landscaping. The interior was also fully renovated, including painting, new bathrooms, and kitchen (including all new appliances), flooring, new light fixtures, etc. Mr. Davisson performed all finishing work on this property, ie his "sweat equity". This property is now under contract.

**1841 Washington Ave SE**: After a few delays, this property renovation was completed and was listed November 22, 2023 at $140,000 (appraised at $73,000). The house has been entirely re-painted both inside and outside, new flooring has been added throughout, as has new lighting. It has a brand-new bathroom and kitchen (including all new appliances), fresh landscaping, etc. Mr. Davisson has devoted significant time to this project, ie his "sweat equity", stepping in to do much of the work himself as his team members were out sick. This property is now under contract.

**1748 C Ave NE:** The tenant at this property moved out on Aug 15, 2023. The extensive renovations required to prepare it for sale, including interior painting, kitchen updating, bathroom repairs, light fixture updates, exterior repairs to siding and windows and landscaping are nearly complete and we will list it in Feb/March, 2024. Our realtor predicts that this property will be listed at around $140,000.

**825 18th St SE:** The tenant in this property notified us she will vacate, so we have decided to move this property up the list (originally designated "to be held") and will begin preparing it for sale in mid-March. It is anticipated that there is relatively less work required to bring this property to market, so we estimate a March/April 2024 listing at approximately $110,000.  This will be the final house needed to satisfy the Green State judgment.

**2009 Memorial Dr SE**: The tenant in this property vacated on Dec 20, 2023 and we have decided to move this property up the list (originally designated "to be

held") for sale. We have recently re-painted the entire interior and installed new flooring, and within the last few weeks have update lighting, bathrooms, exterior, landscapting. It is anticipated this will list at $320,000. We project a March/April 2024 listing.

**2916 Iowa Ave SE:** We have made significant progress on updating this property for sale, including updated kitchen, bathroom, family room, exterior, landscaping and anticipate listing it for around $125,000, aiming for March/April, 2024.

**Other:** All of this work is proceeding on top of the normal activities with maintaining the various rental properties (including extensive snow/ice removal associated with Jan snowstorms). This work is carried out by the various subcontractors as well as Mr. Davisson (sweat equity).

Fill in this information to identify the case:

Debtor Name  Property Holders, Ltd

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 22-00744

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __February, 2024__

Line of business: __Property Inv. & Rental__

Date report filed: __3/25/2024__
MM / DD / YYYY

NAISC code: __5313__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Charles Davisson, President__

Original signature of responsible party

Printed name of responsible party  __Charles Davisson__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Property Holders, Ltd                                    Case number 22-00744

17.  Have you paid any bills you owed before you filed bankruptcy?        ❏  ☑  ❏

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**                                        $   1,380.45

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                      $   13,606.65

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                  − $   14,983.43

22.  **Net cash flow**                                                       + $   -1,376.78

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $      3.67

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                          $       0

(Exhibit E)

Debtor Name Property Holders, Ltd

Case number 22-00744

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                          $ _____0_

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____1_

27. What is the number of employees as of the date of this monthly report?                 _____1_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____0_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 55,529.66_

30. How much have you paid this month in other professional fees?                                           $ _____0_

31. How much have you paid in total other professional fees since filing the case?                          $ _____0_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,915.00 | – | $ 13,606.65 | = | $ -691.65 |
| 33. **Cash disbursements** | $ 12,000.00 | – | $ 14,983.43 | = | $ -2983.43 |
| 34. **Net cash flow** | $ 915.00 | – | $ -1,376.78 | = | $ -461.78 |

35. Total projected cash receipts for the next month:                                          $ 12,050.00

36. Total projected cash disbursements for the next month:                                    – $ 12,000.00

37. Total projected net cash flow for the next month:                                         = $ 50.00

Debtor Name Property Holders, Ltd

Case number 22-00744

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☑ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

**Exhibit C**
February, 2024
Rents Received, sale proceeds, credits etc.

GSCU mortgages:

**825 18th St SE**
$350.00

**1818 7th Ave SE**
$850.00

**838 15th St SE**
$700.00

**TOTAL:** $1,900.00

DUPACO mortgages:

**3824 Indiandale Circle SE**
$1,700.00

**1734 5th Ave SE**
$1,100.00

**2045 Park Ave SE**
$1,000.00

**2164 Blake Blvd SE**
$1,600.00

**2814 14th Ave SE**
$1,000.00

**1025 20th St SE**
$1,600.00

**351 20th St SE**
$1,050.00

**2916 Iowa Ave SE**
$1,100.00

**Exhibit D**
**Listing of Check/ACH/Credit Card/Cash Disbursements**
**February 2024**

*please note credit card, cashier's checks and cash withdrawals were used this month due to my accountant no longer printing checks (they were sold) and DUPACO declined to print temporary checks.

| Date | Check # etc | Payee | Amount | Purpose |
|------|-------------|-------|--------|---------|
| Feb 1, 2024 | ACH | Planet | $52.43 | Fee |
| Feb 1, 2024 | CC | Murphy Walmart | $20.02 | Gas for work van |
| Feb 1, 2024 | CC | Menards | $136.13 | Supplies (2009 Memorial renovation work) |
| Feb 2, 2024 | Ck # 2071 | Kenway | $147.66 | Tree root removal (412 26th St SE) |
| Feb 2, 2024 | CC | Lowes | $106.84 | Supplies (2009 Memorial renovation work) |
| Feb 2, 2024 | CC | Menards | $438.00 | Supplies (2916 Iowa Ave SE) |
| Feb 3, 2024 | Ck # 2061 | Ms. Courtney DeLong | $480.00 | Subcontractor (2009 Memorial renovation work) |
| Feb 3, 2024 | Ck # 2073 | Mr. Joel Ingram | $600.00 | Subcontractor (2916 Iowa Ave SE renovation work) |
| Feb 4, 2024 | CC | Home Depot | $853.86 | Supplies (2009 Memorial Dr SE renovation work) |
| Feb 4, 2024 | CC | Sam's Club | $33.72 | Gas for work van |
| Feb 4, 2024 | CC | AutoZone | $23.30 | Auto supplies |
| Feb 4, 2024 | CC | Casey's | $19.87 | Gas for work vehicle |
| Feb 4, 2024 | CC | Menards | $379.79 | Supplies (2916 Iowa Ave SE) |
| Feb 5, 2024 | Ck # 2072 | Mr. Michael White | $780.00 | Subcontractor (2009 Memorial Dr SE renovation work) |
| Feb 5, 2024 | ACH | Peacock | $6.41 | Weather |
| Feb 5, 2024 | CC | Home Depot | $198.42 | Supplies (2009 Memorial Dr SE renovation work) |
| Feb 6, 2004 | ACH | State Farm | $1043.69 | Insurance |
| Feb 6, 2024 | CC | Amazon | $32.05 | Faucet (2009 Memorial Dr SE) |
| Feb 6, 2024 | CC | Menards | $53.95 | Supplies (2916 Iowa Ave SE) |
| Feb 8, 2024 | CC | Home Depot | $62.06 | Supplies (2021 Grande Ave SE) |
| Feb 8, 2024 | CC | Menards | $349.06 | Supplies (412 26th St SE) |
| Feb 9, 2024 | CC | BP | $31.27 | Gas for work vehicle |
| Feb 9, 2024 | CC | AutoZone | $186.17 | Auto repair |
| Feb 9, 2024 | CC | Home Depot | $62.06 | Supplies (412 26th St SE) |
| Feb 9, 2024 | CC | Menards | $99.16 | Supplies (412 26th St SE) |
| Feb 9, 2024 | CC | Menards | $85.55 | Supplies (2916 Iowa Ave SE) |

| | | | | |
|---|---|---|---|---|
| Feb 10, 2024 | Ck # 2064 | Ms. Courtney DeLong | $600.00 | Subcontractor (2009 Memorial renovation work) |
| Feb 11, 2024 | CC | AutoZone | $34.23 | Auto supplies |
| Feb 12, 2024 | CC | O'Reilly | $36.36 | Auto supplies |
| Feb 12, 2024 | CC | Google | $88.79 | Fee |
| Feb 13, 2024 | Ck # 2074 | Mr. Joel Ingram | $450.00 | Subcontractor (2916 Iowa Ave SE renovation work) |
| Feb 13, 2024 | Withdrawal | Mr. Michael White | $900.00 | Subcontractor (2021 Grande Ave SE inspection prep work) |
| Feb 13, 2024 | CC | BP | $20.00 | Gas for work van |
| Feb 14, 2024 | Withdrawal | Mr. Michael White | $700.00 | Subcontractor (1051 20th St SE renovation work) |
| Feb 14, 2024 | CC | Amazon | $60.13 | Bathtub (2009 Memorial Dr SE) |
| Feb 14, 2024 | CC | Certus | $1.75 | Air for work vehicle tires |
| Feb 14, 2024 | CC | Certus | $1.75 | Air for work vehicle tires |
| Feb 14, 2024 | CC | Menards | $187.25 | Supplies (1051 20th St SE) |
| Feb 15, 2024 | CC | AutoZone | $34.23 | Work van supplies |
| Feb 15, 2024 | CC | True Value | $27.80 | Supplies (1051 20th St SE renovation work) |
| Feb 15, 2024 | CC | Amazon | $109.05 | Faucet (1051 20th St SE) |
| Feb 16, 2024 | CC | BP | $34.91 | Gas for work vehicle |
| Feb 16, 2024 | CC | BP | $28.23 | Gas for work van |
| Feb 17, 2024 | Ck # 2349 | Ms. Courtney DeLong | $562.00 | Subcontractor (2009 Memorial renovation work) |
| Feb 18, 2024 | CC | Amazon | $35.30 | Supplies (1051 20th St SE renovation work) |
| Feb 18, 2024 | CC | O'Reilly | $28.87 | Auto supplies |
| Feb 19, 2024 | CC | Prime | $6.41 | Fee |
| Feb 19, 2024 | CC | Prime | $4.27 | Fee |
| Feb 20, 2024 | CC | Planet | $10.70 | Fee |
| Feb 20, 2024 | CC | Lowes | $36.25 | Supplies (1051 20th St SE) |
| Feb 20, 2024 | CC | Lowes | $45.31 | Supplies (412 26th St SE inspection prep) |
| Feb 20, 2024 | CK # 2075 | Mr. Joel Ingram | $450.00 | Subcontractor (2916 Iowa Ave SE renovation work) |
| Feb 20, 2024 | Withdrawal | Mr. Michael White | $60.00 | Subcontractor (412 26th St SE inspection prep work) |
| Feb 20, 2024 | Withdrawal | Mr. Michael White | $140.00 | Subcontractor (1051 20th St SE renovation work) |
| Feb 20, 2024 | CC | Menards | $49.26 | Supplies (1051 20th St SE) |
| Feb 20, 2024 | Ck # 2348 | Mr. Michael White | $875.00 | Subcontractor (2009 Memorial Dr SE renovation work) |
| Feb 21, 2024 | Ck # 2347 | Linn Co Sherriff | $60.00 | Eviction fee (1714 6th Ave SE) |
| Feb 21, 2024 | CC | Home Depot | $57.04 | Supplies (1051 20th St SE) |

| Feb 21, 2024 | CC | Menards | $61.95 | Supplies (1051 20th St SE) |
|---|---|---|---|---|
| Feb 22, 2024 | Withdrawal | Mr. Michael White | $500.00 | Subcontractor (1051 20th St SE renovation work) |
| Feb 22, 2024 | Withdrawal | Mr. Michael White | $450.00 | Subcontractor (351 20th St SE renovation work) |
| Feb 22, 2024 | Withdrawal | Mr. Chris Avinger | $120.00 | Subcontractor (412 26th St SE inspection prep work) |
| Feb 23, 2024 | CC | Home Depot | $106.89 | Supplies (351 20th St SE inspection prep work) |
| Feb 23, 2024 | CC | FasMart | $21.72 | Gas for work van |
| Feb 24, 2024 | Withdrawal | Mr. Michael White | $100.00 | Subcontractor (351 20th St SE inspection prep work) |
| Feb 25, 2024 | CC | Menards | $410.67 | Supplies (412 26th St SE) |
| Feb 26, 2024 | CC | Home Depot | $37.38 | Supplies (412 26th St SE) |
| Feb 27, 2024 | Ck # 2076 | Ms. Courtney DeLong | $470.00 | Subcontractor (2009 Memorial renovation work) |
| Feb 28, 2024 | Ck # 2276 | City of CR Water | $140.10 | Utilities |
| Feb 28, 2024 | Ck # 2275 | City of CR Water | $240.63 | Utilities |

**TOTAL:** $10,150.00

**GRAND TOTAL:** $12,050

# Dupaco

*ELECTRONIC SERVICE REQUESTED*

P.O. Box 179
Dubuque, IA  52004-0179

(563) 557-7600 / (800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328



Restore balance to your credit when you move your
high-interest cards to a low-rate Dupaco Platinum Visa.
Dupaco.com/Visa

## DUPACO COMMUNITY CREDIT UNION

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 8901 | Savings/Asset Builder | 25.05 | 25.05 |
| SD - 0815 | Operating Account | 1,380.45 | 3.67 |
| SD - 0823 | Greenstate CU Cash Collateral Account | 50.07 | 0.07 |
| SD - 0898 | Dupaco Credit Union Cash Coll Acct | 0.00 | 0.00 |
| SD - 0948 | Landlords Tenant Deposit Account | 0.00 | 0.00 |

| Savings/Asset Builder | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 8901 | 25.05 | 0.00 | 0.00 | 25.05 |

Titles: Estate of Property Holders, LTD Debtor  in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.00%   |   Dividends Paid YTD $0.00

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | There was no activity for this account during the reported period | | | |

| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 0815 | 1,380.45 | -14,983.43 | 13,606.65 | 3.67 |

Titles: Estate of Property Holders, LTD Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/01 | Previous Balance | | | 1,380.45 |
| 01/31 | MC Purchase CASEYS #2772 CASEYS #2772          CEDAR RAPIDS IA #5131 | 15.10 | | 1,365.35 |
| 01/31 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 327.36 | | 1,037.99 |
| 02/01 | ACH Debit CLUB FEES PLANET FIT ID1710602737 701-356-1045 | 52.43 | | 985.56 |
| 02/01 | MC Purchase MURPHY7287ATWALMART MURPHY7287ATWALMART MARION IA #5131 #0010 | 20.02 | | 965.54 |
| 02/01 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION IA #5131 | 136.13 | | 829.41 |
| 02/02 | Check #2071 | 147.66 | | 681.75 |
| 02/02 | Transfer Deposit | | 2,900.00 | 3,581.75 |
| 02/02 | MC Purchase LOWES #02231* LOWES #02231* CEDAR RAPIDS IA #5131 #00170101 | 106.84 | | 3,474.91 |
| 02/02 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 438.00 | | 3,036.91 |
| 02/03 | Check #2061 | 480.00 | | 2,556.91 |
| 02/03 | Check #2073 | 600.00 | | 1,956.91 |
| 02/04 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174371 | 853.86 | | 1,103.05 |
| 02/04 | MC Purchase SAMSCLUB #8162 SAMSCLUB #8162840010011SAMSCLUB #8162 #5131 #24816201 | 33.72 | | 1,069.33 |
| 02/04 | MC Purchase AUTOZONE #1910 AUTOZONE #1910 CEDAR RAPIDS IA #5131 | 23.30 | | 1,046.03 |
| 02/04 | MC Purchase CASEYS #2772 CASEYS #2772          CEDAR RAPIDS IA #5131 | 19.87 | | 1,026.16 |
| 02/04 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 379.79 | | 646.37 |



S A V E ▶ B O R R O W ▶ I N V E S T ▶ I N S U R E ▶ T R U S T

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/05 | Transfer Deposit | | 1,800.00 | 2,446.37 |
| 02/05 | Check #2072 | 780.00 | | 1,666.37 |
| 02/05 | MC Purchase PEACOCK X2858 PREMIUM PEACOCK X2858 PREMIUM NEW YORK NY #5131 | | 6.41 | 1,659.96 |
| 02/05 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IA #5131 #1642 | 198.42 | | 1,461.54 |
| 02/06 | ACH Debit CPC-CLIENT STATE FARM RO 08 ID9000313400 | 1,043.69 | | 417.85 |
| 02/06 | Transfer Deposit | | 150.00 | 567.85 |
| 02/06 | MC Purchase AMZN MKTP US*RB5M53AU0 AMZN MKTP US*RB5M53AU0 SEATTLE WA #5131 #00000001 | 32.05 | | 535.80 |
| 02/06 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 53.45 | | 482.35 |
| 02/07 | Transfer Deposit | | 220.00 | 702.35 |
| 02/08 | Deposit | | 21.46 | 723.81 |
| 02/08 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174371 | 62.06 | | 661.75 |
| 02/08 | Transfer Deposit | 349.06 | | 312.69 |
| 02/09 | Transfer Deposit | | 980.00 | 1,292.69 |
| 02/09 | MC Purchase BP#7675176WILLIAMS BLVD BP#7675176WILLIAMS BLVDBP#7675176WILLI #5131 #38755101 | 31.27 | | 1,261.42 |
| 02/09 | MC Purchase AUTOZONE 1605 16TH AV AUTOZONE 1605 16TH AV CEDAR RAPIDS IAUS #5131 #ko030000 | 186.17 | | 1,075.25 |
| 02/09 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174371 | 62.06 | | 1,013.19 |
| 02/09 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 85.55 | | 927.64 |
| 02/09 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 99.16 | | 828.48 |
| 02/10 | Transfer Deposit | | 300.00 | 1,128.48 |
| 02/10 | Transfer Deposit | | 50.00 | 1,178.48 |
| 02/10 | Transfer Deposit | | 300.00 | 1,478.48 |
| 02/10 | Check #2064 | 600.00 | | 878.48 |
| 02/11 | MC Purchase AUTOZONE #1910 AUTOZONE #1910 CEDAR RAPIDS IA #5131 | 34.23 | | 844.25 |
| 02/11 | MC Purchase O'REILLY 5239 O'REILLY 5239 CEDAR RAPIDS IA #5131 #00010007 | 36.36 | | 807.89 |
| 02/12 | MC Purchase GOOGLE *YOUTUBE TV GOOGLE *YOUTUBE TV 650-253-0000 CA #5131 #00248747 | 88.79 | | 719.10 |
| 02/13 | Deposit | | 1,128.16 | 1,847.26 |
| 02/13 | Check #2074 | 450.00 | | 1,397.26 |
| 02/13 | Transfer Deposit | | 700.00 | 2,097.26 |
| 02/13 | Michael White | 900.00 | | 1,197.26 |
| 02/13 | MC Purchase BP#20382891ST AVE MQPS BP#20382891ST AVE MQPS CEDAR RAPIDS IA #5131 #00010002 | 20.00 | | 1,177.26 |
| 02/14 | Michael White | 700.00 | | 477.26 |
| 02/14 | MC Purchase AMAZON.COM*RI5VO6L72 AMAZON.COM*RI5VO6L72 AMZN.COM/BIL WA #5131 #00784959 | 60.13 | | 417.13 |
| 02/14 | MC Purchase CERTUS AIRVAC SERVICE CERTUS AIRVAC SERVICE CEDAR RAPIDS IA #5131 #3707 | 1.75 | | 415.38 |
| 02/14 | MC Purchase CERTUS AIRVAC SERVICE CERTUS AIRVAC SERVICE CEDAR RAPIDS IA #5131 #3707 | 1.75 | | 413.63 |
| 02/14 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 187.25 | | 226.38 |
| 02/15 | ATM POS Credit AUTOZONE #1910 AUTOZONE #1910 CEDAR RAPIDS IA #5131 | | 34.23 | 260.61 |
| 02/15 | MC Purchase VERNON VILLAGE TRUE VA VERNON VILLAGE TRUE VA CEDAR RAPIDS IA #5131 #7843 | 27.80 | | 232.81 |
| 02/15 | MC Purchase AMZN MKTP US*RB0W30KO1 AMZN MKTP US*RB0W30KO1 AMZN.COM/BIL WA #5131 | 109.05 | | 123.76 |
| 02/16 | Transfer Deposit | | 1,600.00 | 1,723.76 |
| 02/16 | MC Purchase BP#7675176WILLIAMS BLVD BP#7675176WILLIAMS BLVDBP#7675176WILLI #5131 #38755101 | 34.91 | | 1,688.85 |
| 02/16 | MC Purchase BP#7675176WILLIAMS BLVD BP#7675176WILLIAMS BLVDBP#7675176WILLI | 28.23 | | 1,660.62 |



**Dupaco**

S A V E ▶ B O R R O W ▶ I N V E S T ▶ I N S U R E ▶ T R U S T

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | #5131 #38755101 | | | |
| 02/17 | Check #2349 | 562.00 | | 1,098.62 |
| 02/18 | MC Purchase AMZN MKTP US*RI4M14HZ2 AMZN MKTP US*RI4M14HZ2 AMZN.COM/BIL WA #5131 | 35.30 | | 1,063.32 |
| 02/18 | MC Purchase O'REILLY 350 O'REILLY 350 CEDAR RAPIDS IA #5131 #00020050 | 28.87 | | 1,034.45 |
| 02/19 | MC Purchase PRIME VIDEO *RI9KZ3AM1 PRIME VIDEO *RI9KZ3AM1 SEATTLE WA #5131 #00000001 | 6.41 | | 1,028.04 |
| 02/19 | MC Purchase PRIME VIDEO *RW0JT50T0 PRIME VIDEO *RW0JT50T0 888-802-3080 WA #5131 | 4.27 | | 1,023.77 |
| 02/20 | ACH Debit CLUB FEES PLANET FIT ID1710602737 701-356-1045 | 10.70 | | 1,013.07 |
| 02/20 | Transfer Deposit | | 850.00 | 1,863.07 |
| 02/20 | MC Purchase LOWE'S #2231 LOWE'S #2231 CEDAR RAPIDS IAUS #5131 #001 | 36.25 | | 1,826.82 |
| 02/20 | MC Purchase LOWE'S #2231 LOWE'S #2231 CEDAR RAPIDS IAUS #5131 #001 | 45.31 | | 1,781.51 |
| 02/20 | Check #2075 | 450.00 | | 1,331.51 |
| 02/20 | Michel White | 60.00 | | 1,271.51 |
| 02/20 | Micheal White | 140.00 | | 1,131.51 |
| 02/20 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 49.26 | | 1,082.25 |
| 02/20 | Check #2348 | 875.00 | | 207.25 |
| 02/21 | Check #2347 | 60.00 | | 147.25 |
| 02/21 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174372 | 57.04 | | 90.21 |
| 02/21 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 61.95 | | 28.26 |
| 02/22 | Eviction | | 22.80 | 51.06 |
| 02/22 | Transfer Deposit | | 1,700.00 | 1,751.06 |
| 02/22 | Michael White | 500.00 | | 1,251.06 |
| 02/22 | michael white | 450.00 | | 801.06 |
| 02/22 | Chris Azaber | 120.00 | | 681.06 |
| 02/23 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174371 | 106.89 | | 574.17 |
| 02/23 | MC Purchase FAS MART 5149 FAS MART 5149 CEDAR RAPIDS IA #5131 #GPMI106 | 21.72 | | 552.45 |
| 02/24 | Micheal White | 100.00 | | 452.45 |
| 02/25 | MC Purchase MENARDS MARION IA MENARDS MARION IA MARION4 IA #5131 | 410.67 | | 41.78 |
| 02/26 | MC Purchase THE HOME DEPOT #2108 THE HOME DEPOT #2108 CEDAR RAPIDS IAUS #5131 #06174425 | 37.38 | | 4.40 |
| 02/27 | Transfer Deposit | | 500.00 | 504.40 |
| 02/27 | Check #2076 | 470.00 | | 34.40 |
| 02/28 | Transfer Deposit | | 350.00 | 384.40 |
| 02/28 | Check #2275 | 240.63 | | 143.77 |
| 02/28 | Check #2276 | 140.10 | | 3.67 |
| 02/29 | Ending Balance | | | 3.67 |

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2061 | 02/03 | 480.00 | 2073 | 02/03 | 600.00 | 2275 * | 02/28 | 240.63 | 2349 | 02/17 | 562.00 |
| 2064 * | 02/10 | 600.00 | 2074 | 02/13 | 450.00 | 2276 | 02/28 | 140.10 | | | |
| 2071 * | 02/02 | 147.66 | 2075 | 02/20 | 450.00 | 2347 * | 02/21 | 60.00 | | | |
| 2072 | 02/05 | 780.00 | 2076 | 02/27 | 470.00 | 2348 | 02/20 | 875.00 | | | |

| Greenstate CU Cash Collateral Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - ███0823 | 50.07 | -2,250.00 | 2,200.00 | 0.07 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/01 | Previous Balance | | | 50.07 |
| 02/10 | Transfer Withdrawal | 50.00 | | 0.07 |
| 02/10 | Deposit | | 300.00 | 300.07 |



SAVE ▸ BORROW ▸ INVEST ▸ INSURE ▸ TRUST

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|-------:|--------:|--------:|
| 02/10 | Transfer Withdrawal | 300.00 | | 0.07 |
| 02/13 | rent | | 700.00 | 700.07 |
| 02/13 | Transfer Withdrawal | 700.00 | | 0.07 |
| 02/20 | rent | | 850.00 | 850.07 |
| 02/20 | Transfer Withdrawal | 850.00 | | 0.07 |
| 02/28 | Deposit | | 350.00 | 350.07 |
| 02/28 | Transfer Withdrawal | 350.00 | | 0.07 |
| 02/29 | Ending Balance | | | 0.07 |

| Dupaco Credit Union Cash Coll Acct | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|------|------|------|------|------|
| SD - ███0898 | 0.00 | -10,150.00 | 10,150.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|-------:|--------:|--------:|
| | Previous Balance | | | |
| 02/02 | Rent | | 1,000.00 | 1,000.00 |
| 02/02 | Rent | | 1,000.00 | 2,000.00 |
| 02/02 | Rent | | 900.00 | 2,900.00 |
| 02/02 | Transfer Withdrawal | 2,900.00 | | |
| 02/05 | rent | | 700.00 | 700.00 |
| 02/05 | rent | | 1,100.00 | 1,800.00 |
| 02/05 | Transfer Withdrawal | 1,800.00 | | |
| 02/06 | Rent | | 150.00 | 150.00 |
| 02/06 | Transfer Withdrawal | 150.00 | | |
| 02/07 | Rent | | 220.00 | 220.00 |
| 02/07 | Transfer Withdrawal | 220.00 | | |
| 02/09 | Rent | | 980.00 | 980.00 |
| 02/09 | Transfer Withdrawal | 980.00 | | |
| 02/10 | Deposit | | 300.00 | 300.00 |
| 02/10 | Transfer Withdrawal | 300.00 | | |
| 02/16 | Rent | | 1,600.00 | 1,600.00 |
| 02/16 | Transfer Withdrawal | 1,600.00 | | |
| 02/22 | Deposit | | 1,700.00 | 1,700.00 |
| 02/22 | Transfer Withdrawal | 1,700.00 | | |
| 02/27 | Deposit | | 500.00 | 500.00 |
| 02/27 | Transfer Withdrawal | 500.00 | | |
| | Ending Balance | | | 0.00 |

| Landlords Tenant Deposit Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|------|------|------|------|------|
| SD - ███0948 | 0.00 | 0.00 | 0.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|-------:|--------:|--------:|
| | There was no activity for this account during the reported period | | | |



**MEMBER NUMBER:**
█8149

**STATEMENT PERIOD:**   PAGE:
02/01/2024 to 02/29/2024   5 of 5

SAVE ▸ BORROW ▸ INVEST ▸ INSURE ▸ TRUST

### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|--------|--------|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ................. $ _____

Add Deposits
Not Shown on
this Statement .............. $ _____

Subtotal ..................... $ _____

Subtract Total
Outstanding Drafts ......... $ _____

Equals Adjusted
Ending Balance ............. $ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY

**Progress/plans narrative
February/March 2024**


**A) Overall Plan Summary**

With the recent slowing of the housing market (in general and also December was the slowest month for property sales of the year), other obstacles that slowed our progress (see below for details), we are now projecting that **GSCU** will be paid off in April/May, 2024. With listings and sales of 1713 7th Ave (listed), 1841 Washington Ave (under contract) and 825 18th St (to be listed in March/April 2024), the GSCU debt will be paid off in full with cash left for the cash collateral account to pay expenses. This will leave six properties free and clear with a current market value of approximately $1 million.  It should be noted that the "spring housing market" is now in full swing, and our realtor indicates that sales should begin to improve.


The schedule for **DUPACO** mortgages is scheduled to be on target with sale of three additional properties. The sale and closing of 357 17th St was delayed but finally occurred on December 5, 2023, allowing for payment to DUPACO and full payment of administrative costs to date. Another DUPACO property, 1748 C Ave, is now fully renovated, professional photographs have been taken and we are just awaiting listing by our realtor. With these two sales, the overall debt will be reduced to approximately $1,610,000. Next steps now include selling 2009 Memorial Dr which was vacated on Dec. 20, 2023 (previously listed as 'to be held'). This property is nearing completion of renovation and our realtor anticipates it will sell for around $320,000 (generating another $300,000 after fees). In addition, 2916 Iowa Ave has recently been vacated and we have been updating this property for sale, with a target date of completion in March/April 2024. This will leave the overall DUPACO debt at approximately $1,200,000. After the sale of 2009 Memorial Dr and Iowa Ave there will then be a total of 26 properties remaining and only $375,000 to be paid off to reach the three-year target of $950,000. This will be accomplished by the sale of some of these additional 26 properties in some combination that will be determined in mid 2024.

**B) Delays**

We continued to make progress toward the projected renovations/listings this past month, despite delays due to a number of factors: 1) illness among my small crew and being out for various lengths of time over this past month; 2) shortage/delays for some supplies needed to complete the projects; 3) the winter storms in January caused my team's work to be focused on snow removal,

furnace maintenance issues and other activities related to the winter weather so other projects got pushed back; 4) multiple regularly scheduled rental inspections (which occur every three years in CR) have come up and required my crew to be engaged with preparing for this (1025 20th St, 412 26th St, 351 20th St, 2021 Grande Ave). While these inspections take quite a bit of work as the rental code is continuously being updated, all properties passed again and are in full compliance.

Despite this, significant progress has been made. 1748 C Ave is done with total renovation and we are just waiting for our realtor to list it. Updating of 2916 Iowa Ave to prepare it for sale is fully underway. Significant progress has also been made on 2009 Memorial Dr and we are closing in on listing it very soon. Finally, we are now also focusing on renovation of 825 18th St SE for sale, which is the last property needed to pay off GSCU. Much of this recent work has been completed by Mr. Davisson, stepping in for his missing crew members.

**C) Details on individual properties:**

**1713 7th Ave SE:** This property, which has been entirely renovated both inside and outside, was listed on Sept 23, 2023 at $225,000 (appraised at $72,000). However, due to the slowing of the market, our realtor recommended dropping the price to $210,000 which we have now done. Full exterior renovations include fresh paint, new fencing, brand new garage, brand new back deck and front porch and landscaping. The interior was also fully renovated, including painting, new bathrooms, and kitchen (including all new appliances), flooring, new light fixtures, etc. Mr. Davisson performed all finishing work on this property, ie his "sweat equity". This property was under contract but the buyers' financing fell through; we immediately re-listed it and there have been a number of showings and positive reviews.

**1841 Washington Ave SE**: After a few delays, this property renovation was completed and was listed November 22, 2023 at $140,000 (appraised at $73,000). The house has been entirely re-painted both inside and outside, new flooring has been added throughout, as has new lighting. It has a brand-new bathroom and kitchen (including all new appliances), fresh landscaping, etc. Mr. Davisson has devoted significant time to this project, ie his "sweat equity", stepping in to do much of the work himself as his team members were out sick. This property is now under contract and closing is expected in late March.

**1748 C Ave NE:** The tenant at this property moved out on Aug 15, 2023. The extensive renovations required to prepare it for sale, including interior painting, kitchen updating, bathroom repairs, light fixture updates, exterior repairs to siding and windows and landscaping are now complete and we are awaiting

listing by our realtor. Our realtor predicts that this property will be listed at around $140,000.

**825 18th St SE:** The tenant in this property notified us she will vacate, so we have decided to move this property up the list (originally designated "to be held") and will begin preparing it for sale in mid-March. It is anticipated that there is relatively less work required to bring this property to market, so we estimate a March/April 2024 listing at approximately $110,000.  This will be the final house needed to satisfy the Green State judgment.

**2009 Memorial Dr SE**: The tenant in this property vacated on Dec 20, 2023 and we have decided to move this property up the list (originally designated "to be held") for sale. We have recently re-painted the entire interior and installed new flooring, and within the last few weeks have update lighting, bathrooms, exterior, landscaping. It is anticipated this will list at $320,000. We project a March/April 2024 listing.

**2916 Iowa Ave SE:** We have made significant progress on updating this property for sale, including updated kitchen, bathroom, family room, exterior, landscaping and anticipate listing it for around $125,000, aiming for March/April, 2024.

**Other:**  All of this work is proceeding on top of the normal activities with maintaining the various rental properties, including extensive snow/ice removal associated with Jan snowstorms and recent work preparing four properties (see above) for inspection which occurs every three years. This work is carried out by the various subcontractors as well as Mr. Davisson (sweat equity).

EXHIBIT

2

tabbies®

## Pay Property Tax to Linn County

✓
**Search**

(2)
**Select**

(3)
**Cart**

(4)
**Pay**

(5)
**Receipt**

| ← Back | Add Amounts to Cart → |
|---|---|

Find Your Properties

View Your Cart

# Choose Amounts

Choose what amounts you will pay. One September and one March installment is available for the tax charge of this parcel. Two are due or overdue. You may not make an advance payment.

Two Installments

Full Amt.:

| None | Sept. | Both |
|---|---|---|

## Parcel

📑 Details

| Parcel | 141432700401035 |
|---|---|
| Owner | PROPERTY HOLDERS LTD |
| Address | 130 THOMPSON DR SE APT 324 CEDAR RAPIDS IA 52403 |

## Tax Charge

📑 Details

| Bill Number | 2538690 |
|---|---|
| Description | 2022 Current Tax |

### 📑 September Installment

| Late On | 10/3/2023 |
|---|---|
| Tax Due | $1,475.00 |

| | |
|---|---|
| Interest/Fees | $181.00 |
| Total Due ⓘ | $1,656.00 |

Amount    $ [                    ]

$182.00 minimum allowed

| Partial | Full |
|---|---|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,475.00 |
| Interest/Fees | $44.00 |
| Total Due ⓘ | $1,519.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

| ← Back | Add Amounts to Cart → |
|---|---|

Find Your Properties

View Your Cart

Login ∧          © 2024 Iowa Tax and Tags



## Pay Property Tax to Linn County

| ✓ Search | ② Select | ③ Cart | ④ Pay | ⑤ Receipt |

[← Back]

[Add Amounts to Cart →]

Find Your Properties

View Your Cart

# Choose Amounts

Choose what amounts you will pay. Two September and one March installment is available for the two tax charges of this parcel. Three are due or overdue. You may not make an advance payment.

Three Installments

Full Amt.:   [ None ] [ 2 Sept. ] [ All 3 ]

## Parcel

[📄 Details]

| Parcel | 142330102000000 |
| Owner | PROPERTY HOLDERS LTD |
| Address | 412 26TH ST SE CEDAR RAPIDS IA 52403 |

## Tax Charge 1 of 2

[📄 Details]

| Bill Number | 0132100 |
| Description | 2023 Special Assessment |



### September Installment

| Late On | 10/3/2023 |
| Tax Due | $272.00 |
| Interest/Fees | $32.00 |

Privacy · Terms

Total Due  ⓘ                                    $304.00

Amount      $ [                              ]

                                 $304.00 minimum allowed

[                    Full                    ]

## March Installment

Late On                                      4/2/2024
Tax Due                                        $0.00
Interest/Fees                                  $0.00
Total Due  ⓘ                                   $0.00

✓ March Installment is fully paid.

# Tax Charge 2 of 2                          [ 📄 Details ]

Bill Number      2653260
Description      2022 Current Tax

### September Installment

Late On                                     10/3/2023
Tax Due                                      $1,363.00
Interest/Fees                                 $168.00
Total Due  ⓘ                                 $1,531.00

Amount      $ [                              ]

                                 $169.00 minimum allowed

[      Partial      |        Full        ]

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,363.00 |
| Interest/Fees | $41.00 |
| Total Due ⓘ | $1,404.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

| ← Back | Add Amounts to Cart → |
|---|---|
| Find Your Properties | View Your Cart |

Login ^          © 2024 Iowa Tax and Tags



## Pay Property Tax to Linn County

✓ Search   ② Select   ③ Cart   ④ Pay   ⑤ Receipt

← Back    Add Amounts to Cart →

Find Your Properties    View Your Cart

# Choose Amounts

Choose what amounts you will pay. Three September and two March installments are available for the three tax charges of this parcel. Five are due or overdue. You may not make an advance payment.

Five Installments    Full Amt.:   None   3 Sept.   All 5

## Parcel

Details

| | |
|---|---|
| Parcel | 142710303800000 |
| Owner | PROPERTY HOLDERS LTD |
| Address | 1025 20TH ST SE CEDAR RAPIDS IA 52403 |

## Tax Charge 1 of 3

Details

| | |
|---|---|
| Bill Number | 0105610 |
| Description | 2022 Special Assessment |



### September Installment

| | |
|---|---|
| Late On | 10/1/2022 |
| Tax Due | $139.55 |
| Interest/Fees | $40.00 |

Privacy · Terms

| Total Due ⓘ | $179.55 |
|---|---|

Amount　$　[                              ]

$179.55 minimum allowed

| Full |
|---|

## March Installment

| Late On | 4/1/2023 |
|---|---|
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✔ March Installment is fully paid.

# Tax Charge 2 of 3

📄 Details

| Bill Number | 1851830 |
|---|---|
| Description | 2021 Delinquent Tax Real Estate |

## September Installment

| Late On | 10/1/2022 |
|---|---|
| Tax Due | $1,062.00 |
| Interest/Fees | $323.00 |
| Total Due ⓘ | $1,385.00 |

Amount　$　[                              ]

$324.00 minimum allowed

| Partial | Full |
|---|---|

## March Installment

| | |
|---|---|
| Late On | 4/1/2023 |
| Tax Due | $1,062.00 |
| Interest/Fees | $223.00 |
| Total Due ⓘ | $1,285.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

# Tax Charge 3 of 3

[📇 Details]

| | |
|---|---|
| Bill Number | 2780860 |
| Description | 2022 Current Tax |

## September Installment

| | |
|---|---|
| Late On | 10/3/2023 |
| Tax Due | $1,106.00 |
| Interest/Fees | $137.00 |
| Total Due ⓘ | $1,243.00 |

Amount  $ [                    ]

$138.00 minimum allowed

| Partial | Full |
|---|---|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,106.00 |
| Interest/Fees | $33.00 |

Total Due  ⓘ                                           $1,139.00

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel
tax charge installments.

| ← Back | Add Amounts to Cart → |
|---|---|
| Find Your Properties | View Your Cart |

Login ⌃          © 2024  Iowa Tax and Tags



## Pay Property Tax to Linn County

✓ Search    ② Select    ③ Cart    ④ Pay    ⑤ Receipt

[ ← Back ]                    [ Add Amounts to Cart → ]

Find Your Properties                              View Your Cart

# Choose Amounts

Choose what amounts you will pay. Two September and one March installment is available for the two tax charges of this parcel. Two are due or overdue. You may not make an advance payment.



Three Installments            Full Amt.:   [ None | 2 Sept. | All 3 ]

## Parcel                                    [ 📄 Details ]

| | |
|---|---|
| Parcel | 141520300300000 |
| Owner | PROPERTY HOLDERS LTD |
| Address | 1047 27TH ST NE CEDAR RAPIDS IA 52402 |

## Tax Charge 1 of 2                          [ 📄 Details ]

| | |
|---|---|
| Bill Number | 2610820 |
| Description | 2022 Current Tax |



### September Installment

| | |
|---|---|
| Late On | 10/3/2023 |
| Tax Due | $1,481.00 |
| Interest/Fees | $182.00 |

Privacy • Terms

Total Due ⓘ                                    $1,663.00

Amount        $ [                              ]

$183.00 minimum allowed

| Partial | Full |
| --- | --- |

---

## March Installment

Late On                                        4/2/2024
Tax Due                                        $1,481.00
Interest/Fees                                  $44.00
Total Due ⓘ                                    $1,525.00

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

---

# Tax Charge 2 of 2                        🗒 Details

Bill Number     0152320
Description      2024 Special Assessment

## September Installment

Late On                                        10/1/2024
Tax Due                                        $354.86
Interest/Fees                                  $0.00
Total Due ⓘ                                    $354.86

Amount        $ [                              ]

$354.86 minimum allowed

| Full |
| --- |

## March Installment

| | |
|---|---|
| Late On | 4/1/2025 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✓ **March Installment is fully paid.**

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.



| ← Back | Add Amounts to Cart → |
|---|---|
| Find Your Properties | View Your Cart |



## Pay Property Tax to Linn County

← Back

Find Your Properties

Add Amounts to Cart →

View Your Cart

# Choose Amounts

Choose what amounts you will pay. Three September and two March installments are available for the three tax charges of this parcel. Five are due or overdue. You may not make an advance payment.

Five Installments                Full Amt.:   | None | 3 Sept. | All 5 |

## Parcel

📇 Details

| Parcel | 141030701000000 |
|--------|-----------------|
| Owner | PROPERTY HOLDERS LTD |
| Address | 1052 32ND ST NE CEDAR RAPIDS IA 52402 |

## Tax Charge 1 of 3

📇 Details

| Bill Number | 1476800 |
|-------------|---------|
| Description | 2021 Delinquent Tax Real Estate |

### September Installment

| Late On | 10/1/2022 |
|---------|-----------|
| Tax Due | $282.00 |
| Interest/Fees | $89.00 |



Privacy - Terms

| Total Due ⓘ | $371.00 |
|---|---|

Amount   $ [                    ]

$90.00 minimum allowed

| Partial | Full |
|---|---|

## March Installment

| Late On | 4/1/2023 |
|---|---|
| Tax Due | $282.00 |
| Interest/Fees | $59.00 |
| Total Due ⓘ | $341.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

# Tax Charge 2 of 3                    🧾 Details

| Bill Number | 0119740 |
|---|---|
| Description | 2023 Special Assessment |

## September Installment

| Late On | 10/3/2023 |
|---|---|
| Tax Due | $344.95 |
| Interest/Fees | $41.00 |
| Total Due ⓘ | $385.95 |

Amount   $ [                    ]

$385.95 minimum allowed

| Full |
|---|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✔ March Installment is fully paid.

# Tax Charge 3 of 3

[📑 Details]

Bill Number     2510240
Description     2022 Current Tax

## September Installment

| | |
|---|---|
| Late On | 10/3/2023 |
| Tax Due | $309.00 |
| Interest/Fees | $41.00 |
| Total Due ⓘ | $350.00 |

Amount     $ [                    ]

$42.00 minimum allowed

| Partial | Full |
|---|---|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $309.00 |
| Interest/Fees | $9.00 |

Total Due  ⓘ                                      $318.00

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel
tax charge installments.

| ← Back | Add Amounts to Cart  → |
|---|---|
| Find Your Properties | View Your Cart |

Login ⌃        © 2024 Iowa Tax and Tags



## Pay Property Tax to Linn County

| ✓ Search | ② Select | ③ Cart | ④ Pay | ⑤ Receipt |
|---|---|---|---|---|

← Back

Add Amounts to Cart →

Find Your Properties

View Your Cart

# Choose Amounts

Choose what amounts you will pay. Two September and one March installment is available for the two tax charges of this parcel. Three are due or overdue. You may not make an advance payment.

Three Installments

Full Amt.:   | None | 2 Sept. | All 3 |

## Parcel

Details

| Parcel | 142215601200000 |
|---|---|
| Owner | PROPERTY HOLDERS LTD |
| Address | 1610 PARK AVE SE CEDAR RAPIDS IA 52403 |

## Tax Charge 1 of 2

Details

| Bill Number | 0132080 |
|---|---|
| Description | 2023 Special Assessment |

 **September Installment**

| Late On | 10/3/2023 |
|---|---|
| Tax Due | $234.04 |
| Interest/Fees | $27.00 |



Privacy - Terms

Total Due ⓘ                                    $261.04

Amount        $ [                                    ]

$261.04 minimum allowed

| Full |
|------|

## March Installment

| Late On | 4/2/2024 |
|---------|----------|
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✔ March Installment is fully paid.

# Tax Charge 2 of 2                    [ 🗟 Details ]

Bill Number      2585850
Description      2022 Current Tax



### September Installment

| Late On | 10/3/2023 |
|---------|-----------|
| Tax Due | $1,060.00 |
| Interest/Fees | $131.00 |
| Total Due ⓘ | $1,191.00 |

Amount        $ [                                    ]

$132.00 minimum allowed

| Partial | Full |
|---------|------|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,060.00 |
| Interest/Fees | $32.00 |
| Total Due ⓘ | $1,092.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

← Back

Find Your Properties

Add Amounts to Cart →

View Your Cart

Login ⌃          © 2024 Iowa Tax and Tags

 

## Pay Property Tax to Linn County

✓
**Search**

②
**Select**

③
**Cart**

④
**Pay**

⑤
**Receipt**

[ ← Back ]

Find Your Properties

[ Add Amounts to Cart → ]

View Your Cart

# Choose Amounts

Choose what amounts you will pay. One September and one March installment is available for the tax charge of this parcel. Two are due or overdue. You may not make an advance payment.

Two Installments                    Full Amt.:    [ None | Sept. | Both ]

## Parcel

[ 📑 Details ]

| | |
|---|---|
| Parcel | 142243002000000 |
| Owner | PROPERTY HOLDERS LTD |
| Address | 1734 5TH AVE SE CEDAR RAPIDS IA 52403 |

## Tax Charge

[ 📑 Details ]

| | |
|---|---|
| Bill Number | 2724750 |
| Description | 2022 Current Tax |

 ### September Installment

| | |
|---|---|
| Late On | 10/3/2023 |
| Tax Due | $1,065.00 |
| Interest/Fees | $132.00 |

Privacy · Terms

| Total Due ⓘ | | $1,197.00 |
|---|---|---|
| Amount | $ | |

$133.00 minimum allowed

| Partial | Full |
|---|---|

## March Installment

| Late On | 4/2/2024 |
|---|---|
| Tax Due | $1,065.00 |
| Interest/Fees | $32.00 |
| Total Due ⓘ | $1,097.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

| ← Back |
|---|

Find Your Properties

| Add Amounts to Cart  → |
|---|

View Your Cart

Login ︿          © 2024 Iowa Tax and Tags



## Pay Property Tax to Linn County

✓ Search    ② Select    ③ Cart    ④ Pay    ⑤ Receipt

[ ← Back ]                    [ Add Amounts to Cart → ]

Find Your Properties                    View Your Cart

# Choose Amounts

Choose what amounts you will pay. Two September and one March installment is available for the two tax charges of this parcel. Two are due or overdue. You may not make an advance payment.

Three Installments          Full Amt.:    [ None | 2 Sept. | All 3 ]

## Parcel                              [ 📑 Details ]

Parcel      142242600900000
Owner       PROPERTY HOLDERS LTD
Address     1801 BEVER AVE SE CEDAR RAPIDS IA 52403

## Tax Charge 1 of 2                   [ 📑 Details ]

Bill Number    2723760
Description     2022 Current Tax



### September Installment

Late On              10/3/2023
Tax Due              $246.00
Interest/Fees         $34.00

| Total Due ⓘ | | $280.00 |
| --- | --- | --- |

Amount   $ [                    ]

$35.00 minimum allowed

| Partial | Full |
| --- | --- |

## March Installment

| Late On | 4/2/2024 |
| --- | --- |
| Tax Due | $246.00 |
| Interest/Fees | $7.00 |
| Total Due ⓘ | $253.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

# Tax Charge 2 of 2

📋 Details

Bill Number       0146440
Description       2024 Special Assessment

## September Installment

| Late On | 10/1/2024 |
| --- | --- |
| Tax Due | $1,038.98 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $1,038.98 |

Amount   $ [                    ]

$1,038.98 minimum allowed

| Full |
| --- |

## March Installment

| | |
|---|---|
| Late On | 4/1/2025 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✓ March Installment is fully paid.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

| ← Back | Add Amounts to Cart → |
|---|---|
| Find Your Properties | View Your Cart |

Login ∧          © 2024  Iowa Tax and Tags



## Pay Property Tax to Linn County

✓ Search    ② Select    ③ Cart    ④ Pay    ⑤ Receipt

← Back      Add Amounts to Cart →

Find Your Properties        View Your Cart

# Choose Amounts

Choose what amounts you will pay. One September and one March installment is available for the tax charge of this parcel. Two are due or overdue. You may not make an advance payment.

Two Installments      Full Amt.:    None  |  Sept.  |  Both

## Parcel

Details

| | |
|---|---|
| Parcel | 143520201600000 |
| Owner | PROPERTY HOLDERS LTD |
| Address | 2009 MEMORIAL DR SE CEDAR RAPIDS IA 52403 |

## Tax Charge

Details

| | |
|---|---|
| Bill Number | 2863870 |
| Description | 2022 Current Tax |

 ### September Installment

| | |
|---|---|
| Late On | 10/3/2023 |
| Tax Due | $2,532.00 |
| Interest/Fees | $308.00 |



Privacy - Terms

| Total Due ⓘ | $2,840.00 |

Amount    $ [_____]

$309.00 minimum allowed

| Partial | Full |

---

## March Installment

| Late On | 4/2/2024 |
| Tax Due | $2,532.00 |
| Interest/Fees | $76.00 |
| Total Due ⓘ | $2,608.00 |

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel
tax charge installments.

| ← Back | | Add Amounts to Cart → |

Find Your Properties

View Your Cart



## Pay Property Tax to Linn County

✓ Search   ② Select   ③ Cart   ④ Pay   ⑤ Receipt

← Back          Add Amounts to Cart →

Find Your Properties                          View Your Cart

# Choose Amounts

Choose what amounts you will pay. Two September and two March installments are available for the two tax charges of this parcel. Four are due or overdue. You may not make an advance payment.



Four Installments          Full Amt.:   | None | 2 Sept. | All 4 |

## Parcel                                    📄 Details

| Parcel | 142218000300000 |
| Owner | PROPERTY HOLDERS LTD |
| Address | 2045 PARK AVE SE CEDAR RAPIDS IA 52403 |

### Tax Charge 1 of 2                        📄 Details

| Bill Number | 1815480 |
| Description | 2021 Delinquent Tax Real Estate |



### September Installment

| Late On | 10/1/2022 |
| Tax Due | $1,240.00 |
| Interest/Fees | $376.00 |

Privacy • Terms

Total Due ⓘ                                    $1,616.00

Amount        $ [                              ]

                              $377.00 minimum allowed

| Partial | Full |
|---------|------|



### March Installment

Late On                                         4/1/2023
Tax Due                                       $1,240.00
Interest/Fees                                  $260.00
Total Due ⓘ                                   $1,500.00

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

# Tax Charge 2 of 2                    [ 🗐 Details ]

Bill Number      2593720
Description      2022 Current Tax

### September Installment

Late On                                        10/3/2023
Tax Due                                       $1,366.00
Interest/Fees                                  $168.00
Total Due ⓘ                                   $1,534.00

Amount        $ [                              ]

                              $169.00 minimum allowed

| Partial | Full |
|---------|------|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,366.00 |
| Interest/Fees | $41.00 |
| Total Due ⓘ | $1,407.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

| ← Back | Add Amounts to Cart → |
|---|---|
| Find Your Properties | View Your Cart |

Login ⌃          © 2024 Iowa Tax and Tags



## Pay Property Tax to Linn County

✓ **Search**   ② **Select**   ③ **Cart**   ④ **Pay**   ⑤ **Receipt**

[ ← Back ]                    [ Add Amounts to Cart → ]

Find Your Properties                              View Your Cart

# Choose Amounts

Choose what amounts you will pay. Two September and one March installment is available for the two tax charges of this parcel. Two are due or overdue. You may not make an advance payment.

Three Installments                Full Amt.:   [ None ] [ 2 Sept. ] [ All 3 ]

## Parcel                                          [ 🗒 Details ]

| Parcel | 142332800400000 |
| Owner | PROPERTY HOLDERS LTD |
| Address | 2103 BEVER AVE SE CEDAR RAPIDS IA 52403 |

## Tax Charge 1 of 2                               [ 🗒 Details ]

| Bill Number | 2721700 |
| Description | 2022 Current Tax |



### September Installment

| Late On | 10/3/2023 |
| Tax Due | $1,461.00 |
| Interest/Fees | $179.00 |

Privacy - Terms

Total Due ⓘ $1,640.00

Amount $ [                    ]

$180.00 minimum allowed

| Partial | Full |
|---------|------|

## March Installment

Late On 4/2/2024
Tax Due $1,461.00
Interest/Fees $44.00
Total Due ⓘ $1,505.00

ⓘ You cannot add a March payment unless the September Installment is paid in full.

# Tax Charge 2 of 2                      🗒 Details

Bill Number      0153720
Description      2024 Special Assessment

## September Installment

Late On 10/1/2024
Tax Due $229.45
Interest/Fees $0.00
Total Due ⓘ $229.45

Amount $ [                    ]

$229.45 minimum allowed

| Full |
|------|

## March Installment

| | |
|---|---|
| Late On | 4/1/2025 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✓ March Installment is fully paid.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

| ← Back | Add Amounts to Cart → |
|---|---|
| Find Your Properties | View Your Cart |

Login ⌃          © 2024  Iowa Tax and Tags



## Pay Property Tax to Linn County

| ✓ | ② | ③ | ④ | ⑤ |
|---|---|---|---|---|
| Search | Select | Cart | Pay | Receipt |

| ← Back | Add Amounts to Cart → |
|---|---|
| Find Your Properties | View Your Cart |

# Choose Amounts

Choose what amounts you will pay. Three September and two March installments are available for the three tax charges of this parcel. Five are due or overdue. You may not make an advance payment.

Five Installments     Full Amt.:   | None | 3 Sept. | All 5 |

## Parcel

[📄 Details]

| Parcel | 142332600400000 |
|---|---|
| Owner | PROPERTY HOLDERS LTD |
| Address | 2307 BEVER AVE SE CEDAR RAPIDS IA 52403 |

## Tax Charge 1 of 3

[📄 Details]

| Bill Number | 1983390 |
|---|---|
| Description | 2021 Delinquent Tax Real Estate |



### September Installment

| Late On | 10/1/2022 |
|---|---|
| Tax Due | $1,850.00 |
| Interest/Fees | $559.00 |

Privacy · Terms

Total Due ⓘ                                    $2,409.00

Amount        $ [                              ]

                              $560.00 minimum allowed

| Partial | Full |
| --- | --- |

## March Installment

Late On                                         4/1/2023
Tax Due                                       $1,850.00
Interest/Fees                                  $389.00
Total Due ⓘ                                  $2,239.00

ⓘ You cannot add a March payment unless the September
   Installment is paid in full.

# Tax Charge 2 of 3                          🗎 Details

Bill Number        0132090
Description        2023 Special Assessment

### September Installment

Late On                                        10/3/2023
Tax Due                                         $221.29
Interest/Fees                                    $26.00
Total Due ⓘ                                    $247.29

Amount        $ [                              ]

                              $247.29 minimum allowed

| Full |
| --- |

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✓ March Installment is fully paid.

# Tax Charge 3 of 3

▣ Details

| | |
|---|---|
| Bill Number | 2721490 |
| Description | 2022 Current Tax |

## September Installment

| | |
|---|---|
| Late On | 10/3/2023 |
| Tax Due | $1,944.00 |
| Interest/Fees | $237.00 |
| Total Due ⓘ | $2,181.00 |

Amount    $ [          ]

$238.00 minimum allowed

| Partial | Full |
|---|---|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,944.00 |
| Interest/Fees | $58.00 |

Total Due ⓘ                                                    $2,002.00

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel
tax charge installments.

| ← Back | Add Amounts to Cart → |
|---|---|

Find Your Properties                                          View Your Cart

Login ︿          © 2024  Iowa Tax and Tags



## Pay Property Tax to Linn County

✓ Search — ② Select — ③ Cart — ④ Pay — ⑤ Receipt

[ ← Back ]                                    [ Add Amounts to Cart → ]

Find Your Properties                                          View Your Cart

# Choose Amounts

Choose what amounts you will pay. Five September and two March installments are available for the five tax charges of this parcel. Six are due or overdue. You may not make an advance payment.

Seven Installments                    Full Amt.:    [ None | 5 Sept. | All 7 ]

## Parcel                                              [ 📄 Details ]

Parcel      141425203200000
Owner       PROPERTY HOLDERS LTD
Address     2532 1ST AVE NE CEDAR RAPIDS IA 52402

## Tax Charge 1 of 5                                   [ 📄 Details ]

Bill Number     1809550
Description      2021 Delinquent Tax Real Estate



### September Installment

| | |
|---|---|
| Late On | 10/1/2022 |
| Tax Due | $1,380.00 |
| Interest/Fees | $418.00 |

Privacy • Terms

Total Due (i)                                    $1,798.00

Amount      $ [                                              ]

$419.00 minimum allowed

| Partial | Full |
|---------|------|

## March Installment

Late On                                           4/1/2023
Tax Due                                          $1,380.00
Interest/Fees                                      $290.00
Total Due (i)                                    $1,670.00

(i) You cannot add a March payment unless the September
Installment is paid in full.

# Tax Charge 2 of 5                         [ 📇 Details ]

Bill Number      0121910
Description      2023 Special Assessment

## September Installment

Late On                                          10/3/2023
Tax Due                                            $348.58
Interest/Fees                                       $41.00
Total Due (i)                                      $389.58

Amount      $ [                                              ]

$389.58 minimum allowed

| Full |
|------|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✔ March Installment is fully paid.

# Tax Charge 3 of 5

[📄 Details]

Bill Number    0128010
Description    2023 Special Assessment

## September Installment

| | |
|---|---|
| Late On | 10/3/2023 |
| Tax Due | $399.72 |
| Interest/Fees | $47.00 |
| Total Due ⓘ | $446.72 |

Amount    $ [                    ]

$446.72 minimum allowed

| Full |
|---|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |

|  |  |
|---|---|
| Total Due ⓘ | $0.00 |

✔ March Installment is fully paid.

## Tax Charge 4 of 5

📑 Details

Bill Number    2699230

Description    2022 Current Tax

### September Installment

| | |
|---|---|
| Late On | 10/3/2023 |
| Tax Due | $1,510.00 |
| Interest/Fees | $185.00 |
| Total Due ⓘ | $1,695.00 |

Amount    $ [            ]

$186.00 minimum allowed

| Partial | Full |
|---|---|

### March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,510.00 |
| Interest/Fees | $45.00 |
| Total Due ⓘ | $1,555.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

# Tax Charge 5 of 5

📑 Details

Bill Number      0147360
Description      2024 Special Assessment

## September Installment

| | |
|---|---|
| Late On | 10/1/2024 |
| Tax Due | $232.32 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $232.32 |

Amount    $ [                    ]

$232.32 minimum allowed

| Full |
|---|

## March Installment

| | |
|---|---|
| Late On | 4/1/2025 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✓ March Installment is fully paid.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

| ← Back |
|---|

| Add Amounts to Cart → |
|---|



Find Your Properties                              View Your Cart

Login ^         © 2024  Iowa Tax and Tags



## Pay Property Tax to Linn County

✔ Search    ② Select    ③ Cart    ④ Pay    ⑤ Receipt

← Back

Add Amounts to Cart →

Find Your Properties

View Your Cart

# Choose Amounts

Choose what amounts you will pay. Two September and two March installments are available for the two tax charges of this parcel. Four are due or overdue. You may not make an advance payment.

Four Installments          Full Amt.:   | None | 2 Sept. | All 4 |

## Parcel

[Details]

| | |
|---|---|
| Parcel | 142615101900000 |
| Owner | PROPERTY HOLDERS LTD |
| Address | 2842 14TH AVE SE CEDAR RAPIDS IA 52403 |

## Tax Charge 1 of 2

[Details]

| | |
|---|---|
| Bill Number | 1569850 |
| Description | 2021 Delinquent Tax Real Estate |

 ### September Installment

| | |
|---|---|
| Late On | 10/1/2022 |
| Tax Due | $1,526.00 |
| Interest/Fees | $462.00 |

Privacy · Terms

Total Due ⓘ       $1,988.00

Amount   $ [                ]

$463.00 minimum allowed

| Partial | Full |
| --- | --- |

### March Installment

| | |
| --- | --- |
| Late On | 4/1/2023 |
| Tax Due | $1,526.00 |
| Interest/Fees | $320.00 |
| Total Due ⓘ | $1,846.00 |

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

# Tax Charge 2 of 2

[ 🧾 Details ]

Bill Number     2993380
Description     2022 Current Tax

### September Installment

| | |
| --- | --- |
| Late On | 10/3/2023 |
| Tax Due | $1,621.00 |
| Interest/Fees | $199.00 |
| Total Due ⓘ | $1,820.00 |

Amount   $ [                ]

$200.00 minimum allowed

| Partial | Full |
| --- | --- |

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,621.00 |
| Interest/Fees | $49.00 |
| Total Due ⓘ | $1,670.00 |

ⓘ You cannot add a March payment unless the September Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

| ← Back | Add Amounts to Cart → |
|---|---|
| Find Your Properties | View Your Cart |

Login ⌃            © 2024  Iowa Tax and Tags



## Pay Property Tax to Linn County

✓ Search　　②Select　　③Cart　　④Pay　　⑤Receipt

[← Back]　　　　　　[Add Amounts to Cart →]

Find Your Properties　　　　　　　　　　　　View Your Cart

# Choose Amounts

Choose what amounts you will pay. One September and one March installment is available for the tax charge of this parcel. Two are due or overdue. You may not make an advance payment.

Two Installments　　　　　　　Full Amt.:　[None | Sept. | Both]



## Parcel　　　　　　　　　　　　　　[📇 Details]

| Parcel | 142342703600000 |
|---|---|
| Owner | PROPERTY HOLDERS LTD |
| Address | 2916 IOWA AVE SE CEDAR RAPIDS IA 52403 |

### Tax Charge　　　　　　　　　　　[📇 Details]

| Bill Number | 2835760 |
|---|---|
| Description | 2022 Current Tax |



### September Installment

| Late On | 10/3/2023 |
|---|---|
| Tax Due | $1,076.00 |
| Interest/Fees | $133.00 |

Privacy - Terms

Total Due ⓘ                                                    $1,209.00

Amount        $ [                                              ]

$134.00 minimum allowed

| Partial | Full |
|---------|------|

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,076.00 |
| Interest/Fees | $32.00 |
| Total Due ⓘ | $1,108.00 |

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel
tax charge installments.

| ← Back | Add Amounts to Cart → |
|--------|----------------------|

Find Your Properties                                      View Your Cart

Login ⌃            © 2024 Iowa Tax and Tags



## Pay Property Tax to Linn County

| ✓ Search | ② Select | ③ Cart | ④ Pay | ⑤ Receipt |
|----------|----------|--------|-------|-----------|

| ← Back | Add Amounts to Cart → |
|--------|----------------------|

Find Your Properties | View Your Cart

# Choose Amount

Choose what amount you will pay. Zero September and one March installment is available for the tax charge of this parcel. One is due or overdue. You may not make an advance payment.

One Installment      Full Amt.:

| None | Sept. | All |
|------|-------|-----|

## Parcel

[🖺 Details]

| Parcel | 142428201800000 |
|--------|------------------|
| Owner | PROPERTY HOLDERS LTD |
| Address | 3824 INDIANDALE CIR SE CEDAR RAPIDS IA 52403 |

### Tax Charge

[🖺 Details]

| Bill Number | 2931560 |
|-------------|---------|
| Description | 2022 Current Tax |

### September Installment

| Late On | 10/3/2023 |
|---------|-----------|
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |

Privacy • Terms

Total Due ⓘ                                                  $0.00

✓ **September Installment is fully paid.**

---

◯ **March Installment**

Late On                                                    4/2/2024
Tax Due                                                   $2,484.00
Interest/Fees                                               $79.00
Total Due ⓘ                                               $2,563.00

Amount     | $ |                                          |

                                        $80.00 minimum allowed

| Partial | Full |

---

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel tax charge installments.

| ← Back |                    | Add Amounts to Cart → |

Find Your Properties                                    View Your Cart

Login ︿          © 2024 Iowa Tax and Tags

5/28/24, 10:19 AM                        Choose Amounts - Iowa Tax and Tags

| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✔ September Installment is fully paid.

## March Installment

| Late On | 4/1/2028 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✔ March Installment is fully paid.

# Tax Charge 6 of 6                                    🗒 Details

Bill Number      2586340
Description      2022 Current Tax



### September Installment

| Late On | 10/3/2023 |
| Tax Due | $865.00 |
| Interest/Fees | $108.00 |
| Total Due ⓘ | $973.00 |

Amount      $ [                    ]

$109.00 minimum allowed

| Partial | Full |

5/28/24, 10:19 AM                                   Choose Amounts - Iowa Tax and Tags

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $865.00 |
| Interest/Fees | $26.00 |
| Total Due ⓘ | $891.00 |

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

Next you will view your cart. It lists the amounts you will pay toward your chosen parcel
tax charge installments.

| ← Back | Add Amounts to Cart → |
|---|---|
| Find Your Properties | View Your Cart |

Login ⌃            © 2024  Iowa Tax and Tags

5/28/24, 10:22 AM                           Choose Amounts - Iowa Tax and Tags

| | |
|---|---|
| Total Due ⓘ | $0.00 |

✔ September Installment is fully paid.

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✔ March Installment is fully paid.

# Tax Charge 2 of 3

[🖹 Details]

| | |
|---|---|
| Bill Number | 2619870 |
| Description | 2022 Current Tax |

## September Installment

| | |
|---|---|
| Late On | 10/3/2023 |
| Tax Due | $1,070.00 |
| Interest/Fees | $132.00 |
| Total Due ⓘ | $1,202.00 |

Amount     $ [            ]

$133.00 minimum allowed

| Partial | Full |
|---|---|

5/28/24, 10:22 AM

Choose Amounts - Iowa Tax and Tags

## March Installment

| | |
|---|---|
| Late On | 4/2/2024 |
| Tax Due | $1,070.00 |
| Interest/Fees | $32.00 |
| Total Due ⓘ | $1,102.00 |

ⓘ You cannot add a March payment unless the September
Installment is paid in full.

# Tax Charge 3 of 3

[📑 Details]

Bill Number　　0153660
Description　　2024 Special Assessment

## September Installment

| | |
|---|---|
| Late On | 10/1/2024 |
| Tax Due | $256.55 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $256.55 |

Amount　　[ $                         ]

$256.55 minimum allowed

[ Full ]

## March Installment

| | |
|---|---|
| Late On | 4/1/2025 |
| Tax Due | $0.00 |
| Interest/Fees | $0.00 |
| Total Due ⓘ | $0.00 |

✔ March Installment is fully paid.

## Elly Weis

| | |
|---|---|
| **From:** | Julie Hoffmann <jhoffmann@dupaco.com> |
| **Sent:** | Tuesday, May 28, 2024 12:06 PM |
| **To:** | Tonya A. Trumm |
| **Subject:** | FW: [EXTERNAL SENDER] RE: Evidence of Insurance: Property Holders, Ltd. |

Julie R. Hoffmann
Senior Member Solutions Mortgage Consultant
Dupaco Community Credit Union
5865 Saratoga Road Asbury, IA 52002
Department: (563) 557-7600 X 208
Direct: (563) 557-7600 X 2275
Fax (563) 690-0027



**EXHIBIT**

**3**

**From:** Jim Humphreys <jim.humphreys.qp58@statefarm.com>
**Sent:** Thursday, May 9, 2024 11:08 AM
**To:** Tyler Huffman <thuffman@dupaco.com>
**Cc:** Toni J Farley <toni.j.farley.uzih@statefarm.com>
**Subject:** RE: [EXTERNAL SENDER] RE: Evidence of Insurance: Property Holders, Ltd.

https://www.thegazette.com/crime-courts/no-one-hurt-in-cedar-rapids-house-fire-2/

We paid out on that one (1801 Bever)  awhile back not in condition to be insured last I looked
The Condo on Thompson Dr we insure under Charles Davisson  name Dupaco listed.
1052, 412 , 1610  are no longer covered by us
I sent you a binder under Castle Renovations for 2159.

Have a nice day,
Jim

Jim Humphreys
State Farm Insurance Agent
3700 First Ave NE
Cedar Rapids, Iowa 52402

Phone 319-363-2085

Fax 319-363-2086

If this communication is securities related, see the additional disclosures.

**From:** Tyler Huffman <thuffman@dupaco.com>
**Sent:** Wednesday, May 8, 2024 3:10 PM
**To:** Jim Humphreys <jim.humphreys.qp58@statefarm.com>
**Subject:** [EXTERNAL] RE: [EXTERNAL SENDER] RE: Evidence of Insurance: Property Holders, Ltd.

1

Hi Jim,

We have not received anything for the following properties, would you be able to confirm that these policies are still active, and these properties are still insured?

- Policy No. 95-BV-Y291-6 - Mortgagee Insurance - 1801 Bever Ave SE, Cedar Rapids, IA 52403
- Policy No. 15-CP-M064-6 - Mortgagee Insurance - 130 Thompson Dr. SE Apt. 324, Cedar Rapids, IA 52403
- Policy No. 95-CM-S568-7 - Mortgagee Insurance - 1052 32nd St NE, Cedar Rapids, IA 52402
- Policy No. 95-CM-S828-9 - Mortgagee Insurance - 412 26th St SE, Cedar Rapids, IA 52403
- Policy No. 95-CM-S552-3 - Mortgagee Insurance - 1610 Park Ave SE
- Policy No. 95-CM-S966-1 - Mortgagee Insurance - 2159 Linden Dr SE, Cedar Rapids

Thank you,

**Tyler Huffman**
Business Lending Processor
Dupaco Community Credit Union
1701 E 1st St.
Grimes, IA 50111-5274
**Phone:** (515) 320-7108 / 800-373-7600, **Ext.** 2912
**Fax:** (563) 584-2241

*Dupaco is more than local. We're a **cooperative**, owned by you:* dupaco.com/about/what-is-dupaco



**CONFIDENTIALITY NOTICE:** This e-mail, including any attachments, contains confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity to whom it was originally sent. If you are not the intended recipient, you are hereby notified that any disclosure, copy or distribution or the taking of any action in reliance on or regarding the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone or reply e-mail and destroy all copies of the original.

**From:** Jim Humphreys <jim.humphreys.qp58@statefarm.com>
**Sent:** Wednesday, May 8, 2024 11:23 AM
**To:** Tyler Huffman <thuffman@dupaco.com>
**Subject:** [EXTERNAL SENDER] RE: Evidence of Insurance: Property Holders, Ltd.

Hi Tyler,
You should have automatically gotten those reinstatements in the US mail?
WE have been sending those to the po box 179.

Jim Humphreys

State Farm Insurance Agent
3700 First Ave NE
Cedar Rapids, Iowa 52402

Phone 319-363-2085
Fax 319-363-2086

If this communication is securities related, see the additional disclosures.

---

**From:** Tyler Huffman <thuffman@dupaco.com>
**Sent:** Tuesday, May 7, 2024 10:07 AM
**To:** Jim Humphreys <jim.humphreys.qp58@statefarm.com>
**Subject:** [EXTERNAL] Evidence of Insurance: Property Holders, Ltd.

Good morning, Jim,

Would you be able to provide me with evidence of insurance for the
properties listed below?

- 2009 Memorial Drive SE, Cedar Rapids, IA 52403
- 2040 Spoon Creek Ct SE, Cedar Rapids, IA 52403
- 351 20th ST SE, Cedar Rapids IA 5243
- 1025 20th St SE, Cedar Rapids, IA 52402
- 1801 Bever Ave SE, Cedar Rapids, IA 52403
- 1047 27th St NE, Cedar Rapids, IA 52403
- 2532 1st Ave NE, Cedar Rapids, IA 52402
- 130 Thompson Dr SE, Unit 324, Cedar Rapids IA 52403
- 2307 Bever Ave SE, Cedar Rapids, IA 52403
- 3824 Indiandale Circle SE, Cedar Rapids, IA 52403
- 2045 Park Ave SE, Cedar Rapids, IA 52403
- 2842 14th AVE SE, Cedar Rapids, IA 5240
- 1734 5th Ave SE, Cedar Rapids, IA 52403
- 2916 Iowa Ave SE, Cedar Rapids, IA 52403
- 2164 Blake Blvd SE, Cedar Rapids IA 5240
- 412 26th St SE, Cedar Rapids, IA 52403
- 1610 Park Ave SE, Cedar Rapids, IA 52403
- 1052 32nd St NE, Cedar Rapids IA 52403
- 2021 Grande Ave SE, Cedar Rapids, IA 52403
- 2103 Bever Ave SE, Cedar Rapids, IA 52403
- 1720 Grande Ave SE, Cedar Rapids IA 52403
- 2159 Linden Dr, Cedar Rapids IA 52403

Thank you,

**Tyler Huffman**
Business Lending Processor
Dupaco Community Credit Union
1701 E 1st St.
Grimes, IA 50111-5274

**Phone:** (515) 320-7108 / 800-373-7600, **Ext.** 2912
**Fax:** (563) 584-2241

*Dupaco is more than local. We're a **cooperative**, owned by you:* dupaco.com/about/what-is-dupaco



**CONFIDENTIALITY NOTICE:** This e-mail, including any attachments, contains confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity to whom it was originally sent. If you are not the intended recipient, you are hereby notified that any disclosure, copy or distribution or the taking of any action in reliance on or regarding the contents of this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone or reply e-mail and destroy all copies of the original.

# FannieMae

## Property Inspection Report

*Section L — Information provided by Servicer*
*Sections I, A, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 — Information provided by Inspector*

### L. Loan Information

| Name of Mortgagor | Servicer | FNMA Loan Number | Servicer Loan Number |
|---|---|---|---|
| Property Holders | Dupaco Community Credit Union | | 500194949B |

| Property Address | Property Type | Key Code | Lockbox |
|---|---|---|---|
| 1610 Park Ave Se Cedar Rapids, IA, 52403 | ☒ Single Family ☐ 2–4 Family ☐ Condo/PUD ☐ Cooperative ☐ Manufactured ☐ Vacant Lot | | |

If manufactured home, is it permanently attached to the foundation? ☐ Yes ☐ No
VIN#

Reason for Inspection  ☐ Collections ☐ Foreclosure
☐ Loss Mitigation ☐ Bankruptcy/Litigation

### I. Inspector Information

| Date of Inspection | Inspected By | |
|---|---|---|
| 05/13/2024 | Name: Ross McIntyre | Title: SCFS – Field Representative    Phone Number: 262.754.6006 |

| Inspection Company | Inspector Signature |
|---|---|
| Sand Castle Field Services | Electronically Signed By Ross McIntyre On 05/13/2024 |

### A. Access

Were you able to complete an Interior Inspection?
☐ Yes ☒ No   If no, indicate why.
☐ Incorrect Key Code ☐ Incorrect/Missing Lock Box

Did lockbox combo or key code provided work?
☐ Yes ☐ No   If no but were able to gain access, what was the correct key code/lock box?

If an inspection wasn't able to be completed, select why:
☐ Unable to locate ☐ Bad Address
☐ Unable to access: ☐ Gate ☐ Security ☐ Other

### 1. General Information

1.1 What is the occupancy status?
☒ Vacant ☐ Abandoned ☐ Occupied

1.2 If occupied, property occupied by:
☐ Owner ☐ Tenant ☐ Unknown

1.3 Are there any postings, notices or signage that would indicate that the property has incurred a code violation? ☐ Yes ☒ No

1.4 If yes, violation for:
☐ Exterior Debris ☐ Yard Maintenance ☐ Pool
☐ Fence ☐ Boarding ☐ Structural Issues
☐ Condemnation ☐ Demo
☐ Other (Provide further detail in Section 7.5)

1.5 Violation(s) dated:

1.6 Has the issue cited on the notice/violation been resolved? ☐ Yes ☐ No ☐ Unknown

1.7 Items present at property:
☐ For Sale Sign ☐ Abandoned Vehicle(s)
☐ Exterior Damages ☐ Animals/Pets
(Provide further detail/realtor info in Section 7.5)

1.8 Are there any potential hazards at the property that could damage an adjoining property?
☐ Yes ☒ No  (Provide description in Section 7.5)

1.9 Is the exterior maintained by an HOA?
☐ Yes ☐ No ☒ Unknown

1.10 Is the property connected to sewer or Septic?
☐ Sewer ☐ Septic ☒ Unknown

EXHIBIT
4
tabbies®

### 2. Main Structure

2.1 How many doors are boarded?
☒ 0 ☐ 1 ☐ 2 ☐ >=3

2.2 How many exterior doors broken?
☐ 0 ☐ 1 ☒ 2 ☐ >=3

2.3 How many exterior doors need to be secured?
☒ 0 ☐ 1 ☐ 2 ☐ >=3

2.4 How many windows are boarded?
☐ 0 ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ >=5

2.5 How many windows are broken?
☒ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ >=5

2.6 Are any shutters in need of repair?
☐ Yes ☐ No ☒ N/A

2.7 Are there damages to the foundation?
☐ Yes ☒ No

2.8 Do any decks and/or porches appear to be unacceptable/unsafe? ☐ Yes ☒ No

2.9 Are handrails damaged/missing where there are 3 or more steps? ☐ Yes ☐ No ☒ N/A

2.10 Any damaged gutters or disconnected gutters?
☐ Yes ☒ No

2.11 Any damaged downspouts and extensions or disconnected downspouts/extensions?
☐ Yes ☒ No ☐ N/A

2.12 Are there any drainage concerns?
☐ Yes ☒ No

2.13 Does any crawl spaces/vents/lines need to be secured/covered? ☐ Yes ☒ No ☐ N/A

2.14 Are any drain pipes missing or damaged?
☐ Yes ☒ No

2.15 Is there a tarp on the roof of the main dwelling?
☐ Yes ☒ No

2.16 Is there any obvious roof damage (missing shingles, holes, damaged stack pipes, sagging roof trusses, damaged shingles, fascia boards or soffits) requiring repair? ☒ Yes ☐ No

### 3. Detached Structures

3.1 Are there any tarps on the roofs of any detached structures?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☒ N/A

3.2 Are any detached structures boarded?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☒ N/A

3.3 Do any detached structures need to be secured?
☐ Shed ☒ Garage ☐ Barn ☐ Other ☐ N/A

3.4 Do any exterior surfaces on any detached structures need repair?
☐ Shed ☒ Garage ☐ Barn ☐ Other ☐ N/A

3.5 Does roof on any detached structures require repair?
☐ Shed ☒ Garage ☐ Barn ☐ Other ☐ N/A

3.6 Are any detached structures in disrepair?
☐ Shed ☒ Garage ☐ Barn ☐ Other ☒ N/A

3.7 Is any graffiti on the any detached structures?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☒ N/A

© Fannie Mae
Form 30   August 2015

## 4. Pool

| 4.1 | Is there a pool/hot tub present? Check all that apply: ☐ In Ground Pool ☐ Above Ground Pool ☐ Hot Tub/Spa ☐ Other ☒ N/A | 4.2 | Does the pool/hot tub need to be treated? ☐ In Ground Pool ☐ Above Ground Pool ☐ Hot Tub/Spa ☐ Other ☒ N/A | 4.4 | Is the fence/gate/lanai surrounding the pool/hot tub damaged? ☐ Yes ☐ No ☒ N/A |
|---|---|---|---|---|---|
| | | 4.3 | Does the pool/hot tub need to be properly secured by a fence/gate/lanai? ☐ Yes ☐ No ☒ N/A | 4.5 | Is the pool/hot tub equipment missing? ☐ Yes ☐ No ☒ N/A |

## 5. Yard

| 5.1 | Is there debris in the yard? ☐ Yes ☒ No | 5.4 | Does the lawn need maintenance? ☐ Yes ☒ No ☐ N/A | 5.6 | Do trees and bushes need to be trimmed back from the structure? ☐ Yes ☒ No ☐ N/A |
|---|---|---|---|---|---|
| 5.2 | Is there personal property in the yard? ☐ Yes ☒ No | 5.5 | Does the property have overgrown weeds or invasive plants? ☐ Yes ☒ No ☐ N/A | 5.7 | Does the lawn need edging? ☐ Yes ☒ No ☐ N/A |
| 5.3 | Does fencing around property need repair? ☐ Yes ☒ No ☐ N/A | | | 5.8 | Are all paved areas free and clear of snow and ice? ☒ Yes ☐ No |

## 6. Utilities

| 6.1 | Which utility meters are present? ☒ Electric Meter ☒ Gas Meter ☐ Water Meter | 6.3 | Are there any shared utilities? ☐ Electric ☐ Gas ☐ Water ☐ Other ☒ N/A | | |
|---|---|---|---|---|---|
| 6.2 | Of the meters present, which are running? ☐ Electric Meter ☐ Gas Meter ☐ Water Meter ☒ N/A | 6.4 | Does the water need to be turned off at the curb? ☐ Yes ☐ No ☒ N/A | | |

## 7. General - Exterior

| 7.1 | Are there any environmental concerns? If yes, include in Comments. ☐ Yes ☒ No | 7.3 | Is there an above ground propane gas tank on the property? ☐ Yes ☒ No | 7.5 | Required Repairs - Exterior ☒ Yes ☐ No |
|---|---|---|---|---|---|
| 7.2 | Is there an inoperable or leaking above ground heating oil tank on the property? ☐ Yes ☒ No | 7.4 | Is there graffiti on exterior of property or on interior that is visible from exterior?  (Provide supporting photo and description in Section 7.6) ☐ Yes ☒ No | | |

7.6    Comments - General Description of Exterior


The property is a blue, thee story, single family home.

 Vacancy Justification: no personal property was present, contact made with neighbors, electric meter inactive, gas meter inactive .

Section A: This is an exterior only inspection; inspector did not complete an interior inspection.


There are two doors are standing wide open and the unattached garage shows evidence of someone spending the night inside.


## 8. Kitchen/Bathrooms/Utility

| 8.1 | Is Built-In Microwave present? ☐ Yes ☐ No ☐ N/A | 8.7 | Is Ventilation Hood present? ☐ Yes ☐ No ☐ N/A | 8.12 | Are toilets missing? ☐ Yes ☐ No |
|---|---|---|---|---|---|
| 8.2 | Is Cook Top present? ☐ Yes ☐ No ☐ N/A | 8.8 | Is Clothes Washer/Dryer present? ☐ Yes ☐ No ☐ N/A | 8.13 | Are tubs/showers missing? ☐ Yes ☐ No |
| 8.3 | Is Dishwasher present? ☐ Yes ☐ No ☐ N/A | 8.9 | Are Other Appliances present?  (Provide description in Section 10.14) ☐ Yes ☐ No ☐ N/A | 8.14 | Are any plumbing fixtures or plumbing missing? ☐ Yes ☐ No |
| 8.4 | Is Garbage Disposal present? ☐ Yes ☐ No ☐ N/A | 8.10 | Is GFCI missing in wet areas? ☐ Yes ☐ No ☐ N/A | 8.15 | Are water heater(s) missing? ☐ Yes ☐ No |
| 8.5 | Is Range present? ☐ Yes ☐ No ☐ N/A | 8.11 | Are components of HVAC units missing (inside and out)? ☐ Yes ☐ No ☐ N/A | 8.16 | Is the electrical breaker panel missing/damaged? ☐ Yes ☐ No |
| 8.6 | Is Refrigerator present? ☐ Yes ☐ No ☐ N/A | | | | |

## 9. Basement

| 9.1 | Is a crock present for a sump pump? ☐ Yes ☐ No ☐ N/A | 9.3 | If sump pump not operational, check all that apply: ☐ Damaged ☐ Electric Off ☐ Missing ☐ N/A | | |
|---|---|---|---|---|---|
| 9.2 | Is the sump pump operational? ☐ Yes ☐ No ☐ N/A | 9.4 | Does the basement appear to have water penetration? ☐ Yes ☐ No ☐ N/A | | |

© Fannie Mae
Form 30    August 2015

## 10. General - Interior

**10.1** Is there Personal Property in the house?
☐ Yes ☐ No

**10.2** Are electric cover plates missing or wires uncapped?
☐ Missing Electric Cover Plates ☐ Uncapped wires
☐ N/A

**10.3** Do the floors have holes, trip hazards or anything that might cause personal injury?
(Provide description in Section 10.14)
☐ Yes ☐ No

**10.4** If discoloration present, does it appear to be causing further damages?  Check all areas that apply: ☐ Floors ☐ Walls ☐ Ceilings ☐ N/A

**10.5** Are there holes present?  Check all areas that apply: ☐ Floors ☐ Walls ☐ Ceilings ☐ N/A

**10.6** Does the attic appear to have damage?
☐ Yes ☐ No ☐ N/A

**10.7** Does there appear to be a rodent/insect infestation? ☐ Yes ☐ No

**10.8** Winterization Status:
☐ Winterized ☐ Not Winterized
☐ Compromised ☐ N/A

**10.9** Does the water need to be turned off at the main interior? ☐ Yes ☐ No

**10.10** Is there raw/perishable garbage present?
☐ Yes ☐ No

**10.11** Which detectors are present?  Check all that apply.
☐ Smoke Detectors ☐ CO2 Detectors ☐ N/A

**10.12** Which detectors are functioning properly:
☐ Smoke Detectors ☐ CO2 Detectors ☐ N/A

**10.13** Are there any required repairs?
(Provide description in Section 10.14)
☐ Yes ☐ No

**10.14** Comments - General Description of Interior

## 11. General Condition

**11.1** Are there signs of insurable damages? Check all that apply:
☐ Fire ☐ Vandalism ☒ Wind ☐ Theft ☐ Water

**11.2** How would you characterize the neighborhood?
☐ Improving ☒ Stable ☐ Declining

**11.3** How does the property compare to neighborhood standards? ☐ At ☐ Above ☒ Below

**11.4** General Condition of Property
☐ C1—great condition no work needs to be done to the property-newer construction
☐ C2—very minor work needed to bring property up to good condition-mechanicals intact
☐ C3—older home but needs repairs to bring up to code and current conditions
☒ C4—older home, may have some roof or structural issues, outdated, out of code, needs mechanicals
☐ C5—significant damage to home, work required is significant but could be done
☐ C6—home is a candidate for demolition

| | | Inspection Type | Required Sections | Required Photos |
|---|---|---|---|---|
| L | Loan Information | Curbside | L, I, A,1, 2, 3, 4, 5, 6, 7, 11 | Street View, Address, Front |
| I | Inspector Information | | | |
| A | Access | Exterior Only | L, I, A,1, 2, 3, 4, 5, 6, 7, 11 | Street View, Address, Front, Back,  Left Side, Right Side, Deficiencies, Violations/Notices Posted |
| 1 | General Information | | | |
| 2 | Main Structure | | | |
| 3 | Detached Structures | | | |
| 4 | Pool | Interior / Exterior | L, I, A,1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 | Street View, Address, Front, Back,  Left Side, Right Side, Interior Rooms, Deficiencies, Violations,/ Notices Posted |
| 5 | Yard | | | |
| 6 | Utilities | | | |
| 7 | General - Exterior | | | |
| 8 | Kitchen / Bathrooms / Utility | | | |
| 9 | Basement | | | |
| 10 | General - Interior | | | |
| 11 | General Condition | | | |

**Photo Requirements**— Use only clear, focused, color photos. Photos must remain clear at a dimension of 3 ½" x 5". A complete view must be used (that is, color photos of the entire area). A date stamp is required on each photo showing the original date the photo was taken.

© Fannie Mae
Form 30    August 2015

# SAND CASTLE
## FIELD SERVICES
*Your National Field Service Provider*

### Results - Photos

www.sandcastlefs.com
**Phone: (262) 754-6006  Fax: (262) 754-6008**
client@sandcastlefs.com

## Left Side of Building

**Date of Visit: 5/13/2024 3:15:00 PM**



## Right Side of Building

**Date of Visit: 5/13/2024 3:15:00 PM**



## Address Verification - Posted Address

**Date of Visit: 5/13/2024 3:15:00 PM**



## Service Address Front View

**Date of Visit: 5/13/2024 3:15:00 PM**



# SAND CASTLE
## FIELD SERVICES
*Your National Field Service Provider*

**Results - Photos**

www.sandcastlefs.com
**Phone: (262) 754-6006   Fax: (262) 754-6008**
client@sandcastlefs.com

## Service Address Other View

Date of Visit: 5/13/2024 3:15:00 PM



## Service Address Other View

Date of Visit: 5/13/2024 3:15:00 PM



## Service Address Other View

Date of Visit: 5/13/2024 3:15:00 PM



## Street View/Street Scene

Date of Visit: 5/13/2024 3:15:00 PM



**SAND CASTLE**
FIELD SERVICES
Your National Field Service Provider

Results - Photos

www.sandcastlefs.com
**Phone: (262) 754-6006  Fax: (262) 754-6008**
client@sandcastlefs.com

## Address Verification - Street Sign

Date of Visit: 5/13/2024 3:15:00 PM



## Gas Meter

Date of Visit: 5/13/2024 3:15:00 PM



## Electric Meter

Date of Visit: 5/13/2024 3:15:00 PM



## Damage to Property

Date of Visit: 5/13/2024 3:15:00 PM



# SAND CASTLE
## FIELD SERVICES
*Your National Field Service Provider*

**Results - Photos**
www.sandcastlefs.com
**Phone: (262) 754-6006  Fax: (262) 754-6008**
client@sandcastlefs.com

## Damage to Property
### Date of Visit: 5/13/2024 3:15:00 PM



## Back of Home
### Date of Visit: 5/13/2024 3:15:00 PM



## Code Violation
### Date of Visit: 5/13/2024 3:15:00 PM



---

Field Visits | Inspection Services | Valuation Services | Property Preservation

# FannieMae

# Property Inspection Report

*Section L — Information provided by Servicer*
*Sections I, A, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 — Information provided by Inspector*

## L. Loan Information

| Name of Mortgagor | Servicer | FNMA Loan Number | Servicer Loan Number |
|---|---|---|---|
| Property Address | Property Type ☐ Single Family ☐ 2–4 Family ☐ Condo/PUD ☐ Cooperative ☐ Manufactured ☐ Vacant Lot | Key Code | Lockbox |

| If manufactured home, is it permanently attached to the foundation? ☐ Yes ☐ No | Reason for Inspection ☐ Collections ☐ Foreclosure |
|---|---|
| VIN# | ☐ Loss Mitigation ☐ Bankruptcy/Litigation |

## I. Inspector Information

| Date of Inspection | Inspected By Name: | Title: | Phone Number: |
|---|---|---|---|
| Inspection Company | | Inspector Signature | |

## A. Access

| Were you able to complete an Interior Inspection? ☐ Yes ☐ No   If no, indicate why. ☐ Incorrect Key Code ☐ Incorrect/Missing Lock Box | Did lockbox combo or key code provided work? ☐ Yes ☐ No   If no but were able to gain access, what was the correct key code/lock box? | If an inspection wasn't able to be completed, select why: ☐ Unable to locate ☐ Bad Address ☐ Unable to access: ☐ Gate ☐ Security ☐ Other |
|---|---|---|

## 1. General Information

1.1 What is the occupancy status?
☐ Vacant ☐ Abandoned ☐ Occupied

1.2 If occupied, property occupied by:
☐ Owner ☐ Tenant ☐ Unknown

1.3 Are there any postings, notices or signage that would indicate that the property has incurred a code violation? ☐ Yes ☐ No

1.4 If yes, violation for:
☐ Exterior Debris ☐ Yard Maintenance ☐ Pool
☐ Fence ☐ Boarding ☐ Structural Issues
☐ Condemnation ☐ Demo
☐ Other (Provide further detail in Section 7.5)

1.5 Violation(s) dated:

1.6 Has the issue cited on the notice/violation been resolved? ☐ Yes ☐ No ☐ Unknown

1.7 Items present at property:
☐ For Sale Sign ☐ Abandoned Vehicle(s)
☐ Exterior Damages ☐ Animals/Pets
(Provide further detail/realtor info in Section 7.5)

1.8 Are there any potential hazards at the property that could damage an adjoining property?
☐ Yes ☐ No  (Provide description in Section 7.5)

1.9 Is the exterior maintained by an HOA?
☐ Yes ☐ No ☐ Unknown

1.10 Is the property connected to sewer or Septic?
☐ Sewer ☐ Septic ☐ Unknown

## 2. Main Structure

2.1 How many doors are boarded?
☐ 0 ☐ 1 ☐ 2 ☐ >=3

2.2 How many exterior doors broken?
☐ 0 ☐ 1 ☐ 2 ☐ >=3

2.3 How many exterior doors need to be secured?
☐ 0 ☐ 1 ☐ 2 ☐ >=3

2.4 How many windows are boarded?
☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ >=5

2.5 How many windows are broken?
☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ >=5

2.6 Are any shutters in need of repair?
☐ Yes ☐ No ☐ N/A

2.7 Are there damages to the foundation?
☐ Yes ☐ No ☐ N/A

2.8 Do any decks and/or porches appear to be unacceptable/unsafe? ☐ Yes ☐ No

2.9 Are handrails damaged/missing where there are 3 or more steps? ☐ Yes ☐ No ☐ N/A

2.10 Any damaged gutters or disconnected gutters?
☐ Yes ☐ No

2.11 Any damaged downspouts and extensions or disconnected downspouts/extensions?
☐ Yes ☐ No ☐ N/A

2.12 Are there any drainage concerns?
☐ Yes ☐ No

2.13 Does any crawl spaces/vents/lines need to be secured/covered? ☐ Yes ☐ No ☐ N/A

2.14 Are any drain pipes missing or damaged?
☐ Yes ☐ No

2.15 Is there a tarp on the roof of the main dwelling?
☐ Yes ☐ No

2.16 Is there any obvious roof damage (missing shingles, holes, damaged stack pipes, sagging roof trusses, damaged shingles, fascia boards or soffits) requiring repair? ☐ Yes ☐ No

## 3. Detached Structures

3.1 Are there any tarps on the roofs of any detached structures?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☐ N/A

3.2 Are any detached structures boarded?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☐ N/A

3.3 Do any detached structures need to be secured?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☐ N/A

3.4 Do any exterior surfaces on any detached structures need repair?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☐ N/A

3.5 Does roof on any detached structures require repair?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☐ N/A

3.6 Are any detached structures in disrepair?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☐ N/A

3.7 Is any graffiti on the any detached structures?
☐ Shed ☐ Garage ☐ Barn ☐ Other ☐ N/A

© Fannie Mae
Form 30   August 2015

## 4. Pool

4.1 Is there a pool/hot tub present? Check all that apply: ☐ In Ground Pool ☐ Above Ground Pool ☐ Hot Tub/Spa ☐ Other ☐ N/A

4.2 Does the pool/hot tub need to be treated? ☐ In Ground Pool ☐ Above Ground Pool ☐ Hot Tub/Spa ☐ Other ☐ N/A

4.3 Does the pool/hot tub need to be properly secured by a fence/gate/lanai? ☐ Yes ☐ No ☐ N/A

4.4 Is the fence/gate/lanai surrounding the pool/hot tub damaged? ☐ Yes ☐ No ☐ N/A

4.5 Is the pool/hot tub equipment missing? ☐ Yes ☐ No ☐ N/A

## 5. Yard

5.1 Is there debris in the yard? ☐ Yes ☐ No

5.2 Is there personal property in the yard? ☐ Yes ☐ No

5.3 Does fencing around property need repair? ☐ Yes ☐ No ☐ N/A

5.4 Does the lawn need maintenance? ☐ Yes ☐ No ☐ N/A

5.5 Does the property have overgrown weeds or invasive plants? ☐ Yes ☐ No ☐ N/A

5.6 Do trees and bushes need to be trimmed back from the structure? ☐ Yes ☐ No ☐ N/A

5.7 Does the lawn need edging? ☐ Yes ☐ No ☐ N/A

5.8 Are all paved areas free and clear of snow and ice? ☐ Yes ☐ No

## 6. Utilities

6.1 Which utility meters are present? ☐ Electric Meter ☐ Gas Meter ☐ Water Meter

6.2 Of the meters present, which are running? ☐ Electric Meter ☐ Gas Meter ☐ Water Meter ☐ N/A

6.3 Are there any shared utilities? ☐ Electric ☐ Gas ☐ Water ☐ Other ☐ N/A

6.4 Does the water need to be turned off at the curb? ☐ Yes ☐ No ☐ N/A

## 7. General - Exterior

7.1 Are there any environmental concerns? If yes, include in Comments. ☐ Yes ☐ No

7.2 Is there an inoperable or leaking above ground heating oil tank on the property? ☐ Yes ☐ No

7.3 Is there an above ground propane gas tank on the property? ☐ Yes ☐ No

7.4 Is there graffiti on exterior of property or on interior that is visible from exterior? (Provide supporting photo and description in Section 7.6) ☐ Yes ☐ No

7.5 Required Repairs - Exterior ☐ Yes ☐ No

7.6 Comments - General Description of Exterior

## 8. Kitchen/Bathrooms/Utility

8.1 Is Built-In Microwave present? ☐ Yes ☐ No ☐ N/A

8.2 Is Cook Top present? ☐ Yes ☐ No ☐ N/A

8.3 Is Dishwasher present? ☐ Yes ☐ No ☐ N/A

8.4 Is Garbage Disposal present? ☐ Yes ☐ No ☐ N/A

8.5 Is Range present? ☐ Yes ☐ No ☐ N/A

8.6 Is Refrigerator present? ☐ Yes ☐ No ☐ N/A

8.7 Is Ventilation Hood present? ☐ Yes ☐ No ☐ N/A

8.8 Is Clothes Washer/Dryer present? ☐ Yes ☐ No ☐ N/A

8.9 Are Other Appliances present? (Provide description in Section 10.14) ☐ Yes ☐ No ☐ N/A

8.10 Is GFCI missing in wet areas? ☐ Yes ☐ No ☐ N/A

8.11 Are components of HVAC units missing (inside and out)? ☐ Yes ☐ No ☐ N/A

8.12 Are toilets missing? ☐ Yes ☐ No

8.13 Are tubs/showers missing? ☐ Yes ☐ No

8.14 Are any plumbing fixtures or plumbing missing? ☐ Yes ☐ No

8.15 Are water heater(s) missing? ☐ Yes ☐ No

8.16 Is the electrical breaker panel missing/damaged? ☐ Yes ☐ No

## 9. Basement

9.1 Is a crock present for a sump pump? ☐ Yes ☐ No ☐ N/A

9.2 Is the sump pump operational? ☐ Yes ☐ No ☐ N/A

9.3 If sump pump not operational, check all that apply: ☐ Damaged ☐ Electric Off ☐ Missing ☐ N/A

9.4 Does the basement appear to have water penetration? ☐ Yes ☐ No ☐ N/A

© Fannie Mae
Form 30    August 2015

## 10. General - Interior

10.1  Is there Personal Property in the house?
☐ Yes ☐ No

10.2  Are electric cover plates missing or wires uncapped?
☐ Missing Electric Cover Plates ☐ Uncapped wires ☐ N/A

10.3  Do the floors have holes, trip hazards or anything that might cause personal injury?
(Provide description in Section 10.14)
☐ Yes ☐ No

10.4  If discoloration present, does it appear to be causing further damages?  Check all areas that apply: ☐ Floors ☐ Walls ☐ Ceilings ☐ N/A

10.5  Are there holes present?  Check all areas that apply: ☐ Floors ☐ Walls ☐ Ceilings ☐ N/A

10.6  Does the attic appear to have damage?
☐ Yes ☐ No ☐ N/A

10.7  Does there appear to be a rodent/insect infestation? ☐ Yes ☐ No

10.8  Winterization Status:
☐ Winterized ☐ Not Winterized
☐ Compromised ☐ N/A

10.9  Does the water need to be turned off at the main interior? ☐ Yes ☐ No

10.10 Is there raw/perishable garbage present?
☐ Yes ☐ No

10.11 Which detectors are present?  Check all that apply.
☐ Smoke Detectors ☐ CO2 Detectors ☐ N/A

10.12 Which detectors are functioning properly:
☐ Smoke Detectors ☐ CO2 Detectors ☐ N/A

10.13 Are there any required repairs?
(Provide description in Section 10.14)
☐ Yes ☐ No

10.14 Comments - General Description of Interior

## 11. General Condition

11.1  Are there signs of insurable damages? Check all that apply:
☐ Fire ☐ Vandalism ☐ Wind ☐ Theft ☐ Water

11.2  How would you characterize the neighborhood?
☐ Improving ☐ Stable ☐ Declining

11.3  How does the property compare to neighborhood standards? ☐ At ☐ Above ☐ Below

11.4  General Condition of Property
☐ C1—great condition no work needs to be done to the property-newer construction
☐ C2—very minor work needed to bring property up to good condition-mechanicals intact
☐ C3—older home but needs repairs to bring up to code and current conditions
☐ C4—older home, may have some roof or structural issues, outdated, out of code, needs mechanicals
☐ C5—significant damage to home, work required is significant but could be done
☐ C6—home is a candidate for demolition

| | | |
|---|---|---|
| **L**  Loan Information | | |
| **I**  Inspector Information | | |
| **A**  Access | | |
| **1**  General Information | | |
| **2**  Main Structure | | |
| **3**  Detached Structures | | |
| **4**  Pool | | |
| **5**  Yard | | |
| **6**  Utilities | | |
| **7**  General - Exterior | | |
| **8**  Kitchen / Bathrooms / Utility | | |
| **9**  Basement | | |
| **10** General - Interior | | |
| **11** General Condition | | |

| Inspection Type | Required Sections | Required Photos |
|---|---|---|
| Curbside | L, I, A,1, 2, 3, 4, 5, 6, 7, 11 | Street View, Address, Front |
| Exterior Only | L, I, A,1, 2, 3, 4, 5, 6, 7, 11 | Street View, Address, Front, Back,  Left Side, Right Side, Deficiencies, Violations/Notices Posted |
| Interior / Exterior | L, I, A,1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 | Street View, Address, Front, Back,  Left Side, Right Side, Interior Rooms, Deficiencies, Violations/ Notices Posted |

**Photo Requirements**— Use only clear, focused, color photos. Photos must remain clear at a dimension of 3 ½" x 5". A complete view must be used (that is, color photos of the entire area). A date stamp is required on each photo showing the original date the photo was taken.

© Fannie Mae

Form 30   August 2015

**SAND CASTLE**
FIELD SERVICES
*Your National Field Service Provider*

Results - Photos

www.sandcastlefs.com
**Phone: (262) 754-6006  Fax: (262) 754-6008**
client@sandcastlefs.com

## Left Side of Building

Date of Visit: 5/14/2024 4:30:00 PM



## Right Side of Building

Date of Visit: 5/14/2024 4:30:00 PM



## Address Verification - Posted Address

Date of Visit: 5/14/2024 4:30:00 PM



## Service Address Front View

Date of Visit: 5/14/2024 4:30:00 PM



---

# SAND CASTLE
## FIELD SERVICES
*Your National Field Service Provider*

Results - Photos

www.sandcastlefs.com
**Phone: (262) 754-6006  Fax: (262) 754-6008**
client@sandcastlefs.com

## Street View/Street Scene

Date of Visit: 5/14/2024 4:30:00 PM



## Address Verification - Street Sign

Date of Visit: 5/14/2024 4:30:00 PM



## Gas Meter

Date of Visit: 5/14/2024 4:30:00 PM



## Electric Meter

Date of Visit: 5/14/2024 4:30:00 PM



---

Field Visits | Inspection Services | Valuation Services | Property Preservation

# SAND CASTLE
## FIELD SERVICES
*Your National Field Service Provider*

Results - Photos

www.sandcastlefs.com
**Phone: (262) 754-6006  Fax: (262) 754-6008**
client@sandcastlefs.com

## Damage to Property

Date of Visit: 5/14/2024 4:30:00 PM



## Back of Home

Date of Visit: 5/14/2024 4:30:00 PM



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for |
| | | March 2024 |

I.   Summary:
   a.   1713 7th Ave SE is back on the market.  The sale scheduled to close in March fell
        through because the property did not appraise.
   b.   1841 Washington Ave SE is scheduled to close in March, but the sale is now
        doubtful because waterproofing work was not performed by the contractor that
        was agreed upon by the buyer and seller.  It will be back on the market later this
        month.
   c.   There are currently no other properties listed and available for sale.
   d.   Rental Business:
        i.   Rental income for March is approximately $7,385.  This continues to be
             concerning.  The rental income is not sufficient to cashflow the properties.
   e.   The March bank statement shows additional items purchased that are not business
        related.
        i.   Although these items are not of great monetary significance, it does show
             a lack of business controls.
        ii.  I have cautioned the debtor on this in prior months.
   f.   Real estate taxes were due in September and are now also due for March.  The
        debtor has stated all taxes have been paid. (per email dated 2/7/24) I asked the
        Debtor to confirm the property taxes due last month, I still have not had a verified
        answer.



EXHIBIT

5

g. Rental income continues to be less than projected and less than the month before. The properties needing rehabilitation to include in the rental pool are not moving forward as fast as I would like. The spring sale market is starting, and the additional houses are not listed. This will be a missed opportunity for the sale of the properties needed to fund the loan payoffs. The debtor will need to address the rental business plan and the properties that need to be sold to move to a viable business model.

Date:   __4/3/2024__                                     __/s/ Douglas D. Flugum_____

                                                        Douglas D. Flugum

                                                        Bugeye Ventures, Inc.

                                                        PO Box 308

                                                        Cedar Rapids, IA 52406

                                                        319-389-4581

                                                        dflugum@bugeyeventures.com

                                                        Sub Chapter V Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for |
| | | March 2024 |

I.  Summary:

    a.  1713 7th Ave SE is back on the market.  The sale scheduled to close in March fell through because the property did not appraise.

    b.  1841 Washington Ave SE is scheduled to close in March, but the sale is now doubtful because waterproofing work was not performed by the contractor that was agreed upon by the buyer and seller.  It will be back on the market later this month.

    c.  There are currently no other properties listed and available for sale.

    d.  Rental Business:

        i.  Rental income for March is approximately $7,385.  This continues to be concerning.  The rental income is not sufficient to cashflow the properties.

    e.  The March bank statement shows additional items purchased that are not business related.

        i.  Although these items are not of great monetary significance, it does show a lack of business controls.

        ii.  I have cautioned the debtor on this in prior months.

    f.  Real estate taxes were due in September and are now also due for March.  The debtor has stated all taxes have been paid. (per email dated 2/7/24) I asked the Debtor to confirm the property taxes due last month, I still have not had a verified answer.

g. Rental income continues to be less than projected and less than the month before. The properties needing rehabilitation to include in the rental pool are not moving forward as fast as I would like. The spring sale market is starting, and the additional houses are not listed. This will be a missed opportunity for the sale of the properties needed to fund the loan payoffs. The debtor will need to address the rental business plan and the properties that need to be sold to move to a viable business model.

Date:   __4/3/2024__                                    __/s/ Douglas D. Flugum_____

Douglas D. Flugum

Bugeye Ventures, Inc.

PO Box 308

Cedar Rapids, IA 52406

319-389-4581

dflugum@bugeyeventures.com

Sub Chapter V Trustee

Fill in this information to identify the case:

Debtor Name  Property Holders, Ltd

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 22-00744

❏ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:         June 2023                          Date report filed:    07/24/2023
                                                                        MM / DD / YYYY

Line of business: Property Inv. & Rental           NAISC code:          5313

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                   Charles Davisson, President

Original signature of responsible party

Printed name of responsible party    Charles Davisson

**EXHIBIT
6**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
|  | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

Debtor Name **Property Holders, Ltd**                         Case number **22-00744**

17. Have you paid any bills you owed before you filed bankruptcy?                    ❑  ☑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑  ☑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 123,773.71

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                   $ 13,500.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                              − $ 15,838.13

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.      + $ -2,338.13

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                           = $ 121,435.58

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                          $            0

    *(Exhibit E)*

Debtor Name  Property Holders, Ltd _____         Case number 22-00744 _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                            $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                      1
27. What is the number of employees as of the date of this monthly report?                         1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                  $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 31,955.53
30. How much have you paid this month in other professional fees?                                            $ _____ 0
31. How much have you paid in total other professional fees since filing the case?                           $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 120,000.00 | − | $ 13,500.00 | = | $ 106,500.00 |
| 33. **Cash disbursements** | $ 90,000.00 | − | $ 15,838.13 | = | $ 74,161.87 |
| 34. **Net cash flow** | $ 30,000.00 | − | $ -2,338.13 | = | $ 32,338.13 |

35. Total projected cash receipts for the next month:                          $ 136,500.00
36. Total projected cash disbursements for the next month:                   − $ 111,000.00
37. Total projected net cash flow for the next month:                        = $ 25,500.00

Debtor Name Property Holders, Ltd      Case number 22-00744

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

## Exhibit C
June 2023
Rents Received

GSCU mortgages:

**838 15th St SE**
$1,100.00

**825 18th St SE**
$1,200.00

**1818 7th Ave SE**
$1,100.00

DUPACO mortgages:

**1748 C Ave NE**
$1,300.00

**351 20th St SE**
$1,100

**1025 20th St SE**
$1,000.00

**3834 Indiandale Circle SE**
$2,100.00

**2045 Park Ave SE**
$1,100.00

**2842 14th Ave SE**
$1,200.00

**1734 5th Ave SE**
$1,100.00

**2021 Grande Ave SE**
$1,200.00

**TOTAL:** $13,500.00

**Exhibit D**
**Listing of Disbursements**
**June 2023**

1) Checks written:

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---|---|
| June 2, 2023 | 1117 | Mr. Avinger | $305.00 | Subcontractor |
| June 2, 2023 | 1112 | Mr. Oliver | $250.00 | Subcontractor |
| June 2, 2023 | 1113 | Mr. White | $650.00 | Subcontractor |
| June 2, 2023 | 1108 | Mr. Hill | $420.00 | Subcontractor |
| June 3, 2023 | 1115 | Mr. Nickels | $560.00 | Subcontractor |
| June 5, 2023 | 1118 | City of CR Water | $100.11 | Utilities |
| June 6, 2023 | ACH | MidAmerican | $2132.43 | Utilities |
| June 7, 2023 | ACH | State Farm | $1431.01 | Insurance |
| June 7, 2023 | ACH | Alliant | $981.40 | Utilities |
| June 9, 2023 | 1116 | Kenway Sewer | $136.96 | Drain issue |
| June 9, 2023 | 1111 | Mr. Hill | $120.00 | Subcontractor |
| June 9, 2023 | 1114 | Mr. White | $800.00 | Subcontractor |
| June 9, 2023 | 1107 | Mr. Oliver | $280.00 | Subcontractor |
| June 9, 2023 | 1109 | Mr. Schumacher | $165.00 | Subcontractor |
| June 11, 2023 | 1121 | Mr. Davisson | $1000.00 | Draw |
| June 12, 2023 | 1122 | Mr. Hill | $900.00 | Subcontractor |
| June 12, 2023 | 1123 | Ms. Davisson | $1000.00 | Administration |
| June 12, 2023 | 1110 | Mr. Hill | $400.00 | Subcontractor |
| June 13, 2023 | 1106 | Linn Co Sherriff | $80.00 | Eviction service |
| June 13, 2023 | ACH | State Farm | $926.22 | Insurance |
| June 15, 2023 | 1124 | City of CR | $45.00 | Permits |
| June 16, 2023 | 1125 | Mr. White | $250.00 | Subcontractor |
| June 27, 2023 | 1126 | Brain Engineering | $1000.00 | Land Survey |
| June 30, 2023 | 1127 | Mr. White | $895.00 | Subcontractor |
| June 30, 2023 | 1129 | Mr. Avinger | $480.00 | Subcontractor |
| June 30, 2023 | 1131 | Mr. Schumacher | $220.00 | Subcontractor |
| June 30, 2023 | 1130 | Mr. Oliver | $310.00 | Subcontractor |

Exhibit F – Accounts Receivable as of June 30, 2023

No accounts receivable. as of June 30, 2023.



P.O. Box 179
Dubuque, IA 52004-0179

*ELECTRONIC SERVICE REQUESTED*

(563) 557-7600 / (800) 373-7600 / dupaco.com

**MEMBER NUMBER:**
8149

**STATEMENT PERIOD:** **PAGE:**
06/01/2023 to 06/30/2023    1 of 4

**ESTATE OF PROPERTY HOLDERS, LTD DEBTOR**
**PO BOX 2328**
**CEDAR RAPIDS IA 52406-2328**



**D U P A C O   C O M M U N I T Y   C R E D I T   U N I O N**

| STATEMENT SUMMARY | | | | |
|---|---|---|---|---|
| **ACCOUNT #** | | **DESCRIPTION** | **BEGINNING BALANCE** | **ENDING BALANCE** |
| SAV - | 8901 | Savings/Asset Builder | 85.11 | 32.82 |
| SD - | 0815 | Operating Account | 6,667.84 | 718.92 |
| SD - | 0823 | Greenstate CU Cash Collateral Account | 330.07 | 15.07 |
| SD - | 0898 | Dupaco Credit Union Cash Coll Acct | 17.64 | 17.64 |
| SD - | 0948 | Landlords Tenant Deposit Account | 0.00 | 0.00 |

| Savings/Asset Builder | | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE | |
|---|---|---|---|---|---|---|
| SAV - | 8901 | 85.11 | -660.00 | 607.71 | 32.82 | |

Titles: Estate of Property Holders, LTD Debtor  in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.06%   |   Dividends Paid YTD $0.01

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 06/01 | Previous Balance | | | 85.11 |
| 06/05 | Moved Funds from Dupaco DIP Savings Acct | | 607.70 | 692.81 |
| | CR Base Rate Change: 0.000 % To 0.150 | | | |
| 06/12 | Transfer Withdrawal | 600.00 | | 92.81 |
| | CR Base Rate Change: 0.150 % To 0.000 | | | |
| 06/14 | Tfr to XXXXX0815 Internet Banking Transf Estate of Property H, in | 60.00 | | 32.81 |
| | Possess | | | |
| 06/30 | Dividend Credit | | 0.01 | 32.82 |
| 06/30 | Ending Balance | | | 32.82 |

| Operating Account | | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE | |
|---|---|---|---|---|---|---|
| SD - | 0815 | 6,667.84 | -18,440.13 | 12,491.21 | 718.92 | |

Titles: Estate of Property Holders, LTD Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 06/01 | Previous Balance | | | 6,667.84 |
| 06/01 | Transfer Deposit | | 1,300.00 | 7,967.84 |
| 06/01 | Transfer Deposit | | 22.45 | 7,990.29 |
| 06/01 | Michael White | 600.00 | | 7,390.29 |
| 06/02 | Transfer Deposit | | 900.00 | 8,290.29 |
| 06/02 | Terry Hill | 2,000.00 | | 6,290.29 |
| 06/02 | Check #1117 | 305.00 | | 5,985.29 |
| 06/02 | Check #1112 | 250.00 | | 5,735.29 |
| 06/02 | Check #1113 | 650.00 | | 5,085.29 |
| 06/02 | Check #1108 | 420.00 | | 4,665.29 |
| 06/03 | Check #1115 | 560.00 | | 4,105.29 |
| 06/05 | Check #1118 | 100.11 | | 4,005.18 |
| 06/05 | Transfer Deposit | | 1,100.00 | 5,105.18 |



| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 06/05 | Coin Deposit | | 2.51 | 5,107.69 |
| 06/05 | Withdrawal | 2.00 | | 5,105.69 |
| 06/05 | Transfer Deposit | | 1,150.00 | 6,255.69 |
| 06/06 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 2,132.43 | | 4,123.26 |
| 06/07 | ACH Debit CPC-CLIENT STATE FARM RO 27 ID9000313004 | 1,431.01 | | 2,692.25 |
| 06/07 | ACH Debit BILL PYMNT ACHIVR VISB ID0000751800 Telephone Initiated Transaction- | 981.40 | | 1,710.85 |
| 06/08 | Transfer Deposit | | 1,240.00 | 2,950.85 |
| 06/09 | Check #1116 | 136.96 | | 2,813.89 |
| 06/09 | Check #1111 | 120.00 | | 2,693.89 |
| 06/09 | Check #1114 | 800.00 | | 1,893.89 |
| 06/09 | Check #1107 | 280.00 | | 1,613.89 |
| 06/09 | Check #1109 | 165.00 | | 1,448.89 |
| 06/10 | Transfer Deposit | | 1,200.00 | 2,648.89 |
| 06/12 | Transfer Deposit | | 600.00 | 3,248.89 |
| 06/12 | Transfer Deposit | | 300.00 | 3,548.89 |
| 06/12 | Check #1121 | 1,000.00 | | 2,548.89 |
| 06/12 | Check #1122 | 900.00 | | 1,648.89 |
| 06/12 | Check #1123 | 1,000.00 | | 648.89 |
| 06/12 | Check #1110 | 400.00 | | 248.89 |
| 06/13 | Check #1106 | 80.00 | | 168.89 |
| 06/13 | Transfer Deposit | | 1,000.00 | 1,168.89 |
| 06/13 | ACH Debit CPC-CLIENT STATE FARM RO 27 ID9000313004 | 926.22 | | 242.67 |
| 06/14 | Tfr from XXXXX8901 Internet Banking Tran Estate of Property H, in Possess | | 60.00 | 302.67 |
| 06/14 | Tfr from XXXXX0823 Internet Banking Tran Estate of Property H, in Possess | | 15.00 | 317.67 |
| 06/15 | Check #1124 | 45.00 | | 272.67 |
| 06/16 | Michael White | 250.00 | | 22.67 |
| 06/22 | Transfer Deposit | | 1,000.00 | 1,022.67 |
| 06/27 | Check #1126 | 1,000.00 | | 22.67 |
| 06/30 | Transfer Deposit | | 2,600.00 | 2,622.67 |
| 06/30 | Coin Deposit | | 1.09 | 2,623.76 |
| 06/30 | Deposit | | 0.16 | 2,623.92 |
| 06/30 | Check #1127 | 895.00 | | 1,728.92 |
| 06/30 | Check #1129 | 480.00 | | 1,248.92 |
| 06/30 | Check #1131 | 220.00 | | 1,028.92 |
| 06/30 | Check #1130 | 310.00 | | 718.92 |
| 06/30 | Ending Balance | | | 718.92 |

## Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|---------|------|--------|---------|------|--------|
| 1106 | 06/13 | 80.00 | 1112 | 06/02 | 250.00 | 1118 | 06/05 | 100.11 | 1127 | 06/30 | 895.00 |
| 1107 | 06/09 | 280.00 | 1113 | 06/02 | 650.00 | 1121 * | 06/12 | 1,000.00 | 1129 * | 06/30 | 480.00 |
| 1108 | 06/02 | 420.00 | 1114 | 06/09 | 800.00 | 1122 | 06/12 | 900.00 | 1130 | 06/30 | 310.00 |
| 1109 | 06/09 | 165.00 | 1115 | 06/03 | 560.00 | 1123 | 06/12 | 1,000.00 | 1131 | 06/30 | 220.00 |
| 1110 | 06/12 | 400.00 | 1116 | 06/09 | 136.96 | 1124 | 06/15 | 45.00 | | | |
| 1111 | 06/09 | 120.00 | 1117 | 06/02 | 305.00 | 1126 * | 06/27 | 1,000.00 | | | |

| Greenstate CU Cash Collateral Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---------------------------------------|-------------------|--------------|---------------|----------------|
| SD - █████0823 | 330.07 | -3,605.00 | 3,290.00 | 15.07 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 06/01 | Previous Balance | | | 330.07 |
| 06/02 | Deposit | | 900.00 | 1,230.07 |



| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 06/02 | Transfer Withdrawal | 900.00 | | 330.07 |
| 06/05 | Deposit | | 1,150.00 | 1,480.07 |
| 06/05 | Transfer Withdrawal | 1,150.00 | | 330.07 |
| 06/08 | Deposit -- RENT | | 1,240.00 | 1,570.07 |
| 06/08 | Transfer Withdrawal | 1,240.00 | | 330.07 |
| 06/12 | Transfer Withdrawal | 300.00 | | 30.07 |
| 06/14 | Tfr to XXXXX0815 Internet Banking Transf Estate of Property H, in Possess | 15.00 | | 15.07 |
| 06/30 | Ending Balance | | | 15.07 |

| Dupaco Credit Union Cash Coll Acct | | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE | |
|------------------------------------|-----|-------------------|--------------|---------------|----------------|---|
| SD - | 0898 | 17.64 | -8,222.45 | 8,222.45 | 17.64 | |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 06/01 | Previous Balance | | | 17.64 |
| 06/01 | Rent | | 1,300.00 | 1,317.64 |
| 06/01 | Transfer | 1,300.00 | | 17.64 |
| 06/01 | Deposit | | 22.45 | 40.09 |
| 06/01 | Transfer Withdrawal | 22.45 | | 17.64 |
| 06/05 | Rent | | 1,100.00 | 1,117.64 |
| 06/05 | Transfer Withdrawal | 1,100.00 | | 17.64 |
| 06/10 | Deposit | | 1,200.00 | 1,217.64 |
| 06/10 | Transfer Withdrawal | 1,200.00 | | 17.64 |
| 06/13 | Deposit | | 1,000.00 | 1,017.64 |
| 06/13 | Rent | 1,000.00 | | 17.64 |
| 06/22 | Rent | | 1,000.00 | 1,017.64 |
| 06/22 | Transfer Withdrawal | 1,000.00 | | 17.64 |
| 06/30 | Deposit | | 2,600.00 | 2,617.64 |
| 06/30 | Transfer of Rent | 2,600.00 | | 17.64 |
| 06/30 | Ending Balance | | | 17.64 |

| Landlords Tenant Deposit Account | | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE | |
|----------------------------------|-----|-------------------|--------------|---------------|----------------|---|
| SD - | 0948 | 0.00 | 0.00 | 0.00 | 0.00 | |

Titles: Estate of Property Holders, LTD, Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| | There was no activity for this account during the reported period | | | |



SAVE▶BORROW▶INVEST▶INSURE▶TRUST

## EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we takethe balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

## IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are  unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## ▆ SHARE DRAFT RECONCILIATION ▆

| Outstanding Share Drafts | | |
|---|---|---|
| NUMBER | AMOUNT | Ending Balance |
| | $ | Shown on this |
| | $ | Statement .................. $ _____ |
| | $ | |
| | $ | Add Deposits |
| | $ | Not Shown on |
| | $ | this Statement............ $ _____ |
| | $ | |
| | $ | Subtotal.................... $ _____ |
| | $ | |
| | $ | Subtract Total |
| | $ | Outstanding Drafts........ $ _____ |
| | $ | |
| | $ | Equals Adjusted |
| | $ | Ending Balance............. $ _____ |
| | $ | |
| | $ | Adjusted ending balance shown above |
| | $ | should agree with the balance shown in |
| | $ | your share draft book. |
| | $ | |
| | $ | NOTE: Be sure to deduct any charges, fees |
| | $ | or withdrawals Shown on your statement |
| | $ | (but not in your share Draft book) that may |
| | $ | apply to your account. Also, be Sure to add |
| | $ | any dividends or any deposits shown on |
| | $ | Your statement (but not in your share draft |
| | $ | book) That apply to your account. |
| | $ | |
| | $ | Your savings federally insured to at least |
| | $ | $250,000 and backed by the full faith and |
| | $ | credit of the United States Government |
| | $ | |
| | $ | National Credit Union |
| | $ | Administration, a U.S. |
| | $ | Government Agency |
| TOTAL | $ | |

EQUAL HOUSING OPPORTUNITY

### GreenState Credit Union Loans/Judgments – Projected/Actual Listings, Rentals, Sales and Payments

| State Court Case No. | Loan Acct No. | Location | Insurance in Place | Foreclosure Decree/Judgments as of 3/01/2021 | Scheduled Property Values | GSCU Appraisals for Unsold | Date of Property Status | Property Status | Rent/Sale Budget | Rent/Listed- Sale Price | Preliminary/Final Closing Costs & RE Taxes | PD to GSCU | Net to CC Acct | Remaining Property Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EQCV094983 | 50003 | 528 15th St SE | X | $ 110,136.96 | $ 95,000 | $ 53,000 | | To Be Held | | $ - | | | | $ 95,000 |
| | | 1714 6th Ave | X | | 135,000 | 100,000 | | Rented | | 1,250 | | | | 135,000 |
| EQCV094985 | 50004 | 1719 Bever Ave SE | X | 85,344.95 | 145,000 | 78,000 | | To Be Held | | | | | | 145,000 |
| EQCV095004 | 50005 | 1933 Higley AV SE | X | 67,717.13 | 130,000 | 40,000 | 8/30/2023 | To List | 10,000 | 130,000 | 15,018.63 | 69,883.94 | 45,097.43 | 130,000 |
| EQCV095003 | 50006 | 2208 Mt. Vernon Rd SE | S | 81,986.75 | 135,000 | | 2/24/2023 | Sold-Closed | | 135,000 | 17,157.49 | 84,997.84 | 32,844.67 | - |
| EQCV095008 | 50007 | 838 15th St SE | X | 51,409.09 | 90,000 | 100,000 | | Rented | | 1,100 | | | | 90,000 |
| EQCV095015 | 50009 | 825 18th St SE | X | 337,452.12 | 90,000 | 83,000 | | Rented | | 1,100 | | | | 90,000 |
| | | 1158 28th St SE | S | | 135,000 | | 3/14/2023 | Sold-Closed | | 135,000 | 17,304.20 | 117,695.80 | - | - |
| | | 1713 7th Ave SE | X | | 140,000 | 72,000 | 7/23/2023 | To List | 8,000 | 165,000 | 14,826.86 | 125,173.14 | - | 140,000 |
| | | 1751 Higley Ave SE | S | | 110,000 | | 12/14/2022 | Sold-Closed | | 109,900 | 11,408.86 | 98,491.14 | - | - |
| | | 1818 7th Ave SE | X | | 145,000 | 90,000 | | Rented | | 1,100 | | | | 145,000 |
| | | 1841 Washington Ave SE | X | | 135,000 | 73,000 | 7/29/2023 | To List | 9,000 | 135,000 | 14,420.00 | 120,580.00 | - | 135,000 |
| EQCV095024 | 50010 | 1548 7th AVE SE | S | 59,683.80 | 125,000 | | 2/6/2023 | Sold-Closed | | 125,000 | 13,417.75 | 64,149.91 | 47,640.32 | - |
| EQCV095025 | 50011 | 1557 6th Ave SE | S | 70,853.38 | 120,000 | | 5/26/2023 | Sold-Closed | | 109,900 | 11,247.95 | 76,735.95 | 21,916.10 | - |
| | TOTALS | | | $ 864,584.18 | $ 1,730,000.00 | $ 689,000.00 | | | | | $ 134,412.74 | $ 845,305.77 | $ 185,289.47 | $ 1,105,000.00 |

**Current Status**

| Initial Decree Totals | $ 864,584.18 |
|---|---|
| Payments to GSCU to Date | 582,070.64 |
| Remaining Decree Totals | $ 282,513.54 ,plus accruing interest |

**GSCU Appraisals**

| Remaining Property Values | 689,000.00 |
|---|---|
| Remaining Due on Decrees | 282,513.54 |
| | $ 406,486.46 |
| Debt to Collateral Ratio | 41% |

**Scheduled Values**

| Remaining Property Value | $ 1,105,000.00 |
|---|---|
| Remaining Due on Decrees | 282,513.54 |
| Net Equity Value | $ 822,486.46 |
| Debt to Collateral Ratio | 26% |

**After All Planned Sales**

| Initial Decree Totals | $ 864,584.18 |
|---|---|
| Total Payments to GSCU | 845,305.77 ,Including post-petition interest |
| Remaining Decree Totals | $ 19,278.41 |

**After All Planned Sales**

| Remaining Property Value | $ 555,000.00 |
|---|---|
| Remaining Due on Decrees | 19,278.41 |
| Net Equity Value | $ 535,721.59 |

Notes:
1. All figures, except those representing closed sales, are projected estimates made from currently available information. . The terms of the plan treatment will be the final determinate of the properties that will be sold.
2. Debtor is informed that the average number of days between listing a residiential property for sale in Cedar Rapids, Iowa and sale is 82 days. The projected interest payment is based on an estimate of 90 days between listing of a property and the closed sale.

3. For properties to be sold, interest is figured on the principal amount due according to the applicable foreclosure decree from March 1, 2021 using the daily interest accrual amount stated in the decree. For the single-property mortgage liens on properties that have been sold, the amount paid to the credit union is the actual payoff amount provided by the credit union to the closing agent.

As Of: 7/21/2024

Case 22-00744    Doc 159    Filed 07/27/23    Entered 07/27/23 06:30:02    Desc Main
Dupaco Community Credit Union Loans - Projected/Actual Listings, Rentals, Sales and Payments

| Loan Acct No. | Location | Insurance in Place | Dupaco Claim Balance Due | Scheduled Property Values | Appraised Property Values | Date of Property Status | Property Status | Sale/Rental Budget | Rent/Listed-Sale Price | Closing Costs & RE Taxes | Interest Paid | Principal Paid | Net to CC Acct | Remaining Property Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4569 | 1060 33rd St NE | X | $ 83,329.99 | $ 180,000 | X | 5/22/2023 | Sold-Closed | | $ 187,000 | $ 25,038.90 | $ 3,665.80 | $ 82,522.86 | $ 75,762.44 | $ - |
| 8214 | 2040 Spoon Creek Ct SE | X | 316,405.48 | 675,000 | | | To be Held | | | | | | | $ 625,000 |
| | 2009 Memorial Dr SE | X | | 325,000 | 625,000 | | To be Held | | | | | | | 325,000.00 |
| 4170 | 1720 Grande Ave SE | X | 34,611.92 | 140,000 | X | | Sold-Need PW | | 35,000 | | | | | - |
| 1748 | 1748 C Ave NE | X | 68,129.17 | 150,000 | 115,000 | 8/15/2023 | To list | 3,500 | 140,000 | | | | | $ 115,000 |
| 4212 | 357 17th St SE | X | 33,760.41 | 120,000 | X | Closes: 7/26/23 | Sold | | 123,000 | | | | | 120,000 |
| 4659 | 351 20th St SE | X | 63,329.12 | 155,000 | 113,000 | | Rented | | 1,100 | | | | $ - | 113,000 |
| 4691 | 1025 20th AVE | X | 280,378.51 | 125,000 | 121,000 | | Rented | | 1,000 | | | | $ - | 121,000 |
| | 2532 1st Ave NE | X | | 160,000 | 95,000 | | Rented | | 1,200 | | | | $ - | 95,000 |
| | 1047 27th St NE | X | | 165,000 | A Sched | 9/1/2023 | To list | 5,000 | 165,000 | 23,358.76 | 1,377.73 | 140,263.51 | - | 165,000 |
| | 1801 Bever Ave SE | 0 | | - | | 6/29/2023 | Sold | | 5,000 | 50.00 | | 4,950.00 | | - |
| 4717 | 2307 Bever Ave SE | X | 105,546.21 | 295,000 | 95,000 | 4/1/2024 | To list | 40,000 | 295,000 | 35,998.47 | 8,516.73 | 103,490.39 | 146,994.41 | $ 95,000 |
| 4709 | 130 Thompson Dr SE, #324 | X | 63,680.90 | 175,000 | 158,000 | | To be Held | | | | | | | 158,000 |
| 4725 | 3824 Indiandale Cir SE | X | 125,923.33 | 365,000 | A Sched | | Rented | | 2,100 | | | | | 365,000 |
| 4741 | 2045 Park Ave SE | X | 60,676.49 | 145,000 | 150,000 | | Rented | | 1,100 | | | | | 145,000 |
| 4766 | 2842 14th Ave SE | X | 65,690.72 | 140,000 | 158,000 | | Rented | | 1,200 | | | | $ - | 158,000 |
| 4782 | 1734 5th Ave SE | X | 57,873.32 | 145,000 | A Sched | | Rented | | 1,100 | | | | | 145,000 |
| 4832 | 2916 Iowa Ave SE | X | 62,557.30 | 140,000 | 97,000 | 9/1/2023 | To list | 4,000 | 140,000 | 18,167.00 | 4,526.66 | 61,338.62 | 55,967.72 | $ 97,000 |
| 4899 | 2164 Blake Blvd SE | X | 108,917.61 | 235,000 | 202,000 | 8/1/2023 | Rented | | | | | | | 202,000 |
| 4923 | 412 26th St SE | X | 72,520.75 | 145,000 | A Done | 10/1/2023 | To list | 5,000 | 145,000 | 20,215.78 | 4,435.60 | 71,107.21 | 48,741.41 | $ 5,000 |
| 4949 | 2021 Grande Ave SE | X | 252,685.29 | 170,000 | 144,000 | | Rented | | 1,200 | | | | - | 144,000 |
| | 2103 Bever Ave SE | X | | 182,000 | A Sched | 10/15/2023 | To list | 10,000 | 175,000 | 23,948.51 | 15,021.31 | 143,000.18 | | 182,000 |
| | 1610 Park Ave SE | X | | 155,000 | | 12/1/2023 | To list | 8,000 | 155,000 | 19,500.00 | 12,000.00 | | $ - | 51,000 |
| | 1052 32nd St NE | X | | 55,000 | 53,000 | 11/1/2023 | To list | | | | | | $ - | 53,000 |
| VISA 3451 | N/A | | 10,237.59 | | | | | | | | | | | |
| TOTALS | | - | $ 1,868,184.11 | $ 4,542,000.00 | $ 2,177,000.00 | | | | | $ 166,777.42 | $ 49,543.83 | $ 606,702.77 | $ 327,465.98 | $ 3,479,000.00 |

**Current Status**
Total Claim                    $ 1,868,184.11
Total Paid To Date                    86,188.66
Balance Due            $ 1,781,995.45  , plus accruing interest

**After All Planned Sales**
Beg. Principal Balance
Total Principal Paid
Principal Balance after Sales
Cash Collateral Applied
Final Principal Balance

**Dupaco Appraisals**
Remaining Property Values            $ 3,479,000.00
Remaining Due on Claim                    1,781,995.45
NetEquity Value            $ 1,697,004.55

Debt to Collateral Value                    51%

**Scheduled Values**
Remaining Property Value      $ 4,542,000.00
Balance Due on Claim              1,781,995.45
Net Equity Value      $ 2,760,004.55

Debt to Collateral Ratio      39%

**After All Planned Sales**
Remaining Property Values            $ 1,822,912.95
Remaining Due on Claim                    606,702.77
        $ 1,216,210.18
Cash Collateral Applied                    266,210.18
        $ 950,000.00

**After All Planned Sales**
Remaining Property Value
Balance Due on Loans after Sales
Net Equity Value

Debt to Collateral Ratio

Notes:   1. All projected figures are estimates made from currently available information. The terms of the plan treatment will be the final determinate of the payments that will be sold.

2. Debtor is informed that the average number of days between listing a residential property for sale in Cedar Rapids, Iowa and sale is 82 days. The projected interest payment is based on an estimate of 90 days between listing of a property and the closed sale.

3. For properties to be sold, interest is figured on the principal amount due according to the figures provided by DPCU for each loan in its claim. At the time of sale, DPCU will provide a payoff amount to the closing agent which may be different from the estimated figures here.

Property Holders, LTD – Chapter 11 Plan of Reorganization                    MONTHLY REPORT EXHIBIT 2