**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor. | Chapter 11<br>Case No. 22-00744 |

**JOINT MOTION OF DUPACO COMMUNITY CREDIT UNION
AND GREENSTATE CREDIT UNION FOR EXPEDITED HEARING ON
JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW Dupaco Community Credit Union ("Dupaco") and GreenState Credit Union ("GreenState", and collectively with Dupaco, the "Secured Creditors"; each, a "Secured Creditor"), by their respective attorneys, and hereby jointly move this Court (this "Motion") for an expedited hearing on the Secured Creditors' *Joint Motion of Dupaco Community Credit Union and GreenState Credit Union for Relief from the Automatic Stay* (the "Relief from Stay Motion"). In support of this Motion, the Secured Creditors respectfully state as follows:

1. The Secured Creditors filed the Relief from Stay Motion contemporaneously with this Motion.

2. By this Motion and pursuant to Local Rule 9073-2, the Secured Creditors request an expedited hearing on the Relief from Stay Motion.

3. As indicated in the Relief from Stay Motion, Property Holders, LTD. (the "Debtor") is grossly failing to maintain properties constituting collateral of Dupaco, some of which do not even have attached doors to prevent trespassers or squatters from entering, possessing, damaging and/or vandalizing such properties. Furthermore, the Debtor is not maintaining insurance on all property of the estate, thereby exposing the bankruptcy estate to a potential significant (or even catastrophic) loss.

4. As a consequence, expedited consideration of the Relief from Stay Motion is necessary to prevent further decline in the condition of property of the estate and the potential of a significant loss to the bankruptcy estate.

5. The Secured Creditors respectfully request that the Court set a hearing on the Relief from Stay Motion at its earliest convenience and that the Court set an objection deadline of one day prior to such hearing on the Relief from Stay Motion.

6.　　　If and when the Court grants the relief requested in this Motion, the Secured Creditors will file a notice of hearing and objection deadline with respect to the Relief from Stay Motion.

　　　WHEREFORE, each of the Secured Creditors respectfully requests that the Court (i) set a hearing on the Relief from Stay Motion on an expedited basis at the Court's earliest convenience, (ii) set an objection deadline of one day prior to such hearing on the Relief from Stay Motion, and (iii) grant such other and further relief as this Court deems appropriate.

Dated:　June 11, 2024

　　　　　　　　　　　　　　　　Respectfully jointly submitted,

　　　　　　　　　　　　　　　　SECURED CREDITORS:

　　　　　　　　　　　　　　　　DUPACO COMMUNITY CREDIT UNION


　　　　　　　　　　　　　　　　By:　　　*/s/ Tonya A. Trumm*
　　　　　　　　　　　　　　　　　　　Tonya A. Trumm
　　　　　　　　　　　　　　　　　　　O'CONNOR & THOMAS, P.C.
　　　　　　　　　　　　　　　　　　　1000 Main Street
　　　　　　　　　　　　　　　　　　　Dubuque, IA 52001
　　　　　　　　　　　　　　　　　　　Phone: (563) 557-8400
　　　　　　　　　　　　　　　　　　　Fax: (888) 391-3056
　　　　　　　　　　　　　　　　　　　E-mail: ttrumm@octhomaslaw.com
　　　　　　　　　　　　　　　　Attorneys for Dupaco Community Credit Union


　　　　　　　　　　　　　　　　GREENSTATE COMMUNITY CREDIT UNION


　　　　　　　　　　　　　　　　By:　　　*/s/ Siobhan Briley*
　　　　　　　　　　　　　　　　　　　Siobhan Briley
　　　　　　　　　　　　　　　　　　　PUGH HAGAN PRAHM PLC
　　　　　　　　　　　　　　　　　　　425 E. Oakdale Blvd., Suite 201
　　　　　　　　　　　　　　　　　　　Coralville, IA 52241
　　　　　　　　　　　　　　　　　　　Phone: (319) 351-2028
　　　　　　　　　　　　　　　　　　　Fax: (319) 351-1102
　　　　　　　　　　　　　　　　　　　E-mail: sbriley@pughhagan.com
　　　　　　　　　　　　　　　　Attorneys for GreenState Community Credit Union

CERTIFICATE OF SERVICE

By signing below, I, Tonya A. Trumm, hereby certify that on the 11th day of June, 2024, I caused a true and accurate copy of the foregoing *Joint Motion of Dupaco Community Credit Union and GreenState Credit Union for Expedited Hearing on Joint Motion for Relief from the Automatic Stay* (the "Joint Motion"), to be served upon each of the parties identified below by depositing a copy of the Joint Motion addressed to each such person at the specified address, and enclosed in a sealed envelope with proper postage affixed thereto, in a United States Post Office depository in Dubuque, Iowa.

Dated this 11th day of June, 2024.

/s/ Tonya A. Trumm

| | |
|---|---|
| Rush M. Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA 52402<br>ATTORNEY FOR DEBTOR | Peter Riley<br>4040 – 1st Ave NE, P.O. Box 998<br>Cedar Rapids, IA 52406<br>ATTORNEY FOR DEBTOR |
| Douglas Flugum<br>Bugeye Ventures, Inc.<br>P.O. Box 308<br>Cedar Rapids, IA 52406<br>TRUSTEE | Siobhan Briley<br>Pugh Hagan Prahm PLC<br>425 E. Oakdale Blvd., Suite 201<br>Coralville, IA 52241<br>ATTORNEY FOR GREENSTATE CREDIT UNION |
| Janet G. Reasnor, U.S. Trustee<br>111 7th Ave. SE, Box 17<br>Cedar Rapids, IA 52401 | Sarah J. Wencil, DOJ-UST<br>300 South 4th Street, Room 1015<br>Minneapolis, MN 55415 |
| Eric J. Langston<br>601 S. Lindbergh Blvd, Flr 2<br>Frontenac, MO 63131<br>ATTORNEY FOR AMANDA CLARK | John Heckel<br>5250 North Park Place NE, Suite 114<br>Cedar Rapids, IA 52402<br>ATTORNEY FOR MARY DAVIS |