United States Bankruptcy Court

Northern District of Iowa

In re: Case No. 22-00744-TJC

Property Holders, LTD  
    Debtor

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 2  
Date Rcvd: Jun 12, 2024      Form ID: pdf902      Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Property Holders, LTD, PO BOX 2328, Cedar Rapids, IA 52406-2328 |
| aty | | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |
| cr | + | Amanda Clark, 2050 Glass Road NE, Apt. 203, Cedar Rapids, IA 52402-3451 |
| cr | + | Mari Davis, 720 Center Point Rd NE, Cedar Rapids, IA 52402-4666 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: agleason@dupaco.com | Jun 12 2024 20:52:00 | Dupaco Community Credit Union, 3299 Hillcrest Road, Dubuque, IA 52001-3974 |
| cr | | Email/Text: bkdesk@greenstate.org | Jun 12 2024 20:52:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2024 | Form ID: pdf902 | Total Noticed: 6 |

on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email

Janet G. Reasoner

    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

John M. Heckel

    on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com

Peter C. Riley

    on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com

Rush M. Shortley

    on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com

Sarah J Wencil

    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Siobhan Briley

    on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com  eryan@pughhagan.com

Tonya A. Trumm

    on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  tthul-theis@octhomaslaw.com

United States Trustee

    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD<br>,<br><br>Debtor. | Chapter 11<br>Case No. 22-00744 |

ORDER GRANTING JOINT MOTION FOR EXPEDITED HEARING
AND SETTING HEARING ON
JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Expedited Motion") filed by Dupaco Community Credit Union and GreenState Credit Union requesting an expedited hearing on the *Joint Motion of Dupaco Community Credit Union and GreenState Credit Union for Relief from the Automatic Stay* (the "Relief from Stay Motion") filed contemporaneously with the Expedited Motion, as more fully set forth in the Expedited Motion, and good cause existing to grant the relief requested in the Expedited Motion,

IT IS HEREBY ORDERED that:

1. the Expedited Motion is granted; and
2. a hearing will be held on June 18, 2024, at 10:00 AM, to consider the relief requested in the Relief from Stay Motion

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1-888-684-8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

Dated and entered:  June __12_, 2024.

_____
United States Bankruptcy Judge
Northern District of Iowa

Order prepared by:
Tonya A. Trumm
O'Connor & Thomas, P.C.
1000 Main Street
Dubuque, Iowa 52001
563-557-8400
ttrumm@octhomaslaw.com
Bar No. AT0010814