# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| Property Holders, LTD, | **Bankruptcy No.** 22-00744 |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the described documents–Objections to Joint Motion of Dupaco Community Credit Union for Relief from the Automatic Stay (DOC 197) and Response to Joint Motion for Expedited Hearing on the joint motion for relief from the automatic stay (DOC 198)–were served by electronic service on the counsel for the parties joining in said motions.

June 17, 2024

/s/ Rush M. Shortley
Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
Fax: (866) 388-4875
E-mail: rush@shortleylaw.com
Attorney for Debtor