UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor | Chapter 11 Subchapter V<br><br>Bankruptcy No. 22-00744 |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: June 18, 2024
Hearing on: Joint Motion for Relief from Stay (Doc. 193) filed by Dupaco Community Credit Union and GreenState Credit Union

APPEARANCES:

Attorney Rush M. Shortley for Debtor
Chapter 11 Subchapter V Trustee Douglas Dean Flugum
Attorney Tonya A. Trumm for Dupaco Community Credit Union
Attorney Siobhan Briley for GreenState Credit Union

OUTCOME OF PROCEEDING:

A final evidentiary hearing will be set by separate order.

Ordered:

June 18, 2024

Thad J. Collins
Chief Bankruptcy Judge