## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor. | Chapter 11<br>Case No. 22-00744 |

### STIPULATED MOTION FOR CONTINUATION OF HEARING

Dupaco Community Credit Union ("Dupaco"), GreenState Credit Union ("GreenState"), and Property Holders, LTD (the "Debtor"), by their undersigned counsel, and Douglas D. Flugum, in his capacity as the Subchapter V Trustee in this bankruptcy proceeding (the "Subchapter V Trustee") (Dupaco, GreenState, the Debtor, and the Subchapter V Trustee are hereinafter collectively referred to as the "Parties"), hereby jointly move this Court for entry of an order continuing the previously scheduled hearing on the *Joint Motion of Dupaco Community Credit Union and GreenState Credit Union for Relief from the Automatic Stay* (the "Relief from Stay Motion") and the Debtor's *Objection to Joint Motion of Dupaco Community Credit Union and GreenState Credit Union for Relief from the Automatic Stay* (the "Objection") to a date to be determined.

In support of this Motion, the Parties state that they have engaged in preliminary telephonic discussions regarding the Relief from Stay Motion and that they have agreed to arrange and attend an in-person conference among the Parties to further such discussions. The Parties believe that a continuance of the hearing to allow such meeting and discussions to take place could potentially result in a consensual resolution or narrowing of the issues raised in the Relief from Stay Motion, thereby furthering the efficient operation of this Court by reducing or eliminating the amount of

this Court's time that may otherwise be required in order to hear and resolve such issues. The Parties intend to advise this Court as to the outcome of such meeting among the Parties and to request a new hearing date with respect to the Relief from Stay Motion and the Objection, if and to the extent necessary, following such meeting.

    WHEREFORE, each of the Parties hereby respectfully requests that this Court (i) continue the hearing on the Relief from Stay Motion and the Objection to a date to be determined, and (ii) grant such other and further relief as this Court deems appropriate.

Dated: July 2, 2024

        Respectfully jointly submitted,

        DUPACO:

        DUPACO COMMUNITY CREDIT UNION

        By:    */s/ Tonya A. Trumm*
            Tonya A. Trumm
            O'CONNOR & THOMAS, P.C.
            1000 Main Street
            Dubuque, IA 52001
            Phone: (563) 557-8400
            Fax: (888) 391-3056
            E-mail: ttrumm@octhomaslaw.com

        Attorneys for Dupaco Community Credit Union


GREENSTATE:

GREENSTATE COMMUNITY CREDIT UNION

By: _____/s/ Siobhan Briley_____
     Siobhan Briley
     PUGH HAGAN PRAHM PLC
     425 E. Oakdale Blvd., Suite 201
     Coralville, IA 52241
     Phone: (319) 351-2028
     Fax: (319) 351-1102
     E-mail: sbriley@pughhagan.com

Attorneys for GreenState Community Credit Union

DEBTOR:

PROPERTY HOLDERS, LTD

By: _____/s/ Rush M. Shortley_____
     Rush M. Shortley
     1921 51st Street NE
     Cedar Rapids, IA 52402
     Phone: (319) 294-1907
     Fax: (866) 388-4875
     E-mail: rush@shortleylaw.com

Attorney for Property Holders, LTD

SUBCHAPTER V TRUSTEE:

_____/s/ Douglas D. Flugum_____
     Douglas D. Flugum
     BUGEYE VENTURES, INC.
     P.O. Box 308
     Cedar Rapids, IA 52406
     Phone: (319) 389-4581
     E-mail: dflugum@bugeyeventures.com

Subchapter V Trustee