# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD<br>,<br><br>Debtor. | Chapter 11<br>Case No. 22-00744 |

## ORDER GRANTING STIPULATED MOTION FOR CONTINUATION OF HEARING

Upon the stipulated motion (the "Stipulated Motion") filed by Dupaco Community Credit Union, GreenState Credit Union, Property Holders, LTD and Douglas D. Flugum, in his capacity as Subchapter V Trustee in this bankruptcy proceeding (collectively, the "Parties"), and good cause existing to grant the relief requested in the Stipulated Motion,

IT IS HEREBY ORDERED that:

1. the Stipulated Motion is granted;

2. the previously scheduled hearing on the Relief from Stay Motion and the Objection (as each is defined in the Stipulated Motion) is hereby continued to a date to be determined by this Court after the Parties have had an opportunity to meet and discuss the issues raised in the Relief from Stay Motion; and

3. the Parties are instructed to request a new hearing date with respect to the Relief from Stay Motion and the Objection, if and to the extent necessary, following such meeting.

Dated and entered:  July __2__, 2024.

_____
United States Bankruptcy Judge
Northern District of Iowa

Agreed as to Form and Content:

DUPACO COMMUNITY CREDIT UNION

By: ____*/s/ Tonya A. Trumm*____
    Tonya A. Trumm
    O'CONNOR & THOMAS, P.C.
    1000 Main Street
    Dubuque, IA 52001
    Phone: (563) 557-8400
    Fax: (888) 391-3056
    E-mail: ttrumm@octhomaslaw.com

Attorneys for Dupaco Community Credit Union


GREENSTATE COMMUNITY CREDIT UNION

By: ____*/s/ Siobhan Briley*____
    Siobhan Briley
    PUGH HAGAN PRAHM PLC
    425 E. Oakdale Blvd., Suite 201
    Coralville, IA 52241
    Phone: (319) 351-2028
    Fax: (319) 351-1102
    E-mail: sbriley@pughhagan.com

Attorneys for GreenState Community Credit Union


PROPERTY HOLDERS, LTD

By: ____*/s/ Rush M. Shortley*____
    Rush M. Shortley
    1921 51st Street NE
    Cedar Rapids, IA 52402
    Phone: (319) 294-1907
    Fax: (866) 388-4875
    E-mail: rush@shortleylaw.com

Attorney for Property Holders, LTD

SUBCHAPTER V TRUSTEE:

*/s/ Douglas D. Flugum*
Douglas D. Flugum
BUGEYE VENTURES, INC.
P.O. Box 308
Cedar Rapids, IA 52406
Phone: (319) 389-4581
E-mail: dflugum@bugeyeventures.com

Subchapter V Trustee