United States Bankruptcy Court

Northern District of Iowa

In re:  Case No. 22-00744-TJC

Property Holders, LTD  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2024 | Form ID: pdf902 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Douglas Dean Flugum
    dflugum@bugeyeventures.com

Eric J. Langston
    on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

John M. Heckel
    on behalf of Creditor Mari Davis heckellaw@jmheckel.com r45714@notify.bestcase.com

Peter C. Riley
    on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com

Rush M. Shortley
    on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com

Sarah J Wencil
    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Siobhan Briley
    on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com eryan@pughhagan.com

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 02, 2024 | Form ID: pdf902 | Total Noticed: 1 |

Tonya A. Trumm
    on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  tthul-theis@octhomaslaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>    PROPERTY HOLDERS, LTD<br>,<br><br>    Debtor. | Chapter 11<br>Case No. 22-00744 |

**ORDER GRANTING STIPULATED MOTION FOR CONTINUATION OF HEARING**

Upon the stipulated motion (the "Stipulated Motion") filed by Dupaco Community Credit Union, GreenState Credit Union, Property Holders, LTD and Douglas D. Flugum, in his capacity as Subchapter V Trustee in this bankruptcy proceeding (collectively, the "Parties"), and good cause existing to grant the relief requested in the Stipulated Motion,

IT IS HEREBY ORDERED that:

1. the Stipulated Motion is granted;

2. the previously scheduled hearing on the Relief from Stay Motion and the Objection (as each is defined in the Stipulated Motion) is hereby continued to a date to be determined by this Court after the Parties have had an opportunity to meet and discuss the issues raised in the Relief from Stay Motion; and

3. the Parties are instructed to request a new hearing date with respect to the Relief from Stay Motion and the Objection, if and to the extent necessary, following such meeting.

Dated and entered:  July   2  , 2024.

_____
United States Bankruptcy Judge
Northern District of Iowa

Agreed as to Form and Content:

                          DUPACO COMMUNITY CREDIT UNION

                          By:     */s/ Tonya A. Trumm*
                                 Tonya A. Trumm
                                 O'CONNOR & THOMAS, P.C.
                                 1000 Main Street
                                 Dubuque, IA 52001
                                 Phone: (563) 557-8400
                                 Fax: (888) 391-3056
                                 E-mail: ttrumm@octhomaslaw.com

                          Attorneys for Dupaco Community Credit Union


                          GREENSTATE COMMUNITY CREDIT UNION

                          By:     */s/ Siobhan Briley*
                                 Siobhan Briley
                                 PUGH HAGAN PRAHM PLC
                                 425 E. Oakdale Blvd., Suite 201
                                 Coralville, IA 52241
                                 Phone: (319) 351-2028
                                 Fax: (319) 351-1102
                                 E-mail: sbriley@pughhagan.com

                          Attorneys for GreenState Community Credit Union


                          PROPERTY HOLDERS, LTD

                          By:     */s/ Rush M. Shortley*
                                 Rush M. Shortley
                                 1921 51st Street NE
                                 Cedar Rapids, IA 52402
                                 Phone: (319) 294-1907
                                 Fax: (866) 388-4875
                                 E-mail: rush@shortleylaw.com

                          Attorney for Property Holders, LTD

SUBCHAPTER V TRUSTEE:

    */s/ Douglas D. Flugum*
Douglas D. Flugum
BUGEYE VENTURES, INC.
P.O. Box 308
Cedar Rapids, IA 52406
Phone: (319) 389-4581
E-mail: dflugum@bugeyeventures.com

Subchapter V Trustee