**Fill in this information to identify the case:**

Debtor Name __Property Holders, Ltd__

United States Bankruptcy Court for the: Northern District of Iowa

Case number: __22-00744__

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __June, 2024__

Line of business: __Property Inv. & Rental__

Date report filed: __7/26/2024__
MM / DD / YYYY

NAISC code: __5313__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                __Charles Davisson, President__

Original signature of responsible party    _Chas. Davisson_

Printed name of responsible party        __Charles Davisson__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Property Holders, Ltd                          Case number 22-00744

17. Have you paid any bills you owed before you filed bankruptcy?                    ❑  ☑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑  ☑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ ___1,314.88___

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections
    on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                    $ ___9,070.60___

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.                    − $ ___10,433.84___

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                    + $ ___-1,363.24___
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                    = $ ___-48.36___

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                    $ ___$4,750.00___

    *(Exhibit E)*

Debtor Name  Property Holders, Ltd                                    Case number 22-00744

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    _____ 1

27. What is the number of employees as of the date of this monthly report?        _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 55,529.66

30. How much have you paid this month in other professional fees?                $ _____ 0

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,050.00 | − | $ 9,070.60 | = | $ 2,979.40 |
| 33. **Cash disbursements** | $ 12,000.00 | − | $ 10,433.84 | = | $ 1,566.16 |
| 34. **Net cash flow** | $ 50.00 | − | $ -1,363.24 | = | $ -1,313.24 |

35. Total projected cash receipts for the next month:                          $ _____ 12,050.00

36. Total projected cash disbursements for the next month:                   - $ _____ 12,000.00

37. Total projected net cash flow for the next month:                        = $ _____ 50.00

Debtor Name  Property Holders, Ltd                                    Case number 22-00744

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☑ 42.  Project, job costing, or work-in-progress reports.

| Print | Save As... | Reset |

## **Exhibit C**
June, 2024
Rents Received, sale proceeds, credits etc.

GSCU mortgages:

**838 15th St SE**
$800.00

**1818 7th Ave SE**
$1500.00

**TOTAL:** $2,300.00

DUPACO mortgages:

**3824 Indiandale Circle SE**
$2000.00

**1025 20th St SE**
$885.00

**1734 5th Ave SE**
$1,200.00

**2164 Blake Blvd SE**
$1,500.00

**351 20th St SE**
$1,100.00

**Total:** $6,685.00

**GRAND TOTAL:** $8,985.00

**Exhibit D**
**Listing of Check/ACH/Credit Card/Cash Disbursements**
**June 2024**

| Date | Check # etc | Payee | Amount | Purpose |
|---|---|---|---|---|
| June 1, 2024 | Ck# 2086 | Mr. Dallas Clark | $640.00 | Subcontractor (825 18th St SE) |
| June 1, 2024 | Ck# 2083 | Mr. Chuck Davisson | $400.00 | Supplies reimburse (825 18th SE) |
| June 3, 2024 | Ck# 2087 | Mr. Dwayne Oliver | $140.00 | Inspection work, various |
| June 3, 2024 | Ck# 2088 | Ms. Courtney Delong | $64.00 | Inspection work, various |
| June 5, 2024 | CC | Menards | $88.29 | Supplies (2021 Grande Ave SE) |
| June 5, 2024 | CC | USPS | $5.08 | Office |
| June 6, 2024 | CC | Menards | $159.32 | Supplies (1714 6th Ave SE) |
| June 6, 2024 | Ck# 2340 | Mr. Shane Clair | $600.00 | Subcontractor (825 18th St SE) |
| June 6, 2024 | Payment | Mr. Chris Avinger | $580.00 | Subcontractor (2842 14th Ave SE) |
| June 7, 2024 | Ck# 2293 | Mr. Jeff Mande | $150.00 | Subcontractor (2009 Memorial Dr SE) |
| June 7, 2024 | Ck# 2294 | Mr. Michael White | $960.00 | Subcontractor (825 18th St SE) |
| June 8, 2024 | Ck# 2295 | Mr. Dallas Clark | $384.00 | Subcontractor (825 18th St SE) |
| June 8, 2024 | CC | Menards | $98.57 | Supplies (3824 Indiandale Cr SE) |
| June 9, 2024 | CC | Cedar Valley Habitat | $2.50 | Supplies (1025 20th SE) |
| June 9, 2024 | CC | Cedar Valley Habitat | $30.50 | Supplies (351 20th St SE) |
| June 10, 2024 | Ck# 2339 | City Water | $369.61 | Utilities |
| June 13, 2024 | CC | O'Reilly | $52.62 | Auto supplies |
| June 13, 2024 | CC | O'Reilly | $15.95 | Auto supplies |
| June 14, 2024 | CC | Casey's | $6.74 | Gas for work vehicle |
| June 14, 2024 | Ck# 2285 | Mr. Michael White | $890.00 | Subcontractor (838 15th St SE) |
| June 15, 2024 | Ck# 2287 | Ms. Courtney Delong | $976.00 | Subcontractor (838 15th St SE) |
| June 15, 2024 | Ck# 2286 | Mr. Dallas Clark | $600.00 | Subcontractor (838 15th St SE) |
| June 17, 2024 | CC | Kum & Go | $10.00 | Gas for work vehicle |
| June 18, 2024 | CC | Casey's | $6.41 | Gas for work vehicle |
| June 18, 2024 | CC | Walmart | $20.00 | Gas for work van |
| June 18, 2024 | CC | Menards | $16.31 | Supplies (1818 7th Ave SE) |
| June 18, 2024 | CC | Kum & Go | $50.84 | Gas for work vehicle |
| June 20, 2024 | CC | Menards | $66.09 | Supplies (1714 6th Ave SE) |

| June 21, 2024 | Ck# 2085 | Mr. Michael White | $662.00 | Subcontractor (825 18th St SE) |
|---|---|---|---|---|
| June 21, 2024 | Ck# 2299 | Mr. Jeff Nickels | $1000.00 | Subcontractor (825 18th St SE) |
| June 21, 2024 | Ck# 2300 | Mr. Dallas Clark | $680.00 | Subcontractor (825 18th St SE) |
| June 22, 2024 | Payment | Mr. Chris Avinger | $60.00 | Subcontractor (2842 14th Ave SE) |
| June 22, 2024 | Ck# 2297 | Ms. Courtney Delong | $594.00 | Subcontractor (825 18th St SE) |
| June 23, 2024 | CC | Murphy | $5.00 | Gas for work vehicle |
| June 28, 2024 | CC | Murphy | $20.00 | Gas for work vehicle |

# Dupaco

ELECTRONIC SERVICE REQUESTED

P.O. Box 179
Dubuque, IA  52004-0179

**MEMBER NUMBER:**
20208149

**STATEMENT PERIOD:**          **PAGE:**
06/01/2024 to 06/30/2024       1 of 4

(563) 557-7600 / (800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328

## DUPACO COMMUNITY CREDIT UNION

### STATEMENT SUMMARY

| ACCOUNT # | DESCRIPTION | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| SAV - 204498901 | Savings/Asset Builder | 25.65 | 25.00 |
| SD - 930590815 | Operating Account | 1,314.88 | -48.36 |
| SD - 930590823 | Greenstate CU Cash Collateral Account | 0.07 | 0.07 |
| SD - 930590898 | Dupaco Credit Union Cash Coll Acct | 0.70 | 0.70 |
| SD - 930590948 | Landlords Tenant Deposit Account | 0.00 | 0.00 |

### Savings/Asset Builder

| | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SAV - 204498901 | 25.65 | -0.65 | 0.00 | 25.00 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744
Annual Percentage Yield Earned 0.00%     |     Dividends Paid YTD $0.01

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 06/01 | Previous Balance | | | 25.65 |
| 06/29 | ODP Tfr to SD - 930590815 | 0.65 | | 25.00 |
| 06/30 | Ending Balance | | | 25.00 |

### Operating Account

| | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 1,314.88 | -10,433.84 | 9,070.60 | -48.36 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 06/01 | Previous Balance | | | 1,314.88 |
| 06/01 | Check #2086 | 640.00 | | 674.88 |
| 06/01 | Check #2083 | 400.00 | | 274.88 |
| 06/03 | Check #2087 | 140.00 | | 134.88 |
| 06/03 | Transfer Deposit | | 800.00 | 934.88 |
| 06/03 | Check #2088 | 64.00 | | 870.88 |
| 06/05 | MC Purchase MNRD-CEDR 2800 WILEY B 2800 WILEY BLVD SW CEDAR RAPIDS IAUS #9189 #35310504 | 88.29 | | 782.59 |
| 06/05 | MC Purchase USPS PO 1815030061 USPS PO 1815030061 CEDAR RAPIDS IAUS #9189 #600001 | 5.08 | | 777.51 |
| 06/06 | MC Purchase MNRD-CEDR 2800 WILEY B 2800 WILEY BLVD SW CEDAR RAPIDS IAUS #9189 #35310504 | 159.32 | | 618.19 |
| 06/06 | Check #2340 | 600.00 | | 18.19 |
| 06/06 | Transfer Deposit | | 1,100.00 | 1,118.19 |
| 06/06 | Chris Avinger | 580.00 | | 538.19 |
| 06/07 | Transfer Deposit | | 1,200.00 | 1,738.19 |
| 06/07 | Check #2293 | 150.00 | | 1,588.19 |
| 06/07 | Check #2294 | 960.00 | | 628.19 |
| 06/08 | Check #2295 | 384.00 | | 244.19 |



SAVE ▸ BORROW ▸ INVEST ▸ INSURE ▸ TRUST

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 06/08 | MC Purchase MNRD-CEDR 2800 WILEY B 2800 WILEY BLVD SW CEDAR RAPIDS IAUS #9189 #35310506 | 98.57 | | 145.62 |
| 06/09 | MC Purchase QLT*CEDAR VALLEY HABIT QLT*CEDAR VALLEY HABIT CEDAR RAPIDS IA #9189 #R10xadQK | 2.50 | | 143.12 |
| 06/09 | MC Purchase QLT*CEDAR VALLEY HABIT QLT*CEDAR VALLEY HABIT CEDAR RAPIDS IA #9189 #R10xadQK | 30.50 | | 112.62 |
| 06/10 | Transfer Deposit | | 180.00 | 292.62 |
| 06/10 | Transfer Deposit | | 80.00 | 372.62 |
| 06/10 | Check #2339 | 369.61 | | 3.01 |
| 06/13 | Tfr from XXXXX0898 Internet Banking Tran Estate of Property H, in Possess | | 69.00 | 72.01 |
| 06/13 | MC Purchase O'REILLY 5239 O'REILLY 5239 CEDAR RAPIDS IAUS #9189 #39821801 | 52.62 | | 19.39 |
| 06/13 | MC Purchase O'REILLY 5239 O'REILLY 5239 CEDAR RAPIDS IAUS #9189 #39821801 | 15.95 | | 3.44 |
| 06/14 | Transfer Deposit | | 2,000.00 | 2,003.44 |
| 06/14 | ATM POS Credit O'REILLY 5239 O'REILLY 5239 CEDAR RAPIDS IAUS #9189 #39821801 | | 15.95 | 2,019.39 |
| 06/14 | MC Purchase CASEYS #2772 CASEYS #277284001001188CASEYS #2772 #9189 #600001 | 6.74 | | 2,012.65 |
| 06/14 | Transfer Deposit | | 300.00 | 2,312.65 |
| 06/14 | Transfer Deposit | | 165.00 | 2,477.65 |
| 06/14 | Check #2285 | 890.00 | | 1,587.65 |
| 06/15 | Check #2287 | 976.00 | | 611.65 |
| 06/15 | Check #2286 | 600.00 | | 11.65 |
| 06/17 | MC Purchase KUM&GO 0520R CEDAR RA KUM&GO 0520R CEDAR RA84KUM&GO 0520R CE #9189 #001 | 10.00 | | 1.65 |
| 06/17 | Transfer Deposit | | 160.00 | 161.65 |
| 06/18 | MC Purchase CASEYS #2765 CASEYS #276584001001188CASEYS #2765 #9189 #600001 | 6.41 | | 155.24 |
| 06/18 | MC Purchase WAL-MART #2716 WAL-MART #2716 CEDAR RAPIDS IAUS #9189 #24271601 | 20.00 | | 135.24 |
| 06/18 | MC Purchase MNRD-CEDR 2800 WILEY B 2800 WILEY BLVD SW CEDAR RAPIDS IAUS #9189 #35310502 | 16.31 | | 118.93 |
| 06/18 | MC Purchase KUM&GO 0520R CEDAR RA KUM&GO 0520R CEDAR RA84KUM&GO 0520R CE #9189 #002 | 50.84 | | 68.09 |
| 06/20 | MC Purchase MNRD-CEDR 2800 WILEY B MNRD-CEDR 2800 WILEY B82800 WILEY BLVD #9189 #35310504 | 66.09 | | 2.00 |
| 06/21 | Transfer Deposit | | 1,500.00 | 1,502.00 |
| 06/21 | Transfer Deposit | | 1,500.00 | 3,002.00 |
| 06/21 | Check #2085 | 662.00 | | 2,340.00 |
| 06/21 | Check #2299 | 1,000.00 | | 1,340.00 |
| 06/22 | Check #2300 | 680.00 | | 660.00 |
| 06/22 | Chris Azinger | 60.00 | | 600.00 |
| 06/22 | Check #2297 | 594.00 | | 6.00 |
| 06/23 | MC Purchase MURPHY7287ATWALMART MURPHY7287ATWALMART8400MURPHY7287ATWAL #9189 #92748701 | 5.00 | | 1.00 |
| 06/28 | MC Purchase MURPHY7287ATWALMART MURPHY7287ATWALMART MARION4 IA #9189 #0010 | 20.01 | | -19.01 |
| 06/28 | Overdrawn Item Fee DEBIT:MURPHY7287ATWAL MURPHY7287ATWALMART MARION4 AMT:$20.01 | 30.00 | | -49.01 |
| 06/29 | ODP Tfr from SAV- 204498901 | | 0.65 | -48.36 |
| 06/30 | Ending Balance | | | -48.36 |



S A V E ▶ B O R R O W ▶ I N V E S T ▶ I N S U R E ▶ T R U S T

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|---------|------|--------|---------|------|--------|
| 2083 | 06/01 | 400.00 | 2088 | 06/03 | 64.00 | 2293 * | 06/07 | 150.00 | 2299 * | 06/21 | 1,000.00 |
| 2085 * | 06/21 | 662.00 | 2285 * | 06/14 | 890.00 | 2294 | 06/07 | 960.00 | 2300 | 06/22 | 680.00 |
| 2086 | 06/01 | 640.00 | 2286 | 06/15 | 600.00 | 2295 | 06/08 | 384.00 | 2339 * | 06/10 | 369.61 |
| 2087 | 06/03 | 140.00 | 2287 | 06/15 | 976.00 | 2297 * | 06/22 | 594.00 | 2340 | 06/06 | 600.00 |

| Greenstate CU Cash Collateral Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590823 | 0.07 | -2,300.00 | 2,300.00 | 0.07 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 06/01 | Previous Balance | | | 0.07 |
| 06/03 | Rent | | 800.00 | 800.07 |
| 06/03 | Transfer Withdrawal | 800.00 | | 0.07 |
| 06/21 | rent | | 1,500.00 | 1,500.07 |
| 06/21 | Transfer Withdrawal | 1,500.00 | | 0.07 |
| 06/30 | Ending Balance | | | 0.07 |

| Dupaco Credit Union Cash Coll Acct | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590898 | 0.70 | -6,754.00 | 6,754.00 | 0.70 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 06/01 | Previous Balance | | | 0.70 |
| 06/06 | rent | | 1,100.00 | 1,100.70 |
| 06/06 | rent | 1,100.00 | | 0.70 |
| 06/07 | Rent | | 1,200.00 | 1,200.70 |
| 06/07 | Transfer Withdrawal | 1,200.00 | | 0.70 |
| 06/10 | Rent | | 180.00 | 180.70 |
| 06/10 | Transfer Withdrawal | 180.00 | | 0.70 |
| 06/10 | Rent | | 80.00 | 80.70 |
| 06/10 | Rent | 80.00 | | 0.70 |
| 06/12 | Refund | | 69.00 | 69.70 |
| 06/13 | Tfr to XXXXX0815 Internet Banking Transf Estate of Property H, in Possess | 69.00 | | 0.70 |
| 06/14 | Rent | | 2,000.00 | 2,000.70 |
| 06/14 | Transfer Withdrawal | 2,000.00 | | 0.70 |
| 06/14 | Rent | | 300.00 | 300.70 |
| 06/14 | Transfer Withdrawal | 300.00 | | 0.70 |
| 06/14 | Rent | | 165.00 | 165.70 |
| 06/14 | Transfer Withdrawal | 165.00 | | 0.70 |
| 06/17 | rent | | 160.00 | 160.70 |
| 06/17 | rent | 160.00 | | 0.70 |
| 06/21 | rent | | 1,500.00 | 1,500.70 |
| 06/21 | Transfer Withdrawal | 1,500.00 | | 0.70 |
| 06/30 | Ending Balance | | | 0.70 |

| Landlords Tenant Deposit Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590948 | 0.00 | 0.00 | 0.00 | 0.00 |

Titles: Estate of Property Holders, LTD, Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| | There was no activity for this account during the reported period | | | |



**EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT**

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

**IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)**

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**SHARE DRAFT RECONCILIATION**

| Outstanding Share Drafts | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ..................$ _____

Add Deposits
Not Shown on
this Statement..............$ _____

Subtotal....................$ _____

Subtract Total
Outstanding Drafts.........$ _____

Equals Adjusted
Ending Balance............$ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY

**Progress/plans narrative**
**June/July 2024**

### A) Overall Plan Summary

We are now projecting that **GSCU** will be paid off in Sept/Oct, 2024. With listings and sales of 1713 7th Ave (listed), 1841 Washington Ave (Sale was pending, but buyer withdrew from the sale on 7/25/2024. Realtor is making inquiries with buyer.) and 825 18th St (to be listed in Aug 2024), the GSCU debt will be paid off in full with cash left for the cash collateral account to pay expenses. This will leave six properties free and clear with a current market value of approximately $1 million.

The schedule for **DUPACO** mortgages is scheduled to be on target with sale of three additional properties. The sale and closing of 357 17th St was delayed but finally occurred on December 5, 2023, allowing for payment to DUPACO and full payment of administrative costs at that time. Another DUPACO property, 1748 C Ave was listed and sold in April for $168,000 (appraised at $112,000), with closing on April 30, 2024 (the proceeds, $41,001, from the sale of 1748 C Ave were used immediately on April 30 to reduce the DUPACO debt and to pay taxes to Linn County Treasurer). With these two sales, the overall debt was reduced to approximately $1,610,000. Next, 2009 Memorial Dr was entirely renovated, was listed, and sold (closed) June 26, 2024 for $317,000 (this was $42,000 more than DUPACO's appraisal). In addition, 2916 Iowa Ave has been undergoing renovation to prepare it for sale, with a target date of completion in Aug/Sept 2024. This will leave the overall DUPACO debt at approximately $1,200,000. After the sale of Iowa Ave there will then be a total of 26 properties remaining and only $350,000 to be paid off to reach the three-year target of $950,000. This will be accomplished by the sale of some of these additional 26 properties in some combination that will be determined in mid 2024.

**It should be noted that we continue to follow the plan as originally laid out, that is, to prepare properties for sale, focusing on getting GSCU paid off as quickly as possible so that the judgement will be released. This will then open up time and resources so that the rental aspect of the business can return to its previous state. Importantly, most all of our time and resources over this past year and a half have been devoted to preparing houses for sale rather than shoring up the rental aspect of the business. We anticipate that this situation will change sometime in the fall when we can return to 'business as usual'.**

### B) Delays

We continued to make progress toward the projected renovations/listings this past month, despite delays due to a number of factors: 1) shortage/delays for some supplies needed to complete the projects; **2) multiple regularly scheduled rental inspections (which occur every three years in CR) (eleven of them in 2024 so far) have come up and required my crew to be engaged with preparing for this. While these inspections take a lot of work as the rental code is continuously being updated, all properties passed again so far and are in full compliance –**

**this further ensures that the future rental business will be robust as outlined since the properties have passed inspection. The time and resources that have gone into this have resulted in ALL properties meet or exceeding standards set forth.**

Despite this, significant progress has been made. Much of this recent work has been completed by Mr. Davisson.

**C) Details on individual properties:**

**1713 7th Ave SE:** This property, which has been entirely renovated both inside and outside, was listed on Sept 23, 2023 at $225,000 (appraised at $72,000). However, due to the slowing of the market, our realtor recommended dropping the price to $210,000 which we have now done. Full exterior renovations include fresh paint, new fencing, brand new garage, brand new back deck and front porch and landscaping. The interior was also fully renovated, including painting, new bathrooms, and kitchen (including all new appliances), flooring, new light fixtures, etc. Mr. Davisson performed all finishing work on this property, ie his "sweat equity". This property was under contract but the appraisal fell short of sale price by $12,000 so this sale buyers' fell through; we immediately re-listed it and there continue to be showings and positive reviews.

**1841 Washington Ave SE**: After a few delays, this property renovation was completed and was listed November 22, 2023 at $140,000 (appraised at $73,000). The house has been entirely re-painted both inside and outside, new flooring has been added throughout, as has new lighting. It has a brand-new bathroom and kitchen (including all new appliances), fresh landscaping, etc. Mr. Davisson has devoted significant time to this project, ie his "sweat equity", stepping in to do much of the work himself as his team members were out sick. This property was under contract and closing was expected in early April but at the very last minute the buyer pulled out. The  property was then re-listed and there was an accepted offer on the property with closing expected in September, 2024. But, the buyer withdrew from the sale on 7/25/2024. Our Realtor is making inquiries with buyer.

**1748 C Ave NE:** The tenant at this property moved out on Aug 15, 2023. The extensive renovations required to prepare it for sale, including interior painting, kitchen updating, bath room repairs, light fixture updates, exterior repairs to siding and windows and landscaping  are near complete. This house was listed and sold April 30 for $168,000.

**825 18th St SE:** The tenant in this property notified us she will vacate, so we have decided to move this property up the list (originally designated "to be held") and have made sig nificant  progress toward preparing it for sale. It is anticipated that this property will be listed in August 2024.  This is expected to be the final house needed to satisfy the Green State judg ment.

**2009 Memorial Dr SE**: The tenant in this property vacated on Dec 20, 2023 and we have de cided to move this property up the list (originally designated "to be held") for sale. We have re cently re-painted the entire interior and installed new flooring, and have updated all lighting, bathrooms, exterior, landscaping. It was listed in April for $315,000. It sold initially but the

buyers backed out at the last minute so it was immediately re-listed. This property sold for $317,000 and closing occurred June 26, 2024.

**2916 Iowa Ave SE:** We have made significant progress on updating this property for sale, including updated kitchen, bathroom, family room, exterior, landscaping and anticipate listing it for around $125,000, aiming for September, 2024.

**Other:**  All of this work is proceeding on top of the normal activities with maintaining the various rental properties (including significant time spent on lawn care and general maintenance), and recent work preparing properties (see above) for inspection which occurs every three years. This work is carried out by the various subcontractors as well as Mr. Davisson (sweat equity).