UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 22-00744 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: November 8, 2024
Hearing on Application for Compensation/Administrative Expenses (Doc. 131)

Movant: Mari Davis

APPEARANCES:

Attorney Rush M. Shortley for Debtor Property Holders, LTD
Movant Mari Davis did not appear.

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

The Application for Compensation/Administrative Expenses is DENIED.

Ordered:

November 8, 2024

Thad J. Collins
Chief Bankruptcy Judge