United States Bankruptcy Court

Northern District of Iowa

In re:                                                                         Case No. 22-00744-TJC

Property Holders, LTD                                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |
| cr | + | Mari Davis, 720 Center Point Rd NE, Cedar Rapids, IA 52402-4666 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2024                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com |
| Peter C. Riley | on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | |

District/off: 0862-1
Date Rcvd: Nov 08, 2024

User: admin
Form ID: pdf902

Page 2 of 2
Total Noticed: 2

on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com

Sarah J Wencil
on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Siobhan Briley
on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com  eryan@pughhagan.com

Tonya A. Trumm
on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  tthul-theis@octhomaslaw.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

PROPERTY HOLDERS, LTD,

     Debtor

Chapter 11

Bankruptcy No. 22-00744

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: November 8, 2024
Hearing on Application for Compensation/Administrative Expenses (Doc. 131)

Movant: Mari Davis

APPEARANCES:

Attorney Rush M. Shortley for Debtor Property Holders, LTD
Movant Mari Davis did not appear.

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

The Application for Compensation/Administrative Expenses is DENIED.

Ordered:

November 8, 2024

_____
Thad J. Collins
Chief Bankruptcy Judge