FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

NOV 12 2024

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

By:_____  Clerk of Court

In re

PROPRTY HOLDERS LTD.                    CHAPTER 11              Deputy

        DEBTOR                          22-00744

                    MOTION TO RECONSIDER

The creditor Mari Davis moves the court to reconsider the ruling of November 8, 2024 as follows:

1]The Court denied the application for administrative expenses in its order of November 8, 2024.

2] Creditor Davis never received a notice that the Court would have a hearing in a conference call on the objections to administrative expenses filed by the debtor on November 8, 2024. If she had received notice that the objections to administrative expenses were set for the conference call, she would have been on the conference phone call.

3]Creditor Davis expected an evidentiary hearing where she could present her evidence of the incurred expenses.

4]Creditor Davis requests that the ruling be set aside and an evidentiary hearing be set on her claim for administrative expenses.

_____
Mari Davis Pro Se litigant

720 Center Point RD NE

Cedar Rapids Iowa 52402

IAHOMELOCATORS@Yahoo.com

319-373-1677