UNITE STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

In RE:

PROPERTY HOLDERS, LTD,　　　　　　　　　　　CHAPTER 11

DEBTOR　　　　　　　　　　　　　　　　　　　22-00744

FILED U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA NOV 13 2024 By: _____ Clerk of Court Deputy

## MOTION TO CONTINUE

The creditor, Mari Davis, moves to the Court to continue the telephonic hearing set for Friday, November 22, 2024 at 1:45 p.m. as follows:

1) The Court has set a hearing to consider creditor Davis' Motion to Reconsider the Court's November 8, 2024 ruling denying her Application for Compensation/Administrative Expenses (Doc 131).

2) Creditor Davis did not receive Notice that the Court would have a telephonic hearing November 8, 2024 regarding the Objections to Administrative Expenses filed by the Debtor and, consequently, was not on the conference call. Had creditor Davis received notice regarding such, she would have been on the conference call.

3) Creditor Davis was expecting an evidentiary hearing regarding her application for administrative expenses and has documentation which supports her application regarding such administrative expenses. Submission of such would seem relevant considering creditor Davis disagrees with the characterizations made in the debtor's motion objecting to the administrative expenses.

4) Creditor Davis is requesting a continuation of the November 22, 2024 conference call because she is leaving the area on Thursday, November 14, 2024 for a planned vacation and will not be returning to Cedar Rapids until Friday or Saturday, November 22-23, 2024. This vacation has been planned for a period of time and is prepaid so canceling at this time isn't an option. Davis will be en route/traveling at the time the telephonic conference call as now set at 1:45 p.m., November 22, 2024. Therefore, attending a telephonic conference call at the scheduled time is impractical.

5) Davis has documents and other evidence that could be provided prior to the hearing that contradicts allegations made in the Debtor's motion objecting to Davis' application but there is insufficient time between receiving the Notice of Hearing on Wednesday, November 13, 2024 and Davis' planned departure on Thursday, November 14, 2024.

6) Davis, therefore, requests that the Court reset the hearing on Davis' motion to reconsider the Court's November 8, 2024 ruling via conference call for a date after Monday, November 25, 2024 which would be Davis' first available business day following her trip and which is already scheduled with appointments. Setting a hearing after Monday, November 25, will give Davis time to organize and submit those documents that are pertinent to her motion to reconsider the Court's November 8, 2024 ruling.

WHEREFORE, Creditor Davis requests that the Court continue the hearing by conference call from the scheduled time and date of 1:45 p.m., November 22, 2024 to a future date, after November 25, 2024 regarding Davis' Motion to Reconsider.

*/s/ Mari Davis*

Mari Davis, Pro Se Litigant
720 Center Point Rd NE
Cedar Rapids, IA 52402
(319)373-1677
iahomelocators@yahoo.com