UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>PROPERTY HOLDERS, LTD,<br><br>    Debtor | Chapter 11<br><br>Bankruptcy No. 22-00744 |

### ORDER RE MOTION TO CONTINUE

On November 13, 2024, Creditor Mari Davis filed a motion to continue (Doc. 222). For good cause shown,

**IT IS ORDERED** that Creditor's motion to continue is GRANTED.

**FURTHER**, the matter is continued and reset for:

**November 26, 2024 at 10:30 A.M.**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:

November 13, 2024

Thad J. Collins
Chief Bankruptcy Judge