United States Bankruptcy Court

Northern District of Iowa

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 22-00744-TJC
Property Holders, LTD　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Nov 13, 2024　　　　　　　　Form ID: hrgntc　　　　　　　　　　　Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com |
| Mari Davis | iahomelocators@yahoo.com |
| Peter C. Riley | on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: hrgntc | Total Noticed: 1 |

Siobhan Briley
    on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com eryan@pughhagan.com

Tonya A. Trumm
    on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com tthul-theis@octhomaslaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 11

hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Property Holders, LTD

Debtor

Chapter 11

Bankruptcy No. 22−00744

## NOTICE SETTING TELEPHONIC HEARING
## ON MOTION TO RECONSIDER (DOC. 220)

To:

Rush M. Shortley, Peter C. Riley, and Patrick J. Riley, Attorneys for Debtor
Douglas Dean Flugum, Trustee
United States Trustee
John M. Heckel, Attorney for Mari Davis
Mari Davis, Creditor

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**November 22, 2024 at 01:45 PM via telephonic hearing**

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1−855−244−8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

Date: November 13, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk