**Fill in this information to identify the case:**

Debtor Name ___Property Holders, Ltd_____

United States Bankruptcy Court for the: Northern District of Iowa

Case number: __22-00744_____

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          ___October, 2024___          Date report filed: ___11/22/2024___
                                                                MM / DD / YYYY

Line of business: __Property Inv. & Rental__          NAISC code: ___5313_____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    __Charles Davisson, President_____

Original signature of responsible party  _[signature]_____

Printed name of responsible party      __Charles Davisson_____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ☑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name  Property Holders, Ltd

Case number 22-00744

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 8445.52

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 5,536.77

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 12,616.84

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -7,080.07

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 1,365.45

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ $1,750.00

Debtor Name Property Holders, Ltd

Case number 22-00744

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ _____ 0

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 1

27. What is the number of employees as of the date of this monthly report? _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 58,529.66

30. How much have you paid this month in other professional fees? $ _____ 0

31. How much have you paid in total other professional fees since filing the case? $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,050.00 | − | $ 5,536.77 | = | $ 6,513.23 |
| 33. **Cash disbursements** | $ 12,000.00 | − | $ 12,616.84 | = | $ -616.84 |
| 34. **Net cash flow** | $ 50.00 | − | $ -7,080.07 | = | $ -7,030.07 |

35. Total projected cash receipts for the next month: $ 12,050.00

36. Total projected cash disbursements for the next month: − $ 12,000.00

37. Total projected net cash flow for the next month: = $ 50.00

Debtor Name  Property Holders, Ltd                          Case number 22-00744

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☑ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

**Exhibit A – unpaid bills**
**October, 2024**

Due to a shortage of funds we did not have sufficient cash on hand to fully pay professional fees – see Exhibit E.

**<u>Exhibit C</u>**
October, 2024
Rents Received, sale proceeds, credits etc.

<u>GSCU mortgages:</u>

No rents received – see Exhibit F

**TOTAL:** $0

<u>DUPACO mortgages:</u>

**3824 Indiandale Circle SE**
$2,100.00

**1025 20th St SE**
$1,400.00

**2045 Park Ave SE**
$1,920.00

**Total:** $5,420.00

**GRAND TOTAL:** $5,420.00

**Exhibit D**
**Listing of Check/ACH/Credit Card/Cash Disbursements**
**October, 2024**

| Date | Check # etc | Payee | Amount | Purpose |
|------|-------------|-------|--------|---------|
| Oct 1, 2024 | Ck# 2179 | Ms. Amanda Crane | $305.00 | Subcontractor (825 18th St SE) |
| Oct 1, 2024 | Ck# 2181 | Ms. Amanda Crane | $305.00 | Subcontractor (2916 Iowa Ave SE) |
| Oct 1, 2024 | Payment | Mr. Jeff Nickels | $500.00 | Subcontractor (825 18th St SE) |
| Oct 2, 2024 | Ck# 2194 | Mr. Michael White | $750.00 | Subcontractor (2916 Iowa Ave SE) |
| Oct 2, 2024 | Ck# 2196 | Mr. Michael White | $250.00 | Subcontractor (825 18th St SE) |
| Oct 2, 2024 | Payment | Mr. Chris Avinger | $800.00 | Subcontractor (2842 14th Ave SE) |
| Oct 2, 2024 | Payment | Ms. Latisha White | $500.00 | Subcontractor (2842 14th Ave SE) |
| Oct 3, 2024 | Ck# 2146 | Mr. Nathan Miller | $1,200.00 | Subcontractor (1047 27th St NE) |
| Oct 3, 2024 | Ck# 2180 | Linn Co Sherriff | $60.00 | Eviction service (1714 6th Ave SE) |
| Oct 4, 2024 | ACH | Homesite | $155.00 | Supplies (1720 Grande Ave SE) |
| Oct 4, 2024 | Payment | Ms. Courtney Delong | $300.00 | Subcontractor (2916 Iowa Ave SE) |
| Oct 8, 2024 | Ck# 2185 | Ms. Amanda Crane | $450.00 | Subcontractor (2916 Iowa Ave SE) |
| Oct 9 2024 | Payment | Mr. Chris Avinger | $250.00 | Subcontractor (2842 14th Ave SE) |
| Oct 12, 2024 | Ck# 2186 | Ms. Courtney Delong | $620.00 | Subcontractor (1047 27th St NE) |
| Oct 15, 2024 | Ck# 2187 | Ms. Amanda Crane | $515.00 | Subcontractor (1047 27th St NE) |
| Oct 15, 2024 | Ck# 2188 | State Farm | $604.04 | Insurance |
| Oct 15, 2024 | Ck# 2189 | State Farm | $273.94 | Insurance |
| Oct 15, 2024 | Ck# 2190 | Mr. Michael White | $950.00 | Subcontractor (2916 Iowa Ave SE) |
| Oct 17, 2024 | Ck# 2184 | City Treasurer | $39.00 | Roof permit (1047 27th St NE) |
| Oct 21, 2024 | Payment | Mr. Chris Avinger | $200.00 | Subcontractor (2842 14th Ave SE) |
| Oct 23, 2024 | Ck# 2149 | City Water | $75.83 | Utilities |
| Oct 24, 2024 | Ck# 2134 | Ms. Amanda Crane | $455.00 | Subcontractor (1047 27th St NE) |
| Oct 24, 2024 | Ck# 2150 | City Water | $75.53 | Utilities |
| Oct 24, 2024 | Ck# 2145 | Mr. Michael White | $800.00 | Subcontractor (1713 7th Ave SE) |
| Oct 25, 2024 | Ck# 2152 | Linn Co Sherriff | $110.00 | Eviction (1714 6th Ave SE) |

| Oct 25, 2024 | Ck# 2183 | Mr. Douglas Flugum | $1,000.00 | Professional fees |
| Oct 30, 2024 | Ck# 2156 | Ms. Courtney Delong | $748.00 | Subcontractor (1047 27th St NE) |
| Oct 31, 2024 | Ck# 2155 | Ms. Amanda Crane | $325.00 | Subcontractor (1047 27th St NE) |

**Exhibit E**
Unpaid Bills
October, 2024

1)   Mr. Douglas Flugum - $1,750.00

**Exhibit F**
Accounts Receivable as of October 31, 2024

**GSCU Rents:**

**838 15th St SE**
$1,100.00

**1818 7th Ave SE**
$1,200.00

**1713 7th Ave SE**
$1,300.00

**DUPACO Rents:**

**351 20th St SE**
$1,100.00

**2842 14th Ave SE**
$1,100.00

**1734 5th Ave SE**
$1,200.00

**2164 Blake Blvd SE**
$1,260.00

**2021 Grand Ave SE**
$1,000.00



P.O. Box 179
Dubuque, IA  52004-0179

ELECTRONIC SERVICE REQUESTED

(800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328

Open a
HOLIDAY Club Account
Save year-round for your holiday purchases.
Go to Shine Online or Mobile Banking, or call 800-373-7600 or visit dupaco.com/save

| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 8,445.52 | -12,616.84 | 5,536.77 | 1,365.45 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 10/01 | Previous Balance | | | 8,445.52 |
| 10/01 | Check #2179 | 305.00 | | 8,140.52 |
| 10/01 | Check #2181 | 305.00 | | 7,835.52 |
| 10/01 | Jeff Nichols | 500.00 | | 7,335.52 |
| 10/02 | Check #2194 | 750.00 | | 6,585.52 |
| 10/02 | Check #2196 | 250.00 | | 6,335.52 |
| 10/02 | Chris Avinger | 800.00 | | 5,535.52 |
| 10/02 | Latisha White | 500.00 | | 5,035.52 |
| 10/03 | Check #2146 | 1,200.00 | | 3,835.52 |
| 10/03 | Check #2180 | 60.00 | | 3,775.52 |
| 10/04 | ACH Debit INS PREM HOMESITE ID1043361207 | 155.50 | | 3,620.02 |
| 10/04 | Transfer Deposit | | 1,200.00 | 4,820.02 |
| 10/04 | Courtney Delong | 300.00 | | 4,520.02 |
| 10/08 | Check #2185 | 450.00 | | 4,070.02 |
| 10/09 | Chris Avinger | 250.00 | | 3,820.02 |
| 10/12 | Check #2186 | 620.00 | | 3,200.02 |
| 10/15 | Check #2187 | 515.00 | | 2,685.02 |
| 10/15 | Check #2188 | 604.04 | | 2,080.98 |
| 10/15 | Check #2189 | 273.94 | | 1,807.04 |
| 10/15 | Check #2190 | 950.00 | | 857.04 |
| 10/15 | Transfer Deposit | | 400.00 | 1,257.04 |
| 10/17 | Check #2184 | 39.00 | | 1,218.04 |
| 10/21 | CHRIS AVINGER | 200.00 | | 1,018.04 |
| 10/23 | Check #2149 | 75.83 | | 942.21 |
| 10/24 | Check #2134 | 455.00 | | 487.21 |
| 10/24 | Check #2150 | 75.53 | | 411.68 |
| 10/24 | Transfer Deposit | | 260.00 | 671.68 |
| 10/24 | Transfer Deposit | | 150.00 | 821.68 |
| 10/24 | Check #2145 | 800.00 | | 21.68 |
| 10/25 | Transfer Deposit | | 16.77 | 38.45 |
| 10/25 | Transfer Deposit | | 1,250.00 | 1,288.45 |
| 10/25 | Check #2152 | 110.00 | | 1,178.45 |
| 10/25 | Check #2183 | 1,000.00 | | 178.45 |
| 10/29 | Tfr from XXXXX0898 Internet Banking Tran Estate of Property H, in Possess | | 500.00 | 678.45 |
| 10/29 | Tfr from XXXXX0898 Internet Banking Tran Estate of Property H, in Possess | | 160.00 | 838.45 |



| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 10/30 | Check #2156 | 748.00 | | 90.45 |
| 10/30 | Tfr from XXXXX0898 Internet Banking Tran Estate of Property H, in Possess | | 500.00 | 590.45 |
| 10/31 | Check #2155 | 325.00 | | 265.45 |
| 10/31 | Tfr from XXXXX0898 Internet Banking Tran Estate of Property H, in Possess | | 1,100.00 | 1,365.45 |
| 10/31 | Ending Balance | | | 1,365.45 |

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | | DATE | AMOUNT | DRAFT # | | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | | DATE | AMOUNT |
|---------|---|------|--------|---------|---|------|--------|---------|------|--------|---------|---|------|--------|
| 2134 | | 10/24 | 455.00 | 2155 | * | 10/31 | 325.00 | 2184 | 10/17 | 39.00 | 2190 | | 10/15 | 950.00 |
| 2145 | * | 10/24 | 800.00 | 2156 | | 10/30 | 748.00 | 2185 | 10/08 | 450.00 | 2194 | * | 10/02 | 750.00 |
| 2146 | | 10/03 | 1,200.00 | 2179 | * | 10/01 | 305.00 | 2186 | 10/12 | 620.00 | 2196 | * | 10/02 | 250.00 |
| 2149 | * | 10/23 | 75.83 | 2180 | | 10/03 | 60.00 | 2187 | 10/15 | 515.00 | | | | |
| 2150 | | 10/24 | 75.53 | 2181 | | 10/01 | 305.00 | 2188 | 10/15 | 604.04 | | | | |
| 2152 | * | 10/25 | 110.00 | 2183 | * | 10/25 | 1,000.00 | 2189 | 10/15 | 273.94 | | | | |

**Pay Pause Promotion:** In mid-November, qualified borrowers will receive disclosures and an authorization form for loans eligible for the Pay Pause promotion, in which you may choose to skip your payment on eligible loans. In the event you authorize us to skip your payment (1) A $30 processing fee will be added to each loan account with a skipped payment and will show as a finance charge on your December 31, 2024 statement, (2) interest will continue to accrue during the skipped payment period, causing the total interest charged to increase and (3) skipping your payment will extend the final maturity date of your loan by one month.

**EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT**
The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

**IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
  • Your name and account number.
  • The dollar amount of the suspected error.
  • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are  unsure about.
  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)**
Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number.
  2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or
    why you need more information.
  3. Tell us the dollar amount of the suspected error.
  We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**SHARE DRAFT RECONCILIATION**

Outstanding Share Drafts
NUMBER          AMOUNT

_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____

TOTAL   $_____

Ending Balance
Shown on this
Statement ......................$_____

Add Deposits
Not Shown on
this Statement..............$_____

Subtotal........................$_____

Subtract Total
Outstanding Drafts..........$_____

Equals Adjusted
Ending Balance.............$_____

Adjusted ending balance shown above
should agree with the balance shown in
your share draft book.

NOTE: Be sure to deduct any charges, fees
or withdrawals Shown on your statement
(but not in your share Draft book) that may
apply to your account. Also, Be Sure to add
any dividends or any deposits shown on
Your statement (but not in your share draft
book) That apply to your account.

Your savings federally insured to at least
$250,000 and backed by the full faith and
credit of the United States Government

NCUA  National Credit Union
Administration, a U.S.
Government Agency

EQUAL HOUSING OPPORTUNITY

**Progress/plans narrative**
**October/November 2024**

### A) Overall Summary

**GSCU:** Full-price offers have been submitted and accepted for both 1713 7th Ave (closing anticipated around mid-December) and 1841 Washington Ave (closing occurred 11/20/24). 825 18th St renovation has been completed, was listed in early October and there have been many showings and positive feedback.

The schedule for **DUPACO** mortgages is scheduled to be on target with sale of three additional properties. The sale and closing of 357 17th St was delayed but finally occurred on December 5, 2023, allowing for payment to DUPACO and full payment of administrative costs at that time. Another DUPACO property, 1748 C Ave was listed and sold in April for $168,000 (appraised at $112,000), with closing on April 30, 2024 (the proceeds, $41,001, from the sale of 1748 C Ave were used immediately on April 30 to reduce the DUPACO debt and to pay taxes to Linn County Treasurer). With these two sales, the overall debt was reduced to approximately $1,610,000. Next, 2009 Memorial Dr was entirely renovated, was listed, and sold (closed) June 26, 2024 for $317,000 (this was $42,000 more than DUPACO's appraisal).

In addition, 2916 Iowa Ave had been undergoing renovation and it was close to being listed for sale, however the former tenant caused major vandalism of this property. So then we quickly pivoted to another property – 1047 27th St NE. Based on recommendations from realtor Cory Rath and his analysis of the market, we will prepare 1047 27th St NE for expected listing in late Nov, 2024. We will then return to Iowa Ave after completion of the 27th St property. Between these two properties (Iowa Ave and 27th St) and Cory Rath's predictions, these sales will generate enough after commission and expense to bring the DUPACO debt to close to reaching the three-year target of $950,000.

It should be noted that we continue to follow the plan as originally laid out, that is, to prepare properties for sale, focusing on getting GSCU paid off as quickly as possible so that the judgement will be released. This will then open up time and resources so that the rental aspect of the business can return to its previous state. Importantly, most all of our time and resources over this past year and a half have been devoted to preparing houses for sale rather than shoring up the rental aspect of the business. We anticipate that this situation will change sometime in the late fall when we can return to 'business as usual'.

It should also be noted that the payment of multiple past due rents by Waypoint last month was very welcome as it will enable the continuation of the remodeling and renovation of properties so that we stay on track as outlined.

### B) Delays

We continued to make progress toward the projected renovations/listings this past month, despite delays due to a number of factors: 1) shortage/delays for some supplies needed to complete the projects; 2) multiple regularly scheduled rental inspections (which occur every three years in CR) (underline thirteen of them in 2024 so far, including 3824 Indiandale Cr SE in October) have come up and required my crew to be engaged with preparing for this. Two more inspections have now been scheduled for Nov and Dec. While these inspections take a lot of work as the rental code is continuously being updated, all properties passed again and are in full compliance – this further ensures that the future rental business will be robust as outlined since the properties have passed inspection. The time and resources that have gone into this have resulted in ALL properties meeting or exceeding standards set forth.

Despite this, significant progress has been made. Much of this recent work has been completed by Mr. Davisson.

**C) Details on individual properties:**

**1713 7th Ave SE:** This property, which has been entirely renovated both inside and outside, was listed on Sept 23, 2023 at $225,000 (appraised at $72,000). However, due to the slowing of the market, our realtor recommended dropping the price to $195,000 which we have now done. Full exterior renovations include fresh paint, new fencing, brand new garage, brand new back deck and front porch and landscaping. The interior was also fully renovated, including painting, new bathrooms, and kitchen (including all new appliances), flooring, new light fixtures, etc. Mr. Davisson performed all finishing work on this property, ie his "sweat equity". This property was under contract but the appraisal fell short of sale price by $12,000 so this sale fell through; we immediately re-listed it and there continue to be showings and positive reviews. Now the property has been sold again at the new reduced full price of $175,000 and closing is expected in mid December 2024.

**1841 Washington Ave SE**: After a few delays, this property renovation was completed and was listed November 22, 2023 at $140,000 (appraised at $73,000). The house has been entirely re-painted both inside and outside, new flooring has been added throughout, as has new lighting. It has a brand-new bathroom and kitchen (including all new appliances), fresh landscaping, etc. Mr. Davisson has devoted significant time to this project, ie his "sweat equity", stepping in to do much of the work himself as his team members were out sick. This property was under contract and closing was expected in early April but at the very last minute the buyer pulled out. The property was then re-listed. Recently the property has sold now for the fourth time at full asking price of $134,900. Closing on this property occurred on Nov 20, 2024.

**1748 C Ave NE:** The tenant at this property moved out on Aug 15, 2023. The extensive renovations required to prepare it for sale, including interior painting, kitchen updating, bathroom repairs, light fixture updates, exterior repairs to siding and windows and landscaping are near complete. This house was listed and sold April 30 for $168,000.

**825 18th St SE:** The tenant in this property notified us she will vacate, so we have decided to move this property up the list (originally designated "to be held") and have made significant progress toward preparing it for sale. It is anticipated that this property will be listed in late September 2024.  All updates, renovations and improvements have been made and this property was listed in early Oct 2024. There have been many showings and positive feedback so far.

**2009 Memorial Dr SE**: The tenant in this property vacated on Dec 20, 2023 and we have decided to move this property up the list (originally designated "to be held") for sale. We have recently re-painted the entire interior and installed new flooring, and have updated all lighting, bathrooms, exterior, landscaping. It was listed in April for $315,000. It sold initially but the buyers backed out at the last minute so it was immediately re-listed. This property sold for $317,000 and closing occurred June 26, 2024.

**Other:**  All of this work is proceeding on top of the normal activities with maintaining the various rental properties (including significant time spent on lawn care and general maintenance), and recent work preparing properties (see above) for inspection which occurs every three years. This work is carried out by the various subcontractors as well as Mr. Davisson (sweat equity).