UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 22-00744 |

### **PROCEEDING MEMO AND ORDER**

Date of Telephonic Hearing: November 26, 2024
Hearing on Motion to Reconsider Re: Application for Administrative Expenses (Doc. 220)

Movant: Mari Davis

<u>APPEARANCES</u>:

Attorney Rush M. Shortley for Debtor
Chapter 11 Trustee Douglas Flugum
Attorney John Heckle for Movant

<u>OUTCOME OF PROCEEDING</u>:

A hearing on Movant's Motion to Reconsider Re: Application for Administrative Expenses was held.

**IT IS ORDERED THAT**:

The Order Denying Application for Administrative Expenses (Doc. 218) filed on November 8, 2024 is hereby VACATED.

An evidentiary hearing on Movant's Application for Administrative Expenses (Doc. 131) is set for:

**February 25, 2025 at 10:30 A.M.**

At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

Ordered:  November 26, 2024

Thad J. Collins
Chief Bankruptcy Judge