UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| **PROPERTY HOLDERS, LTD,**<br><br>　　**Debtor** | Chapter 11<br>Case No.  22-00744<br><br>**NOTICE OF LIMITED APPEARANCE** |

　　The undersigned attorney hereby files his Limited Appearance in this case for the purpose of representing the Debtor while the original Debtor's counsel, Rush M. Shortley, recuperates from a medical procedure. The undersigned counsel expects to withdraw his appearance once attorney Shortley advises that he is able to resume his representation of the Debtor.

　　　　　　　　　　　　　　　　　　　　　 /s/  Dan Childers
　　　　　　　　　　　　　　　　　　　　　Dan Childers　　　　　　　　AT0001422
　　　　　　　　　　　　　　　　　　　　　SHUTTLEWORTH & INGERSOLL PLC
　　　　　　　　　　　　　　　　　　　　　235 6th Street SE
　　　　　　　　　　　　　　　　　　　　　PO Box 2107
　　　　　　　　　　　　　　　　　　　　　Cedar Rapids, IA  52406-2107
　　　　　　　　　　　　　　　　　　　　　Phone: 319-365-9461
　　　　　　　　　　　　　　　　　　　　　Fax: 319-365-8443
　　　　　　　　　　　　　　　　　　　　　E-mail:  drc@shuttleworthlaw.com

---

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on December 12, 2024.

By: /s/   **Patti K. O'Keefe**