FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

DEC 18 2024

Clerk of Court

By:_____
Deputy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| PROPERTY HOLDERS, LTD | ) | Case No. 22-00744 |
| | ) | |
| Debtor | ) | |
| | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL OF RECORD |
| | ) | |

COMES NOW, Undersigned attorney Patrick J. Riley and with this Motion to Withdraw as Counsel of Record states as follows:

1. Undersigned has accepted a position with the Iowa Attorney General's Office and will no longer be working in private practice.

2. Therefore, counsel is unable to continue representation of the debtor in this action.

3. Debtor's interests are protected in that Debtor is represented in this action by attorneys Peter C. Riley, Rush M. Shortley and on a temporary basis Dan Childers.

4. Debtor has been notified of counsel's withdrawal and did not raise any objection.

WHEREFORE, Undersigned attorney Patrick J. Riley respectfully prays that the Court enter an Order allowing him to withdraw as counsel of record in this matter.

TOM RILEY LAW FIRM, P.L.C.

By:   /s/ Patrick J. Riley
PATRICK J. RILEY         AT0012770
4040 First Avenue NE
P.O. Box 998
Cedar Rapids, IA 52406-0998
Ph.: (319) 363-4040
Fax: (319) 363-9789
E-mail: patrickr@trlf.com

ATTORNEY FOR DEBTOR