UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| PROPERTY HOLDERS, LTD | ) | Case No. 22-00744 |
| | ) | |
| Debtor | ) | |
| | ) | ORDER TO WITHDRAW AS |
| | ) | COUNSEL OF RECORD |
| | ) | |

THIS MATTER comes before the Court on attorney Patrick J. Riley's Motion to Withdraw as counsel of record for Property Holders, Ltd. Upon review of the Motion, the Court finds that it complies with applicable federal statutes and rules and hereby Orders that the Motion to Withdraw as attorney, filed by Patrick J. Riley, is GRANTED.

Ordered: December 18, 2024

Thad J. Collins
Chief Bankruptcy Judge