United States Bankruptcy Court

Northern District of Iowa

In re:                                                                           Case No. 22-00744-TJC

Property Holders, LTD                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 18, 2024 | Form ID: pdf902 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Patrick J Riley, 4040-1st Ave NE, PO Box 998, Cedar Rapids, IA 52406-0998 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024                     Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dan Childers | on behalf of Debtor Property Holders  LTD drc@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com |
| Mari Davis | iahomelocators@yahoo.com |
| Peter C. Riley | on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com |

District/off: 0862-1                          User: admin                                    Page 2 of 2

Date Rcvd: Dec 18, 2024                       Form ID: pdf902                                Total Noticed: 1

Sarah J Wencil

        on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Siobhan Briley

        on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com  eryan@pughhagan.com

Tonya A. Trumm

        on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  tthul-theis@octhomaslaw.com

United States Trustee

        USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 12

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

PROPERTY HOLDERS, LTD )    Case No. 22-00744
)
Debtor )
) ORDER TO WITHDRAW AS
) COUNSEL OF RECORD
)
)

THIS MATTER comes before the Court on attorney Patrick J. Riley's Motion to

Withdraw as counsel of record for Property Holders, Ltd. Upon review of the Motion, the Court

finds that it complies with applicable federal statutes and rules and hereby Orders that the

Motion to Withdraw as attorney, filed by Patrick J. Riley, is GRANTED.

Ordered:   December 18, 2024

Thad J. Collins
Chief Bankruptcy Judge