UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

In Re:

Debtor: Property Holders, LTD,

Debtor and Debtor-in-Possession.   Case No. 22-00744

Chapter 11 Sub Chapter V

FIFTH INTERIM APPLICATION OF

DOUGLAS D. FLUGUM FOR

SUB CHAPTER V TRUSTEE

FEES AND EXPENSES

Douglas D. Flugum, in his capacity as the Sub Chapter V Trustee and employed by Bugeye Ventures, Inc. ("Applicant"), pursuant to 11 U.S.C. §§ 330 and 331, hereby requests that the Court approve its Application and enter an Order thereby awarding certain Sub Chapter V Trustee's fees and expenses incurred in connection with this case. In support thereof, Applicant respectfully represents:

1. Applicant is the Sub Chapter V Trustee of record for the Chapter 11 proceeding and has acted as such since the commencement of this proceeding on November 21, 2022.

2. Douglas D. Flugum is President and CEO as well as the sole shareholder of Bugeye Ventures, Inc.  Bugeye Ventures is a consulting firm with a deep understanding of business operations, finance, investment, technology, and sales and marketing. Douglas Flugum has more than 40 years of experience delivering products, services, and advice to our clients.

3. Applicant has expended time in the form of professional services in support of this Chapter 11 Sub Chapter V proceeding. This time has been itemized on records reflecting, on a day to day basis, the work performed by the Applicant during the period covered by this Fifth Interim Application. Attached hereto as Exhibit "A" are the time records related to the services, setting forth the date of each service, a description of the service rendered, and the time spent rendering such service, and the resulting fee charge on account of the service listed. A listing setting forth the billing rates associated with each professional billing time to this matter on behalf of the Applicant.

4. Applicant has listed on Exhibit "A" any expenses incurred directly in connection with Applicant's duties as Sub Chapter V Trustee of this proceeding and were necessary to Applicant's services.

5. This fifth interim application includes fees in the amount of $4,275.00 and expenses in the amount of $0.00, for an aggregate amount due and owing of $4,275.00 for the period of April 4, 2024 through January 20, 2025 that have not been previously applied for or approved for payment.

6. Work on this case during the time concerned has involved services from the Applicant related to the: (i) review, evaluation and verification of the Debtor's Schedules and Statements as required under 11 U.S.C. §521; (ii) conference calls with the United States Trustee's office and ; working with Debtor Counsel and directly with Debtor and debtors creditors, (iii) review the Debtors' monthly operating reports; and creating monthly reviews of plan progress (iv) and general work including financial analysis, review of documents and responding to inquiries regarding the Chapter 11 Sub Chapter V proceeding and plan.

7. The undersigned trustee represents to the Court that the services and expenses provided during the period covered by this Fifth Interim Fee Application were ordinary and necessary given the

nature of this Chapter 11 Sub Chapter V proceeding, and that no work was excessive or detrimental to the Bankruptcy Estate.

8. Applicant further requests that the Court, pursuant to 11 U.S.C. §§ 330 and 331, approve the allowance of fees and expenses as sought in this Fifth Interim Fee Application and authorize the Debtor, as debtor in possession, to pay the balance of such fees and expenses as approved by the Court to the Applicant by the Debtor.

WHEREFORE, Applicant prays that the Court, pursuant to 11 U.S.C. §§ 330 and 331, enter an Order approving the Fifth Interim Application for Fees and Expenses of the Applicant, and award compensation for services rendered and expenses in the amount of $4,275.00 for the period covered in the Fifth Interim Application, and direct the Debtor, as debtor-in-possession to pay the balance of such fees and expenses to the Applicant.

Dated: January 20, 2025    /s/ Douglas D. Flugum
                           Douglas D. Flugum
                           Bugeye Ventures, Inc.
                           PO Box 308
                           Cedar rapids, IA 52406
                           Phone: 319-389-4581
                           Email: dflugum@bugeyeventures.com
                           Sub Chapter V Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of January, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

/s/ Douglas D. Flugum

| Date | Description | Qty (hours) | Billable (Y/N) | Notes | Amount | Date Billed |
|---|---|---|---|---|---|---|
| 5/7/2024 | Review MORs for March and create monthly progress report and file | 1.50 | Y | Reviewed MORs for March and created monthly report and filed with the court. | $ 375.00 | 1/20/2025 |
| 6/11/2024 | Review MORs for April and create monthly progress report and file | 1.50 | Y | Reviewed MORs for April and created monthly report and filed with the court. | $ 375.00 | 1/20/2025 |
| 6/16/2024 | Read filings and emails from Green State and Dupaco | 0.50 | Y | read documents filed for relief from stay for hearing on Tuesday | $ 125.00 | 1/20/2025 |
| 6/18/2024 | Telephone hearing | 0.50 | Y | Dial in to hearing for relief from stay | $ 125.00 | 1/20/2025 |
| 7/1/2024 | Telephone conference | 1.00 | Y | Call with Rush and Tonya and Siobhan to find agreement and reschedule the hearing on the 1st | $ 250.00 | 1/20/2025 |
| 7/28/2024 | Review MORs for May and June | 1.25 | Y | Reviewed MORs for May and June and prepared for meeting on Tuesday | $ 312.50 | 1/20/2025 |
| 7/30/2024 | Attend meeting at DUPACO | 4.00 | Y | Attend meeting at DUPACO in Marion | $ 1,000.00 | 1/20/2025 |
| 8/20/2024 | Review MORs for July and create monthly progress report and file | 1.25 | Y | Reviewed MORs for July and created monthly report and filed with the court. | $ 312.50 | 1/20/2025 |
| 10/5/2024 | Review MORs for August | 0.50 | Y | Reviewed MORs for August | $ 125.00 | 1/20/2025 |
| 10/8/2024 | Send Relator and bank messages for information | 0.50 | Y | Send Cory the relator a message to check on listings and sales. Also send message to Dupaco requesting statements for September. Received information from both parties. | $ 125.00 | 1/20/2025 |
| 10/15/2024 | Create monthly progress report and file | 1.00 | Y | Create and File monthly report for September | $ 250.00 | 1/20/2025 |
| 11/23/2024 | Review MORs for September | 0.25 | Y | Review September MORs | $ 62.50 | 1/20/2025 |
| 11/13/2024 | Create monthly progress report and file | 1.00 | Y | Create and File monthly report for October | $ 250.00 | 1/20/2025 |
| 11/23/2024 | Review MORs for October | 0.30 | Y | Review October MORs | $ 75.00 | 1/20/2025 |
| 11/26/2024 | Hearing on Admin fee | 0.30 | Y | Attend phone hearing on admin fees | $ 75.00 | 1/20/2025 |
| 1/7/2025 | Create monthly progress report and file and review Nov MORs | 1.50 | Y | Create and File monthly report for December. Review November MORs | $ 375.00 | 1/20/2025 |
| 1/20/2025 | Review MORs for December | 0.25 | Y | Reviewed MORs for December | $ 62.50 | 1/20/2025 |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | Total | 17.10 | | | $ 4,275.00 | |



# Invoice

PO Box 308
Cedar Rapids, IA 52406

| Date | Invoice # |
|---|---|
| 1/20/2025 | 12413 |

**Bill To**

Property Holders, LTD
Charles A. Davisson
PO Box 2328
Cedar Rapids, IA 52406

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Trustee Consulting | 1 | 4,275.00 | 4,275.00 |

We appreciate your prompt payment.

| | |
|---|---|
| **Subtotal** | $4,275.00 |
| **Sales Tax (6.0%)** | $0.00 |
| **Total** | $4,275.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,275.00 |