# United States Bankruptcy Court
## Northern District of Iowa

**IN RE:**                                          **Chapter 11**

Property Holders, LTD.,                 **Bankruptcy No. 22-00744**

                     **Debtor.**

---

### Notice of Application for Allowance and Payment of Attorney Fees and Expenses Incurred by Attorney for Debtor and Notice of Bar Date for Objection

TO: ALL CREDITORS AND INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that Rush M. Shortley, attorney for Debtor, has filed an Application for Allowance of Compensation for Debtor's Attorney in the amount of $16,513.75 on February 8, 2025.

NOTICE IS FURTHER GIVEN that objection to this Application, if any, shall be filed with the Clerk of Bankruptcy Court, 111 Seventh AVE SE, Box 15, Cedar Rapids, IA 52401-2101, the Debtors' attorney at the address stated below, the United States Trustee, 111 Seventh AVE SE, Box 17, Cedar Rapids, IA 52401-2101, and Douglas Flugum, Chapter 11 Trustee, Bugeye Ventures, Inc., PO BOX 308, Cedar Rapids, IA 52406-0308, **on or before March 3, 2025 at 4:30 p.m. or 11:59 p.m. on the court's ECF web site.**

NOTICE IS FURTHER GIVEN that if an objection is filed, it will be set for hearing by separate notice and that if no objection is filed, an order will be entered granting the approval and payment from available funds of the attorney fees and expenses requested in the Application.

The undersigned certifies a copy of this Notice, together with a copy of the Interim Application for Compensation of Attorney For Debtor, was served on all creditors and interested parties by electronic service or U.S. Mail according to the attached mailing matrix.

Dated: February 8, 2025                            Respectfully Submitted,

                                                                  /s/ Rush M. Shortley

Rush M. Shortley               7353
1921 51st Street NE
Cedar Rapids, IA 52402-2400
Telephone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 22-00744<br>Northern District of Iowa<br>Cedar Rapids<br>Sat Feb  8 08:31:35 CST 2025 | A+ Accounting Services<br>3726 Queen CT SW STE 108<br>Cedar Rapids, IA 52404-3903 | Adair 0365 with Union Bank as Secured Party<br>405 North 115th Street #100<br>Omaha, NE 68154-2507 |
| Adair 0388 with Union Bank as Secured Party<br>405 North 115th Street #100<br>Omaha, NE 68154-2507 | Amanda Clark<br>c/o Eric J Langston<br>601 S. Lindbergh Blvd., Flr 2<br>Frontenac, MO  63131 | Attorneys Process Service<br>705 East Post RD SE Unit 1<br>Cedar Rapids, IA 52403-2094 |
| Siobhan Briley<br>Pugh Hagan Prahm PLC<br>Pugh Hagan Prahm PLC<br>425 E. Oakdale Blvd.<br>Suite 201<br>Coralville, IA 52241-3404 | Carlton Railsback<br>1047 27th ST NE<br>Cedar Rapids, IA 52402-4124 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 |
| Charles Davisson<br>2040 Spoon Creek CT SE<br>Cedar Rapids, IA 52403<br>City of Cedar Rapids 52403-1941 | Dan Childers<br>Shuttleworth & Ingersoll, P.L.C.<br>235 6th Street SE<br>Cedar Rapids, IA 52401-1625 | City Finance Dept-Billing & Collections<br>PO BOX 2148<br>Cedar Rapids, IA 52406-2148 |
| City of Cedar Rapids<br>101 First ST SE<br>Cedar Rapids, IA 52401-1205 | City of Cedar Rapids<br>City Finance Dept-Billing & Collections<br>PO BOX 2148<br>Cedar Rapids, IA 52406-2148 | Amanda Clark<br>2050 Glass Road NE<br>Apt. 203<br>Cedar Rapids, IA 52402-3451 |
| Mari Davis<br>720 Center Point Rd NE<br>Cedar Rapids, IA 52402-4666 | Donnell and Shekita Tolbert<br>1714 6th AVE SE<br>Cedar Rapids, IA 52403-2612 | Dupaco Community Credit Union<br>3299 Hillcrest Road<br>Dubuque, IA 52001-3974 |
| Dupaco Community Credit Union<br>4615 Cross Pointe BLVD NE<br>Cedar Rapids IA 52411-6672 | Dupaco Community Credit Union<br>P.O. Box 179<br>Dubuque IA 52004-0179 | Dupaco Community Credit Union<br>c/o Tonya A. Trumm<br>1000 Main Street<br>Dubuque, IA  52001 |
| Elizabeth D. Jacobi<br>ATTN:  City Attorney's Office<br>101 First ST SE<br>Cedar Rapids, IA 52401-1205 | Elizabeth Jacobi<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | Douglas Dean Flugum<br>Bugeye Ventures, Inc.<br>PO BOX 308<br>CEDAR RAPIDS<br>Cedar Rapids, IA 52406-0308 |
| (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | GreenState Credit Union<br>c/o Siobhan Briley<br>425 E. Oakdale Blvd., Suite 201<br>Coralville, IA  52241 | John M. Heckel<br>John M Heckel PC<br>5250 N.Park PL NE<br>Ste 114<br>Cedar Rapids, IA 52402-6221 |
| Herbert Cunningham<br>1548 7th AVE SE<br>Cedar Rapids, IA 52403-2504 | (p)AEGIS LAW<br>601 S LINDBERGH BLVD<br>FRONTENAC MO 63131-2733 | Linn County Treasurer<br>935 2nd ST SW<br>Cedar Rapids, IA 52404-2164 |

| | | |
|---|---|---|
| Monox Group with Union Bank as Secured Party<br>405 North 115th Street #100<br>Omaha, NE 68154-2507 | Paw Control Wildlife Solutions<br>PO BOX 401<br>Hiawatha, IA 52233-0401 | Property Holders, LTD<br>PO BOX 2328<br>Cedar Rapids, IA 52406-2328 |
| Janet G. Reasoner<br> U.S. Trustee<br>111 7th Ave SE<br>Box 17<br>Cedar Rapids, IA 52401-2103 | Peter C. Riley<br>4040-1st Ave. NE<br>PO Box 998<br>Cedar Rapids, IA 52406-0998 | Ryan J. Prahm, Esq<br>425 E Oakdale BLVD STE 201<br>Coralville IA 52241-3404 |
| Sebrina Atkins<br>412 26th ST SE<br>Cedar Rapids, IA 52403-2911 | Rush M. Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA 52402-2400 | Tom Riley Law Firm, PLC<br>PO BOX 998<br>Cedar Rapids, IA 52406-0998 |
| Tonya A. Trumm<br>O'Connor & Thomas, P.C.<br>1000 Main Street<br>Dubuque, IA 52001-6874 | United States Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 | VERIDIAN CREDIT UNION<br>THE STARK COLLECTION AGENCY INC<br>PO BOX 45710<br>MADISON, WI 53744-5710 |
| Sarah J Wencil<br>DOJ-Ust<br>300 South 4th Street<br>Room 1015<br>Minneapolis, MN 55415-2247 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| GreenState Credit Union<br>PO Box 800<br>North Liberty, IA 52317 | (d)GreenState Credit Union<br>PO BOX 800<br>North Liberty IA 52317-0800 | (d)GreenState Credit Union<br>PO BOX 800<br>North Liberty, IA 52317-0800 |
| Eric J. Langston<br>Aegis Law<br>222 Third Ave SE<br>Ste 501, Ofc 6<br>Cedar Rapids, IA 52401 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (u)Ronald L. Detweiler | (d)Dupaco Community Credit Union<br>3299 Hillcrest Rd.<br>Dubuque, IA 52001-3974 |

| | | |
|---|---|---|
| (d)Dupaco Community Credit Union<br>4615 Cross Pointe BLVD NE<br>Cedar Rapids, IA 52411-6672 | (d)Dupaco Community Credit Union<br>P.O. Box 179<br>Dubuque, IA 52004-0179 | (d)Mari Davis<br>720 Center Point RD NE<br>Cedar Rapids, IA 52402-4666 |
| (d)Paw Control Wildlife Solutions<br>PO BOX 401<br>Hiawatha, IA 52233-0401 | (u)Cory Rath<br>Keller Williams Legacy Group | End of Label Matrix<br>Mailable recipients  42<br>Bypassed recipients   8<br>Total                50 |

# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| PROPERTY HOLDERS, LTD, | **Bankruptcy No.** 22-00744 |
| **Debtor.** | **Interim Application for Compensation of Attorney for Debtor** |

Rush M. Shortley, Attorney for Debtor, submits his application for compensation for services provided to and expenses incurred from June 12, 2023 through February 8, 2025 as follows:

1. Debtor filed its Voluntary Petition under Chapter 11, Subchapter V on November 21, 2022. Applicant's employment as Debtor's counsel was approved by this Court's order entered on December 13, 2022.

2. Since the filing of the petition, Applicant has performed the services for Debtor at the rate of $275.00 per hour as shown on the statement for services rendered and incurred no expenses in his representation as shown by applicant's invoice attached as Exhibit A.

3. All services have been performed for the purposes set out in Paragraph 6 of Debtor's Application for Employment of Counsel filed on November 21, 2022 at DOC 2.

4. Applicant now makes application for approval of attorney fees in the amount of $16,513.75 and expenses in the amount of $00.00 to be paid by Debtor in Possession from funds on hand.

WHEREFORE, Applicant respectfully requests that after notice to creditors and other parties in interest and, if necessary, hearing, Applicant be allowed $16,513.75 for professional services and $00.00 for expenses incurred for a total of $16,513.75 to be paid from Debtor's available funds and such other relief this Honorable Court finds agreeable to equity and good conscience.

Dated: February 8, 2025

Respectfully Submitted,

*/s/ Rush M. Shortley*

Rush M. Shortley                    7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor

# Rush M. Shortley
## Attorney at Law

1921 51st Street NE – Cedar Rapids, Iowa 52402

Statement of Account for:

February 8, 2025

Property Holders LTD
PO BOX 2328
Cedar Rapids, IA 52406-2328

| In Reference To: | Chapter 11 Bankruptcy Case | Invoice No. | 12859 |

FOR LEGAL SERVICES RENDERED:

Professional Services:

| Date | Description | Hours |
|---|---|---|
| 6/12/2023 | Office conference with Client re: Developing Objections to Mari Davis Claims. | 1.0 |
| 6/13/2023 | Telephone Conference Call with Doug Flugum & Chuck re: Reporting Requirements for Trustee. | 0.6 |
| 6/20/2023 | Preparation of Documents: Review & Revise May 2024 Monthly Report for Filing. File Report Electronically. | 0.5 |
| 6/23/2023 | Review and Reply to E-mail from Attorney Trumm re: Dupaco Appraisals. | 0.3 |
| | Telephone Conference with Client re: Attorney Trumm Email and Response. | 0.2 |
| 6/26/2023 | Telephone Conference with Trustee Douglas Flugum re: Format for Spreadsheets for Monthly Report and Other Matters | 0.5 |
| | E-mail to Client re: Transmit Dupaco Appraisals to Client. | 0.2 |
| 6/29/2023 | Review and Reply to E-mail from Client re: | 0.2 |
| 6/30/2023 | Review and Reply to E-mail from Attorney Trumm re: Missed Appraisal Appointment & Request for Sales Documents. | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. 12859 |
|---|---|---|

|  |  | Hours |
|---|---|---|
| 6/30/2023 | E-mail to Carrie Kasper & Client re: Closing of Sale on 357 17th ST SE, Cedar Rapids. | 0.2 |
|  | Preparation of Documents: Review & Revise June 2023 Monthly Report for Filing. File Monthly Report Electronically. | 0.5 |
| 7/7/2023 | Review June Bank Statements. | 0.3 |
|  | Telephone Conference with Client re: Catching Up with Debtor's Activities. | 0.2 |
|  | Review and Reply to Email from Douglas Flugum, Trustee re: Provision of Updated Spreadsheets. | 0.2 |
| 7/17/2023 | Review and Revise June Monthly Report Submitted by Client. | 0.5 |
| 7/18/2023 | Telephone Conference with Subchapter 5 Trustee re: Follow up on what he wants to see in the monthly reports. | 0.3 |
|  | Telephone Conference with Client re: June Monthly Report and Update Property Spreadsheets | 1.0 |
| 7/21/2023 | Telephone Conference with Client re: Update Dupaco Spreadsheet and Discussion of Sale of House Scheduled for Today. | 0.3 |
|  | Review Revised Exhibits to the Monthly Report. | 0.2 |
|  | E-mail to Client re: Request to Call Me regarding Exhibits to the Monthly Report. | 0.2 |
| 7/24/2023 | Telephone Conference with Robin Davisson re; Finalizing June Monthly Report. | 0.3 |
|  | Telephone Conference with Client re: June Monthly Report Details and Other Matters. | 0.2 |
|  | Preparation of Documents: Finalize Monthly Report and File with Copy to Client. | 0.7 |
| 7/27/2023 | Briefly Review Amended Claims of GreenState CU and Dupaco CU. | 0.3 |
|  | E-mail to Attorney Siobhan Briley re: Amended Claim of GSCU. | 0.2 |
|  | E-mail to Attorney Tonya Trumm re: Amended Claims 5 and 9. | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12859 |
|---|---|---|---|
| | | | Hours |
| 7/27/2023 | E-mail to Client re: Amended Claim of GSCU. | | 0.2 |
| | E-mail to Client re: Amended Claims of Dupacu CU. | | 0.2 |
| | Preparation of Documents - Review & Revise Amended Monthly Report for June 2023. File Document Electronically. | | 0.5 |
| 7/28/2023 | Review and Reply to Email from Cory Rath's Office re: Sale Failing. | | 0.2 |
| | Telephone Conference with Client re: Failure of Closing on Dupaco House Today and Cancellation of Sale Agreement. | | 0.2 |
| 8/14/2023 | E-mail to Client re: 1801 Bever AVE SE Closing. | | 0.2 |
| | E-mail to Attorney Trumm re: Release Needed for 1801 Bever AVE SE, Cedar Rapids. | | 0.2 |
| 8/21/2023 | Telephone Conference with Client re: Monthly Report and Updates to Spreadsheets. | | 0.4 |
| | Detailed Review July Monthly Report. | | 0.4 |
| 8/22/2023 | Review and Revise July Monthly Report. | | 0.5 |
| | Telephone Conference with Client's Assistant re: Changes Needed for Monthly Report. | | 1.0 |
| 8/23/2023 | Preparation of Documents: Revise Monthly Report and Spreadsheets According to Telephone Conversation with Client. | | 0.6 |
| | E-mail to Client re: Transmit Final Draft of July Monthly Report for Review. | | 0.2 |
| 8/24/2023 | Review and Revise Monthly Report for Dupaco & GreenState Spreadsheets. | | 0.3 |
| 8/25/2023 | Preparation of Documents - Review & Revise Monthly Report for July 2023. File Document Electronically. | | 0.5 |
| 9/20/2023 | Telephone Conference with Client re: Monthly Report, Current Listings, Etc. | | 0.4 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12859 |
|---|---|---|---|
| | | | Hours |
| 9/25/2023 | Telephone Conference Call re: Monthly Report with Doug Flugum, Chuck Davisson & Robin Davisson. | | 1.0 |
| 10/9/2023 | Preparation of Documents - Review & Revise Monthly Report for August 2023. File Document Electronically. | | 0.5 |
| 10/27/2023 | Review and Reply to E-mail from Client re: Need for a Cash Flow Plan as Recommended by the Trustee. | | 0.3 |
| 10/31/2023 | Telephone Conference with Client re: Options in Plan for Choosing of Properties to be Sold. | | 0.2 |
| 11/3/2023 | Preparation of Documents - Review & Revise Monthly Report for September 2023. File Document Electronically. | | 0.5 |
| 11/27/2023 | Telephone Conference with Client re: Updating Spread Sheets & Other Items. | | 0.4 |
| | Preparation of Documents: Update Spread Sheets for Monthly Report | | 1.0 |
| | Telephone Conference with Attorney Tonya Trumm re: Outstanding Appraisals. | | 0.2 |
| | E-mail to Attorney Tonya Trumm re: Improper Items listed on Payoff Letter for 357 17th ST SE for payment at closing. | | 0.5 |
| | Telephone Conference with Attorney Tonya Trumm re: Appraisal of 1720 Grande AVE SE and Collection of Attorney Fees, Costs and Appraisal Fees from Current Sale. | | 0.75 |
| | Telephone Conference with Client re: Review of Spreadsheets & Discussion of Getting Appraisal for 1720 Grande AVE SE. | | 0.2 |
| | Review October Monthly Statement and Exhibits & Email to Client re: Same. | | 0.3 |
| 11/28/2023 | Review and Reply to E-mails from Attorney Dan Suefferlein re: Title Problems with Sale of 357 17th ST SE. | | 0.6 |
| | Review and Reply to E-mail from Client re: Submission of Amended Monthly Report Draft. | | 0.5 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12859 |
|---|---|---|---|
| | | | Hours |
| 11/29/2023 | Review and Revise Final Version of October 2023 Monthly Report. File Document Electronically. | | 0.7 |
| | Telephone Conference with Client re: Review with Client of Final Version of October Monthly Report. | | 0.2 |
| | E-mail to Attorney Tonya Trumm re: Acceptance of New Payoff Letter. | | 0.2 |
| | E-mail to Douglas Flugum re: Transmit Copy of October Monthly Report and Excel Files of Big Spreadsheets. | | 0.2 |
| 12/6/2023 | Review and Reply to E-mail from Client re: Use of Counter Checks from Dupaco for DIP Account. | | 0.2 |
| 12/12/2023 | Telephone Conference with Client re: Interest Rates for Balance of Dupaco Loan at Resumption of Debt Service Under Plan. | | 0.2 |
| 1/4/2024 | Preparation of Documents: Prepare November Monthly Report for Filing. File Document Electronically. | | 0.6 |
| 1/23/2024 | Telephone Conferences with Client re: Status of Properties & Other Matters. | | 0.3 |
| | Exchange of E-mails with Trustee re: Today's Meeting & Forward Monthly Report. | | 0.3 |
| | Preparation of Documents: Work on Large Spreadsheets. | | 1.0 |
| | Preparation of Documents: Prepare December Monthly Report for Filing. | | 0.5 |
| 1/24/2024 | Review Listing Documents Sent by Realtor. | | 0.2 |
| 1/29/2024 | Telephone Conference with Attorney Briley re: Her Inquiry Regarding Payment of Delinquent Taxes. | | 0.2 |
| | Exchange of Emails with Client re: Listing of 1713 7th AVE SE Cedar Rapids. | | 0.3 |
| 2/2/2024 | Preparation of Documents - Review & Revise Monthly Report for December 2023. File Document Electronically. | | 0.5 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12859 |
|---|---|---|---|
| | | | Hours |
| 3/12/2024 | Preparation of Documents: Review and Prepare January 2024 Monthly Report for Filing. File Report. | | 0.5 |
| 3/25/2024 | Preparation of Documents: Review and Prepare February 2024 Monthly Report for Filing. File Report. | | 0.5 |
| 4/29/2024 | Telephone Conference with Client re: Status of 1720 Grande AVE SE after Payoff of 1748 C Ave 1st & 2nd Mortgages. | | 0.2 |
| 5/1/2024 | Telephone Conference with Client re: Dupaco Putting Hold on Proceeds of 1748 Sale. | | 0.2 |
| 5/6/2024 | Preparation of Documents - Review & Revise Monthly Report for March 2024. File Document Electronically. | | 0.5 |
| 5/28/2024 | Preparation of Documents - Review & Revise Monthly Report for April 2024. File Document Electronically. | | 0.5 |
| 6/11/2024 | Telephone Conference with Attorney Trumm re: Intent to File Motion for Relief from Stay | | 0.2 |
| | Telephone Conference with Client re: Phone Conversation with Attorney Trumm re: Intent to File Motion for Relief from Stay. | | 0.2 |
| 6/12/2024 | Preparation of Documents: Work on Draft of Objections to Joint Motion of GreenState CU and Dupaco CU for Relief from the Automatic Stay. | | 2.0 |
| 6/17/2024 | Preparation of Documents: Complete Objections to Joint Motion of GreenState CU and Dupaco CU for Relief from the Automatic Stay and Response to Joint Motion for Expedited Hearing. | | 5.0 |
| | File Objections to Joint Motion for Relief to the Automatic Stay and Response to Joint Motion for Expedited Hearing. | | 0.2 |
| 6/18/2024 | Attend Telephonic Hearing re: Joint Motion for Relief from Stay - With Pre-Hearing Preparation. | | 0.5 |
| | E-mail to Client re: Transmit Proceeding Memo & Order re: Joint Motion for Relief from Stay. | | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12859 |
|---|---|---|---|
| | | | Hours |
| 6/18/2024 | Telephone Conference with Client re: Telephonic Hearing on Joint Motion for Relief from Stay. | | 0.2 |
| 6/24/2024 | Review and Reply to E-mails from Client re: Hearing Preparation for Joint Motion to Lift Stay. | | 0.2 |
| 6/25/2024 | Telephone Conference with Client re: Preparation for Hearing on Joint Motion for Relief of Stay. | | 1.0 |
| 7/1/2024 | Office conference with Client re: Prepare for Hearing on Joint Motion for Relief from Stay. | | 4.0 |
| | Telephone Conference Call with Counsel for GreenState & Dupaco & Trustee re: Working Out a Settlement of the Joint Stay Motion. | | 0.7 |
| | Office conference with Client re: Follow Up to Conference Call with Opposing Counsel and Trustee for Discussing Resolution of Joint Motion for Relief from Stay. | | 0.5 |
| 7/2/2024 | Review and Reply to E-mails from Attorney Trumm re: Stipulated Motion and Order. | | 0.3 |
| | Review Insurance Renewals for GreenState Coverages for Transmittal to GreenState Counsel | | 0.5 |
| | Telephone Conference with Client re: Missing Insurance Renewal Notice. | | 0.2 |
| 7/10/2024 | Review and Reply to E-mail from Attorney Trumm re: Meeting at Dupaco on July 30. | | 0.2 |
| 7/11/2024 | Preparation of Documents - Review & Revise Monthly Report for May 2024. File Document Electronically. | | 0.5 |
| 7/15/2024 | Review and Reply to E-mail from Client re: Chuck Davisson's Email from July 10. | | 0.2 |
| 7/26/2024 | E-mail to Client re: Missing June 2024 Dupaco Bank Statement. | | 0.2 |
| | E-mail to Client re: Request for 1841 Washington AVE SE Sale Documents and Preliminary Closing Statement. | | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12859 |
|---|---|---|---|
| | | | Hours |
| 7/29/2024 | Telephone Conference with Client re: Insurance Documents and Meeting Tomorrow. | | 0.2 |
| 7/30/2024 | Office conference with Client re: To Prepare Documents for Meeting with Dupaco & GreenState. | | 0.5 |
| | Meeting with Dupaco & GreenState re: Attempt to Settle Current Joint Stay Motion. | | 3.5 |
| 7/31/2024 | Review and Reply to E-mail from Client re: Request for Information for Property Updates to Secured Creditors. | | 0.2 |
| 8/6/2024 | Preparation of Documents - Review & Revise Monthly Report for June 2024. File Document Electronically. | | 0.5 |
| 8/11/2024 | Review and Reply to E-mail from Attorney Eric Lam re: Request for Release of Property Holders banking records for matter involving F&M Bank. | | 0.2 |
| | E-mail to Client re: Forward Eric Lam Email to Client for Response to Request for Release of Property Holders Banking Records to Mr. Lam for F&M Bank Litigation with Other Corporate Party. | | 0.2 |
| 8/19/2024 | Preparation of Documents - Review & Revise Monthly Report for July 2024. File Document Electronically. | | 0.5 |
| 10/1/2024 | Preparation of Documents - Review & Revise Monthly Report for August 2024. File Document Electronically. | | 0.5 |
| 10/23/2024 | Telephone Conference with Client re: Providing Information for Objection to Mari Davis Application for Compensation. | | 0.2 |
| | E-mail to Client re: Forward Email from Julie Hubbell regarding Damage to Client Property. | | 0.2 |
| 10/24/2024 | E-mail to Client re: Providing Information for Objection to Mari Davis Application for Compensation. | | 0.3 |
| | Preparation of Documents: Review and Prepare September 2024 for Filing. File Document Electronically. | | 0.5 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12859 |
|---|---|---|---|
| | | | Hours |
| 11/11/2024 | Email to Client and Review and Reply to E-mail from Client re: Mari Davis Application. | | 0.2 |
| 11/22/2024 | Preparation of Documents - Review & Revise Monthly Report for October 2024. File Document Electronically. | | 0.5 |
| 12/19/2024 | E-mail to Client re: Forward Email from GreenState Attorney re: Request for Insurance Claim Information. | | 0.2 |
| | Review and Reply to E-mail from Attorney Nielson re: Request for Insurance Claim Information from a 2021 Fire in Debtor Property at 1933 Higley Avenue. | | 0.2 |
| | Review File and Appraisal Information re: 1933 Higley AVE in Cedar Rapids. | | 0.3 |
| | Telephone Conference with Client re: GreenState Request for Insurance Information on 1933 Higley AVE and Events Surrounding Claim. | | 0.3 |
| 1/6/2025 | Preparation of Documents - Review & Revise Monthly Report for November 2024. File Document Electronically. | | 0.5 |
| 1/13/2025 | Review Email from Tonya Trumm with Attachment Regarding State Farm Insurance Coverages. | | 0.2 |
| | Telephone Conference with Client re: Tonya Trumm Email Regarding Status of State Farm Insurance Coverages. | | 0.2 |
| 1/14/2025 | E-mail to Attorney Trumm re:Transmitting Status of State Farm Insurance Coverages. | | 0.2 |
| 1/20/2025 | Preparation of Documents - Review & Revise Monthly Report for December 2024. File Document Electronically. | | 0.5 |
| 2/7/2025 | Review Email from Client re: Dupaco placing hold on proceeds check from sale of property. | | 0.2 |
| | E-mail to Attorney Tonya Trumm re: Hold Placed on Property Proceeds Check as Violation of Automatic Stay. | | 0.2 |
| | Review Closing Documents for Sale of Debtor's Real Estate Property. | | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | | Invoice No. | 12859 |
|---|---|---|---|---|
| | | | | Hours |
| 2/8/2025 E-mail to Client re: Property Insurance and Other Matters. | | | | 1.0 |
| | | | | Amount |
| Fee for professional services | | | 60.05 | $16,513.75 |
| Previous balance | | | | $11,334.81 |
| Payment & Adjustment Information | | | | |
| 10/14/2023 Payment - Thank You | | | | ($2,500.00) |
| 11/9/2023 Payment - Thank You | | | | ($2,000.00) |
| 12/9/2023 Payment - Thank You | | | | ($6,834.81) |
| Total payments and adjustments | | | | ($11,334.81) |
| Balance due | | | | $16,513.75 |

DUE AND PAYABLE ON RECEIPT!

Interest will accrue on unpaid balances at the rate of 8% per annum (0.67% per month). Payment of the entire balance due on this bill within 10 days of the date of the original invoice or by the last day of the month in which the bill is rendered, whichever is earlier, will prevent interest being charged on any part of the balance due.