```
                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF IOWA


IN RE:                            )
                                  )      CASE NO. 22-00744
Debtor: Property Holders, LTD     )
                                  )
        Debtor.                   )      CHAPTER 11
```

### ORDER GRANTING TRUSTEE'S FIFTH INTERIM FEE APPLICATION

The mater before the Court is the Fifth Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum, filed on January 20, 2025 (doc. 240). The motion was served with a bar date notice on all creditors and parties in interest on February 10, 2025 (doc. 241). The deadline to file objections was February 10, 2025. No objections have been filed with the court and the time for filing them has passed.

**IT IS THEREFORE ORDERED** that the Fifth Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum is granted in the requested amounts of $4,275.00 for fees and $0.00 for expenses (Total of $4,275.00).

**IT IS FURTHER ORDERED** that a judgment for $4,275.00 is entered against Debtor Property Holders, LTD. in favor of Applicant.

Dated and entered:           _____
                                         Bankruptcy Judge

February 10, 2025