United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00744-TJC |
| Property Holders, LTD | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 25, 2025 | Form ID: canclhrg | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Property Holders, LTD, PO BOX 2328, Cedar Rapids, IA 52406-2328 |
| cr | + | Amanda Clark, 2050 Glass Road NE, Apt. 203, Cedar Rapids, IA 52402-3451 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: agleason@dupaco.com | Feb 25 2025 21:04:00 | Dupaco Community Credit Union, 3299 Hillcrest Road, Dubuque, IA 52001-3974 |
| cr | | Email/Text: bkdesk@greenstate.org | Feb 25 2025 21:04:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 27, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dan Childers | on behalf of Debtor Property Holders LTD drc@shuttleworthlaw.com, beth@shuttleworthlaw.com |
| Douglas Dean Flugum | dflugum@bugeyeventures.com |

District/off: 0862-1　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Feb 25, 2025　　　　　　　　　　　　　Form ID: canclhrg　　　　　　　　　　　　Total Noticed: 4

Eric J. Langston
    on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

John M. Heckel
    on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com

Mari Davis
    iahomelocators@yahoo.com

Peter C. Riley
    on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com

Rush M. Shortley
    on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com

Sarah J Wencil
    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Siobhan Briley
    on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com
    Briley.SiobhanB143694@notify.bestcase.com;eryan@pughhagan.com

Tonya A. Trumm
    on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  tthul-theis@octhomaslaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 12

canclhrg 7/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Property Holders, LTD

Chapter 11

Bankruptcy No. 22–00744

Debtor

## NOTICE CANCELING HEARING
## ON APPLICATION/MOTION TO PAY PROPERTY HOLDERS' ADMINISTRATOR'S SALARY/EXPENSES AS AN ADMINISTRATIVE EXPENSE DURING PENDENCY OF CHAPTER 11, SUB CHAPTER V BANKRUPTCY (DOC. 131)

To:

Rush M. Shortley, Peter C. Riley, and Dan Childers Attorneys for Debtor
Douglas Dean Flugum, Trustee
United States Trustee
John M. Heckel, Attorney for Mari Davis

**NOTICE IS HEREBY GIVEN** that the above matter(s) scheduled for February 25, 2025 at 1:00 PM is hereby **CANCELED**.

Date: February 25, 2025

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk