UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| **PROPERTY HOLDERS, LTD,**<br><br>    **Debtor** | Chapter 11<br>Case No.  22-00744<br><br>**WITHDRAWAL OF LIMITED APPEARANCE** |

    The Undersigned Counsel, being reliably informed that attorney Rush M. Shortley is now able to return to his normal schedule, does hereby withdraw his limited appearance in the above captioned case.

    /s/  Dan Childers
Dan Childers                              AT0001422
SHUTTLEWORTH & INGERSOLL PLC
235 6th Street SE
PO Box 2107
Cedar Rapids, IA  52406-2107
Phone: 319-365-9461
Fax: 319-365-8443
E-mail:  drc@shuttleworthlaw.com

---

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on March 5, 2025.

By: /s/   **Beth Hawker**