**Fill in this information to identify the case:**

Debtor Name __Property Holders, Ltd__

United States Bankruptcy Court for the: Northern District of Iowa

Case number: __22-00744__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11       12/17

Month: __February, 2025__

Date report filed: __3/31/2025__
MM / DD / YYYY

Line of business: __Property Inv. & Rental__

NAISC code: __5313__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Charles Davisson, President__

Original signature of responsible party _(signature)_

Printed name of responsible party __Charles Davisson__

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Property Holders, Ltd

Case number 22-00744

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____ 17.30

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____ 10,879.28

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ _____ 9,007.33

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____ 1,871.95

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____ 1,889.25

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____ $1,000

*(Exhibit E)*

Debtor Name  Property Holders, Ltd

Case number 22-00744

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____ 0

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                                   _____ 1

27. What is the number of employees as of the date of this monthly report?                      _____ 1

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 59,229.66

30. How much have you paid this month in other professional fees?                                      $ _____ 0

31. How much have you paid in total other professional fees since filing the case?                    $ _____ 0

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,050.00 | − | $ 10,879.28 | = | $ 1,170.72 |
| 33. **Cash disbursements** | $ 12,000.00 | − | $ 9,007.33 | = | $ 2,992.67 |
| 34. **Net cash flow** | $ 50.00 | − | $ 1,871.95 | = | $ -1,821.95 |

35. Total projected cash receipts for the next month:                                              $ 12,050.00

36. Total projected cash disbursements for the next month:                                      − $ 12,000.00

37. Total projected net cash flow for the next month:                                             = $ 50.00

---

Debtor Name  Property Holders, Ltd

Case number 22-00744

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

Print     Save As...     Reset

**Exhibit A – unpaid bills**
**February, 2025**

No unpaid bills. See Exhibit E.

**<u>Exhibit C</u>**
February, 2025
Rents Received, sale proceeds, credits etc.

<u>GSCU mortgages:</u>

**838 15th St SE**
$994.23

**1713 7th Ave SE**
$1,400.00

**1818 7th Ave SE**
$1,150.00

**TOTAL:** $3,544.23

<u>DUPACO mortgages:</u>

**3824 Indiandale Circle SE**
$2,100.00

**1025 20th St SE**
$1,100.00

**1714 6th Ave SE**
$300
$700

**1734 5th Ave SE**
$800

**TOTAL:** $5,000.00

**GRAND TOTAL:** $8,544.23

**Exhibit D**
**Listing of Check/ACH/Credit Card/Cash Disbursements**
**February, 2025**

| Date | Check # etc | Payee | Amount | Purpose |
|---|---|---|---|---|
| Feb 1, 2025 | Ck# 2002 | Mr. Michael White | $744.00 | Subcontractor (1714 6th Ave SE) |
| Feb 1, 2025 | Payment | Mr. Jeff Nickels | $850.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 3, 2025 | Ck# 2001 | Ms. Amanda Crane | $293.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 3, 2025 | ACH | Alliant | $459.29 | Utilities |
| Feb 3, 2025 | Ck# 2195 | Ms. Amanda Crane | $348.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 3, 2025 | Payment | Mr. Jeff Nickels | $500.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 6, 2025 | Ck# 2115 | Linn Co Treasurer | $383.00 | Registration fees |
| Feb 7, 2025 | Fee | DUPACO | $10.70 | Card replacement fee |
| Feb 7, 2025 | Ck# 2117 | Linn Co Treasurer | $383.00 | Fees |
| Feb 7, 2025 | Withdraw | Mr. Chuck Davisson | $800.00 | 2916 Iowa Ave SE |
| Feb 8, 2025 | Payment | Mr. Chris Avinger | $1040.00 | Subcontractor (1714 6th Ave SE) |
| Feb 8, 2025 | Ck# 2166 | Ms. Courtney Delong | $560.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 8, 2025 | Ck# 2165 | Ms. Amanda Crane | $390.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 10, 2025 | Payment | Mr. Chris Avinger | $800.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 10, 2025 | Payment | Mr. Jeff Nickels | $900.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 10, 2025 | Payment | Ms. Amanda Crane | $700.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 10, 2025 | Payment | Mr. Michael White | $800.00 | Subcontractor (1714 6th Ave SE) |
| Feb 10, 2025 | Payment | Ms. Tisha White | $900.00 | Subcontractor (1714 6th Ave SE) |
| Feb 10, 2025 | Payment | Mr. Wes Pickens | $2250.00 | Floor refinishing (1047 27th St SE) |
| Feb 10, 2025 | Payment | Menards | $3700.00 | Supplies (1047 27th St SE) |
| Feb 10, 2025 | Payment | Kenway | $300.00 | Sewer 1714 6th Ave SE |
| Feb 10, 2025 | CC | USA Construction | $2655.00 | Roof (1047 27th St SE) |
| Feb 10, 2025 | Payment | Mr. Wes Pickens | $2100.00 | Floor refinishing (2916 Iowa Ave SE) |
| Feb 10, 2025 | CC | Linn County Treasurer | $561.47 | Registration renewal |
| Feb 11, 2025 | Payment | ADC Dumpster | $900.00 | 1047 27th St SE |
| Feb 11, 2025 | Payment | Menards | $2000.00 | Supplies (1714 6th Ave SE) |
| Feb 12, 2025 | ACH | State Farm | $1568.19 | Insurance |

| Feb 12, 2025 | ACH | State Farm | $2915.88 | Insurance |
|---|---|---|---|---|
| Feb 12, 2025 | ACH | State Farm | $2915.88 | Insurance |
| Feb 12, 2025 | Payment | Ms. Tisha White | $900.00 | Subcontractor (1714 6th Ave SE) |
| Feb 14, 2025 | Payment | Mr. Wes Pickens | $2000.00 | Floor refinishing (1714 6th Ave SE) |
| Feb 14, 2025 | Payment | Linn Co Sheriff | $60.00 | Eviction for 351 20th SE |
| Feb 18, 2025 | Ck# 21 | Mr. Michael White | $760.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 18, 2025 | Payment | Mr. Jeff Nickels | $800.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 19, 2025 | Ck# 4005 | CR Municipal | $217.88 | Utilities |
| Feb 20, 2025 | ACH | Homesite | $155.50 | Insurance |
| Feb 20, 2025 | CC | CR Sheet Metal | $337.23 | Supplies (1714 6th Ave SE) |
| Feb 21, 2025 | ACH | Alliant | $285.18 | Utilities |
| Feb 21, 2025 | ACH | MidAmerican | $1047.80 | Utilities |
| Feb 21, 2025 | Payment | Mr. Jeff Nickels | $200.00 | Subcontractor (1714 6th Ave SE) |
| Feb 22, 2025 | Cashier's Check | USA Construction | $1305.00 | Roof (2916 Iowa Ave SE) |
| Feb 23, 2025 | CC | CR Sheet Metal | $182.72 | Supplies (2021 Grand Ave SE) |
| Feb 24, 2025 | ACH | Alliant | $115.07 | Utilities |
| Feb 24, 2025 | ACH | Alliant | $291.12 | Utilities |
| Feb 24, 2025 | Ck# 2003 | Ms. Courtney Delong | $434.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 24, 2025 | Ck# 2002 | Mr. Michael White | $875.00 | Subcontractor (2916 Iowa Ave SE) |
| Feb 24, 2025 | Ck# 2216 | CR Municipal | $322.00 | Utilities |
| Feb 24, 2025 | Ck# 2 | Mr. Jim Arthurs | $400.00 | Appraisal |
| Feb 24, 2025 | Cashiers Ck | GSCU | $41,002.74 | 005 Loan Payment |
| Feb 25, 2025 | Payment | Mr. Jeff Nickels | $2000.00 | Subcontractor (2021 Grand Ave SE) |
| Feb 26, 2025 | Ck# 4006 | Mr. Douglas Flugum | $1000.00 | Professional expense |
| Feb 26, 2025 | Cashier's Ck | Merfferds Auto | $712.00 | Work vehicle repair |
| Feb 28, 2025 | Cashier's Ck | GSCU | $5000.00 | 005 Loan Payment |

**Exhibit E**
Unpaid Bills
February, 2025

Mr. Flugum was paid $1000 on Feb 16, 2025, bringing all unpaid bills to current.

**Exhibit F**
Accounts Receivable as of February 28, 2025

**GSCU Rents:**

None.

**DUPACO Rents:**

**1025 20th St SE**
$300.00

**351 20th St SE**
$1,100.00

**2842 14th Ave SE**
$1,100.00

**1734 5th Ave SE**
$400.00

**2164 Blake Blvd SE**
$1,260.00



STATEMENT PERIOD:          PAGE:
02/01/2025 to 02/28/2025          1 of 3

P.O. Box 179
Dubuque, IA  52004-0179

ELECTRONIC SERVICE REQUESTED

(800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328



| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 1,889.25 | -93,335.65 | 105,569.53 | 14,123.13 |

Titles: Estate of Property Holders, LTD Debtor  in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/01 | Previous Balance | | | 1,889.25 |
| 02/01 | Check #2002 | 744.00 | | 1,145.25 |
| 02/01 | Jeff Nichols | 850.00 | | 295.25 |
| 02/03 | Check #2001 | 293.00 | | 2.25 |
| 02/03 | Transfer Deposit | | 300.00 | 302.25 |
| 02/03 | Tfr from XXXXX0898 Transfer Deposit Estate of Property H, in Possess in Possession BK Case No. 22-00744 Estate of Pr | | 1,100.00 | 1,402.25 |
| 02/03 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 459.29 | | 942.96 |
| 02/03 | Check #2195 | 348.00 | | 594.96 |
| 02/03 | Jeff Nickels | 500.00 | | 94.96 |
| 02/06 | Transfer Deposit | | 800.00 | 894.96 |
| 02/06 | Check #2115 | 538.00 | | 356.96 |
| 02/07 | Replace MoneyCard Fee | 10.70 | | 346.26 |
| 02/07 | Transfer Deposit | | 700.00 | 1,046.26 |
| 02/07 | Check #2117 | 383.00 | | 663.26 |
| 02/07 | Tfr from XXXXX0823 Transfer Deposit Estate of Property H, in Possess in Possession BK Case No. 22-00744 Estate of Pr | | 97,000.00 | 97,663.26 |
| 02/07 | Withdrawal | 850.00 | | 96,813.26 |
| 02/08 | Tfr from XXXXX0823 Transfer Deposit Estate of Property H, in Possess in Possession BK Case No. 22-00744 Estate of Pr | | 994.23 | 97,807.49 |
| 02/08 | Chris Avinger | 1,040.00 | | 96,767.49 |
| 02/08 | Check #2166 | 560.00 | | 96,207.49 |
| 02/10 | Check #2165 | 390.00 | | 95,817.49 |
| 02/10 | Chris Avinger | 800.00 | | 95,017.49 |
| 02/10 | Jeff Nichols | 900.00 | | 94,117.49 |
| 02/10 | Amanda Crane | 700.00 | | 93,417.49 |
| 02/10 | Michael White | 800.00 | | 92,617.49 |
| 02/10 | Tisha White | 900.00 | | 91,717.49 |
| 02/10 | Wes Pickens | 2,250.00 | | 89,467.49 |
| 02/10 | Menards | 3,700.00 | | 85,767.49 |
| 02/10 | Kenway | 300.00 | | 85,467.49 |
| 02/10 | Cashier's Check Purchase | 2,655.00 | | 82,812.49 |
| 02/10 | Wes Pickens | 2,100.00 | | 80,712.49 |
| 02/10 | Cashier's Check Purchase | 561.47 | | 80,151.02 |
| 02/11 | ADC Dumpster | 900.00 | | 79,251.02 |
| 02/11 | Withdrawal | 2,000.00 | | 77,251.02 |



| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/12 | ACH Debit CPC-CLIENT STATE FARM RO 08 ID9000313400 | 1,568.19 | | 75,682.83 |
| 02/12 | ACH Debit CPC-CLIENT STATE FARM RO 08 ID9000313400 | 2,915.88 | | 72,766.95 |
| 02/12 | ACH Debit CPC-CLIENT STATE FARM RO 08 ID9000313400 | 2,915.88 | | 69,851.07 |
| 02/12 | Tisha White | 900.00 | | 68,951.07 |
| 02/14 | Wes Pickens | 2,000.00 | | 66,951.07 |
| 02/14 | Linn County Sheriff | 60.00 | | 66,891.07 |
| 02/18 | Check #21 | 760.00 | | 66,131.07 |
| 02/18 | Eviction Refund | | 25.30 | 66,156.37 |
| 02/18 | Transfer Deposit | | 2,100.00 | 68,256.37 |
| 02/18 | Jeff Nickels | 800.00 | | 67,456.37 |
| 02/19 | Check #4005 | 217.88 | | 67,238.49 |
| 02/20 | ACH Debit INS PREM HOMESITE ID1043361207 | 155.50 | | 67,082.99 |
| 02/20 | MC Purchase CEDAR RAPIDS SHEET MET CEDAR RAPIDS SHEET MET CEDAR RAPIDS IA #3859 #5008 | 337.23 | | 66,745.76 |
| 02/21 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 285.18 | | 66,460.58 |
| 02/21 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 1,047.80 | | 65,412.78 |
| 02/21 | Jeff Nicholes | 200.00 | | 65,212.78 |
| 02/22 | Cashier's Check Purchase | 1,305.00 | | 63,907.78 |
| 02/23 | MC Purchase CEDAR RAPIDS SHEET MET CEDAR RAPIDS SHEET MET CEDAR RAPIDS IA #3859 #5008 | 182.72 | | 63,725.06 |
| 02/24 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 115.07 | | 63,609.99 |
| 02/24 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 291.12 | | 63,318.87 |
| 02/24 | Check #2003 | 434.00 | | 62,884.87 |
| 02/24 | Check #2002 | 875.00 | | 62,009.87 |
| 02/24 | Check #2216 | 322.00 | | 61,687.87 |
| 02/24 | Check #2 | 400.00 | | 61,287.87 |
| 02/24 | Cashier's Check Purchase | 41,002.74 | | 20,285.13 |
| 02/25 | Jeff Nicholes | 2,000.00 | | 18,285.13 |
| 02/26 | Check #4006 | 1,000.00 | | 17,285.13 |
| 02/26 | Tfr from XXXXX0898 Transfer Deposit Estate of Property H, in Possess in Possession BK Case No. 22-00744 Estate of Pr | | 1,150.00 | 18,435.13 |
| 02/26 | Cashier's Check Purchase | 712.00 | | 17,723.13 |
| 02/26 | Transfer Deposit | | 1,400.00 | 19,123.13 |
| 02/28 | Cashier's Check Purchase | 5,000.00 | | 14,123.13 |
| 02/28 | Ending Balance | | | 14,123.13 |

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 02/24 | 400.00 | 2002 * | 02/01 | 744.00 | 2165 * | 02/10 | 390.00 | 4005 * | 02/19 | 217.88 |
| 21 * | 02/18 | 760.00 | 2003 | 02/24 | 434.00 | 2166 | 02/08 | 560.00 | 4006 | 02/26 | 1,000.00 |
| 2001 * | 02/03 | 293.00 | 2115 * | 02/06 | 538.00 | 2195 * | 02/03 | 348.00 | | | |
| 2002 | 02/24 | 875.00 | 2117 * | 02/07 | 383.00 | 2216 * | 02/24 | 322.00 | | | |



## EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

## IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
  • Your name and account number.
  • The dollar amount of the suspected error.
  • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item
    you are unsure about.
    You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    1. Tell us your name and account number.
    2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or
       why you need more information.
    3. Tell us the dollar amount of the suspected error.
    We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|--------|--------|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ..................... $ _____

Add Deposits
Not Shown on
this Statement.............. $ _____

Subtotal........................ $ _____

Subtract Total
Outstanding Drafts........ $ _____

Equals Adjusted
Ending Balance............. $ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

NCUA    National Credit Union
        Administration, a U.S.
Government Agency

EQUAL HOUSING OPPORTUNITY

**Progress/plans narrative**
**February/March 2025**

At this time renovations have been completed and the following two additional DUPACO properties have been listed for sale (by Kelly Bemus of Skogman Realty):

1047 27th St NE
2916 Iowa Ave SE

With sale of these properties, this should provide enough in net sales to be very close, if not meet the agreed-upon target amount of $950,000.00 for the remaining mortgages as well as bringing taxes current.

This will leave 16 DUPACO properties with a current market value of approximately $3,100,000 and a mortgaged amount of approximately $950,000.00, which is 30.6% LTV. With the remaining six properties left after GSCU is paid off, the roughly $1,100,000 in market value will give the entire portfolio a value of $4,200,000.

Also, on the DUPACO side, following the suggestion of the trustee, we are focusing on adding additional properties for the rental part of the business - so we are currently preparing 2021 Grande Ave SE for rental.

Now that we have two more DUPACO houses listed, and following the trustee's recommendation of returning to a single-family rental business and working toward that goal, we will then return to the priority of paying off GSCU and will turn to renovating 1719 Bever Ave SE to prepare it for sale in early summer 2025.

**Use of proceeds from sale of 825 18th St SE**

1) $51,000 to pay toward GSCU loan 005
2) $16,513.75 to pay Mr. Rush Shortley for professional expenses (approximately two years-worth of Mr. Shortley's fees that he had kindly held off billing for until funds were available).
3) $7,399.95 to State Farm for insurance premiums
4) $2,100 for utilities
5) $1,300 for Iowa Ave SE roof
6) $2655 for 1047 27th St roof
7) $2250 for 1047 27th St floor renovation
8) $2100 for Iowa Ave SE floor renovation
9) $2000 for 1714 6th Ave SE floor renovation
10) $1200/week for supplies to finish houses to be listed (2916 Iowa Ave SE and 1047 27th St SE); and to prepare 2021 Grande Ave for rental