UNITED STATES BANKRUPTCY COURT FOR NORTHERN DISTRICT OF IOWA

In re Property Holders LTD                                      Bankruptcy NO 22-00744

MOTION TO CONTINUE HEARING

Claimant Mari Davis moves the Curt to continue the hearing set April 24,2025@10:30AM

1]Ms. Davis supposed has become ill with seizures and is waiting further tests by a neurologist. He is on restricted activity at home. The claimant is the only one available to care for him

2]Counsel for Property Holders has been contacted and has consented to a continuance.

3] No prejudice to either party would accrue due to a continuance

Wherefore it is requested this matter be continued to a later date.

s/_____

Attorney John M Heckel

 #AT0003289

5250 North Park Place NE Suite 114

Cedar Rapids, Iowa 52402 319-373-1989

 [tel ] 319-373-1989  Heckellaw@JMHeckel.co