# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| PROPERTY HOLDERS, LTD, | **Bankruptcy No.** 22-00744 |
| **Debtor.** | **Consent to Motion for Continuance** |

Debtor, by Rush M. Shortley, its attorney, states as follows:

Debtor consents to entry of an order granting the continuance of the hearing set for 10:30 AM on April 24, 2025 as requested in the motion for continuance filed on behalf of the claimant Mari Davis at DOC 258 on April 22, 2025.

Dated: April 22, 2025

Respectfully Submitted,

_/s/ Rush M. Shortley_                                    7353
Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor