UNITED STATES BANKRUPTCY COURT FOR NORTHERN DISTRICT OF IOWA

In re Property Holders LTD                                    Bankruptcy NO 22-00744

Order continuing hearing

The claimant's motion to continue is before the Court. The Court finds good cause for a continuance.

It is therefore ordered the hearing on Claimant's administrative expenses set April 24, 2025 is continued. Counsel for Claimant shall notify the Court when they want to reset the hearing.

Dated and Entered:
April 22, 2025

_____
United states Bankruptcy judge