# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| | **Bankruptcy No.** 22-00744 |
| PROPERTY HOLDERS, LTD, | |
| **Debtor.** | **Motion for Continuance** |

Debtor, by Rush M. Shortley, its attorney, requests relief as follows:

1. Douglas D. Flugum, Trustee, filed his motion to compel payment of his fees and expenses ordered by the court on February 10, 2025 (DOC 256 & 245).

2. A telephonic hearing on this motion has been set for Friday, May 9, 2025 at 11:45 AM.

3. Undersigned counsel has been notified that this hearing conflicts with an earlier-set in-court hearing in the Estate of Charles Leroy Davisson in the Iowa District Court set for May 9, 2025 at 11:30 AM. Attorney Peter C. Riley and Charles Davisson, President of Property Holders, LTD must personally appear at this hearing. See attached email from Peter C. Riley and order entered by Iowa District Court.

4. Both Mr. Riley, attorney of record for Debtor, and Mr. Davisson, President of Debtor, wish to attend the hearing set on Mr. Flugum's motion to compel and have requested undersigned counsel to request a continuance of the above-described hearing to enable their attendance.

WHEREFORE, Debtor requests that the telephonic hearing set for May 9, 2025 at 11:45 AM be continued to another date and time to permit the attendance of Mr. Riley and Mr. Davisson and for such other relief this Honorable Court finds agreeable to equity and good conscience.

Dated: May 7, 2025

Respectfully Submitted,

Rush M. Shortley                    7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor

# Rush Shortley

**From:** Peter Riley <PeterR@trlf.com>
**Sent:** Tuesday, May 6, 2025 1:45 PM
**To:** Rush Shortley
**Cc:** coachcdavisson@aol.com
**Subject:** FW: Courtesy NEF RE: 06571 ESPR044516

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Rush:

This is the hearing we have on Friday May 9, 2025.

Peter C. Riley
Tom Riley Law Firm, P.L.C.
4040 1st Avenue NE
Cedar Rapids, IA 52402
Phone: (319) 363-4040
Fax: (319) 363-9789
Email: peterr@trlf.com



This email, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and then please delete it. Thank you!

**From:** noreply@iowacourts.gov <noreply@iowacourts.gov>
**Sent:** Friday, April 4, 2025 1:10 PM
**To:** Peter Riley <peterr@trlf.com>
**Subject:** Courtesy NEF RE: 06571 ESPR044516

## ****** IMPORTANT NOTICE - READ THIS INFORMATION *****
## NOTICE OF ELECTRONIC FILING OR PRESENTATION [NEF]

| | |
|---|---|
| **A filing has been submitted to the court RE:** | 06571 ESPR044516 |
| **Judge:** | |
| **Official File Stamp:** | 04/04/2025 10:20 AM |
| **Court:** | LINN |
| **Case Title:** | ESTATE OF CHARLES LEROY DAVISSON |

1

**Document(s) Submitted:**

OTSC-ORDER TO SHOW CAUSE HEARING 05/09/2025 11:30 AM RE CLOSING ESTATE-COPY TO LINN COUNTY SHERIFF TO SERVE CHRISTOPHER BRUNS

**Filed by or in behalf of:**

You may review this filing by clicking on the following link to take you to your cases.

This notice was automatically generated by the courts auto-notification system.

**The electronic filing system has served the following people**
CHARLES ALLEN DAVISSON by PETER CRAIG RILEY
IOWA ESTATE RECOVERY PROGRAM
PETER CRAIG RILEY for CHARLES ALLEN DAVISSON, CHARLES LEROY DAVISSON

**PARTIES NOT SERVED BY EDMS**
**The Iowa Electronic Document Management System has not served the following parties. Per rule 16.315(2), the filing party must serve a paper copy of the filed document(s) on the following parties in the manner required by Iowa Court Rules. \***

**Note:** The rules define the clerk of court as responsible for service of court-generated documents. Additionally on small claims cases that by statute can be served by certified mail, when the filer has selected and paid for certified mail in the electronic filing system or at the clerk of court office, the clerk of court is responsible for service of the original notice and answer and appearance by certified mail in accordance with the Code of Iowa.

*The moving party or the individual who filed it is responsible for service of a document if it was not served by EDMS. That includes, but is not limited to, service of all petitions and original notices [rule 16.314(3)], service of documents on all parties seeking to intervene or nonparties [rule 16.319], service of all documents on non-registered parties [rule 16.315(2)], and service of all documents proposed for restricted access and filed under an order restricting access [rule 16.405(4)].

PLEASE DO NOT REPLY TO THIS EMAIL. Responses go to an email box that is not monitored. To receive help, follow the instruction on the 'Support' link on the efiling website.

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| ESTATE OF CHARLES LEROY DAVISSON | Case No. 06571  ESPR044516 |
|---|---|
| | **ORDER** |
| | **Dated:  04/04/2025** |

TO (Fiduciary(ies) in the above-entitled matter):   DAVISSON, CHARLES ALLEN

TO (Attorney of record in the above-entitled matter):   RILEY, PETER CRAIG

The Court, having this date examined the file in the above-captioned cause,
now finds the following has not been timely filed or resolved:

    Close Estate

The order of 1-30-25 granted until 3-31-25 to close this estate. Nothing has been filed.

IT IS HEREBY ORDERED, therefore, that you personally appear before a Judge of this Court. **Hearing is scheduled on 05/09/2025 at 11:30 AM  at the Linn County Courthouse, 3rd Avenue Bridge, Cedar Rapids, IA.**   Then and there you shall show cause why you should not be removed as fiduciary(ies) in this cause, all as provided in Section 633.65, Code of Iowa.  **Failure to appear for this hearing may result in the issuance of an arrest warrant.**

IT IS FURTHER ORDERED that at such time and place the Court will consider the matter of the adjustment of fees of fiduciary(ies) and attorney pursuant to the provisions of Section 633.162, Code of Iowa, and that continuance of this hearing will be granted only upon all of the following terms:
  (a)  Upon written motion signed by the fiduciary(ies) and attorney;
    (b)  For good cause shown; and
  (c)  To a date certain.

The Linn County Sheriff shall serve this order on CHARLES DAVISSON and file a return of service to the Clerk of Court.  The Court will tax service fees upon the result of the show cause hearing.

revised 3/6/2025

State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| ESPR044516 | ESTATE OF CHARLES LEROY DAVISSON |
| **Type:** | ORDER TO SHOW CAUSE |

So Ordered

*Christopher L. Bruns*

Christopher L. Bruns, District Court Judge
Sixth Judicial District of Iowa

Electronically signed on 2025-04-04 10:20:44