# United States Bankruptcy Court
## Northern District of Iowa

**IN RE:**

PROPERTY HOLDERS, LTD,
                        **Debtor.**

**Chapter 11**

**Bankruptcy No.** 22-00744

**ORDER re: MOTION FOR CONTINUANCE**

---

The Court has Debtor's Motion for Continuance (DOC 263) before it for consideration. The Court finds good cause for granting Debtor's motion. THEREFORE,

IT IS ORDERED that the telephonic hearing set on the Subchapter V Trustee's Motion to Compel payment of the fees and expenses ordered by this Court be continued;

IT IS FURTHER ORDERED that the hearing on said motion to compel payment will be reset by separate order.

Dated and entered: May __8__, 2025

_____
Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by: Rush M. Shortley, Attorney for Debtor.