UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 22-00744 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: June 3, 2025
Hearing on Chapter 11 Sub V Trustee's Motion to Compel (Doc. 256)

APPEARANCES:

Attorney Rush Shortley for Debtor
Chapter 11 Subchapter 5 Trustee Douglas Flugum
Attorney Sarah J. Wencil for United States Trustee

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

Trustee and Counsel for Debtor shall submit a proposed order for the Court's consideration. If the parties are unable to come to an agreement within seven (7) days, then the parties shall contact the scheduling deputy to reschedule the hearing.

Ordered:
June 3, 2025

Thad J. Collins
Chief Bankruptcy Judge