# United States Bankruptcy Court
## Northern District of Iowa

IN RE:

PROPERTY HOLDERS, LTD,
                    Debtor.

Chapter 11

Bankruptcy No. 22-00744

**AGREED ORDER re: SUBCHAPTER V TRUSTEE'S MOTION TO COMPEL**

Following the telephonic hearing on Subchapter V Trustee's Motion to Compel (DOC 256), the Court directed the parties to consult and attempt to agree on an order resolving the motion. The Subchapter V Trustee and counsel for Debtor have conferred and agreed upon an appropriate order, and the Court has been requested to enter the following order resolving the trustee's motion. THEREFORE,

IT IS ORDERED that the outstanding balance of $4,325.00 of trustee's compensation previously approved by this Court's order shall be paid in full from the net proceeds of the sale of the residential property located at 2916 Iowa AVE SE, Cedar Rapids, IA 52403 by the closing agent from escrow;

IT IS FURTHER ORDERED that if the sale does not for any reason close with the current buyer, the parties shall confer further in an attempt to resolve the matter, and, if resolution is not reached, may request that the matter be reset for further hearing;

IT IS FURTHER ORDERED that Debtor shall deposit $500.00 each month into the IOLTA client funds account maintained by Rush M. Shortley, Attorney at Law and counsel for Debtor herein, beginning with July 2025 by the 25th of each month until the balance reaches $5,000.00. If the Subchapter V Trustee has future fees approved, he shall be paid from that account upon approval by the Court, and the account will be refreshed with additional $500.00 per month payments until it again reaches a balance of $5,000.00.

Dated and entered: June __11__, 2025

*/s/ Thad J. Collins*
Thad J. Collins
Chief Bankruptcy Judge

Approved as to form and content:

*/s/ Rush M. Shortley*
Rush M. Shortley, Attorney for Debtor

*/s/ Douglas D Flugum*
Douglas D Flugum (Jun 11, 2025 11:50 ADT)
Douglas D. Flugum, Subchapter V Trustee

Order Prepared by: Rush M. Shortley, Attorney for Debtor.