IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD ) | Chapter 11 Subchapter V |
| ) | |
| Debtor and Debtor-in-Possession. ) | SUBCHAPTER V TRUSTEE |
| ) | Monthly Report on Plan Progress for May 2025 |

I. Summary:
   a. 2916 Iowa Avenue Se, Cedar Rapids, has sold and closed 6/12/25.
   b. 1047 27th Street Ne, Cedar Rapids, is listed.
   c. There are currently no other properties listed and available for sale. There is work being done to prepare other properties for the sales and rental markets, but none are listed as of 6/13/25.
   d. Rental Business:
      i. Rental income for May is approximately $26,715.00. This is the amount deposited in the two accounts with Dupaco. In matching these amounts to the MORs it is unclear where the money is coming from. The bank statements have the deposits labeled as rent and the MORs exhibit C only lists aproxamently $11,380 in expected rental payments. If the extra money is from back rent, it has not been reported in the MORs as a receivable.
   e. There continues to be payments for work done to other properties, but they have not progressed to a state to list them for sale or rent. The debtor will need to address the rental business plan and the properties that need to be sold to move to a viable business model.
   f. Dupaco has reported that the current payoff amount including interest and fees is aproxamently $1,672,190.00.
   g. Green State has reported the current payoff amount including interest and fees is aproxamently $342,224.61
   h. In the next month we will review the plan progress and continued plan viability based on the properties remaining to be sold, rental income, and asset valuation.

Date: __6/13/2025__            __/s/ Douglas D. Flugum_____

                                               Douglas D. Flugum

                                               Bugeye Ventures, Inc.

                                               PO Box 308

                                               Cedar Rapids, IA 52406

                                               319-389-4581

                                               dflugum@bugeyeventures.com

                                               Sub Chapter V Trustee