UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| PROPERTY HOLDERS, LTD | ) | Case No. 22-00744 |
| | ) | |
| Debtor | ) | |
| | ) | **SATISFACTION OF JUDGMENT** |

COMES NOW Bankruptcy Trustee Doug Flugum and acknowledges payment

and satisfaction of the Judgment entered February 10, 2025, and authorizes the Clerk

to show the judgment satisfied of record.

_____
Doug Flugum, Trustee

STATE OF IOWA    )
                         ) ss.
COUNTY OF LINN )

This Release of Judgment Lien was acknowledged before me on _____
_____, 2025, by Doug Flugum as Bankruptcy Trustee.

_____
Notary Public in and for the State of Iowa