UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:  )
    PROPERTY HOLDERS, LTD  )  Case No. 22-00744
    )
    Debtor  )
    )  **SATISFACTION OF JUDGMENT**

COMES NOW Bankruptcy Trustee Doug Flugum and acknowledges payment and satisfaction of the Judgment entered February 10, 2025, and authorizes the Clerk to show the judgment satisfied of record.

_____
Doug Flugum, Trustee

STATE OF IOWA  )
    ) ss.
COUNTY OF LINN  )

This Release of Judgment Lien was acknowledged before me on June 10, 2025, by Doug Flugum as Bankruptcy Trustee.

_____
Notary Public in and for the State of Iowa



PETER C. RILEY
Commission Number 864511
My Commission Expires
5-8-2028