IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for June 2025 |

I. Summary:
   a. 1047 27th Street Ne, Cedar Rapids, is listed.
   b. There is also a new realtor working with the debtor. Kelly Bemus is no longer working with Property Holders. She has reported that Brian Hanna now has the listings. At this time, he has not responded to my request for information on listings and sales.
   c. There are currently no other properties listed and available for sale. There is work being done to prepare other properties for the sales and rental markets, but none are listed as of 7/10/25.
   d. Rental Business:
      i. Rental income for June is approximately $9,560.00. This is in line with past history. It is unclear why we are seeing fluctuations. There is no reported AR on the MORs.
   e. There continues to be payments for work done to other properties, but they have not progressed to a state to list them for sale or rent. The debtor will need to address the rental business plan and the properties that need to be sold to move to a viable business model.
   f. As stated last month Dupaco has reported that the current payoff amount including interest and fees is approximately $1,672,190.00.
   g. As stated last month Green State has reported the current payoff amount including interest and fees is approximately $342,224.61
   h. I requested updated information from the debtor on June 16th with a requested response date of 7/7/2025 (see below). I have not received the information at the time of filing this report. In addition to the requested information, I have also asked for confirmation that the business taxes have been filed for 2022, 2023 and 2024. I will file a motion to compel in the next week if the information has not been supplied.
      i. Updated worksheet with new numbers for current rent and projected sales.
      ii. An accounting of the money spent on the houses being renovated. What is the total amount spent on each of the renovations. I can go through the MORs and get the numbers, but I assume the accountant is keeping the numbers in the accounting system and can just run a report.
      iii. Amount of real estate taxes owed. This is the amount to bring the properties current.
      iv. I would like the invoices from the "contractors" being paid each month. If there are no invoices or billing statements, we need to evaluate if they are contractors or employees. If they are employees, we will need to see proof of insurance for workers compensation at a minimum. There is also the issue of payroll taxes.

    i.   When the requested information is available, I will review the plan progress and continued plan viability based on the properties remaining to be sold, rental income, and asset valuation.

Date:  __6/17/2025__                              __/s/ Douglas D. Flugum_____

                                                                     Douglas D. Flugum

                                                                     Bugeye Ventures, Inc.

                                                                     PO Box 308

                                                                     Cedar Rapids, IA 52406

                                                                     319-389-4581

                                                                     dflugum@bugeyeventures.com

                                                                   Sub Chapter V Trustee