IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for July 2025 |

I. Summary:
   a. 1047 27th Street NE, Cedar Rapids, is the only property listed as of 8/19/25 per Brian Hanna the realtor for Property Holders.
   b. There is work being done to prepare other properties for the sales and rental markets, but none are listed as of 8/19/25.
   c. Rental Business:
      i. Rental income for June is approximately $6,125.00.  There is no reported AR on the MORs.
   d. As stated last month Dupaco has reported that the current payoff amount including interest and fees is approximately $1,672,190.00.
   e. As stated last month Green State has reported the current payoff amount including interest and fees is approximately $342,224.61
   f. There are also over $143,477 of unpaid real estate taxes (Dupaco and GSCU Properties).
   g. Taxes for the company have not been filed since 2021.  There is an extension filed for 2022 and 2024 but they have not been extended.  This is a problem that needs to be addressed.
   h. Attached is a spread sheet showing the renovation dollars per property spent since July of 2023.  There have been considerable investments made in several properties that have been sold.  The investment in renovation of these properties should be justified by Mr Davisson.  It is true that the properties sold for a higher price, but the money spent on renovations may have been a poor business decision.  It is unclear if the inflated sales price covered the cost of the property sold (I do not have the data).  In other words, the sale price did not cover the actual cost of the property, and a loss was incurred.  Lack of access to, or existence of, accounting records makes the analysis difficult at best.
   i. The attached spreadsheets also show the debt to appraised value for both Dupaco and GSCU.  Currently Dupaco has a ratio of 65% and GSCU has a ratio of 98%.

j. I have attached a projected rental business cash flow worksheet. It shows a debt load of 2,157,891 and projected rental of all remaining properties, it is unclear if rental income could support the debt load and expenses. The spread sheet also ignores the cost of renovating the properties held to make them capable of being rented. Mr. Davisson needs to develop a business plan to show the business is viable and then preform to the plan.

k. It is important to note that the projected cash flow does not include any payments to Mr. Davison. His return on investment is only in the properties held.

l. There are payments being made to individuals for work being performed for the company. They are labeled as "Subcontractor" on the MORs. I do not believe they qualify as independent contractors. They look as though they should be classified as employees. This means there is a payroll tax liability and workman's compensation insurance issue. This could be a costly issue that needs quick attention.

Date:   __8/20/2025__                             __/s/ Douglas D. Flugum_____

Douglas D. Flugum

Bugeye Ventures, Inc.

PO Box 308

Cedar Rapids, IA 52406

319-389-4581

dflugum@bugeyeventures.com

Sub Chapter V Trustee

**Dupaco Properties**

| Address | Appraised Value | Reno Cost | Status Notes |
|---|---|---|---|
| 1060 33rd St NE | | | Sold |
| 2040 Spoon Creek Ct SE | $ 625,000 | | |
| 2009 Memorial Dr SE | $ 275,000 | $ 24,984 | Sold |
| 1720 Grande Ave SE | | $ 1,330 | |
| 1748 C Ave NE | $ 115,000 | $ 27,953 | Sold |
| 357 17th St SE | $ 130,000 | | Sold |
| 351 20th ST SE | $ 113,000 | $ 4,589 | |
| 1025 20th ST SE | $ 121,000 | $ 509 | |
| 2532 1st Ave NE | $ 95,000 | | |
| 1047 27th St NE | $ 151,000 | $ 20,671 | |
| 1801 Bever Ave SE | $ - | | |
| 2307 Bever Ave SE | $ 95,000 | $ 989 | |
| 130 Thompson Dr SE, #324 | $ 158,000 | $ 700 | |
| 3824 Indiandale Cir SE | $ 293,000 | $ 506 | |
| 2045 Park Ave SE | $ 150,000 | $ 40 | |
| 2842 14th Ave SE | $ 158,000 | $ 7,425 | |
| 1734 5th Ave SE | $ 125,000 | $ 2,139 | |
| 2916 Iowa Ave SE | $ 97,000 | $ 68,316 | Sold |
| 2164 Blake Blvd SE | $ 202,000 | $ 1,400 | |
| 412 26th St SE | $ 144,000 | $ 1,331 | |
| 2021 Grande Ave SE | $ 144,000 | $ 46,571 | |
| 2103 Bever Ave SE | $ 92,000 | $ 200 | |
| 1610 Park Ave SE | $ 51,000 | | |
| 1052 32nd St NE | $ 53,000 | | |

| | |
|---|---|
| Outstanding Loan and expenses | $1,672,190 |
| Taxes Due | $ 116,000 |
| Total debt | $1,788,190 |
| Total Appraised Value | $2,770,000 |
| Debt Ratio | 65% |

**GSCU Properties**

| Address | Appraised Value | Reno Coast | Status Notes |
|---|---|---|---|
| 1719 Bever Avenue SE | $ 78,000 | $ 10,350 | |
| 1841 Washington Avenue SE | $ 73,000 | $ 23,150 | Sold |
| 1818 7th Avenue SE | $ 90,000 | $ 1,051 | Sold |
| 1713 7th Avenue SE | $ 72,000 | $ 7,121 | Sold |
| 825 18th Street SE | $ 83,000 | $ 31,537 | Sold |
| 1933 Higley Avenue SE | $ 40,000 | | |
| 1158 28th Street SE | | | Sold |
| 838 15th Street SE | $ 100,000 | $ 5,701 | |
| 528 15th Street SE | $ 60,000 | $ 800 | |
| 1548 7th Avenue SE | | | Sold |
| 1557 6th Avenue SE | $ 116,000 | | Sold |
| 1714 6th Avenue SE | $ 100,000 | $ 14,559 | |

| | |
|---|---|
| Outstanding Loan and expenses | $342,224.00 |
| Taxes Due | $ 27,477 |
| Total debt | $ 369,701 |
| Total Appraised Value | $ 378,000 |
| Debt Ratio | 98% |

| Projected Cash Flow for Property Holders | Data | Monthly | Yearly | Average Monthly per Property | Notes |
|---|---|---|---|---|---|
| **Income** | | | | | See attached spreadsheet for property details. |
| Number Of Properties / Units | 22 | | | | There are 22 properties Currently being held |
| Gross Projected Rent Amount For All Properties | $ 25,800 | $25,800 | ####### | $ 1,172.73 | |
| Vacancy Bad Debt % | 25% | $ 6,450 | $ 77,400 | | |
| **Total projected proceeds** | | $ 19,350 | $ 232,200 | | |
| **Expenses** | | | | | |
| Property Management Fees | $ - | $ - | $ - | $ - | |
| Repairs and Maintenance | $ 4,000 | $ 4,000 | $ 48,000 | $ 182 | The repairs and rental turnover costs will increase with a month to month rental with no security deposits. |
| Real Estate Taxes | $ 4,180 | $ 4,180 | $ 50,160 | $ 190 | |
| Rental Property Insurance | $ 3,520 | $ 3,520 | $ 42,240 | $ 160 | |
| Utilities | $ 1,760 | $ 1,760 | $ 21,120 | $ 80 | |
| Pest Control | $ 220 | $ 220 | $ 2,640 | $ 10 | |
| Accounting and Legal | $ 550 | $ 550 | $ 6,600 | $ 25 | |
| Office / Admin / Other | $ 700 | $ 700 | $ 8,400 | $ 32 | This item is for things like gas and truck expense along with postage and other items. |
| **Total projected Expenses** | | $ 14,930 | $ 179,160 | | |
| **Loan Servicing Expense** | | | | | |
| Financed Amount | ######### | | | | This is an estimated amount. Costs will continue to accrue as the property liquidation continues to be pushed out. |
| Loan Amortization In Years | 15 | | | | |
| Loan Interest Rate | 8.0% | | | | Estimated Rate. My be too low based on credit history and business performance. |
| **Monthly Payment Amount** | | $ 20,622 | $ 247,463 | | |
| **Cash Flow** | | | | | |
| **Cash Flow Before Taxes** | | $ (16,202) | $ (194,423) | | |