IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for August 2025 |

I. Summary:
   a. 1047 27th Street NE, Cedar Rapids, is currently listed as "off market" as of 9/17/25.
   b. There is work being done to prepare other properties for the sales and rental markets, but none are listed as of 9/17/25.
   c. Rental Business:
      i. Rental income for June is approximately $23,836.00. There is no reported AR on the MORs. It would appear that some rents were paid in late August for the September rent.
   d. The money being spent on renovation should be critically looked at. Two examples are:
      i. 2916 Iowa Ave:
         1. Appraised value before renovations was $97,000
         2. Renovation cost per MORs is $68,316.09
         3. Sales price was $154,000
         4. Sales price less reno cost is
            a. $154,000.00 - $68,316.09 = $85,683.91
         5. It may have been better to sell the property before renovations and use the renovation funds on other properties or to pay off taxes and loans
      ii. 2021 Grand Ave:
         1. Appraised value before renovations was $144,000
         2. Renovation cost per MORs is $55,310.39
         3. Listing Sales price is $180,000
         4. List price less reno cost is
            a. $180,000.00 - $55,310.39 = $124,689.61
         5. It may have been better to sell the property before renovations and use the renovation funds on other properties or to pay off taxes and loans

Date:   9/17/2025   　　　　　　　　　　　　　　　  /s/ Douglas D. Flugum

Douglas D. Flugum

Bugeye Ventures, Inc.

PO Box 308

Cedar Rapids, IA 52406

319-389-4581

dflugum@bugeyeventures.com

Sub Chapter V Trustee