<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name __Property Holders, Ltd__

United States Bankruptcy Court for the: Northern District of Iowa

Case number: __22-00744__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

| | | | |
|---|---|---|---|
| Month: | __August, 2025__ | Date report filed: | __10/8/2025__ |
| | | | MM / DD / YYYY |
| Line of business: | __Property Inv. & Rental__ | NAISC code: | __5313__ |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                                __Charles Davisson, President__

Original signature of responsible party   _[signature]_

Printed name of responsible party          __Charles Davisson__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Property Holders, Ltd

Case number 22-00744

---

17. Have you paid any bills you owed before you filed bankruptcy?  ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏  ☑  ❏

---

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 6,404.10

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 23,836.00

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ 29,665.97

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ -5,829.97

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 574.13

---

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   $ $0

   *(Exhibit E)*

---

Debtor Name  Property Holders, Ltd

Case number 22-00744

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ _____ 0

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?

_____ 1

27. What is the number of employees as of the date of this monthly report?

_____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?

$ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?

$ _____ 81,018.41

30. How much have you paid this month in other professional fees?

$ _____ 0

31. How much have you paid in total other professional fees since filing the case?

$ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,050.00 | − | $ 23,836.00 | = | $ -11,786.00 |
| 33. **Cash disbursements** | $ 12,000.00 | − | $ 29,665.97 | = | $ -17,665.97 |
| 34. **Net cash flow** | $ 50.00 | − | $ -5,829.97 | = | $ 5,779.97 |

35. Total projected cash receipts for the next month:

$ 12,050.00

36. Total projected cash disbursements for the next month:

− $ 12,000.00

37. Total projected net cash flow for the next month:

= $ 50.00

Debtor Name  Property Holders, Ltd

Case number 22-00744

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☑ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

**Exhibit A – unpaid bills**
**August, 2025**

No unpaid bills that we know of as of August 31, 2025.

**Exhibit C**

August, 2025

Rents Received, sale proceeds, credits etc.

GSCU rents:

$4,696.00

DUPACO rents:

$19,140.00

Grand total:

$23,836.00

**Exhibit D**
**Listing of Check/ACH/Credit Card/Cash Disbursements**
**August, 2025**

| Date | Check # etc | Payee | Amount | Purpose |
|---|---|---|---|---|
| August 1, 2025 | Ck# 2512 | Martin Equipment | $1275.00 | Demolition (1801 Bever Ave SE) |
| August 1, 2025 | Payment | Mr. Michael White | $760.00 | Subcontractor (1933 Higley Ave SE) |
| August 1, 2025 | Payment | Mr. John Maher | $640.00 | Subcontractor (1801 Bever Ave SE) |
| August 1, 2025 | Payment | Ms. Chelsea Perkins | $400.00 | Subcontractor (1933 Higley Ave SE) |
| August 2, 2025 | Payment | Mr. Michael White | $250.00 | Subcontractor (2021 Grand Ave SE) |
| August 4, 2025 | Payment | Roger's Concrete | $1050.00 | Demolition (1801 Bever Ave SE) |
| August 4, 2025 | Ck# 2509 | Mr. Evan Gholson | $500.00 | Subcontractor (1801 Bever Ave SE) |
| August 4, 2025 | Ck# 2519 | Mr. John Maher | $1000.00 | Subcontractor (1801 Bever Ave SE) |
| August 5, 2025 | Payment | City of Cedar Rapids | $50.00 | Permit (1801 Bever Ave SE) |
| August 6, 2025 | Payment | Mr. Brandon Taylor | $800.00 | Subcontractor (2842 14th Ave SE) |
| August 8, 2025 | Payment | Roger's Concrete | $825.00 | Demolition (1801 Bever Ave SE) |
| August 8, 2025 | Ck# 2523 | Mr. Michael White | $760.00 | Subcontractor (1719 Bever Ave SE) |
| August 11, 2025 | Ck# 2524 | City Water | $200.00 | Water shut-off (1801 Bever Ave SE) |
| August 11, 2025 | Payment | Roger's Concrete | $450.00 | Demolition (1801 Bever Ave SE) |
| August 11, 2025 | Payment | Mr. Rick Smith | $800.00 | Subcontractor (1719 Bever Ave SE) |
| August 12, 2025 | Payment | Ms. Chelsea Perkins | $200.00 | Subcontractor (1719 Bever Ave SE) |
| August 13, 2025 | Payment | Mr. John Maher | $700.00 | Subcontractor (1801 Bever Ave SE) |
| August 14, 2025 | Payment | Tru Green | $135.73 | Lawn care (3824 Indiandale Cr. SE) |
| August 14, 2025 | Payment | CR Sheet Metal | $402.72 | Supplies (3824 Indiandale Cr. SE) |
| August 14, 2025 | Payment | CR Sheet Metal | $13.47 | Supplies (3824 Indiandale Cr. SE) |
| August 15, 2025 | Payment | Mr. Michael White | $900.00 | Subcontractor (1719 Bever Ave SE) |

| August 15, 2025 | Payment | Mr. Rick Smith | $600.00 | Subcontractor (2021 Grand Ave SE) |
|---|---|---|---|---|
| August 15, 2025 | Ck# 2522 | Martin Equipment | $3000.00 | Demolition (1801 Bever Ave SE) |
| August 18, 2025 | Payment | Mr. John Maher | $900.00 | Subcontractor (1801 Bever Ave SE) |
| August 19, 2025 | Ck# 2514 | City Water | $303.90 | Utilities |
| August 19, 2025 | Ck# 2515 | Mr. John Maher | $500.00 | Subcontractor (1801 Bever Ave SE) |
| August 20, 2025 | Ck# 2526 | CR Sheet Metal | $641.08 | Supplies (3824 Indiandale Cr. SE) |
| August 20, 2025 | Ck# 2527 | Mr. Brandon Taylor | $900.00 | Subcontractor (2842 14th Ave SE) |
| August 20, 2025 | Payment | Mr. Jeff Nickels | $600.00 | Subcontractor (1933 Higley Ave SE) |
| August 20, 2025 | Payment | Ms. Chelsea Perkins | $700.00 | Subcontractor (1719 Bever Ave SE) |
| August 20, 2025 | Ck# 2513 | Mr. John Maher | $1000.00 | Subcontractor (1801 Bever Ave SE) |
| August 20, 2025 | Ck# 2525 | Mr. John Maher | $300.00 | Subcontractor (1801 Bever Ave SE) |
| August 20, 2025 | Payment | Mr. Alan Schumacher | $350.00 | Subcontractor – yard care various |
| August 20, 2025 | Payment | Mr. Dewayne Oliver | $350.00 | Subcontractor – yard care various |
| August 21, 2025 | Payment | Alliant Energy | $393.09 | Utilities |
| August 21, 2025 | Payment | Mr. Jeff Nickels | $650.00 | Subcontractor (1933 Higley Ave SE) |
| August 22, 2025 | Payment | Alliant Energy | $191.87 | Utilities |
| August 22, 2025 | Payment | Alliant Energy | $366.94 | Utilities |
| August 22, 2025 | Payment | Mr. Jeff Nickels | $60.00 | Subcontractor (1714 6th Ave SE) |
| August 22, 2025 | Payment | Mr. Rick Smith | $800.00 | Subcontractor (2021 Grand Ave SE) |
| August 26, 2025 | Ck# 2531 | City Water | $141.21 | Utilities |
| August 27, 2025 | Ck# 2533 | Mr. Michael White | $410.00 | Subcontractor (1933 Higley Ave SE) |

| August 27, 2025 | Ck# 2534 | Mr. Brandon Taylor | $440.00 | Subcontractor (1933 Higley Ave SE) |
|---|---|---|---|---|
| August 28, 2025 | Payment | Ms. Chelsea Perkins | $200.00 | Subcontractor (1719 Bever Ave SE) |
| August 28, 2025 | Payment | Mr. Rick Smith | $600.00 | Subcontractor (2021 Grand Ave SE) |
| August 29, 2025 | Payment | MidAmerican | $177.54 | Utilities |
| August 29, 2025 | Ck# 77 | Mr. Michael White | $1000.00 | Subcontractor (1719 Bever Ave SE) |
| August 29, 2025 | Payment | Mr. Rick Smith | $800.00 | Subcontractor (2021 Grand Ave SE) |
| August 29, 2025 | Payment | EBay | $68.42 | Faucet for 1933 Higley Ave SE |

**Exhibit E**
Unpaid Bills
August, 2025

All bills were current in August, 2025.

**Exhibit F**
Accounts Receivable as of August 31, 2025


There are no accounts receivable for August 2025.



P.O. Box 179
Dubuque, IA  52004-0179

ELECTRONIC SERVICE REQUESTED

(800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328

| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 6,404.10 | -29,665.97 | 23,836.00 | 574.13 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/01 | Previous Balance | | | 6,404.10 |
| 08/01 | Check #2512 | 1,275.00 | | 5,129.10 |
| 08/01 | Transfer Deposit | | 100.00 | 5,229.10 |
| 08/01 | Michael White | 760.00 | | 4,469.10 |
| 08/01 | Transfer Deposit | | 1,150.00 | 5,619.10 |
| 08/01 | John Maher | 640.00 | | 4,979.10 |
| 08/01 | Chelsea Perkins | 400.00 | | 4,579.10 |
| 08/02 | Mike White | 250.00 | | 4,329.10 |
| 08/04 | Rogers Concrete | 1,050.00 | | 3,279.10 |
| 08/04 | Check #2509 | 500.00 | | 2,779.10 |
| 08/04 | Transfer Deposit | | 1,200.00 | 3,979.10 |
| 08/04 | Transfer Deposit | | 1,700.00 | 5,679.10 |
| 08/04 | Check #2519 | 1,000.00 | | 4,679.10 |
| 08/05 | Transfer Deposit | | 1,200.00 | 5,879.10 |
| 08/05 | Transfer Deposit | | 1,050.00 | 6,929.10 |
| 08/05 | MC Purchase CEDAR RAPIDS RIGHT OF CEDAR RAPIDS RIGHT OF CEDAR RAPIDS IA #3859 #91898000 | 50.00 | | 6,879.10 |
| 08/06 | Transfer Deposit | | 164.00 | 7,043.10 |
| 08/06 | Brandon Taylor | 800.00 | | 6,243.10 |
| 08/08 | Rogers Concrete | 825.00 | | 5,418.10 |
| 08/08 | Check #2523 | 760.00 | | 4,658.10 |
| 08/11 | Check #2524 | 200.00 | | 4,458.10 |
| 08/11 | Rogers Concrete | 450.00 | | 4,008.10 |
| 08/11 | Rick Smith | 800.00 | | 3,208.10 |
| 08/12 | Chelsea Perkins | 200.00 | | 3,008.10 |
| 08/13 | Transfer Deposit | | 1,150.00 | 4,158.10 |
| 08/13 | John Maher | 700.00 | | 3,458.10 |
| 08/14 | ACH Debit COLLECTION TruGreen ID1568945001 | 135.73 | | 3,322.37 |
| 08/14 | MC Purchase CEDAR RAPIDS SHEET MET CEDAR RAPIDS SHEET MET CEDAR RAPIDS IA #3859 #5008 | 402.72 | | 2,919.65 |
| 08/14 | MC Purchase CEDAR RAPIDS SHEET MET CEDAR RAPIDS SHEET MET CEDAR RAPIDS IA #3859 #5008 | 13.47 | | 2,906.18 |
| 08/15 | Transfer Deposit | | 500.00 | 3,406.18 |
| 08/15 | Michael White | 900.00 | | 2,506.18 |
| 08/15 | Roger's Concrete | 1,100.00 | | 1,406.18 |
| 08/15 | Rick Smith | 600.00 | | 806.18 |
| 08/15 | Transfer Deposit | | 2,000.00 | 2,806.18 |



| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|---------|---------|
| 08/15 | Transfer Deposit | | 712.00 | 3,518.18 |
| 08/15 | Check #2522 | 3,000.00 | | 518.18 |
| 08/18 | Transfer Deposit | | 420.00 | 938.18 |
| 08/18 | John Maher | 900.00 | | 38.18 |
| 08/19 | Transfer Deposit | | 2,000.00 | 2,038.18 |
| 08/19 | Check #2514 | 303.90 | | 1,734.28 |
| 08/19 | Check #2515 | 500.00 | | 1,234.28 |
| 08/20 | Check #2526 | 641.08 | | 593.20 |
| 08/20 | Transfer Deposit | | 900.00 | 1,493.20 |
| 08/20 | Transfer Deposit | | 1,100.00 | 2,593.20 |
| 08/20 | Transfer Deposit | | 1,000.00 | 3,593.20 |
| 08/20 | Check #2527 | 900.00 | | 2,693.20 |
| 08/20 | Jeff Nickels | 600.00 | | 2,093.20 |
| 08/20 | Chelsea Perkins | 700.00 | | 1,393.20 |
| 08/20 | Transfer Deposit | | 1,000.00 | 2,393.20 |
| 08/20 | Check #2513 | 1,000.00 | | 1,393.20 |
| 08/20 | Check #2525 | 300.00 | | 1,093.20 |
| 08/20 | Transfer Deposit | | 600.00 | 1,693.20 |
| 08/20 | Transfer Deposit | | 400.00 | 2,093.20 |
| 08/20 | Alan Schumaker | 350.00 | | 1,743.20 |
| 08/20 | Dwayne Oliver | 350.00 | | 1,393.20 |
| 08/21 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 393.09 | | 1,000.11 |
| 08/21 | Jeff Nickels | 650.00 | | 350.11 |
| 08/21 | Tfr from XXXXX0898 Transfer Deposit Estate of Property H, in Possess in Possession BK Case No. 22-00744 Estate of Pr | | 1,100.00 | 1,450.11 |
| 08/22 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 191.87 | | 1,258.24 |
| 08/22 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 366.94 | | 891.30 |
| 08/22 | Jeff Nickels | 60.00 | | 831.30 |
| 08/22 | Rick Smith | 800.00 | | 31.30 |
| 08/22 | Withdrawal | 10.00 | | 21.30 |
| 08/26 | Transfer Deposit | | 1,000.00 | 1,021.30 |
| 08/26 | Check #2531 | 141.21 | | 880.09 |
| 08/26 | Transfer Deposit | | 600.00 | 1,480.09 |
| 08/26 | Transfer Deposit | | 700.00 | 2,180.09 |
| 08/27 | Check #2533 | 410.00 | | 1,770.09 |
| 08/27 | Check #2534 | 440.00 | | 1,330.09 |
| 08/27 | Transfer Deposit | | 2,000.00 | 3,330.09 |
| 08/28 | Chelsea Perkins | 200.00 | | 3,130.09 |
| 08/28 | Transfer Deposit | | 90.00 | 3,220.09 |
| 08/28 | Rick Smith | 600.00 | | 2,620.09 |
| 08/29 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 177.54 | | 2,442.55 |
| 08/29 | Check #77 | 1,000.00 | | 1,442.55 |
| 08/29 | Rick Smith | 800.00 | | 642.55 |
| 08/29 | MC Purchase EBAY O*21-13493-86089 EBAY O*21-13493-86089 SAN JOSE CA #3859 | 68.42 | | 574.13 |
| 08/31 | Ending Balance | | | 574.13 |

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|---------|------|--------|---------|------|--------|
| 77 | 08/29 | 1,000.00 | 2514 | 08/19 | 303.90 | 2523 | 08/08 | 760.00 | 2527 | 08/20 | 900.00 |
| 2509 * | 08/04 | 500.00 | 2515 | 08/19 | 500.00 | 2524 | 08/11 | 200.00 | 2531 * | 08/26 | 141.21 |
| 2512 * | 08/01 | 1,275.00 | 2519 * | 08/04 | 1,000.00 | 2525 | 08/20 | 300.00 | 2533 * | 08/27 | 410.00 |
| 2513 | 08/20 | 1,000.00 | 2522 * | 08/15 | 3,000.00 | 2526 | 08/20 | 641.08 | 2534 | 08/27 | 440.00 |



### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

---

### ■ SHARE DRAFT RECONCILIATION ■

**Outstanding Share Drafts**

| NUMBER | AMOUNT |
|--------|--------|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement ......................$ _____

Add Deposits
Not Shown on
this Statement...............$ _____

Subtotal.........................$ _____

Subtract Total
Outstanding Drafts........$ _____

Equals Adjusted
Ending Balance.............$ _____

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY

**Progress/plans narrative**
**August/September 2025**

August has been extremely busy with working on the 2025 Cedar Rapids-required inspection lists (along with maintaining all properties to meet City-required summer code, ie lawn care, etc). Specific large projects have included:

1) 3824 Indiandale Cr SE: removing and rebuilding a substantial retaining wall as required by the City; updating the furnace and central air units;
2) 2842 14th Ave SE: repairing and straightening alignment of the garage at this property as required by the City;
3) 1933 Higley Ave: removing and rebuilding the retaining wall as required by the City.

In regards to 1933 Higley Ave, we have decided to sell this property at this time to ensure sufficient funds to retire the GSCU debt and associated costs. Significant effort by my team has been focused on this during August. We anticipate listing it Fall of 2025.

Another major project that has diverted my crew and required significant time, major equipment and money is the demolition of the 1801 Bever Ave SE structure. This house succumbed to fire, and while DUPACO rendered it as $0 value, I was still required to demolish the structure. The house is now demolished and we are working to clear the site of all debris. The project is very near completion.

Despite this, we have still made progress on the following properties to prepare them for sale:

**1047 27th St NE** – this property was listed, sold, and was set to close June 19, 2025, however, the buyer backed out at the last minute. It was immediately re-listed, and the price was dropped to $180,000 upon advice from our realtor. There have been numerous showings and interest but no accepted offer yet.

**2021 Grande Ave SE** - We are nearly done renovating and will finish preparations to sell this property for approximately $180,000; we anticipate listing it during Fall of 2025.

With the sale of these properties (along with recent sale of Iowa Ave), this should provide enough in net sales to be very close, if not meet the agreed-upon target amount of $950,000.00 for the remaining DUPACO mortgages as well as bringing taxes current.

This will leave 16 DUPACO properties with a current market value of approximately $3,100,000 and a mortgaged amount of approximately $950,000.00, which is 30.6% LTV. With the remaining six properties left after GSCU is paid off, the roughly $1,100,000 in market value will give the entire portfolio a value of $4,200,000.

We have also returned to the priority of paying off GSCU and have continued renovations of **1719 Bever Ave SE** to prepare it for sale in Fall 2025. By adding the sale of **1933 Higley Ave** SE to this sale, this will retire the GSCU debt, all associated expenses and leave some money left over.