IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for September 2025 |

I. Summary:
   a. There is work being done to prepare other properties for the sales and rental markets, but none are listed as of 10/8/25.
   b. Rental Business:
      i. Rental income for June is approximately $18,040.75. There is no reported AR on the MORs. It would appear that some rents were paid in late September for the November rent.
   c. In the July status report it was identified that the taxes for the company have not been filed since 2021. There is an extension filed for 2022 and 2024 but they have not been extended. This is a problem that needs to be addressed but I have not seen any evidence that it is being worked on.
   d. In the MORs the debtor refers to a $4,200,000 portfolio value:
      i. "This will leave 16 DUPACO properties with a current market value of approximately $3,100,000 and a mortgaged amount of approximately $950,000.00, which is 30.6% LTV. With the remaining six properties left after GSCU is paid off, the roughly $1,100,000 in market value will give the entire portfolio a value of $4,200,000."
      ii. The debtor should fully explain these numbers and assertions and support them with data. I do not see the same values per my spreadsheet from the July report.
   e. It is unclear whether the debtor is making the court ordered $500 payments to fund the administrative costs of the case. It appears he is at minimum $1000 behind.
   f. The money being spent on renovation should be critically looked at. An example is (updated with additional cost):
      i. 2021 Grand Ave:
         1. Appraised value before renovations was $144,000
         2. Renovation cost per MORs is $58,360.39
         3. Listing Sales price is $180,000
         4. List price less reno cost is
            a. $180,000.00 - $58,360.39= $121,639.61
         5. It may have been better to sell the property before renovations and use the renovation funds on other properties or to pay off taxes and loans

Date:   __10/8/2025__                                                  __/s/ Douglas D. Flugum_____

Douglas D. Flugum

Bugeye Ventures, Inc.

PO Box 308

Cedar Rapids, IA 52406

319-389-4581

dflugum@bugeyeventures.com

Sub Chapter V Trustee