# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| Property Holders, LTD., | **Bankruptcy No. 22-00744** |
| **Debtor.** | |

## Notice of Application for Allowance and Payment of Attorney Fees and Expenses Incurred by Attorney for Debtor and Notice of Bar Date for Objection

TO: ALL CREDITORS AND INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that Rush M. Shortley, attorney for Debtor, has filed an Application for Allowance of Compensation for Debtor's Attorney in the amount of $16,513.75 on November 4, 2025.

NOTICE IS FURTHER GIVEN that objection to this Application, if any, shall be filed with the Clerk of Bankruptcy Court, 111 Seventh AVE SE, Box 15, Cedar Rapids, IA 52401-2101, the Debtors' attorney at the address stated below, the United States Trustee, 210 Walnut ST, Room 793, Des Moines, IA 50309, and Douglas Flugum, Chapter 11 Trustee, Bugeye Ventures, Inc., PO BOX 308, Cedar Rapids, IA 52406-0308, **on or before November 26, 2025 at 4:30 p.m. or 11:59 p.m. on the court's ECF web site.**

NOTICE IS FURTHER GIVEN that if an objection is filed, it will be set for hearing by separate notice and that if no objection is filed, an order will be entered granting the approval and payment from available funds of the attorney fees and expenses requested in the Application.

The undersigned certifies a copy of this Notice, together with a copy of the Interim Application for Compensation of Attorney For Debtor, was served on all creditors and interested parties by electronic service or U.S. Mail according to the attached mailing matrix.

Dated: November 5, 2025

Respectfully Submitted,

_/s/ Rush M. Shortley_     7353
Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402-2400
Telephone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtors

# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| PROPERTY HOLDERS, LTD, | **Bankruptcy No.** 22-00744 |
| **Debtor.** | **Interim Application for Compensation of Attorney for Debtor** |

Rush M. Shortley, Attorney for Debtor, submits his application for compensation for services provided to and expenses incurred from February 18, 2025 through October 28, 2025 as follows:

1. Debtor filed its Voluntary Petition under Chapter 11, Subchapter V on November 21, 2022. Applicant's employment as Debtor's counsel was approved by this Court's order entered on December 13, 2022.

2. During this period since the last interim application for compensation, Applicant has performed the services for Debtor at the rate of $275.00 per hour as shown on the statement for services rendered and incurred no expenses in his representation as shown by applicant's invoice attached as Exhibit A.

3. All services have been performed for the purposes set out in Paragraph 6 of Debtor's Application for Employment of Counsel filed on November 21, 2022 at DOC 2.

4. Applicant now makes application for approval of attorney fees in the amount of $5,637.50 and expenses in the amount of $00.00 to be paid by Debtor in Possession from funds on hand.

WHEREFORE, Applicant respectfully requests that after notice to creditors and other parties in interest and, if necessary, hearing, Applicant be allowed $5,637.50 for professional services and $00.00 for expenses incurred for a total of $5,637.50 to be paid from Debtor's available funds and such other and further relief this Honorable Court finds agreeable to equity and good conscience.

Dated: November 5, 2025

Respectfully Submitted,

*/s/ Rush M. Shortley*

Rush M. Shortley                                          7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor

# Rush M. Shortley
### Attorney at Law

1921 51st Street NE – Cedar Rapids, Iowa 52402

Statement of Account for:

November 4, 2025

Property Holders LTD
PO BOX 2328
Cedar Rapids, IA 52406-2328

In Reference To: Chapter 11 Bankruptcy Case

Invoice No.    12879

FOR LEGAL SERVICES RENDERED:

Professional Services:

| Date | Description | Hours |
|---|---|---|
| 2/18/2025 | Telephone Conference with Cory Rath re: His Need to have Chuck Davisson Come to his Office to Sign Agreements for Sale of a Property. | 0.2 |
| | Telephone Conference with Client re: Telephone Conversation with Cory Rath about Sale of an Estate Property. | 0.2 |
| 4/9/2025 | Telephone Conference with Client re: Mari Davis Compensation Claim and Other Matters. | 0.2 |
| | E-mail to Attorney Peter Riley re: Mari Davis Situation. | 0.2 |
| 4/21/2025 | Telephone Conference with Attorney John Heckel re: Mary Davis Request for Continuance of Hearing on Administrative Claim for Compensation. | 0.2 |
| | Telephone Conference with Client re: John Heckal Phone call re: Mary Davis Request for Continuance. | 0.2 |
| | Telephone Conference with Client re: Need for PDF Document of Sale Contract for 2916 Iowa AVE SE Cedar Rapids. | 0.2 |
| | E-mail to Attorney Tonya Trumm re: Transmit Purchase Agreement and Proposed Settlement Statement as Requested. | 0.2 |

Phone: (319) 294-1907 • E-mail: rush@shortleylaw.com

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. 12879 |
|---|---|---|

| Date | Description | Hours |
|---|---|---|
| 4/23/2025 | E-mail to Client re: Transmit Copies of All Invoices to Date. | 0.2 |
| | Preparation of Documents: Review & Prepare March Monthly Operating Report for Filing. E-File Report with Bankruptcy Court. | 0.4 |
| 4/28/2025 | Review and Reply to E-mail from Attorney Peter Riley re: Concerning the Judgment Entered for Trustee Fees and its Effect on the Sale of the Current Property. | 0.2 |
| | Review and Reply to E-mail from Client re: Payment of Trustee Fees Ordered by the Court. | 0.3 |
| 5/6/2025 | Telephone Conference with Attorney Peter Riley re: Continuance of Telephonic Hearing Set for 5-9-2025. | 0.2 |
| 5/7/2025 | Preparation of Documents: Prepare and File Motion to Continue 5-9-25 Telephonic Hearing on D. Flugum's Motion to Compel Payment. Prepare Proposed Order re: Same and Submit to Clerk for Filing. | 1.2 |
| 5/28/2025 | Preparation of Documents: Prepare Final April 2025 Monthly Report and File with Court. | 0.5 |
| 6/3/2025 | Telephone Conference with Attorney Trumm re: Individual Appraisal Fees as Includable in Closing Costs of Sale. | 0.3 |
| | Attend Hearing re: Trustee's Motion to Compel Payment of Trustee Fees. | 0.3 |
| | Telephone Conference with Bankruptcy Trustee re: What is Needed to Be Able to Prepare an Agreed Order according to the Court's Order. | 0.3 |
| | E-mail to Client re: Forward Attorney Briley's Email Regarding Plans for Paying RE Taxes Due. | 0.2 |
| 6/6/2025 | Review and Reply to Email from Trustee re: Obtaining a Copy of the Proposed Closing Statement for the June 12 Sale. | 0.2 |
| 6/10/2025 | Reply to E-mail from Attorney Briley re: Request for Plans for Payment of RE Taxes Due. | 0.2 |
| | Telephone Call to Trustee - Leave Message re: Getting an Agreed Order Done and Obtaining a Copy of the Proposed Closing Statement. | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12879 |
|---|---|---|---|
| | | | Hours |
| 6/10/2025 | Telephone Conference with Attorney Peter Riley re: Obtaining a Copy of the Proposed Closing Statement. | | 0.3 |
| | Review Proposed Closing Statement for June 12 Closing. | | 0.2 |
| | Review and Reply to E-mail from Attorney Riley re: Use of Proceeds of Sale of Secured Creditors' Collateral. | | 0.6 |
| | Review and Reply to E-mail from Attorney Peter Riley re: Query by Attorney. Briley Regarding Payment on GreenState Debt from Proceeds of Dupaco Mortgaged Property. | | 0.5 |
| 6/11/2025 | Telephone Conference with Bankruptcy Trustee re: Drafting of Agreed Order to Resolve Trustee's Motion to Compel Payment. | | 0.5 |
| | Preparation of Documents: Draft Agreed Order re: Subchapter V Trustee's Motion to Compel Payment of Fees. | | 0.5 |
| 6/12/2025 | Telephone Conference with Bankruptcy Trustee re: Current Situation Re: Closing and Current Assessment of Plan Progress. | | 0.3 |
| | Telephone Conference with Attorney Peter Riley re: Status of Closing Iowa Avenue Property and Other Matters. | | 0.2 |
| | E-mail to Client re: Payments of Trustee Fees and Request for Information of Current Situation with Regard to Property Sales, Completed and Contemplated, and Other Requirements for Getting the Case Completed. | | 0.5 |
| 6/16/2025 | Telephone Conference with Client re: Update Information & Confirm Office Conference to Update All Plan Information. (CV) | | 0.2 |
| 6/17/2025 | Office conference with Client re: Update Secured Claims Data. | | 1.8 |
| 6/30/2025 | Preparation of Documents: Prepare May 2025 Monthly Report for Filing. File Report by ECF. | | 0.5 |
| 7/28/2025 | Preparation of Documents: Prepare June Monthly Report for Filing. File Report Electronically. | | 0.5 |

| Property Holders LTD | | Chapter 11 Bankruptcy Case | Invoice No. | 12879 |
|---|---|---|---|---|
| | | | | Hours |
| 7/30/2025 | | Telephone Conference with Client re: Administrative Matters. | | 0.2 |
| 8/6/2025 | | E-mail to Client re: Trustee's Request for Tax Returns and Updated Spreadsheet. | | 0.2 |
| 8/19/2025 | | Telephone Conference with Subchapter V Trustee re: Remaining Properties and Tax and Financial Considerations. | | 1.4 |
| 8/20/2025 | | Review Confirmed Plan and Bankruptcy Code for Post-Confirmation Considerations. | | 1.5 |
| | | E-mail to Client re: Filing of Income Tax Returns & Trustee's Status Report. | | 0.4 |
| 8/21/2025 | | Preparation of Documents: Prepare July 2025 Monthly Report for Filing. File Monthly Report Electronically. | | 0.5 |
| | | Telephone Conference with Client re: Information for Response to Trustee's Status Report. | | 0.2 |
| 8/25/2025 | | Review 11 USC §362 and Chapter 11 re: Application of Stay to State Court Litigation in Preparation for Telephone Conference with Co-Counsel Peter Riley. | | 0.5 |
| | | Review and Reply to E-mail from Client re: Meaning of Plan Provisions re: Dupaco Claim. | | 0.3 |
| | | Telephone Conference with Attorney Peter Riley re: Application of Automatic Stay to City & County Code Enforcement Actions. | | 0.4 |
| 10/8/2025 | | Preparation of Documents: Prepare August 2025 Monthly Report for Filing. File Report by ECF. | | 0.5 |
| 10/24/2025 | | Telephone Conference with Attorney Trumm re: Property Insurance Issues. | | 0.2 |
| 10/28/2025 | | Telephone Conference with Client re: Dupaco Insurance Proof Requests. | | 0.2 |
| | | E-mail to Attorney Trumm re: Response to Her Inquiry Regarding Dupaco Requirements for Proof of Insurance. | | 0.2 |
| | | E-mail to Attorney Trumm re: Transmit Copy of Purchase Agreement for 1047 27th ST SE, Cedar Rapids. | | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12879 |
|---|---|---|---|

| Date | Description | Hours |
|---|---|---|
| 10/28/2025 | Preparation of Documents: Prepare September 2025 Monthly Report for Filing. File September 2025 Monthly Report Electronically. | 0.5 |
| | E-mail to Client re: Transmittal of September 2025 Monthly Report as Filed and Other Matters. | 0.2 |

| | | Amount |
|---|---|---|
| Fee for professional services | 20.50 | $5,637.50 |
| Previous balance | | $16,513.75 |

Payment & Adjustment Information

| 3/6/2025 | Payment - Thank You | ($16,513.75) |
|---|---|---|
| | Total payments and adjustments | ($16,513.75) |
| | Balance due | $5,637.50 |

DUE AND PAYABLE ON RECEIPT!

Interest will accrue on unpaid balances at the rate of 8% per annum (0.67% per month). Payment of the entire balance due on this bill within 10 days of the date of the original invoice or by the last day of the month in which the bill is rendered, whichever is earlier, will prevent interest being charged on any part of the balance due.

| | Previous balance of Client Funds | $0.00 |
|---|---|---|
| 9/13/2025 | Payment to client trust account: For Subchapter V Trustee Escrow. Thank You! | $500.00 |
| 10/28/2025 | Payment to client trust account: For Subchapter V Trustee Escrow. Thank You! | $500.00 |
| | New balance of Client Funds | $1,000.00 |

Page 5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 22-00744<br>Northern District of Iowa<br>Cedar Rapids<br>Tue Nov  4 16:33:36 CST 2025 | A+ Accounting Services<br>3726 Queen CT SW STE 108<br>Cedar Rapids, IA 52404-3903 | Adair 0365 with Union Bank as Secured Party<br>405 North 115th Street #100<br>Omaha, NE 68154-2507 |
| Adair 0388 with Union Bank as Secured Party<br>405 North 115th Street #100<br>Omaha, NE 68154-2507 | Amanda Clark<br>c/o Eric J Langston<br>601 S. Lindbergh Blvd., Flr 2<br>Frontenac, MO  63131 | Attorneys Process Service<br>705 East Post RD SE Unit 1<br>Cedar Rapids, IA 52403-2094 |
| Siobhan Briley<br>Pugh Hagan Prahm PLC<br>Pugh Hagan Prahm PLC<br>425 E. Oakdale Blvd.<br>Suite 201<br>Coralville, IA 52241-3404 | Carlton Railsback<br>1047 27th ST NE<br>Cedar Rapids, IA 52402-4124 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 |
| Charles Davisson<br>2040 Spoon Creek CT SE<br>Cedar Rapids, IA 52403<br>City of Cedar Rapids 52403-1941 | City Finance Dept-Billing & Collections<br>PO BOX 2148<br>Cedar Rapids, IA 52406-2148 | City of Cedar Rapids<br>101 First ST SE<br>Cedar Rapids, IA 52401-1205 |
| City of Cedar Rapids<br>City Finance Dept-Billing & Collections<br>PO BOX 2148<br>Cedar Rapids, IA 52406-2148 | Amanda Clark<br>2050 Glass Road NE<br>Apt. 203<br>Cedar Rapids, IA 52402-3451 | Mari Davis<br>720 Center Point Rd NE<br>Cedar Rapids, IA 52402-4666 |
| Donnell and Shekita Tolbert<br>1714 6th AVE SE<br>Cedar Rapids, IA 52403-2612 | Dupaco Community Credit Union<br>3299 Hillcrest Road<br>Dubuque, IA 52001-3974 | Dupaco Community Credit Union<br>4615 Cross Pointe BLVD NE<br>Cedar Rapids IA 52411-6672 |
| Dupaco Community Credit Union<br>P.O. Box 179<br>Dubuque IA 52004-0179 | Dupaco Community Credit Union<br>c/o Tonya A. Trumm<br>1000 Main Street<br>Dubuque, IA  52001 | Elizabeth D. Jacobi<br>ATTN:  City Attorney's Office<br>101 First ST SE<br>Cedar Rapids, IA 52401-1205 |
| Elizabeth Jacobi<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | Douglas Dean Flugum<br>Bugeye Ventures, Inc.<br>PO BOX 308<br>CEDAR RAPIDS<br>Cedar Rapids, IA 52406-0308 | (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 |
| GreenState Credit Union<br>c/o Siobhan Briley<br>425 E. Oakdale Blvd., Suite 201<br>Coralville, IA  52241 | John M. Heckel<br>John M Heckel PC<br>5250 N.Park PL NE<br>Ste 114<br>Cedar Rapids, IA 52402-6221 | Herbert Cunningham<br>1548 7th AVE SE<br>Cedar Rapids, IA 52403-2504 |
| (p)AEGIS LAW<br>601 S LINDBERGH BLVD<br>FRONTENAC MO 63131-2733 | Linn County Treasurer<br>935 2nd ST SW<br>Cedar Rapids, IA 52404-2164 | Monox Group with Union Bank as Secured Party<br>405 North 115th Street #100<br>Omaha, NE 68154-2507 |

| | | |
|---|---|---|
| Paw Control Wildlife Solutions<br>PO BOX 401<br>Hiawatha, IA 52233-0401 | Property Holders, LTD<br>PO BOX 2328<br>Cedar Rapids, IA 52406-2328 | Janet G. Reasoner<br>U.S. Trustee<br>111 7th Ave SE<br>Box 17<br>Cedar Rapids, IA 52401-2103 |
| Peter C. Riley<br>4040-1st Ave. NE<br>PO Box 998<br>Cedar Rapids, IA 52406-0998 | Ryan J. Prahm, Esq<br>425 E Oakdale BLVD STE 201<br>Coralville IA 52241-3404 | Sebrina Atkins<br>412 26th ST SE<br>Cedar Rapids, IA 52403-2911 |
| Rush M. Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA 52402-2400 | Tom Riley Law Firm, PLC<br>PO BOX 998<br>Cedar Rapids, IA 52406-0998 | Tonya A. Trumm<br>O'Connor & Thomas, P.C.<br>1000 Main Street<br>Dubuque, IA 52001-6874 |
| United States Trustee<br>Office of the United States Trustee<br>210 Walnut Street, Suite 793<br>Des Moines, IA 50309-2106 | VERIDIAN CREDIT UNION<br>THE STARK COLLECTION AGENCY INC<br>PO BOX 45710<br>MADISON, WI 53744-5710 | Sarah J Wencil<br>DOJ-Ust<br>300 South 4th Street<br>Room 1015<br>Minneapolis, MN 55415-2247 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| GreenState Credit Union<br>PO Box 800<br>North Liberty, IA 52317 | (d)GreenState Credit Union<br>PO BOX 800<br>North Liberty IA 52317-0800 | (d)GreenState Credit Union<br>PO BOX 800<br>North Liberty, IA 52317-0800 |
| Eric J. Langston<br>Aegis Law<br>222 Third Ave SE<br>Ste 501, Ofc 6<br>Cedar Rapids, IA 52401 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (u)Ronald L. Detweiler | (d)Dupaco Community Credit Union<br>3299 Hillcrest Rd.<br>Dubuque, IA 52001-3974 |
| (d)Dupaco Community Credit Union<br>4615 Cross Pointe BLVD NE<br>Cedar Rapids, IA 52411-6672 | (d)Dupaco Community Credit Union<br>P.O. Box 179<br>Dubuque, IA 52004-0179 | (d)Mari Davis<br>720 Center Point RD NE<br>Cedar Rapids, IA 52402-4666 |

(d) Paw Control Wildlife Solutions
PO BOX 401
Hiawatha, IA 52233-0401

(u) Cory Rath
Keller Williams Legacy Group

End of Label Matrix
Mailable recipients    41
Bypassed recipients     8
Total                  49