IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for November 2025 |

I. Summary:
   a. 1713 7th Ave SE is listed for sale.
   b. There is work being done to prepare other properties for the sales and rental markets, but only 1713 7th Ave SE is listed as of 1/15/26. (I do not have the name of any realtor listing properties)
   c. Rental Business:
      i. Rental income for November is approximately $9,099.00. The MORs for November show no open AR.
   d. In the July status report, it was identified that the taxes for the company have not been filed since 2021. There is an extension filed for 2022 and 2024 but they have not been extended. This is a problem that needs to be addressed but I have not seen any evidence that it is being worked on.
   e. It is unclear whether the debtor is making the court ordered $500 payments to fund the administrative costs of the case. It appears he is at minimum $2000 behind.


Date:  __1/15/2026__            __/s/ Douglas D. Flugum_____

　　　　　　　　　　　　　　　　　Douglas D. Flugum

　　　　　　　　　　　　　　　　　Bugeye Ventures, Inc.

　　　　　　　　　　　　　　　　　PO Box 308

　　　　　　　　　　　　　　　　　Cedar Rapids, IA 52406

　　　　　　　　　　　　　　　　　319-389-4581

　　　　　　　　　　　　　　　　　dflugum@bugeyeventures.com

　　　　　　　　　　　　　　　　　Sub Chapter V Trustee