UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE: )
) CASE NO. 22-00744
Debtor: Property Holders, LTD )
)
Debtor. ) CHAPTER 11

### ORDER GRANTING TRUSTEE'S SIXTH INTERIM FEE APPLICATION

The mater before the Court is the Sixth Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum, filed on January 2, 2026 (doc. 289). The motion was served with a bar date notice on all creditors and parties in interest on January 2, 2026 (doc. 290). The deadline to file objections was January 23, 2026.  No objections have been filed with the court and the time for filing them has passed.

**IT IS THEREFORE ORDERED** that the Sixth Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum is granted in the requested amounts of $5,825.00 for fees and $0.00 for expenses (Total of $5,825.00).

**IT IS FURTHER ORDERED** that a judgment for $5,825.00 is entered against Debtor Property Holders, LTD. in favor of Applicant.

Dated and entered:

January 26, 2026

_____
Bankruptcy Judge