**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-00744 |
| PROPERTY HOLDERS, LTD, ) | |
| ) | Chapter 11 Subchapter V |
| Debtor. ) | |

## APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, attorney Benjamin G. Nielson of the law firm Pugh Hagan Prahm PLC, and hereby enters his appearance on behalf of creditor GreenState Credit Union ("GreenState"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that copies of all papers filed or served in this case be sent to:

**BENJAMIN G. NIELSON**
**PUGH HAGAN PRAHM PLC**
**425 E. Oakdale Blvd., Suite 201**
**Coralville, Iowa 52241**
bnielson@pughhagan.com

This request includes all notices and papers, including reports, 2004 examinations, discovery schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, by any means transmitted, and all notices thereof. This Appearance and Request for Notice does not constitute consent for any violation of Rule 2003 of the Federal Rules of Bankruptcy Procedure, nor does it constitute a consent of jurisdiction of the court over non-core proceedings under 28 U.S.C. § 1557.

*[Remainder Left Intentionally Blank]*

{00651182}

Dated this 26th day of January 2026.

                                          Respectfully submitted,

By:   */s/ Benjamin G. Nielson*
       BENJAMIN G. NIELSON    AT0014460
       PUGH HAGAN PRAHM PLC
       425 E. Oakdale Blvd., Suite 201
       Coralville, Iowa 52241
       Phone: (319) 351-2028
       Fax:   (319) 351-1102
       Email: bnielson@pughhagan.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing instrument was served upon all parties of record in compliance with F.R.B.P. on January 26, 2026 by CM/ECF for registrants.

By:   */s/ Karah D. Hemann*

{00651182}