United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00744-TJC |
| Property Holders, LTD | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 26, 2026 | Form ID: jdgfrm | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Property Holders, LTD, PO BOX 2328, Cedar Rapids, IA 52406-2328 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com |
| Mari Davis | iahomelocators@yahoo.com |
| Peter C. Riley | on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 26, 2026 | Form ID: jdgfrm | Total Noticed: 1 |

Siobhan Briley
    on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com
    Briley.SiobhanB143694@notify.bestcase.com;eryan@pughhagan.com

Tonya A. Trumm
    on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com snolz@octhomaslaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 11

jdgfrm 5/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Property Holders, LTD

Chapter 11

Bankruptcy No. 22–00744

Debtor

## JUDGMENT

The issues of this matter were considered by the Honorable Thad J. Collins, United States Bankruptcy Judge, and a decision was reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED:**

that a judgment for $5,825.00 is entered against Debtor Property Holders, LTD. in favor of Applicant.

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

*Theresa J. Stoelman*

Date of Issuance: January 26, 2026

Deputy Clerk