United States Bankruptcy Court
Northern District of Iowa

In re:                                                                    Case No. 22-00744-TJC
Property Holders, LTD                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 26, 2026 | Form ID: pdf902 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Property Holders, LTD, PO BOX 2328, Cedar Rapids, IA 52406-2328 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com |
| Mari Davis | iahomelocators@yahoo.com |
| Peter C. Riley | on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |

District/off: 0862-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 26, 2026 | Form ID: pdf902 | Total Noticed: 1

Siobhan Briley
on behalf of Creditor GreenState Credit Union sbriley@pughhagan.com
Briley.SiobhanB143694@notify.bestcase.com;eryan@pughhagan.com

Tonya A. Trumm
on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  snolz@octhomaslaw.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                          )
                                )   CASE NO. 22-00744
Debtor: Property Holders, LTD   )
                                )
        Debtor.                 )   CHAPTER 11

### ORDER GRANTING TRUSTEE'S SIXTH INTERIM FEE APPLICATION

The mater before the Court is the Sixth Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum, filed on January 2, 2026 (doc. 289). The motion was served with a bar date notice on all creditors and parties in interest on January 2, 2026 (doc. 290). The deadline to file objections was January 23, 2026.  No objections have been filed with the court and the time for filing them has passed.

**IT IS THEREFORE ORDERED** that the Sixth Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum is granted in the requested amounts of $5,825.00 for fees and $0.00 for expenses (Total of $5,825.00).

**IT IS FURTHER ORDERED** that a judgment for $5,825.00 is entered against Debtor Property Holders, LTD. in favor of Applicant.

Dated and entered:

    January 26, 2026

Bankruptcy Judge