**Fill in this information to identify the case:**

Debtor Name ___Property Holders, Ltd___

United States Bankruptcy Court for the: Northern District of Iowa

Case number: ___22-00744___

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: ___December, 2025___

Date report filed: ___1/30/2026___
MM / DD / YYYY

Line of business: ___Property Inv. & Rental___

NAISC code: ___5313___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          ___Charles Davisson, President___

Original signature of responsible party   _[signature]_

Printed name of responsible party    ___Charles Davisson___

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name  Property Holders, Ltd

Case number 22-00744

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 437.71

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 9,099.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 9,497.83

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -398.83

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 38.88

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 11,462.50

*(Exhibit E)*

Debtor Name  Property Holders, Ltd

Case number 22-00744

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____ 1

27. What is the number of employees as of the date of this monthly report?  _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 82,018.41

30. How much have you paid this month in other professional fees?  $ _____ 0

31. How much have you paid in total other professional fees since filing the case?  $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,050.00 | − | $ 9,099.00 | = | $ 2,951.00 |
| 33. **Cash disbursements** | $ 12,000.00 | − | $ 9,497.83 | = | $ 2,502.17 |
| 34. **Net cash flow** | $ 50.00 | − | $ -398.83 | = | $ -348.83 |

35. Total projected cash receipts for the next month:    $ 12,050.00

36. Total projected cash disbursements for the next month:    − $ 12,000.00

37. Total projected net cash flow for the next month:    = $ 50.00

Debtor Name  Property Holders, Ltd                                    Case number 22-00744

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☑ 42.  Project, job costing, or work-in-progress reports.

Print        Save As...        Reset

### Exhibit C
December, 2025
Rents Received, sale proceeds, credits etc.

GSCU rents:

$2,710.00

DUPACO rents:

$6,389.00

Grand total:

$9,099.00

**Exhibit D**
**Listing of Check/ACH/Credit Card/Cash Disbursements**
**December, 2025**

| Date | Check # etc | Payee | Amount | Purpose |
|---|---|---|---|---|
| Dec 1, 2025 | Payment | Standy Murphy | $220.00 | Subcontractor (2021 Grand Ave SE) |
| Dec 1, 2025 | Payment | Mr. Chris Avinger | $300.00 | Subcontractor (2842 14th Ave SE) |
| Dec 1, 2025 | Payment | Mr. Dewayne Oliver | $500.00 | Snow removal |
| Dec 1, 2025 | Payment | Mr. Allen Schumacher | $600.00 | Hauling |
| Dec 2, 2025 | Payment | Mr. Brandon Taylor | $576.00 | Subcontractor (2021 Grand Ave SE) |
| Dec 4, 2025 | Ck# 2740 | City Water | $200.00 | Utilities |
| Dec 5, 2025 | Payment | Mid American | $488.83 | Utilities |
| Dec 8, 2025 | Payment | Ms. Chelsea Perkins | $500.00 | Subcontractor (2021 Grand Ave SE) |
| Dec 8, 2025 | Payment | Mr. Chris Avenger | $540.00 | Subcontractor (2842 14th Ave SE) |
| Dec 10, 2025 | Ck# 2537 | City Water | $188.12 | Utilities |
| Dec 10, 2025 | Ck# 2539 | City Water | $179.68 | Utilties |
| Dec 10, 2025 | Payment | Mr. Allen Schumacher | $700.00 | Snow removal |
| Dec 10, 2025 | Payment | Mr. Dewayne Oliver | $750.00 | Snow removal |
| Dec 11, 2025 | Payment | Ms. Gina Hill | $150.00 | Subcontractor (1713 7th Ave SE) |
| Dec 11, 2025 | Payment | Walmart Tires | $20.00 | Auto |
| Dec 11, 2025 | Payment | Walmart Tires | $160.00 | Auto |
| Dec 11, 2025 | Payment | Dollar General | $4.89 | Supplies |
| Dec 12, 2025 | Payment | Mr. Michael White | $600.00 | Subcontractor (2021 Grand Ave SE) |
| Dec 14, 2025 | Payment | Casey's | $5.00 | Gas for work vehicle |
| Dec 14, 2025 | Payment | State Farm | $74.99 | Insurance |
| Dec 15, 2025 | Payment | Mr. Brandon Taylor | $750.00 | Subcontractor (2021 Grand Ave SE) |
| Dec 16, 2025 | Payment | Mr. Dewayne Oliver | $400.00 | Snow removal |
| Dec 17, 2025 | Payment | Alliant | $253.00 | Utilities |
| Dec 17, 2025 | Payment | Alliant | $375.94 | Utilities |
| Dec 17, 2025 | Payment | Ms. Gina Hill | $100.00 | Subcontractor (1713 7th Ave SE) |
| Dec 23, 2025 | Ck# 13003 | Mr. Chuck Davisson | $140.00 | Draw |
| Dec 30, 2025 | Payment | MidAmerican | $521.37 | Utilities |

**Exhibit E**
Unpaid Bills
December, 2025

We do have one professional services bill for $5637.50 that was submitted in November, 2025 for Mr. Shortley. There is also a professional services bill for $5825.00 that was submitted in December, 2025 for Mr. Flugum. This will be paid out of the proceeds of the sale of 1713 7th Ave SE which is set to close Feb 6, 2026.

**<u>Exhibit F</u>**

Accounts Receivable as of December 31, 2025


There are no accounts receivable for December 2025.



P.O. Box 179
Dubuque, IA  52004-0179

ELECTRONIC SERVICE REQUESTED

(800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328

Open a
Holiday Club Account
Save year-round for
your holiday purchases.
Go to Shine Online or Mobile Banking, or
call 800-373-7600 or visit
dupaco.com/save

| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 437.71 | -9,497.83 | 9,099.00 | 38.88 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 12/01 | Previous Balance | | | 437.71 |
| 12/01 | Transfer Deposit | | 760.00 | 1,197.71 |
| 12/01 | Transfer Deposit | | 660.00 | 1,857.71 |
| 12/01 | Standy Murphy | 220.00 | | 1,637.71 |
| 12/01 | Chris Avanger | 500.00 | | 1,137.71 |
| 12/01 | Dwayne Oliver | 500.00 | | 637.71 |
| 12/01 | Allen Schumacher | 600.00 | | 37.71 |
| 12/01 | Transfer Deposit | | 1,100.00 | 1,137.71 |
| 12/02 | Transfer Deposit | | 275.00 | 1,412.71 |
| 12/02 | Brandon Taylor | 576.00 | | 836.71 |
| 12/04 | Check #2740 | 200.00 | | 636.71 |
| 12/05 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 488.83 | | 147.88 |
| 12/05 | Transfer Deposit | | 475.00 | 622.88 |
| 12/08 | Transfer Deposit | | 950.00 | 1,572.88 |
| 12/08 | Chelse Perkins | 500.00 | | 1,072.88 |
| 12/08 | Chris Avinger | 540.00 | | 532.88 |
| 12/08 | Transfer Deposit | | 1,700.00 | 2,232.88 |
| 12/10 | Check #2537 | 188.12 | | 2,044.76 |
| 12/10 | Check #2539 | 179.68 | | 1,865.08 |
| 12/10 | Allan Schumacher | 700.00 | | 1,165.08 |
| 12/10 | Dewayne Oliver | 750.00 | | 415.08 |
| 12/11 | Gina Hill | 150.00 | | 265.08 |
| 12/11 | Walmart Tire Center | 20.00 | | 245.08 |
| 12/11 | WalMart Tire Center | 160.00 | | 85.08 |
| 12/11 | MC Purchase DOLLAR-GENERAL #9141 DOLLAR-GENERAL #9141 CEDAR RAPIDS IAUS #3859 #600001 | 4.89 | | 80.19 |
| 12/12 | Transfer Deposit | | 1,100.00 | 1,180.19 |
| 12/12 | Michael White | 600.00 | | 580.19 |
| 12/12 | Transfer Deposit | | 1,300.00 | 1,880.19 |
| 12/14 | MC Purchase CASEYS #2772 CASEYS #2772          CEDAR RAPIDS IA #3859 | 5.00 | | 1,875.19 |
| 12/14 | MC Purchase STATE FARM INSURANCE STATE FARM INSURANCE BLOOMINGTON IL #3859 #0001 | 74.99 | | 1,800.20 |
| 12/15 | Brandon Taylor | 750.00 | | 1,050.20 |
| 12/16 | Transfer Deposit | | 259.00 | 1,309.20 |
| 12/16 | Dwayne Oliver | 400.00 | | 909.20 |
| 12/17 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 253.01 | | 656.19 |

**Dupaco**
*CREDIT UNION*

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 12/17 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 375.94 | | 280.25 |
| 12/17 | Jeana Hill | 100.00 | | 180.25 |
| 12/23 | Check #13003 | 140.00 | | 40.25 |
| 12/26 | Transfer Deposit | | 300.00 | 340.25 |
| 12/27 | Transfer Deposit | | 220.00 | 560.25 |
| 12/30 | ACH Debit ENERGY MIDAMERICAN ID4421425214 | 521.37 | | 38.88 |
| 12/31 | Ending Balance | | | 38.88 |

Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2537 | 12/10 | 188.12 | 2740 * | 12/04 | 200.00 | | | | | | |
| 2539 * | 12/10 | 179.68 | 13003 * | 12/23 | 140.00 | | | | | | |

### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
 • Your name and account number.
 • The dollar amount of the suspected error.
 • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are  unsure about.
   You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   1. Tell us your name and account number.
   2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.
   We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit you account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance Shown on this Statement ....................$

Add Deposits Not Shown on this Statement.............$

Subtotal.......................$

Subtract Total Outstanding Drafts......$

Equals Adjusted Ending Balance.............$

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**NCUA** National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY

**Progress/plans narrative**
**December/January 2025/6**

## GSCU properties

During December/January we have continued to prepare **1933 Higley Ave SE** for sale and it should be ready in February 2026 to list.

**1713 7th Ave SE**, which had been a rental, was listed for $225,000 in November and it sold for $225,000 on January 16, 2026. Closing date is Feb 6, 2026. The proceeds from this property will be used to pay professional fees to Mr. Shortley and Mr. Flugum. After these payouts, the majority of the proceeds will be used toward the GSCU debt. As a note, this property previously sold for $200,000 in fall of 2024, but that sale fell through – so more proceeds to go toward GSCU despite the delay.

With the sale of 1713 7th Ave SE and after closing expenses the net proceeds will be approximately $200,354, the majority of which will go toward GSCU debt. Along with the sale of 1933 Higley Ave SE, with approximate list price of $140,000, we should be able to retire the GSCU obligation.

## DUPACO properties

**2021 Grande Ave SE** - We are nearly done renovating and will finish preparations to list this property for approximately $215,000.00; we anticipate listing it in early Feb, 2026.

**130 Thompson Dr SE #324** – renovations of this property have begun and we anticipate having it ready for sale in March, 2026. The estimated list price will be $250,000. Proceeds from this sale will go toward any remaining miscellaneous expenses and property taxes.

With the sale of 1047 27th St (closed Dec 3) and with the sale of 2021 Grande Ave, anticipated at the price of $215,000.00, after sales commission and related expenses, this will leave proceeds of approximately $199,950.00. With the remaining mortgage amount of $1,136,414.50 (see above and image below), the sales proceeds from 2021 Grande Ave will bring the mortgage amount to approximately $936,464.50 ($1,136,414.50-$199,950.00), which is below the agreed-upon plan of $950,000.00.