IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Debtor: Property Holders, LTD | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | SUBCHAPTER V TRUSTEE |
| | ) | Monthly Report on Plan Progress for January 2026 |

I. Summary:
   a. 1713 7th Ave SE is listed for sale. The sale scheduled for February 6th fell thru.
   b. There is work being done to prepare other properties for the sales and rental markets, but only 1713 7th Ave SE is listed as of 2/10/26. (I do not have the name of any realtor listing properties)
   c. Rental Business:
      i. Rental income for November is approximately $7,698.00. The MORs for December show no open AR.
   d. In the July status report, it was identified that the taxes for the company have not been filed since 2021. There is an extension filed for 2022 and 2024 but they have not been extended. This is a problem that needs to be addressed but I have not seen any evidence that it is being worked on.
   e. It is unclear whether the debtor is making the court ordered $500 payments to fund the administrative costs of the case. The balance in the trust account as of 2/10/26 should be $3,500.00. The Sub V trustee has had a $5,825.00 fee approved and is ready to be paid. The balance should be paid in the month of February.


Date:   __2/10/2026__                              __/s/ Douglas D. Flugum_____

                                                   Douglas D. Flugum

                                                   Bugeye Ventures, Inc.

                                                   PO Box 308

                                                   Cedar Rapids, IA 52406

                                                   319-389-4581

                                                   dflugum@bugeyeventures.com

                                                   Sub Chapter V Trustee