UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-00074 |

## MOTION TO WITHDRAW

COMES NOW, Siobhan Briley of Ellis & Winters LLP, and moves for leave to withdraw as counsel of record for Creditor GreenState Credit Union ("GSCU"), and states in support:

1. The undersigned entered her appearance as counsel of record for GSCU on November 28, 2022.

2. On December 31, 2025, the undersigned left Pugh Hagan Prahm PLC.

3. January 1, 2026, the undersigned joined Ellis & Winters LLP in Raleigh, North Carolina.

4. On January 26, 2026, Benjamin G. Nielson entered his appearance on behalf of GSCU.

5. Accordingly, the undersigned's withdrawal can be accomplished without material adverse effect on GSCU.

WHEREFORE, Siobhan Briley respectfully requests that the Court grant her and the law firm Ellis & Winters LLP leave to withdraw as counsel of record for Creditor GreenState Credit Union and grant such further relief as the Court deems appropriate.

Dated: February 10, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ELLIS & WINTERS LLP

　　　　　　　　　　　　　　　　　By: */s/Siobhan Briley*
　　　　　　　　　　　　　　　　　　　Siobhan Briley (AT0012848)
　　　　　　　　　　　　　　　　　　　Siobhan.briley@elliswinters.com
　　　　　　　　　　　　　　　　　　　4131 Parklake Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　Raleigh, NC 27612
　　　　　　　　　　　　　　　　　　　Tel.: 919.573.1301
　　　　　　　　　　　　　　　　　　　Fax: 919.865.7010
　　　　　　　　　　　　　　　　　　　*Attorney for Creditor GreenState Credit Union*

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on February 10, 2026, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and unrepresented parties. Per Fed. R. Bankr. P. 9036(d), such filing and notification constitutes service of the document.

　　　　　　　　　　　　　　　　　　　*/s/Siobhan Briley*