UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br>PROPERTY HOLDERS, LTD.,<br>Debtor. | Chapter 11<br>Case No. 22-00744 |

## ORDER GRANTING LEAVE TO WITHDRAW

Before the Court is the Motion to Withdraw as counsel of record for Creditor GreenState Credit Union filed by Siobhan Briley of Ellis & Winters LLP. The Court finds that there will be no material adverse effect on Creditor if the Court grants the Motion because Attorney Benjamin G. Nielson of Pugh Hagan Prahm PLC has entered an appearance on behalf of Creditor.

IT IS THEREFORE ORDERED that Siobhan Briley and the law firm Ellis & Winters LLP are granted leave to withdraw and are hereby withdrawn as counsel of record for Creditor GreenState Credit Union.

Dated and entered: February _11_, 2026

_/s/ Thad J. Collins_
Thad J. Collins
Chief U.S. Bankruptcy Judge

ORDER PREPARED BY:
Siobhan Briley
Ellis & Winters LLP