United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00744-TJC |
| Property Holders, LTD | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 11, 2026 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

**Recip ID           Recipient Name and Address**
\+      Siobhan Briley, 4131 Parklake Avenue, Suite 400, Raleigh, NC 27612-2390

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 13, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | on behalf of Creditor GreenState Credit Union bnielson@pughhagan.com  eryan@pughhagan.com |
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com |
| Mari Davis | iahomelocators@yahoo.com |

District/off: 0862-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 11, 2026 | Form ID: pdf902 | Total Noticed: 1

Peter C. Riley
    on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com

Rush M. Shortley
    on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com

Sarah J Wencil
    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Siobhan Briley
    on behalf of Creditor GreenState Credit Union siobhan.briley@elliswinters.com
    Briley.SiobhanB143694@notify.bestcase.com;eryan@pughhagan.com

Tonya A. Trumm
    on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com  snolz@octhomaslaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| In re:<br><br>PROPERTY HOLDERS, LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-00744 |
|---|---|

### ORDER GRANTING LEAVE TO WITHDRAW

Before the Court is the Motion to Withdraw as counsel of record for Creditor GreenState Credit Union filed by Siobhan Briley of Ellis & Winters LLP. The Court finds that there will be no material adverse effect on Creditor if the Court grants the Motion because Attorney Benjamin G. Nielson of Pugh Hagan Prahm PLC has entered an appearance on behalf of Creditor.

IT IS THEREFORE ORDERED that Siobhan Briley and the law firm Ellis & Winters LLP are granted leave to withdraw and are hereby withdrawn as counsel of record for Creditor GreenState Credit Union.

Dated and entered: February 11, 2026

Thad J. Collins
Chief U.S. Bankruptcy Judge

ORDER PREPARED BY:
Siobhan Briley
Ellis & Winters LLP