<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor Name  Property Holders, Ltd

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 22-00744

</td><td>

☐ Check if this is an
amended filing

</td></tr>
</table>

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: January, 2026                          Date report filed: 2/26/2026
                                                                 MM / DD / YYYY

Line of business: Property Inv. & Rental          NAISC code: 5313

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                Charles Davisson, President

Original signature of responsible party   [signature]

Printed name of responsible party        Charles Davisson

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Property Holders, Ltd | Case number | 22-00744 |

17. Have you paid any bills you owed before you filed bankruptcy? ❏ ☑ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ❏ ☑ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 38.88

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 7,698.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 7,273.71

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 424.29

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 463.17

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 11,462.50

*(Exhibit E)*

Debtor Name  Property Holders, Ltd

Case number 22-00744

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                           $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____ 1

27. What is the number of employees as of the date of this monthly report?                    _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 82,018.41

30. How much have you paid this month in other professional fees?                                              $ _____ 0

31. How much have you paid in total other professional fees since filing the case?                          $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,050.00 | − | $ 7,698.00 | = | $ 4,352.00 |
| 33. **Cash disbursements** | $ 12,000.00 | − | $ 7,273.71 | = | $ 4,726.29 |
| 34. **Net cash flow** | $ 50.00 | − | $ 424.29 | = | $ -374.29 |

35. Total projected cash receipts for the next month:                                             $ 12,050.00

36. Total projected cash disbursements for the next month:                                    − $ 12,000.00

37. Total projected net cash flow for the next month:                                             = $ 50.00

Debtor Name Property Holders, Ltd                    Case number 22-00744

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☑ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

**Exhibit A – unpaid bills**
**January, 2026**

We do have one professional services bill for $5637.50 that was submitted in November, 2025 for Mr. Shortley. There is also a professional services bill for $5825.00 that was submitted in December, 2025 for Mr. Flugum. This will be paid out of the proceeds of the sale of 1713 7th Ave SE.

### **Exhibit C**
January, 2026
Rents Received, sale proceeds, credits etc.

GSCU rents:

$2,700.00

DUPACO rents:

$4,998.00


Grand total:

$7,698.00

**Exhibit D**
**Listing of Check/ACH/Credit Card/Cash Disbursements**
**January, 2026**

| Date | Check # etc | Payee | Amount | Purpose |
|---|---|---|---|---|
| Jan 6, 2026 | Payment | Mr. Rick Smith | $600.00 | Subcontractor (2021 Grand Ave SE) |
| Jan 7, 2026 | Payment | Mr. Michael White | $600.00 | Subcontractor (2021 Grand Ave SE) |
| Jan 7, 2026 | Payment | Mr. Brandon Taylor | $580.00 | Subcontractor (2021 Grand Ave SE) |
| Jan 8, 2026 | Payment | Ms. Chelsea Perkins | $200.00 | Subcontractor (1713 7th Ave SE) |
| Jan 14, 2026 | Payment | Mr. Brandon Taylor | $500.00 | Subcontractor (1933 Higley Ave SE) |
| Jan 15, 2026 | Payment | Mr. Michael White | $200.00 | Subcontractor (1734 5th Ave SE) |
| Jan 16, 2026 | Payment | Alliant Energy | $234.86 | Utilities |
| Jan 16, 2026 | Payment | Alliant Energy | $341.44 | Utilities |
| Jan 20, 2026 | Payment | Mr. Jeff Nickels | $600.00 | Subcontractor (1933 Higley Ave SE) |
| Jan 20, 2026 | Payment | Mr. Michael White | $700.00 | Subcontractor (2021 Grand Ave SE) |
| Jan 22, 2026 | Payment | Mr. Michael White | $500.00 | Subcontractor (1933 Higley Ave SE) |
| Jan 23, 2026 | Payment | Kenway | $174.41 | Sewer work, 838 15th St SE |
| Jan 27, 2026 | Payment | Mr. Michael White | $200.00 | Subcontractor (838 15th St SE) |
| Jan 30, 2026 | Ck# 2540 | City Treasurer | $53.00 | Permit, 1933 Higley Ave SE |
| Jan 30, 2026 | Payment | Mr. Michael White | $650.00 | Subcontractor (1933 Higley Ave SE) |
| Jan 31, 2026 | Payment | Ms. Chelsea Perkins | $600.00 | Subcontractor (130 Thompson Dr SE) |
| Jan 31, 2026 | Payment | Ms. Gina Hill | $540.00 | Subcontractor (130 Thompson Dr SE) |

**Exhibit E**
Unpaid Bills
January, 2026

We do have one professional services bill for $5637.50 that was submitted in November, 2025 for Mr. Shortley. There is also a professional services bill for $5825.00 that was submitted in December, 2025 for Mr. Flugum. This will be paid out of the proceeds of the sale of 1713 7th Ave SE.

**Exhibit F**
Accounts Receivable as of January 31, 2025

There are no accounts receivable for January 2026.



**STATEMENT PERIOD:**  **P A G E :**
01/01/2026 to 01/31/2026    1 of 2

P.O. Box 179
Dubuque, IA  52004-0179

ELECTRONIC SERVICE REQUESTED

(800) 373-7600 / dupaco.com

ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328



Simplify your debt with a limited-time balance transfer
offer featuring a lower rate and no balance transfer fees!

**dupaco.com/Visa**

| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 38.88 | -7,273.71 | 7,698.00 | 463.17 |

Titles: Estate of Property Holders, LTD Debtor   in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 01/01 | Previous Balance | | | 38.88 |
| 01/06 | Transfer Deposit | | 1,300.00 | 1,338.88 |
| 01/06 | Transfer Deposit | | 950.00 | 2,288.88 |
| 01/06 | Rick Smith | 600.00 | | 1,688.88 |
| 01/07 | Mike white | 600.00 | | 1,088.88 |
| 01/07 | Brandon Taylor | 580.00 | | 508.88 |
| 01/08 | Chelsea Perkins | 200.00 | | 308.88 |
| 01/12 | Transfer Deposit | | 1,100.00 | 1,408.88 |
| 01/14 | Brandon Taylor | 500.00 | | 908.88 |
| 01/15 | Mike White | 200.00 | | 708.88 |
| 01/16 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 234.86 | | 474.02 |
| 01/16 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 341.44 | | 132.58 |
| 01/16 | Transfer Deposit | | 2,100.00 | 2,232.58 |
| 01/20 | Jeff Nichols | 600.00 | | 1,632.58 |
| 01/20 | Michael White | 700.00 | | 932.58 |
| 01/22 | Michel White | 500.00 | | 432.58 |
| 01/23 | MC Purchase SQ *KEN-WAY SEWER SERV SQ *KEN-WAY SEWER SERV CEDAR RAPIDS IA #3859 #00372041 | 174.41 | | 258.17 |
| 01/27 | Michel White | 200.00 | | 58.17 |
| 01/29 | Transfer Deposit | | 548.00 | 606.17 |
| 01/30 | Check #2540 | 53.00 | | 553.17 |
| 01/30 | Transfer Deposit | | 300.00 | 853.17 |
| 01/30 | Michael White | 650.00 | | 203.17 |
| 01/30 | Transfer Deposit | | 1,100.00 | 1,303.17 |
| 01/31 | Transfer Deposit | | 300.00 | 1,603.17 |
| 01/31 | Chelsea Perkins | 600.00 | | 1,003.17 |
| 01/31 | Gina Hill | 540.00 | | 463.17 |
| 01/31 | Ending Balance | | | 463.17 |

### Cleared Share Drafts
(^ Indicates an Electronic Check)
(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2540 | 01/30 | 53.00 | | | | | | | | | |



### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we take the balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
  • Your name and account number.
  • The dollar amount of the suspected error.
  • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item
    you are  unsure about.

  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    1. Tell us your name and account number.
    2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or
       why you need more information.
    3. Tell us the dollar amount of the suspected error.

  We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### SHARE DRAFT RECONCILIATION

**Outstanding Share Drafts**

| NUMBER | AMOUNT |
|--------|--------|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| TOTAL | $ |

Ending Balance
Shown on this
Statement .....................$ _____

Add Deposits
Not Shown on
this Statement..............$ _____

Subtotal.........................$ _____

Subtract Total
Outstanding Drafts........$ _____

Equals Adjusted
Ending Balance.............$ _____

Adjusted ending balance shown above
should agree with the balance shown in
your share draft book.

NOTE: Be sure to deduct any charges, fees
or withdrawals Shown on your statement
(but not in your share Draft book) that may
apply to your account. Also, be Sure to add
any dividends or any deposits shown on
Your statement (but not in your share draft
book) That apply to your account.

Your savings federally insured to at least
$250,000 and backed by the full faith and
credit of the United States Government

**NCUA**  National Credit Union
Administration, a U.S.
Government Agency

EQUAL HOUSING OPPORTUNITY

**Progress/plans narrative**
**January/February 2026**

## GSCU properties

During January/February we have continued to prepare **1933 Higley Ave SE** for sale and it should be ready in March 2026 to list.

**1713 7th Ave SE**, which had been a rental, was listed for $225,000 in November and it sold for $225,000 on January 16, 2026. Closing date had been set for Feb 6, 2026. The first-time buyers backed out at the last minute due to them wanting a new water service line installed, at a cost of approximately $20,000, which is not required by the city until the year 2037. We were not willing to spend another $20K on something that is not required so have moved on to the next buyer. There continue to be many showings and much interest in this property and we anticipate its sale as the 2026 spring market takes hold.

The proceeds from this property will be used to pay professional fees to Mr. Shortley and Mr. Flugum. After these payouts, the majority of the proceeds will be used toward the GSCU debt. As a note, this property previously sold for $200,000 in fall of 2024, but that sale fell through – so more proceeds to go toward GSCU despite the delay.

With the sale of 1713 7th Ave SE and after closing expenses the net proceeds will be approximately $200,000, the majority of which will go toward GSCU debt. Along with the sale of 1933 Higley Ave SE, with approximate list price of $140,000, we should be able to retire the GSCU obligation.

## DUPACO properties

**2021 Grande Ave SE** - We are nearly done renovating and will finish preparations to list this property for approximately $215,000.00; we anticipate listing it in March, 2026 – there has been a short delay due to the need to remove a dead tree which requires a special tree removal service.

**130 Thompson Dr SE #324** – renovations of this property have begun and we anticipate having it ready for sale in April, 2026. The estimated list price will be $250,000. Proceeds from this sale will go toward any remaining miscellaneous expenses and property taxes.