UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 22-00744 |
| Property Holders, LTD, | ) | Chapter 11 Subchapter V |
| | ) | |
| | ) | CHAPTER 11 SUB V TRUSTEE'S |
| | ) | MOTION TO COMPEL |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | |
| | ) | |

Douglas D. Flugum Chapter 11 Subchapter V Trustee, hereby moves for the Court to Compel Debtor to:

1. Immediately pay the fees approved by court order "Order Granting Application For Compensation (Related Doc # 289) Granting for Douglas Dean Flugum, fees awarded: $5825.00, expenses awarded: $0.00 Ordered on 1/26/2026. (tsta) (Entered: 01/26/2025)" (Doc. # 293).
2. Immediately pay open account balance from previous court awarded fees (see account statement).
3. Debtor has not complied with the court order to deposit $500.00 per month into his attorney's trust account for payment of the Sub V fees
   a. Agreed Order re: Sub Chapter V Trustee's Motion To Compel (Related Doc # 256) Ordered on 6/11/2025. (tsta) (Entered: 06/11/2025) Doc#270.

In support, the Subchapter V Trustee states as follows:

1. On November 21, 2022, Douglas D. Flugum was appointed Subchapter V Trustee (Doc # 4).
2. The court has approved 6 interim applications for fees.
3. Payment of 2nd Interim Application fees took 6 months for payment of the invoice.
4. Payment of 3nd Interim Application fees took over 2 months for payment of the invoice.
5. Payment of 4th Interim Application fees took 10 months for payment of the invoice.
6. Payment of 5th Interim Application fees took 5 months for payment of the invoice.
7. There has not been any Payment of 6th Interim Application fees for 2.5 months.
8. The debtor has not funded the account to pay the fees as ordered by the court.

WHEREFORE, Douglas D. Flugum respectfully requests this Court enter an order compelling Debtor to:

1. Immediately pay open account balance from court awarded fees (see account statement).
2. Comply with the order to deposit $500 per month in the Debtor's lawyer's trust account for payment of Subchapter V Trustee fees approved by the court (max amount $5000 held in trust for this purpose).
3. Replenish the trust account at $500 per month when funds are removed by payment of court approved Subchapter V Trustee fees.

Dated: March 3, 2026                     /s/ Douglas D. Flugum

                                                           Douglas D. Flugum
                                                           Bugeye Ventures, Inc.
                                                           PO Box 308
                                                           Cedar Rapids, IA 52406
                                                           Phone: 319-389-4581
                                                           Email: dflugum@bugeyeventures.com
                                                           Subchapter V Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March, 2026, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

/s/ Douglas D. Flugum

# Statement

Bugeye Ventures, Inc.
PO Box 308
Cedar Rapids, IA 52406

| Date |
|---|
| 12/31/2025 |

**To:**
Property Holders, LTD
Charles A. Davisson
PO Box 2328
Cedar Rapids, IA 52406

| Amount Due | Amount Enc. |
|---|---|
| $5,875.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 12/31/2024 | Balance forward | | 1,050.00 |
| 01/20/2025 | INV #12413. Due 01/20/2025. | 4,275.00 | 5,325.00 |
| 02/25/2025 | PMT #99. | -1,000.00 | 4,325.00 |
| 06/30/2025 | PMT | -4,275.00 | 50.00 |
| 12/31/2025 | INV #12417. Due 12/31/2025. Jan 2025 to Dec 2025 | 5,825.00 | 5,875.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 5,825.00 | 0.00 | 0.00 | 0.00 | 50.00 | $5,875.00 |