United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00744-TJC |
| Property Holders, LTD | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2026 | Form ID: hrgntc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Property Holders, LTD, PO BOX 2328, Cedar Rapids, IA 52406-2328 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | on behalf of Creditor GreenState Credit Union bnielson@pughhagan.com  eryan@pughhagan.com |
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com  r45714@notify.bestcase.com |
| Mari Davis | iahomelocators@yahoo.com |
| Peter C. Riley | on behalf of Debtor Property Holders  LTD peterr@trlf.com, phyllisd@trlf.com |
| Rush M. Shortley | on behalf of Debtor Property Holders  LTD rush@shortleylaw.com, r51060@notify.bestcase.com |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: hrgntc | Total Noticed: 1 |

Sarah J Wencil
    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Tonya A. Trumm
    on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com snolz@octhomaslaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 11

hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Property Holders, LTD

Chapter 11

Bankruptcy No. 22−00744

Debtor

## NOTICE SETTING HEARING
## ON CHAPTER 11 SUB V TRUSTEE'S MOTION TO COMPEL (DOC. 304)

To:

Rush M. Shortley and Peter C. Riley, Attorneys for Debtor
Douglas Dean Flugum, Trustee
United States Trustee
Property Holders, LTD, Debtor

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**March 20, 2026 at 11:15 AM via telephonic hearing**

All parties wishing to participate may use the following dial instructions.

1. Call the toll free number: 1−855−244−8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

Date: March 4, 2026

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk