UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

PROPERTY HOLDERS, LTD,

Debtor

Chapter  11

Bankruptcy No.  22-00744

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: March 20, 2026
Hearing on Chapter 11 Sub V Trustee's Motion to Compel (Doc. 304)

APPEARANCES:

Attorney Rush Shortley for Debtor
Chapter 11 Subchapter 5 Trustee Douglas Flugum
Attorney Claire Davison for United States Trustee

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

Attorney for Debtor will pay $1,000.00 to Trustee immediately following the hearing.

**IT IS FURTHER ORDERED THAT:**

The matter is continued and reset for:

**April 17, 2026 at 11:45 A.M.**
via Telephonic Hearing

All parties wishing to participate may use the following dial in instructions.

1. Call the toll-free number: 1-855-244-8681

2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.


Ordered:

    March 20, 2026

Thad J. Collins
Chief Bankruptcy Judge

2