**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **Property Holdings, LTD** | **Bankr. No. 22-00744** |
| **Debtor.** | |

---

**NOTICE OF UNITED STATES TRUSTEE'S MOTION TO DISMISS**
**NOTICE OF BAR DATE FOR OBJECTIONS**
**NOTICE OF HEARING ON MOTION TO DISMISS**

---

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the enclosed motion to dismiss debtor was filed on behalf of the Acting United States Trustee.

NOTICE IS FURHTER GIVEN that objections to the motion, if any, shall be filed with the Clerk of Bankruptcy Court, with copies to the United States Trustee, Sub V Trustee and Debtor's attorney by no later than May 6, 2026.

NOTICE IS FURTHER GIVEN that a TELEPHONIC hearing will be held on the Acting United States Trustee's motion to dismiss on Friday, May 22, 2026, at 11:00 a.m.   All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

Dated: April 15, 2026

MARY R. JENSEN
Acting United States Trustee Region 12

 /s/ Sarah J.  Wencil
Sarah J.  Wencil
Trial Attorney
Iowa Atty No.  14014
Office of U.S. Trustee
U.S. Courthouse, Suite 1015
300 South Fourth Street
Minneapolis, MN 55415
TELE: (612) 334-1350