UNITED STATES BANKRUPTCY COURT
Northern District of Iowa Cedar Rapids

In re:
 Property Holders, LTD,
         Debtor(s).

Case No.: 22-00744
Chapter: 11

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 04/15/2026, as directed by Office of the United States Trustee, Region 12, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Notice of Hearing Re: Motion to Dismiss Case/Debtor(s)  Filed by United States Trustee (related document(s)310 Motion to Dismiss Case/Debtor(s)). Objections due by 5/6/2026. Hearing scheduled for 5/22/2026 at 11:00 AM at Telephonic Hearing. (Wencil, Sarah) (Entered: 04/15/2026)

Motion to Dismiss Case For Other Reason. re: or convert under Section 1112(b) Filed by United States Trustee (Wencil, Sarah) (Entered: 04/14/2026)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

04/15/2026

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Property Holders, LTD 22-00744**

| List ID | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 29653 | Adair 0365 with Union Bank as Secured Party , 405 North 115th Street #100, Omaha, NE, 68154-2507 | **First Class** |
| 29653 | Adair 0388 with Union Bank as Secured Party , 405 North 115th Street #100, Omaha, NE, 68154-2507 | **First Class** |
| 29653 | Amanda Clark , c/o Eric J Langston, 601 S. Lindbergh Blvd., Flr 2, Frontenac, MO, 63131 | **First Class** |
| 29653 | Carlton Railsback , 1047 27th ST NE, Cedar Rapids, IA, 52402-4124 | **First Class** |
| 29653 | Cellco Partnership d/b/a Verizon Wireless , William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA, 20147-6122 | **First Class** |
| 29653 | Charles Davisson , 2040 Spoon Creek CT SE, Cedar Rapids, IA, 52403-1941 | **First Class** |
| 29653 | City of Cedar Rapids , City Finance Dept-Billing & Collections, PO BOX 2148, Cedar Rapids, IA, 52406-2148 | **First Class** |
| 29653 | Douglas Dean Flugum , Bugeye Ventures, Inc., PO BOX 308, CEDAR RAPIDS, Cedar Rapids, IA, 52406-0308 | **First Class** |
| 29653 | Dupaco Community Credit Union , c/o Tonya A. Trumm, 1000 Main Street, Dubuque, IA, 52001 | **First Class** |
| 29653 | Dupaco Community Credit Union , P.O. Box 179, Dubuque, IA, 52004-0179 | **First Class** |
| 29653 | Elizabeth D. Jacobi , ATTN:  City Attorney's Office, 101 First ST SE, Cedar Rapids, IA, 52401-1205 | **First Class** |
| 29653 | GREENSTATE CREDIT UNION, ATTN LEGAL, PO BOX 800, NORTH LIBERTY, IA, 52317-0800 | **First Class** |
| 29653 | Herbert Cunningham , 1548 7th AVE SE, Cedar Rapids, IA, 52403-2504 | **First Class** |
| 29653 | Monox Group with Union Bank as Secured Party, 405 North 115th Street #100, Omaha, NE, 68154-2507 | **First Class** |
| 29653 | Paw Control Wildlife Solutions , PO BOX 401, Hiawatha, IA, 52233-0401 | **First Class** |
| 29653 | Property Holders, LTD , PO BOX 2328, Cedar Rapids, IA, 52406-2328 | **First Class** |
| 29653 | Rush M. Shortley , 1921 51st Street NE, Cedar Rapids, IA, 52402, United States of America | **First Class** |
| 29653 | Sebrina Atkins , 412 26th ST SE, Cedar Rapids, IA, 52403-2911 | **First Class** |
| 29653 | VERIDIAN CREDIT UNION , THE STARK COLLECTION AGENCY INC, PO BOX 45710, MADISON, WI, 53744-5710 | **First Class** |