UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

PROPERTY HOLDERS, LTD,

     Debtor

Chapter  11

Bankruptcy No.  22-00744

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: April 17, 2026
Hearing on Chapter 11 Sub V Trustee's Motion to Compel (Doc. 304)

APPEARANCES:

Attorney Rush Shortley for Debtor
Chapter 11 Subchapter 5 Trustee Douglas Flugum
Attorney Sarah J. Wencil for United States Trustee
Attorney Benjamin G. Nielson for GreenState Credit Union

OUTCOME OF PROCEEDING:

A status conference was held.

**IT IS ORDERED THAT**:

Chapter 11 Subchapter 5 Trustee Douglas Flugum shall notify the Court after receipt and clearing of the check for payment of the balance due pursuant to the compensation order.

Ordered:

    April 20, 2026

Thad J. Collins
Chief Bankruptcy Judge