**COLDWELL BANKER**
**HEDGES REALTY**

## Estimated Sales Expense

| | | | |
|---|---|---|---|
| Sale Price | | | $ 120000 |
| Listing Agent Compensation 3.5 % | $4200 | | |
| Buying Agent Compensation 3.5 % | $ 4200 | | |
| Extended Abstract | $ 450 | | |
| Current Taxes Due | $ 1074 | | |
| Tax Proration from 7/1/25 TO 6/15/26 | $ 2148 | | |
| Mortgage Balance as of _____ | $_____ | | |
| Mortgage Interest due | $_____ | | |
| THROUGH _____ | | | |
| Termite Inspection | $_____ | | |
| Well & Septic | $_____ | | |
| Revenue Stamps | $ 192 | | |
| Closing Document Preparation | $ 350 | | |
| Miscellaneous | $_____ | | |
| AHS Home Warranty | $_____ | | |
| Home Inspection | $_____ | | |
| Other | $_____ | | |
| Other | $_____ | | |

| | |
|---|---|
| **Total Expenses** | $ 12614 |
| **Approximate Net Proceeds** | $ 107386 |

_____
Seller                                    Date

_____
Seller                                    Date

**COLDWELL BANKER**
**HEDGES REALTY**

**Estimated Sales Expense**

Sale Price                                                    $ 210,000

Listing Agent Compensation __3.5_%      $ 7350

Buying Agent Compensation __3__%        $ 4300

Extended Abstract                        $ 450

Current Taxes Due                        $ 1309      September (Possibly

Tax Proration from 7/1/26 TO 6/12/26     $ 2618

Mortgage Balance as of _____          $_____

Mortgage Interest due                    $_____

        THROUGH _____

Termite Inspection                       $_____

Well & Septic                            $_____

Revenue Stamps                           $ 336

Closing Document Preparation             $ 350

Miscellaneous                            $_____

AHS Home Warranty                        $_____

Home Inspection                          $_____

Other                                    $ 700

Other                                    $_____


Total Expenses                           $ 19,413

**Approximate Net Proceeds**             $ 190,587


_____
Seller                                                Date

_____
Seller                                                Date


Estimated Sales Expense.doc
08/05/2024