IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

In Re:                                          )
                                                )      Case No. 22-00744
Debtor: Property Holders, LTD                   )      Chapter 11 Subchapter V
                                                )
                                                )
                                                )
         Debtor and Debtor-in-Possession.       )      SUBCHAPTER V TRUSTEE
                                                )      Monthly Report on Plan Progress for
                                                       April 2026

I.   Summary:
     a.  1713 7th Ave SE is listed for sale and at this time has a "Pending" status.
     b.  There is work being done to prepare other properties for the sales and rental markets, but only
         1713 7th Ave SE is listed as of 5/13/26. (I do not have the name of any realtor listing properties)
     c.  Rental Business:
         i.   Rental income for April is approximately $11,490.00.  The MORs for March show no
              open AR.
     d.  In the July status report, it was identified that the taxes for the company have not been filed since
         2021.  The back taxes have been filed thru 2024.  The 2025 taxes have an extension.
     e.  Rush reports that the debtor is making the court ordered $500 payments to fund the
         administrative costs of the case.

Date:   __5/13/2026__                           __/s/ Douglas D. Flugum_____

                                                Douglas D. Flugum

                                                Bugeye Ventures, Inc.

                                                PO Box 308

                                                Cedar Rapids, IA 52406

                                                319-389-4581

                                                dflugum@bugeyeventures.com

                                                Sub Chapter V Trustee