UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

PROPERTY HOLDERS, LTD,

　　　　Debtor

Chapter  11

Bankruptcy No.  22-00744

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: May 22, 2026
Hearing on United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112
(Doc. 310)

APPEARANCES:

Attorney Rush Shortley for Debtor
Chapter 11 Subchapter 5 Trustee Douglas Flugum
Attorney Sarah J. Wencil for United States Trustee
Attorney Tonya A. Trumm for Dupaco Community Credit Union
Attorney Benjamin G. Nielson for GreenState Credit Union

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

The matter is continued and reset for

**August 7, 2026 at 10:15 A.M.**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions.

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number

4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:

May 22, 2026

Thad J. Collins
Chief Bankruptcy Judge