# United States Bankruptcy Court
## Northern District of Iowa

**IN RE:**

PROPERTY HOLDERS, LTD,

**Debtor.**

**Chapter 11**

**Bankruptcy No.** 22-00744

**MOTION FOR MODIFICATION OF CHAPTER 11, SUBCHAPTER V PLAN AND EXTENSION OF THE 3-YEAR PLAN PERIOD**

---

Debtor, by Rush M. Shortley, its attorney, states its motion for modification of the Chapter 11, Subchapter V plan previously confirmed and requests relief as follows:

1. This case was filed on November 21, 2022.

2. Debtor's Modified Plan of Reorganization for Small Business under Chapter 11, Subchapter V filed on April 23, 2023 (DOC 111) with Additions to Modified Chapter 11, Subchapter V Plan (DOC 143) was confirmed on June 7, 2023 (Plan).

3. According to Paragraph 8.01 of the plan, the plan became effective on June, 21, 2023, 14 days after the confirmation order was entered and will terminate on June 21, 2026 if the 3-year time is not extended pursuant to the provisions of 11 U.S.C., Chapter 11, Subchapter V.

4. Although not prohibited, the plan as confirmed does not specifically provided for satisfying the Class 3 Claim of Dupaco Community Credit Union by refinancing any remaining debt, and Debtor wishes to modify the plan to provide for that option.

5. Since confirmation of the original plan, the residential real estate market conditions in Cedar Rapids, Iowa during the plan period have become more difficult for the sale of homes in the bracket in which most of Debtors properties are placed. Those conditions include the remaining financial difficulties of prospective buyers arising during the COVID pandemic period and the increase in residential mortgage rates in the last three years. As a result, Debtor has been unable to sell all the properties required to complete the plan treatments for the Class 2 – GreenState Credit Union and Class 3 – Dupaco Community Credit Union claims within the original 3-year plan period.

6. Currently, Debtor has property mortgaged to Greenstate Credit Union listed for sale. The property scheduled for closing of the sale on June 15, 2026 was closed and the entire proceeds after payment of closing costs and all taxes due was paid to GreenState, leaving

less than $55,000.00 due on GreenState's claim. The remaining property is listed for $135,000.00 and is being actively shown. The net proceeds from that sale are expected to be greater than $125,000.00. Once that property has been sold, Debtor will be able to satisfy the GreenState claim in full, making the remaining five properties mortgaged to GreenState free of the existing mortgage and judgment liens.

7. Debtor has been actively involved in discussions with prospective lenders for the refinancing of the balance of the Dupaco claim and to borrow additional funds for the continuing rehabilitation of all remaining properties to further modernize them and repair the remaining damage inflicted by tenants during the COVID period when they could not be evicted for non-payment of rent. The most likely potential lender has stated that that transaction would require the additional collateral that would be provided by the five remaining GreenState properties and would not be able to confirm a proposed lending transaction until the mortgages and judgment liens on those properties were satisfied.

WHEREFORE, Property Holders LTD respectfully requests that this Honorable Court confirm the modified Chapter 11, Subchapter V plan filed with this motion and for such other and further relief it finds agreeable to equity and good conscience.

Respectfully Submitted,

Dated: June 19, 2026

Rush M. Shortley                                              7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor