**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: | ) | Bankr. No. 22-00744 |
| | ) | |
| PROPERTY HOLDERS, LTD. | ) | |
| | ) | Chapter 11 – Subchapter V |
| Debtor. | ) | |

**OBJECTION OF GREENSTATE CREDIT UNION TO DEBTOR'S**
**MOTION TO MODIFY CONFIRMED CHAPTER 11, SUBCHAPTER V PLAN**

COMES NOW, GreenState Credit Union ("GreenState"), by and through undersigned counsel of record, and hereby files this Objection to Debtor Property Holders, Ltd.'s (the "Debtor") Motion to Modify Confirmed Chapter 11, Subchapter V Plan (the "Motion to Modify"), and in support of the same, respectfully states as follows:

1.      GreenState is a secured creditor in this matter and is identified as a Class 2 creditor under the Debtor's Confirmed Plan. (ECF Doc. 111).

2.      Debtor's Motion to Modify represents in Paragraph 6 that the proceeds from the recently closed sale were paid to GreenState, "leaving less than $55,000.00 due on GreenState's claim." (ECF Doc. 325 at ¶ 6).

3.      That representation is inaccurate. As of the closing of the referenced sale, the payoff due to GreenState was approximately $282,548.03. A true and correct copy of the pre-sale payoff is attached hereto as **Exhibit A** and by this reference incorporated herein.

4.      GreenState received approximately $181,159.70 from the sale proceeds, leaving a remaining balance of approximately $102,690.02 due and owing on its claim.

{00673794}

5.      Debtor further represents that, upon the sale of an additional property, it "will be able to satisfy the GreenState claim in full, making the remaining five properties mortgaged to GreenState free of the existing mortgage and judgment liens." *Id*.

6.      GreenState cannot determine from the Motion to Modify whether Debtor is relying upon the inaccurate balance stated in Paragraph 6 in support of that conclusion.

7.      GreenState's liens remain valid, enforceable, and allowed claims—said liens will remain in full force and effect until they are paid in full and appropriate releases are executed. Nothing in the Motion to Modify should be construed as modifying GreenState's rights, treatment, collateral position, or lien rights under the confirmed plan or applicable law.

8.      GreenState lacks sufficient information to evaluate the feasibility of the proposed modification and refinancing strategy where the Motion to Modify relies upon an inaccurate statement of the amount remaining due to GreenState.

WHEREFORE, GreenState Credit Union respectfully requests the Court deny Debtor's Motion to Modify Confirmed Chapter 11, Subchapter V Plan as presently submitted, require the Debtor to correct the inaccuracies regarding GreenState's claim balance and treatment, and grant such other and further relief as the Court deems just and equitable.

Dated this 26th day of June, 2026.

Respectfully submitted,

By:    */s/ Benjamin G. Nielson*
BENJAMIN G. NIELSON        AT0014460
PUGH HAGAN PRAHM PLC
425 E. Oakdale Blvd., Suite 201
Coralville, Iowa 52241
Phone: (319) 351-2028
Fax:    (319) 351-1102
Email: bnielson@pughhagan.com
*ATTORNEY FOR CREDITOR*
*GREENSTATE CREDIT UNION*

**PROOF OF SERVICE**

I, the undersigned, hereby certify that copies of the foregoing instrument were served upon all interested parties in compliance with FRBP on June 26, 2026 by CM/ECF for registrants.

By:    */s/ Shawna Knipfer*



PO Box 800, North Liberty, IA 52317-0800  |  GreenStateCU.org  |  1-800-397-3790

June 24, 2026

# Loan Payoff Statement

PROPERTY HOLDERS, LTD.
2040 SPOOK CREEK CT SE
CEDAR RAPIDS IA  52403

Loan Number: XXXXXXX552950003
Property Address: 528 15th St SE.  1714 6th Ave SE

| | |
|---|---|
| Current Balance | $13,834.14 |
| Accrued Interest | $16,955.73 |
| Escrow in Payoff | $0.00 |
| Escrow Interest Withholding | $0.00 |
| Late Charges | $0.00 |
| Prepayment Penalty | $0.00 |
| **Total Amount Due** | **$30,789.87** |

Per Diem: $1.70557                    Effective Date: 06/24/2026

Wire Instructions:      GreenState Credit Union
                        2355 Landon Road
                        North Liberty, IA 52317
                        ABA/Routing #: 273975098
                        Credit to: Commercial GL 790020
                        Further Credit to:     552950003
                        Cut-off time: 4:30 p.m.

Mortgages and Assignment of Rents will be released upon receipt of funds for loan payoff.

Thank you for your membership with us, if we may be of further assistance, you can call the number at the top of the letter or contact your lending officer.

Sincerely,
Thomas Philipp

EXHIBIT A



PO Box 800, North Liberty, IA 52317-0800  |  GreenStateCU.org  |  1-800-397-3790

June 24, 2026

## Loan Payoff Statement

PROPERTY HOLDERS, LTD.
2040 SPOOK CREEK CT SE
CEDAR RAPIDS IA  52403

Loan Number: XXXXXXX552950004
Property Address: 1719 BEVER AVE SE

| | |
|---|---|
| Current Balance | $28,929.38 |
| Accrued Interest | $13,215.65 |
| Escrow in Payoff | $0.00 |
| Escrow Interest Withholding | $0.00 |
| Late Charges | $0.00 |
| Prepayment Penalty | $0.00 |
| **Total Amount Due** | **$42,145.03** |

Per Diem: $3.48737              Effective Date: 06/24/2026

Wire Instructions:     GreenState Credit Union
2355 Landon Road
North Liberty, IA 52317
ABA/Routing #: 273975098
Credit to: Commercial GL 790020
Further Credit to:     552950004
Cut-off time: 4:30 p.m.

Mortgages and Assignment of Rents will be released upon receipt of funds for loan payoff.
Thank you for your membership with us, if we may be of further assistance, you can call the number at the top of the letter or contact your lending officer.

Sincerely,
Thomas Philipp

EXHIBIT A



PO Box 800, North Liberty, IA 52317-0800   |   GreenStateCU.org   |   1-800-397-3790

June 24, 2026

## Loan Payoff Statement

PROPERTY HOLDERS, LTD.
2040 SPOOK CREEK CT SE
CEDAR RAPIDS IA  52403

Loan Number: XXXXXXX552950005
Property Address: 1933 HIGLEY AVE SE

| | |
|---|---:|
| Current Balance | $8,416.64 |
| Accrued Interest | $6,610.72 |
| Escrow in Payoff | $0.00 |
| Escrow Interest Withholding | $0.00 |
| Late Charges | $0.00 |
| Prepayment Penalty | $0.00 |
| **Total Amount Due** | **$15,027.36** |

Per Diem: $1.01460                    Effective Date: 06/24/2026

Wire Instructions:     GreenState Credit Union
2355 Landon Road
North Liberty, IA 52317
ABA/Routing #: 273975098
Credit to: Commercial GL 790020
Further Credit to:     552950005
Cut-off time: 4:30 p.m.

Mortgages and Assignment of Rents will be released upon receipt of funds for loan payoff.

Thank you for your membership with us, if we may be of further assistance, you can call the number at the top of the letter or contact your lending officer.

Sincerely,
Thomas Philipp

EXHIBIT A



PO Box 800, North Liberty, IA 52317-0800  |  GreenStateCU.org  |  1-800-397-3790

June 24, 2026

## Loan Payoff Statement

PROPERTY HOLDERS, LTD.
C/O GREENSTATE CU ATTN: CHASITY YOKERS
PO BOX 800
NORTH LIBERTY IA 52317

Loan Number: XXXXXXX552950007
Property Address: 838 15TH STREET SE

| | |
|---|---|
| Current Balance | $11,559.14 |
| Accrued Interest | $3,168.62 |
| Escrow in Payoff | $0.00 |
| Escrow Interest Withholding | $0.00 |
| Late Charges | $0.00 |
| Prepayment Penalty | $0.00 |
| **Total Amount Due** | **$14,727.76** |

Per Diem: $1.55177          Effective Date: 06/24/2026
Wire Instructions:     GreenState Credit Union
2355 Landon Road
North Liberty, IA 52317
ABA/Routing #: 273975098
Credit to: Commercial GL 790020
Further Credit to:     552950007
Cut-off time: 4:30 p.m.

Mortgages and Assignment of Rents will be released upon receipt of funds for loan payoff.
Thank you for your membership with us, if we may be of further assistance, you can call the number at
the top of the letter or contact your lending officer.

Sincerely,
Thomas Philipp

EXHIBIT A