**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22-00744 |
| PROPERTY HOLDERS, LTD, | ) | |
| | ) | |
| Debtor. | ) | |

**APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW, attorney Peter D. Arling of the law firm O'Connor & Thomas, P.C., and hereby enters his appearance on behalf of creditor Dupaco Community Credit Union ("**_Dupaco_**"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that copies of all papers filed or served in this case be sent to:

**PETER D. ARLING**
**O'CONNOR &THOMAS,P.C.**
**1000 Main Street**
**Dubuque, IA 52001**
**parling@octhomaslaw.com**

This request includes all notices and papers, including reports, 2004 examinations, discovery schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, by any means transmitted, and all notices thereof. This Appearance and Request for Notice does not constitute consent for any violation of Rule 2003 of the Federal Rules of Bankruptcy Procedure, nor does it constitute a consent of jurisdiction of the court over non-core proceedings under 28 U.S.C. § 1557.

*[Remainder Left Intentionally Blank]*

Dated this 3rd day of August 2026.

Respectfully submitted,

By: */s/ Peter D. Arling*
PETER D. ARLING          AT0000544
O'CONNOR & THOMAS, P.C.
1000 Main Street
Dubuque, IA 52001
Phone: (563) 557-8400
Fax:    (888) 391-3056
Email: parling@octhomaslaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing instrument was served upon all parties of record in compliance with the Federal Rules of Bankruptcy Procedure on August 3, 2026 by CM/ECF for registrants.

By:    */s/ Sierra A. Nolz*