**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PROPERTY HOLDERS, LTD, | ) | Case No. 22-00744 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 7007.1, and Local Rule 1075-1,

<u>Dupaco Community Credit Union</u>, a

☐ Corporate Debtor

☐ Party to an adversary proceeding

☒ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this 4th day of August, 2026

O'CONNOR & THOMAS, P.C.

By:       */s/ Peter D. Arling*
PETER D. ARLING          AT0000544
O'CONNOR & THOMAS, P.C.
1000 Main Street
Dubuque, IA 52001
Phone: (563) 557-8400
Fax:    (888) 391-3056
Email: parling@octhomaslaw.com

Attorneys for Dupaco Community Credit Union