UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

PROPERTY HOLDERS, LTD,

Debtor

Chapter  11

Bankruptcy No.  22-00744

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: August 7, 2026
Hearing on United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112
(Doc. 310)

APPEARANCES:

Chapter 11 Subchapter 5 Trustee Douglas Flugum
Attorney Sarah J. Wencil for United States Trustee
Attorney Peter D. Arling for Dupaco Community Credit Union

OUTCOME OF PROCEEDING:

No hearing was held.

**IT IS ORDERED THAT**:

The matter is continued and reset for

**August 21, 2026 at 2:30 P.M.**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions.

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number

4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:   August 7, 2026

Thad J. Collins
Chief Bankruptcy Judge