United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 22-00744-TJC |
| Property Holders, LTD | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 07, 2026 | Form ID: pdf902 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Property Holders, LTD, PO BOX 2328, Cedar Rapids, IA 52406-2328 |
| cr | + Amanda Clark, 2050 Glass Road NE, Apt. 203, Cedar Rapids, IA 52402-3451 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: agleason@dupaco.com | Aug 07 2026 21:11:00 | Dupaco Community Credit Union, 3299 Hillcrest Road, Dubuque, IA 52001-3974 |
| cr | Email/Text: bkdesk@greenstate.org | Aug 07 2026 21:11:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026                 Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Quinn-Hanse | on behalf of U.S. Trustee United States Trustee allie.quinn-hanse@usdoj.gov |
| Benjamin Gregory Nielson | on behalf of Creditor GreenState Credit Union bnielson@pughhagan.com  sknipfer@pughhagan.com |

District/off: 0862-1 User: admin Page 2 of 2

Date Rcvd: Aug 07, 2026 Form ID: pdf902 Total Noticed: 4

Douglas Dean Flugum
dflugum@bugeyeventures.com

Eric J. Langston
on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email

John M. Heckel
on behalf of Creditor Mari Davis heckellaw@jmheckel.com r45714@notify.bestcase.com

Mari Davis
iahomelocators@yahoo.com

Peter C. Riley
on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com

Peter D. Arling
on behalf of Creditor Dupaco Community Credit Union parling@octhomaslaw.com tgrimm@octhomaslaw.com

Rush M. Shortley
on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com

Sarah J Wencil
on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Tonya A. Trumm
on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com snolz@octhomaslaw.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

PROPERTY HOLDERS, LTD,

    Debtor

Chapter 11

Bankruptcy No. 22-00744

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: August 7, 2026
Hearing on United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112
(Doc. 310)

APPEARANCES:

Chapter 11 Subchapter 5 Trustee Douglas Flugum
Attorney Sarah J. Wencil for United States Trustee
Attorney Peter D. Arling for Dupaco Community Credit Union

OUTCOME OF PROCEEDING:

No hearing was held.

**IT IS ORDERED THAT**:

The matter is continued and reset for

**August 21, 2026 at 2:30 P.M.**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions.

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number

4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered: August 7, 2026

Thad J. Collins
Chief Bankruptcy Judge