UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 22-00744 |

# PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: August 21, 2026
Hearing on United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112 (Doc. 310)

APPEARANCES:

Attorney Rush M. Shortley for Debtor
Chapter 11 Subchapter 5 Trustee Douglas Flugum
Attorney Sarah J. Wencil for United States Trustee
Attorney Tonya A. Trumm for Dupaco Community Credit Union

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

This matter is taken under advisement.

Ordered:

August 24, 2026

Thad J. Collins
Chief Bankruptcy Judge