UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 22-00744 |

# ORDER RE UNITED STATES TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 1112

This matter came before the Court for a telephonic hearing on August 21, 2026, on United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112 (Doc. 310). Attorney Sarah J. Wencil appeared for the United States Trustee. Attorney Rush M. Shortley appeared for Debtor. Tonya A. Trumm appeared for Dupaco Community Credit Union. Douglas D. Flugum appeared for himself as the Chapter 11 Subchapter V Trustee. The Court heard argument and took the matter under advisement.

**IT IS ORDERED** that the hearing on United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112 is continued and reset for:

**August 31, 2026 at 10:30 A.M.**
At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

Ordered:

August 24, 2026

Thad J. Collins
Chief Bankruptcy Judge