**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTHERN IOWA**

**In re:**

**Property Holders, LTD** **Bankr. No. 22-00744**

**Debtor.**

**Chapter 11**

---

# MOTION TO APPEAR BY TELEPHONE

---

Sarah J. Wencil, Trial Attorney for the Acting United States Trustee (UST), respectively moves this Court to enter an order under Local Rule 9074-1 allowing her to appear by telephone at the continued hearing on the UST's Motion to Dismiss Case (Doc. 310) and Amended Motion (Doc. 335) set for August 31, 2026 at 10:30 a.m. In support of the motion, she states the following:

1. As noted in the Amended Motion, the UST believes that the Debtor does not dispute the facts underlying the cause raised by the UST in her motion under Section 1112(b)(4)(I) (non-payment of real estate taxes) and (I) (failure to substantially consummate a Plan). The remaining issue is whether the Court grants the motion to modify the plan (Doc. 325) that is set at the same time. The UST did not take a position on the motion to modify. The UST does not intend to offer exhibits or examine witnesses at the hearing.

2. Due to the short notice of hearing to arrange for permission to travel to the hearing, and the six-hour distance to the hearing for her undesigned counsel, the UST requests that she be permitted to appear by telephone.

WHEREFORE, Counsel requests that she be allowed to appear telephonically.

Dated: August 25, 2026

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

/s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTHERN IOWA**

**In re:**

**Property Holders, LTD** **Bankr. No. 22-00744**

**Debtor.**

**Chapter 11**

---

## CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: August 25, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil