**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Chapter 11** |
| **Property Holders,** | ) | **Bankruptcy No. 22-00744** |
| | ) | |
| **Debtor(s).** | ) | |

## ORDER re: MOTION TO APPEAR BY TELEPHONE

The Court has before it the motion to appear by telephone by Sarah J. Wencil, Trial Attorney for the United States Trustee at the hearing on the Motion to Dismiss Case and Amended Motion set for Monday, August 31, 2026, at 10:30 a.m. (Docket Nos. 310 and 335).

IT IS ORDERED that the relief requested in the motion is granted and Sarah J. Wencil is authorized to appear by telephone at the hearing.

The United States Trustee may use the following dial in instructions for the hearing:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press# to bypass attendee ID number
4. Please identify yourself after you join the conference.

ORDERED:

August 25, 2026

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE