**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD<br>,<br><br>Debtor. | Chapter 11<br>Case No. 22-00744 |

## CONSENSUAL MOTION TO CONTINUE HEARINGS

COMES NOW Property Holders, Ltd. (the "Debtor"), Dupaco Community Credit Union ("Dupaco"), and Mary R. Jensen, Acting United States Trustee (the "UST"), by their respective attorneys, and hereby consensually move this Court (this "Consensual Motion") for entry of an order (i) continuing the hearings on the *United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112* [Doc. 310] (the "Dismissal Motion"), and the objections thereto, and the Debtor's *Motion for Modification of Chapter 11, Subchapter V Plan and Extension of the 3-Year Plan Period* [Doc. 325] (the "Modification Motion"), and the objections thereto, which are currently scheduled for 10:30 a.m. on August 31, 2026, for a period of two (2) weeks, and (ii) granting such other and further relief as this Court deems appropriate. In support of this Consensual Motion, the parties hereto state as follows:

1. The Debtor has advised Dupaco and the UST that the Debtor expects to receive an offer to purchase that certain real property located at 1933 Higley Avenue SE, Cedar Rapids, Iowa (the "Higley Property") within the next few days and that the sale of the Higley Property is anticipated to result in (a) the full satisfaction of the Debtor's obligations to GreenState Credit Union ("GreenState"), (b) the satisfaction and release of each mortgage that GreenState holds on the Debtor's real properties, and (c) the release and satisfaction of the judgment lien against the Debtor in favor of GreenState.

2. The Debtor has further advised Dupaco and the UST that, shortly following the closing of the sale of the Higley Property and the release and satisfaction of the mortgages and judgment lien in favor of GreenState as described above, the Debtor expects to receive a financing commitment from a lender in an amount sufficient to satisfy the Debtor's obligations to Dupaco in full.

3. Based upon the foregoing, the parties hereto have agreed to continue the hearings on the Dismissal Motion, the Modification Motion, and the various objections to such motions for a period of two (2) weeks to allow the Debtor additional time to receive and accept an offer on the Higley Property.

4. Provided the Debtor has received and accepted an offer with respect to the purchase and sale of the Higley Property within two (2) weeks of the date hereof and the closing of the sale of the Higley Property has occurred within thirty (30) days of the acceptance of such offer, and subject to such other terms and conditions as the UST and/or Dupaco may require, the parties hereto have agreed to discuss a further continuance of the hearings on the Dismissal Motion and the Modification Motion to allow the Debtor additional time to receive the anticipated financing commitment described herein.

WHEREFORE, each of the Debtor, Dupaco, and the UST respectively requests the entry of an order: (i) continuing the hearing on the Dismissal Motion, the Modification Motion, and the various objections to such motions for a period of two (2) weeks, and (ii) granting such other and further relief as this Court deems appropriate.

Respectfully jointly submitted,

PROPERTY HOLDERS, LTD.

By: *____/s/ Rush M. Shortley____*

Rush M. Shortley
1925 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com

Attorney for Debtor Property Holders, Ltd.

DUPACO COMMUNITY CREDIT UNION

By: *____/s/ Tonya A. Trumm____*

Tonya A. Trumm
Peter D. Arling
O'CONNOR & THOMAS, P.C.
1000 Main Street
Dubuque, IA 52001
Phone: (563) 557-8400
E-mail: ttrumm@octhomaslaw.com
pdarling@octhomaslaw.com

Attorneys for Dupaco Community Credit Union

MARY R. JENSEN

ACTING UNITED STATES TRUSTEE

By: *\/s/ Sarah J. Wencil*
Office of the U.S. Trustee
Trial Attorney
U.S. Courthouse
300 South Fourth Street Suite 1015
Minneapolis, MN 55415
Phone: (612) 334-1350
E-mail: sarah.j.wencil@usdoj.gov

Attorney for the Acting United States Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of August, 2026, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

*/s/ Tonya A. Trumm*
Tonya A. Trumm
O'Connor & Thomas, P.C.
1000 Main Street
Dubuque, Iowa 52001
Telephone: (563) 557-8400
Facsimile: (888) 391-3056
E-mail: ttrumm@octhomaslaw.com

Attorneys for Dupaco Community
Credit Union