**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD<br>,<br><br>Debtor. | Chapter 11<br>Case No. 22-00744 |

# ORDER GRANTING CONSENSUAL MOTION TO CONTINUE HEARINGS

Upon the *Consensual Motion to Continue Hearings* (the "Motion") filed on August 28, 2026, by Property Holders, LTD., Dupaco Community Credit Union, and Mary R. Jensen, Acting United States Trustee (collectively, the "Parties"), and good cause existing to grant the relief requested in the Motion,

IT IS HEREBY ORDERED that:

1. the Motion is granted; and

2. the previously scheduled hearing on the Dismissal Motion (as defined in the Motion), the Modification Motion (as defined in the Motion), and the various objections to such motions, is hereby continued to September 14, 2026, at 10:30 A.M. at the U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401.

Dated and entered: August 31, 2026.

United States Bankruptcy Judge
Northern District of Iowa

Agreed as to Form and Content:

PROPERTY HOLDERS, LTD.

By: *_____/s/ Rush M. Shortley_____________*
Rush M. Shortley
1925 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com

Attorney for Debtor Property Holders, Ltd.

DUPACO COMMUNITY CREDIT UNION

By: *_____/s/ Tonya A. Trumm_____________*
Tonya A. Trumm
Peter D. Arling
O'CONNOR & THOMAS, P.C.
1000 Main Street
Dubuque, IA 52001
Phone: (563) 557-8400
E-mail: ttrumm@octhomaslaw.com
pdarling@octhomaslaw.com

Attorneys for Dupaco Community Credit Union

MARY R. JENSEN

ACTING UNITED STATES TRUSTEE

By: *_____/s/ Sarah J. Wencil________*
Office of the U.S. Trustee
Trial Attorney
U.S. Courthouse
300 South Fourth Street Suite 1015
Minneapolis, MN 55415
Phone: (612) 334-1350
E-mail: sarah.j.wencil@usdoj.gov

Attorney for the Acting United States Trustee