United States Bankruptcy Court
Northern District of Iowa

In re: Case No. 22-00744-TJC
Property Holders, LTD Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1 User: admin Page 1 of 2
Date Rcvd: Aug 31, 2026 Form ID: pdf902 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Property Holders, LTD, PO BOX 2328, Cedar Rapids, IA 52406-2328 |
| cr | + | Amanda Clark, 2050 Glass Road NE, Apt. 203, Cedar Rapids, IA 52402-3451 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: agleason@dupaco.com | Aug 31 2026 21:26:00 | Dupaco Community Credit Union, 3299 Hillcrest Road, Dubuque, IA 52001-3974 |
| cr | | Email/Text: bkdesk@greenstate.org | Aug 31 2026 21:26:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Quinn-Hanse | on behalf of U.S. Trustee United States Trustee allie.quinn-hanse@usdoj.gov |
| Benjamin Gregory Nielson | on behalf of Creditor GreenState Credit Union bnielson@pughhagan.com khemann@pughhagan.com |

| | |
|---|---|
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com r45714@notify.bestcase.com |
| Mari Davis | iahomelocators@yahoo.com |
| Peter C. Riley | on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com |
| Peter D. Arling | on behalf of Creditor Dupaco Community Credit Union parling@octhomaslaw.com tgrimm@octhomaslaw.com |
| Rush M. Shortley | on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Tonya A. Trumm | on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com snolz@octhomaslaw.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD<br>,<br><br>Debtor. | Chapter 11<br>Case No. 22-00744 |

**ORDER GRANTING CONSENSUAL MOTION TO CONTINUE HEARINGS**

Upon the *Consensual Motion to Continue Hearings* (the "Motion") filed on August 28, 2026, by Property Holders, LTD., Dupaco Community Credit Union, and Mary R. Jensen, Acting United States Trustee (collectively, the "Parties"), and good cause existing to grant the relief requested in the Motion,

IT IS HEREBY ORDERED that:

1. the Motion is granted; and

2. the previously scheduled hearing on the Dismissal Motion (as defined in the Motion), the Modification Motion (as defined in the Motion), and the various objections to such motions, is hereby continued to September 14, 2026, at 10:30 A.M. at the U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401.

Dated and entered: August 31, 2026.

United States Bankruptcy Judge
Northern District of Iowa

Agreed as to Form and Content:

PROPERTY HOLDERS, LTD.

By: *\/s/ Rush M. Shortley*

Rush M. Shortley
1925 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com

Attorney for Debtor Property Holders, Ltd.

DUPACO COMMUNITY CREDIT UNION

By: */s/ Tonya A. Trumm*

Tonya A. Trumm
Peter D. Arling
O'CONNOR & THOMAS, P.C.
1000 Main Street
Dubuque, IA 52001
Phone: (563) 557-8400
E-mail: ttrumm@octhomaslaw.com
pdarling@octhomaslaw.com

Attorneys for Dupaco Community Credit Union

MARY R. JENSEN

ACTING UNITED STATES TRUSTEE

By: */s/ Sarah J. Wencil*

Office of the U.S. Trustee
Trial Attorney
U.S. Courthouse
300 South Fourth Street Suite 1015
Minneapolis, MN 55415
Phone: (612) 334-1350
E-mail: sarah.j.wencil@usdoj.gov

Attorney for the Acting United States Trustee