# United States Bankruptcy Court
# Northern District of Iowa

**IN RE:**

PROPERTY HOLDERS, LTD,
**Debtor.**

**Chapter 11**

**Bankruptcy No.** 22-00744

## Interim Application for Compensation of Attorney for Debtor

Rush M. Shortley, Attorney for Debtor, submits his application for compensation for services provided to and expenses incurred from December 4, 2025 through September 23, 2026 as follows:

1. Debtor filed its Voluntary Petition under Chapter 11, Subchapter V on November 21, 2022. Applicant's employment as Debtor's counsel was approved by this Court's order entered on December 13, 2022.
2. During this period since the last interim application for compensation, Applicant has performed the services for Debtor at the rate of $275.00 per hour as shown on the statement for services rendered and incurred expenses in the amount of $16.38 in his representation as shown by the applicant's attached invoice.
3. All services have been performed for the purposes set out in Paragraph 6 of Debtor's Application for Employment of Counsel filed on November 21, 2022 at DOC 2.
4. Applicant now makes application for approval of attorney fees in the amount of $9,913.75 and expenses in the amount of $16.38 to be paid by Debtor in Possession from funds on hand.

WHEREFORE, Applicant respectfully requests that after notice to creditors and other parties in interest and, if necessary, hearing, Applicant be allowed $9,913.75 for professional services and $16.38 for expenses incurred for a total of $9,930.13 to be paid from Debtor's available funds and such other and further relief this Honorable Court finds agreeable to equity and good conscience.

Dated: September 23, 2026

Respectfully Submitted,

Rush M. Shortley 7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor

RUSH M. SHORTLEY
ATTORNEY AT LAW
1921 51st Street NE – Cedar Rapids, Iowa 52402

Statement of Account for:

September 23, 2026

Property Holders LTD
PO BOX 2328
Cedar Rapids, IA 52406-2328

In Reference To: Chapter 11 Bankruptcy Case

Invoice No. 12924

FOR LEGAL SERVICES RENDERED:

Professional Services:

| | | Hours |
|---|---|---|
| 12/4/2025 | Preparation of Documents: Review October Monthly Report and Prepare for Filing. File Report Electronically. | 0.5 |
| 1/30/2026 | Preparation of Documents: Prepare and File Monthly Report for December 2025. | 0.6 |
| 2/3/2026 | Review and Reply to Email from Green State CU re: Request for Purchase Agreement for 1713 7th AVE SE, Cedar Rapids. | 0.3 |
| 2/10/2026 | Review Trustee's Report for January 2026. | 0.2 |
| | E-mail to Client re: Forward Trustee's Report for January 2026 to Client. | 0.2 |
| 2/26/2026 | Preparation of Documents: Prepare January 2026 Monthly Report for Filing - File January 2026 Monthly Report. | 0.5 |
| 4/13/2026 | Telephone Conference with Client re: Settlement of Civil Rights Claims & Other Matters. | 0.6 |
| 4/14/2026 | Telephone Conference with Client re: Status of Suit Brought Against Client in State Court and Other Matters. | 0.5 |
| | Telephone Conference with Client re: Discussion of Civil Rights Cases. | 0.8 |

| Date | Description | Hours |
| --- | --- | --- |
| 4/15/2026 | Telephone Conference with Attorney Peter Riley re: Civil Rights Cases. | 0.3 |
| | Telephone Conference with Client re: Motion to Dismiss & Other Matters. | 0.3 |
| | E-mail Exchange with Client re: Payment of Ordered Administrative Expenses, Motion to Dismiss & Other Matters. | 0.4 |
| 4/17/2026 | Attend Hearing re: Trustee's Motion to Compel Payment of Fees. | 0.5 |
| | Review Tax Returns for 2022 through 2024. | 0.5 |
| 5/1/2026 | E-mail to Client re: Information Needed for Response to US Trustee Motion to Dismiss. | 0.2 |
| | Review and Reply to E-mail from Client re: Considerations for Modification of Chapter 11 Confirmed Plan. | 0.3 |
| | Telephone Conference with Client re: Approach to Defending Against U.S. Trustee's Motion to Dismiss and Potential Modification of Confirmed Plan. | 0.75 |
| 5/4/2026 | Review Filing by Dupaco CU in Support of UST's Motion to Dismiss. | 0.2 |
| | Review and Reply to E-mail from Client re: Transmit GSCU Appraisals to Client. | 0.2 |
| | Review and Reply to E-mail from Client re: Transmittal of Appraisals for GSCU. | 0.2 |
| | Review and Reply to E-mail from Client re: Preparation of Documents for Preparing Response to UST Motion to Dismiss. | 0.2 |
| 5/6/2026 | Preparation of Documents: Research, Review File & Draft Objection to UST's Motion to Dismiss. | 5.0 |
| | File Document with Bankruptcy Clerk - Electronic Filing re: Objection to UST's Motion to Dismiss. | 0.2 |
| 5/7/2026 | Telephone Conference with Client re: Discussion of Response to Trustee Motion to Dismiss. | 0.2 |
| | Preparation of Documents: Review Materials Received from Client and Other Portions of File. Draft and Filed Objection to Dupaco Joinder in Motion to Dismiss. | 2.0 |

Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. 12924

| Date | Description | Hours |
|---|---|---|
| 5/19/2026 | Review and Reply to E-mail from Client re: Communication regarding Modification of Plan to Extend the Time and Other Considerations. | 0.2 |
| 5/20/2026 | Preparation of Documents: Review and Prepare April 2026 Monthly Report for Filing. File Report. | 0.5 |
| 5/21/2026 | Telephone Conference with Client re: Upcoming Hearing and Other Matters. | 0.2 |
| | Review Email from Client re: Specific Plans. | 0.1 |
| | Telephone Conference Call with Peter Riley and Client re: Financing for Taking out Dupaco's Claim and Other Matters. | 0.5 |
| 5/22/2026 | Attend Telephonic Hearing re: Trustee's Motion to Dismiss. | 0.5 |
| | Telephone Conference with Client re: Results of Hearing on Trustee's Motion to Dismiss & Requirements for Getting Further Extension of Plan. | 0.2 |
| 6/9/2026 | Review Confirmed Chapter 11, Subchapter V Plan and Associated Documents in Preparation for Drafting Modified Plan. | 1.0 |
| 6/10/2026 | Preparation of Documents: Draft Motion to Modify Chapter 11, Subchapter V Plan. | 2.0 |
| 6/16/2026 | E-mail to Client re: Request for Closing Statement and Updates. | 0.2 |
| 6/19/2026 | Preparation of Documents: Revise Draft of Motion to Modify Plan and Prepare Modified Chapter 11, Subchapter V Plan. | 1.5 |
| | Office conference with Client re: Review and Execute Modified Chapter 11, Subchapter V Plan. | 0.05 |
| 6/22/2026 | Preparation of Documents: Prepare Notice of Bar Date & Hearing Date for Modified Chapter 11 - Subchapter V Plan. | 0.3 |
| 6/30/2026 | Preparation of Documents: Prepare May 2026 Monthly Operating Report for Filing. File Report by ECF. | 0.5 |
| 8/4/2026 | E-mail to BK Court Clerk re: Respond to Email Regarding Change of Court's Hearing Schedule. | 0.2 |

Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. 12924

| Date | Description | Hours |
|---|---|---|
| 8/5/2026 | E-mail to Client re: Transmit Notice of Hearing and Dupaco Objections to Modified Plan. | 0.2 |
| 8/20/2026 | Preparation of Documents: Draft and File Objection to US Trustee's Supplemental Motion to Dismiss. | 2.0 |
| | Telephone Conference with Client re: Language for Objection to UST Supplemental Motion to Dismiss | 0.2 |
| 8/21/2026 | Plan and Prepare for Hearing on UST's Motions to Dismiss. | 1.5 |
| | Attend Telephonic Hearing re: UST's Motions to Dismiss. | 0.5 |
| | Telephone Conference with Client re: Results of Hearing on UST's Motions to Dismiss. | 0.2 |
| 8/24/2026 | Review Proceeding Memo & Order re: Hearing on UST's Motions to Dismiss. | 0.1 |
| | E-mail to Client re: Transmit Proceeding Memo & Order re: UST's Motions to Dismiss and Other Matters. | 0.2 |
| 8/27/2026 | Telephone Conference with Client re: Preparation for Hearing on Plan Modification. | 0.5 |
| | Telephone Conference with Client re: Preparation for Hearing on Plan Modification. | 0.5 |
| 8/28/2026 | Plan and Prepare for Hearing on Modification of Plan. | 2.5 |
| | Office conference with Client re: Preparation for Hearing on Plan Modification & Work with Dupaco Counsel Regarding Mutually Agreed Continuance. | 3.25 |
| 9/10/2026 | Review and Reply to E-mail from Attorney Trumm re: Insurance on Buildings and Purchase Agreement for Current Property. | 0.2 |
| | E-mail to Client re: Location of Copy of Purchase Agreement. | 0.2 |
| 9/14/2026 | E-mail to Client re: Motion & Order for Continuance of Hearings on Modification of Plan & Trustee's Motion to Dismiss. | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12924 |
|---|---|---|---|

| | | | Hours |
|---|---|---|---|
| 9/21/2026 | Review and Reply to E-mail from Client re: Bankruptcy Law Requirements for Sub-contractors and Other Matters. | | 0.2 |
| | | | **Amount** |
| | Fee for professional services | 36.05 | $9,913.75 |
| | Additional Charges : | | |
| | | Price | |
| 9/23/2026 | Postage: Mail Application for Compensation to Creditors & Parties in Interest. | 0.78 | 16.38 |
| | Total costs | | $16.38 |
| | Total amount of this bill | | $9,930.13 |
| | Previous balance | | $5,637.50 |
| | Payment & Adjustment Information | | |
| 4/13/2026 | Payment - Thank You | | ($5,637.50) |
| | Total payments and adjustments | | ($5,637.50) |
| | Balance due | | $9,930.13 |

DUE AND PAYABLE ON RECEIPT!

Interest will accrue on unpaid balances at the rate of 8% per annum (0.67% per month). Payment of the entire balance due on this bill within 10 days of the date of the original invoice or by the last day of the month in which the bill is rendered, whichever is earlier, will prevent interest being charged on any part of the balance due.

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12924 |
|---|---|---|---|

| | | Amount |
|---|---|---|
| | Previous balance of Client Funds | $1,000.00 |
| 3/20/2026 | Withdrawal from client trust account: Payment to Trustee. | ($1,000.00) |
| 5/4/2026 | Payment to client trust account: For Subchapter V Trustee Escrow. Thank You! | $1,000.00 |
| 8/27/2026 | Payment to client trust account: Deposit for Trustee's Compensation. Thank You! . Check No. 2247 | $1,000.00 |
| | New balance of Client Funds | $2,000.00 |