# United States Bankruptcy Court
## Northern District of Iowa

**IN RE:**

Property Holders, LTD.,

**Debtor.**

**Chapter 11**

**Bankruptcy No. 22-00744**

## Notice of Application for Allowance and Payment of Attorney Fees and Expenses Incurred by Attorney for Debtor and Notice of Bar Date for Objection

TO: ALL CREDITORS AND INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that Rush M. Shortley, attorney for Debtor, has filed an Application for Allowance of Compensation for Debtor's Attorney in the amount of $9,930.13 on September 23, 2026, a copy of which is attached.

NOTICE IS FURTHER GIVEN that objection to this Application, if any, shall be filed with the Clerk of Bankruptcy Court, 111 Seventh AVE SE, Box 15, Cedar Rapids, IA 52401-2101, the Debtors' attorney at the address stated below, the United States Trustee, 210 Walnut ST, Room 793, Des Moines, IA 50309, and Douglas Flugum, Chapter 11 Trustee, Bugeye Ventures, Inc., PO BOX 308, Cedar Rapids, IA 52406-0308, **on or before October 14, 2026 at 4:30 p.m. or 11:59 p.m. on the court's ECF web site.**

NOTICE IS FURTHER GIVEN that if an objection is filed, it will be set for hearing by separate notice and that if no objection is filed, an order will be entered granting the approval and payment from available funds of the attorney fees and expenses requested in the Application.

The undersigned certifies a copy of this Notice, together with a copy of the Interim Application for Compensation of Attorney For Debtor, was served on all creditors and interested parties by electronic service or U.S. Mail according to the attached mailing matrix.

Dated: September 23, 2026

Respectfully Submitted,

Rush M. Shortley 7353
1921 51st Street NE
Cedar Rapids, IA 52402-2400
Telephone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtors

# United States Bankruptcy Court
# Northern District of Iowa

**IN RE:**

PROPERTY HOLDERS, LTD,
**Debtor.**

**Chapter 11**

**Bankruptcy No.** 22-00744

## Interim Application for Compensation of Attorney for Debtor

Rush M. Shortley, Attorney for Debtor, submits his application for compensation for services provided to and expenses incurred from December 4, 2025 through September 23, 2026 as follows:

1. Debtor filed its Voluntary Petition under Chapter 11, Subchapter V on November 21, 2022. Applicant's employment as Debtor's counsel was approved by this Court's order entered on December 13, 2022.
2. During this period since the last interim application for compensation, Applicant has performed the services for Debtor at the rate of $275.00 per hour as shown on the statement for services rendered and incurred expenses in the amount of $16.38 in his representation as shown by the applicant's attached invoice.
3. All services have been performed for the purposes set out in Paragraph 6 of Debtor's Application for Employment of Counsel filed on November 21, 2022 at DOC 2.
4. Applicant now makes application for approval of attorney fees in the amount of $9,913.75 and expenses in the amount of $16.38 to be paid by Debtor in Possession from funds on hand.

WHEREFORE, Applicant respectfully requests that after notice to creditors and other parties in interest and, if necessary, hearing, Applicant be allowed $9,913.75 for professional services and $16.38 for expenses incurred for a total of $9,930.13 to be paid from Debtor's available funds and such other and further relief this Honorable Court finds agreeable to equity and good conscience.

Dated: September 23, 2026

Respectfully Submitted,

Rush M. Shortley 7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor

RUSH M. SHORTLEY
ATTORNEY AT LAW
1921 51st Street NE – Cedar Rapids, Iowa 52402

Statement of Account for:

September 23, 2026

Property Holders LTD
PO BOX 2328
Cedar Rapids, IA 52406-2328

In Reference To: Chapter 11 Bankruptcy Case

Invoice No. 12924

FOR LEGAL SERVICES RENDERED:

Professional Services:

| | | Hours |
|---|---|---|
| 12/4/2025 | Preparation of Documents: Review October Monthly Report and Prepare for Filing. File Report Electronically. | 0.5 |
| 1/30/2026 | Preparation of Documents: Prepare and File Monthly Report for December 2025. | 0.6 |
| 2/3/2026 | Review and Reply to Email from Green State CU re: Request for Purchase Agreement for 1713 7th AVE SE, Cedar Rapids. | 0.3 |
| 2/10/2026 | Review Trustee's Report for January 2026. | 0.2 |
| | E-mail to Client re: Forward Trustee's Report for January 2026 to Client. | 0.2 |
| 2/26/2026 | Preparation of Documents: Prepare January 2026 Monthly Report for Filing - File January 2026 Monthly Report. | 0.5 |
| 4/13/2026 | Telephone Conference with Client re: Settlement of Civil Rights Claims & Other Matters. | 0.6 |
| 4/14/2026 | Telephone Conference with Client re: Status of Suit Brought Against Client in State Court and Other Matters. | 0.5 |
| | Telephone Conference with Client re: Discussion of Civil Rights Cases. | 0.8 |

| | | Hours |
|---|---|---|
| 4/15/2026 | Telephone Conference with Attorney Peter Riley re: Civil Rights Cases. | 0.3 |
| | Telephone Conference with Client re: Motion to Dismiss & Other Matters. | 0.3 |
| | E-mail Exchange with Client re: Payment of Ordered Administrative Expenses, Motion to Dismiss & Other Matters. | 0.4 |
| 4/17/2026 | Attend Hearing re: Trustee's Motion to Compel Payment of Fees. | 0.5 |
| | Review Tax Returns for 2022 through 2024. | 0.5 |
| 5/1/2026 | E-mail to Client re: Information Needed for Response to US Trustee Motion to Dismiss. | 0.2 |
| | Review and Reply to E-mail from Client re: Considerations for Modification of Chapter 11 Confirmed Plan. | 0.3 |
| | Telephone Conference with Client re: Approach to Defending Against U.S. Trustee's Motion to Dismiss and Potential Modification of Confirmed Plan. | 0.75 |
| 5/4/2026 | Review Filing by Dupaco CU in Support of UST's Motion to Dismiss. | 0.2 |
| | Review and Reply to E-mail from Client re: Transmit GSCU Appraisals to Client. | 0.2 |
| | Review and Reply to E-mail from Client re: Transmittal of Appraisals for GSCU. | 0.2 |
| | Review and Reply to E-mail from Client re: Preparation of Documents for Preparing Response to UST Motion to Dismiss. | 0.2 |
| 5/6/2026 | Preparation of Documents: Research, Review File & Draft Objection to UST's Motion to Dismiss. | 5.0 |
| | File Document with Bankruptcy Clerk - Electronic Filing re: Objection to UST's Motion to Dismiss. | 0.2 |
| 5/7/2026 | Telephone Conference with Client re: Discussion of Response to Trustee Motion to Dismiss. | 0.2 |
| | Preparation of Documents: Review Materials Received from Client and Other Portions of File. Draft and Filed Objection to Dupaco Joinder in Motion to Dismiss. | 2.0 |

| | | Hours |
|---|---|---|
| 5/19/2026 | Review and Reply to E-mail from Client re: Communication regarding Modification of Plan to Extend the Time and Other Considerations. | 0.2 |
| 5/20/2026 | Preparation of Documents: Review and Prepare April 2026 Monthly Report for Filing. File Report. | 0.5 |
| 5/21/2026 | Telephone Conference with Client re: Upcoming Hearing and Other Matters. | 0.2 |
| | Review Email from Client re: Specific Plans. | 0.1 |
| | Telephone Conference Call with Peter Riley and Client re: Financing for Taking out Dupaco's Claim and Other Matters. | 0.5 |
| 5/22/2026 | Attend Telephonic Hearing re: Trustee's Motion to Dismiss. | 0.5 |
| | Telephone Conference with Client re: Results of Hearing on Trustee's Motion to Dismiss & Requirements for Getting Further Extension of Plan. | 0.2 |
| 6/9/2026 | Review Confirmed Chapter 11, Subchapter V Plan and Associated Documents in Preparation for Drafting Modified Plan. | 1.0 |
| 6/10/2026 | Preparation of Documents: Draft Motion to Modify Chapter 11, Subchapter V Plan. | 2.0 |
| 6/16/2026 | E-mail to Client re: Request for Closing Statement and Updates. | 0.2 |
| 6/19/2026 | Preparation of Documents: Revise Draft of Motion to Modify Plan and Prepare Modified Chapter 11, Subchapter V Plan. | 1.5 |
| | Office conference with Client re: Review and Execute Modified Chapter 11, Subchapter V Plan. | 0.05 |
| 6/22/2026 | Preparation of Documents: Prepare Notice of Bar Date & Hearing Date for Modified Chapter 11 - Subchapter V Plan. | 0.3 |
| 6/30/2026 | Preparation of Documents: Prepare May 2026 Monthly Operating Report for Filing. File Report by ECF. | 0.5 |
| 8/4/2026 | E-mail to BK Court Clerk re: Respond to Email Regarding Change of Court's Hearing Schedule. | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12924 |
|---|---|---|---|

| | | Hours |
|---|---|---|
| 8/5/2026 | E-mail to Client re: Transmit Notice of Hearing and Dupaco Objections to Modified Plan. | 0.2 |
| 8/20/2026 | Preparation of Documents: Draft and File Objection to US Trustee's Supplemental Motion to Dismiss. | 2.0 |
| | Telephone Conference with Client re: Language for Objection to UST Supplemental Motion to Dismiss | 0.2 |
| 8/21/2026 | Plan and Prepare for Hearing on UST's Motions to Dismiss. | 1.5 |
| | Attend Telephonic Hearing re: UST's Motions to Dismiss. | 0.5 |
| | Telephone Conference with Client re: Results of Hearing on UST's Motions to Dismiss. | 0.2 |
| 8/24/2026 | Review Proceeding Memo & Order re: Hearing on UST's Motions to Dismiss. | 0.1 |
| | E-mail to Client re: Transmit Proceeding Memo & Order re: UST's Motions to Dismiss and Other Matters. | 0.2 |
| 8/27/2026 | Telephone Conference with Client re: Preparation for Hearing on Plan Modification. | 0.5 |
| | Telephone Conference with Client re: Preparation for Hearing on Plan Modification. | 0.5 |
| 8/28/2026 | Plan and Prepare for Hearing on Modification of Plan. | 2.5 |
| | Office conference with Client re: Preparation for Hearing on Plan Modification & Work with Dupaco Counsel Regarding Mutually Agreed Continuance. | 3.25 |
| 9/10/2026 | Review and Reply to E-mail from Attorney Trumm re: Insurance on Buildings and Purchase Agreement for Current Property. | 0.2 |
| | E-mail to Client re: Location of Copy of Purchase Agreement. | 0.2 |
| 9/14/2026 | E-mail to Client re: Motion & Order for Continuance of Hearings on Modification of Plan & Trustee's Motion to Dismiss. | 0.2 |

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12924 |
|---|---|---|---|

| | | | Hours |
|---|---|---|---|
| 9/21/2026 | Review and Reply to E-mail from Client re: Bankruptcy Law Requirements for Sub-contractors and Other Matters. | | 0.2 |
| | | | Amount |
| | Fee for professional services | 36.05 | $9,913.75 |
| | Additional Charges : | | |
| | | Price | |
| 9/23/2026 | Postage: Mail Application for Compensation to Creditors & Parties in Interest. | 0.78 | 16.38 |
| | Total costs | | $16.38 |
| | Total amount of this bill | | $9,930.13 |
| | Previous balance | | $5,637.50 |
| | Payment & Adjustment Information | | |
| 4/13/2026 | Payment - Thank You | | ($5,637.50) |
| | Total payments and adjustments | | ($5,637.50) |
| | Balance due | | $9,930.13 |

DUE AND PAYABLE ON RECEIPT!

Interest will accrue on unpaid balances at the rate of 8% per annum (0.67% per month). Payment of the entire balance due on this bill within 10 days of the date of the original invoice or by the last day of the month in which the bill is rendered, whichever is earlier, will prevent interest being charged on any part of the balance due.

| Property Holders LTD | Chapter 11 Bankruptcy Case | Invoice No. | 12924 |
|---|---|---|---|

| | | Amount |
|---|---|---|
| | Previous balance of Client Funds | $1,000.00 |
| 3/20/2026 | Withdrawal from client trust account: Payment to Trustee. | ($1,000.00) |
| 5/4/2026 | Payment to client trust account: For Subchapter V Trustee Escrow. Thank You! | $1,000.00 |
| 8/27/2026 | Payment to client trust account: Deposit for Trustee's Compensation. Thank You! . Check No. 2247 | $1,000.00 |
| | New balance of Client Funds | $2,000.00 |

Label Matrix for local noticing
0862-1
Case 22-00744
Northern District of Iowa
Cedar Rapids
Wed Sep 23 11:50:32 CDT 2026

A+ Accounting Services
3726 Queen CT SW STE 108
Cedar Rapids, IA 52404-3903

Adair 0365 with Union Bank as Secured Party
405 North 115th Street #100
Omaha, NE 68154-2507

Adair 0388 with Union Bank as Secured Party
405 North 115th Street #100
Omaha, NE 68154-2507

Amanda Clark
c/o Eric J Langston
601 S. Lindbergh Blvd., Flr 2
Frontenac, MO 63131

Peter D. Arling
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
Dubuque, IA 52001-6824

Attorneys Process Service
705 East Post RD SE Unit 1
Cedar Rapids, IA 52403-2094

Carlton Railsback
1047 27th ST NE
Cedar Rapids, IA 52402-4124

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Charles Davisson
2040 Spoon Creek CT SE
Cedar Rapids, IA 52403
City of Cedar Rapids 52403-1941

City Finance Dept-Billing & Collections
PO BOX 2148
Cedar Rapids, IA 52406-2148

City of Cedar Rapids
101 First ST SE
Cedar Rapids, IA 52401-1205

City of Cedar Rapids
City Finance Dept-Billing & Collections
PO BOX 2148
Cedar Rapids, IA 52406-2148

Amanda Clark
2050 Glass Road NE
Apt. 203
Cedar Rapids, IA 52402-3451

Mari Davis
720 Center Point Rd NE
Cedar Rapids, IA 52402-4666

Donnell and Shekita Tolbert
1714 6th AVE SE
Cedar Rapids, IA 52403-2612

Dupaco Community Credit Union
3299 Hillcrest Road
Dubuque, IA 52001-3974

Dupaco Community Credit Union
4615 Cross Pointe BLVD NE
Cedar Rapids IA 52411-6672

Dupaco Community Credit Union
P.O. Box 179
Dubuque IA 52004-0179

Dupaco Community Credit Union
c/o Peter D. Arling
1000 Main Street
Dubuque, IA 52001

Dupaco Community Credit Union
c/o Tonya A. Trumm
1000 Main Street
Dubuque, IA 52001

Elizabeth D. Jacobi
ATTN: City Attorney's Office
101 First ST SE
Cedar Rapids, IA 52401-1205

Elizabeth Jacobi
101 First Street SE
Cedar Rapids, IA 52401-1205

Douglas Dean Flugum
Bugeye Ventures, Inc.
PO BOX 308
CEDAR RAPIDS
Cedar Rapids, IA 52406-0308

(p)GREENSTATE CREDIT UNION
ATTN LEGAL
PO BOX 800
NORTH LIBERTY IA 52317-0800

GreenState Credit Union
c/o Benjamin G. Nielson
425 E. Oakdale Blvd., Suite 201
Coralville, IA 52241

GreenState Credit Union
c/o Siobhan Briley
425 E. Oakdale Blvd., Suite 201
Coralville, IA 52241

John M. Heckel
John M Heckel PC
5250 N.Park PL NE
Ste 114
Cedar Rapids, IA 52402-6221

Herbert Cunningham
1548 7th AVE SE
Cedar Rapids, IA 52403-2504

(p)AEGIS LAW
601 S LINDBERGH BLVD
FRONTENAC MO 63131-2733

Linn County Treasurer
935 2nd ST SW
Cedar Rapids, IA 52404-2164

Monox Group with Union Bank as Secured Party
405 North 115th Street #100
Omaha, NE 68154-2507

Benjamin Gregory Nielson
Pugh Hagan Prahm PLC
425 E Oakdale Blvd
Suite 201
Coralville, IA 52241-3404

Paw Control Wildlife Solutions
PO BOX 401
Hiawatha, IA 52233-0401

Property Holders, LTD
PO BOX 2328
Cedar Rapids, IA 52406-2328

Alexandria Quinn-Hanse
DOJ-Ust
210 Walnut Street
Suite 793
Des Moines, IA 50309-2106

Peter C. Riley
4040-1st Ave. NE
PO Box 998
Cedar Rapids, IA 52406-0998

Ryan J. Prahm, Esq
425 E Oakdale BLVD STE 201
Coralville IA 52241-3404

Sebrina Atkins
412 26th ST SE
Cedar Rapids, IA 52403-2911

Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402-2400

Tom Riley Law Firm, PLC
PO BOX 998
Cedar Rapids, IA 52406-0998

Tonya A. Trumm
O'Connor & Thomas, P.C.
1000 Main Street
Dubuque, IA 52001-6874

United States Trustee
Office of the United States Trustee
210 Walnut Street, Suite 793
Des Moines, IA 50309-2106

VERIDIAN CREDIT UNION
THE STARK COLLECTION AGENCY INC
PO BOX 45710
MADISON, WI 53744-5710

Sarah J Wencil
DOJ-Ust
300 South 4th Street
Room 1015
Minneapolis, MN 55415-2247

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GreenState Credit Union
PO Box 800
North Liberty, IA 52317

(d)GreenState Credit Union
PO BOX 800
North Liberty IA 52317-0800

(d)GreenState Credit Union
PO BOX 800
North Liberty, IA 52317-0800

Eric J. Langston
Aegis Law
222 Third Ave SE
Ste 501, Ofc 6
Cedar Rapids, IA 52401

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u), IA

(u)Ronald L. Detweiler

(d)Dupaco Community Credit Union
3299 Hillcrest Rd.
Dubuque, IA 52001-3974

| | | |
|---|---|---|
| (d)Dupaco Community Credit Union<br>4615 Cross Pointe BLVD NE<br>Cedar Rapids, IA 52411-6672 | (d)Dupaco Community Credit Union<br>P.O. Box 179<br>Dubuque, IA 52004-0179 | (d)Mari Davis<br>720 Center Point RD NE<br>Cedar Rapids, IA 52402-4666 |
| (d)Paw Control Wildlife Solutions<br>PO BOX 401<br>Hiawatha, IA 52233-0401 | (u)Cory Rath<br>Keller Williams Legacy Group | End of Label Matrix<br>Mailable recipients 44<br>Bypassed recipients 8<br>Total 52 |