UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

In Re:

Debtor: Property Holders, LTD,

Debtor and Debtor-in-Possession.

Case No. 22-00744

Chapter 11 Sub Chapter V

SEVENTH INTERIM APPLICATION OF DOUGLAS D. FLUGUM FOR SUB CHAPTER V TRUSTEE FEES AND EXPENSES

Douglas D. Flugum, in his capacity as the Sub Chapter V Trustee and employed by Bugeye Ventures, Inc. ("Applicant"), pursuant to 11 U.S.C. §§ 330 and 331, hereby requests that the Court approve its Application and enter an Order thereby awarding certain Sub Chapter V Trustee's fees and expenses incurred in connection with this case. In support thereof, Applicant respectfully represents:

1. Applicant is the Sub Chapter V Trustee of record for the Chapter 11 proceeding and has acted as such since the commencement of this proceeding on November 21, 2022.
2. Douglas D. Flugum is President and CEO as well as the sole shareholder of Bugeye Ventures, Inc. Bugeye Ventures is a consulting firm with a deep understanding of business operations, finance, investment, technology, and sales and marketing. Douglas Flugum has more than 40 years of experience delivering products, services, and advice to our clients.

3. Applicant has expended time in the form of professional services in support of this Chapter 11 Sub Chapter V proceeding. This time has been itemized on records reflecting, on a day to day basis, the work performed by the Applicant during the period covered by this Seventh Interim Application. Attached hereto as Exhibit "A" are the time records related to the services, setting forth the date of each service, a description of the service rendered, and the time spent rendering such service, and the resulting fee charge on account of the service listed. A listing setting forth the billing rates associated with each professional billing time to this matter on behalf of the Applicant.

4. Applicant has listed on Exhibit "A" any expenses incurred directly in connection with Applicant's duties as Sub Chapter V Trustee of this proceeding and were necessary to Applicant's services.

5. This seventh interim application includes fees in the amount of $4,375.00 and expenses in the amount of $0.00, for an aggregate amount due and owing of $4,375.00 for the period of January 1, 2026 through September 27, 2026 that have not been previously applied for or approved for payment.

6. Work on this case during the time concerned has involved services from the Applicant related to the: (i ) review, evaluation and verification of the Debtor's Schedules and Statements as required under 11 U.S.C. §521; (ii) conference calls with the United States Trustee's office and ; working with Debtor Counsel and directly with Debtor and debtors creditors, (iii) review the Debtors' monthly operating reports; and creating monthly reviews of plan progress (iv) and general work including financial analysis, review of documents and responding to inquiries regarding the Chapter 11 Sub Chapter V proceeding and plan.

7. The undersigned trustee represents to the Court that the services and expenses provided during the period covered by this Seventh Interim Fee Application were ordinary and necessary given

the nature of this Chapter 11 Sub Chapter V proceeding, and that no work was excessive or detrimental to the Bankruptcy Estate.

8. Applicant further requests that the Court, pursuant to 11 U.S.C. §§ 330 and 331, approve the allowance of fees and expenses as sought in this Seventh Interim Fee Application and authorize the Debtor, as debtor in possession, to pay the balance of such fees and expenses as approved by the Court to the Applicant by the Debtor.

WHEREFORE, Applicant prays that the Court, pursuant to 11 U.S.C. §§ 330 and 331, enter an Order approving the Seventh Interim Application for Fees and Expenses of the Applicant, and award compensation for services rendered and expenses in the amount of $4,375.00 for the period covered in the Seventh Interim Application, and direct the Debtor, as debtor-in-possession to pay the balance of such fees and expenses to the Applicant.

Dated: September 27, 2026

_/s/ Douglas D. Flugum___

Douglas D. Flugum
Bugeye Ventures, Inc.
PO Box 308
Cedar rapids, IA 52406
Phone: 319-389-4581
Email: dflugum@bugeyeventures.com
Sub Chapter V Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of September, 2026, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

/s/ Douglas D. Flugum

| Date | Description | Qty (hours) | Billable (Y/N | Notes | Amount | Date Billed |
|---|---|---|---|---|---|---|
| 1/2/2026 | Administrative time | 1.00 | Y | billing for Sixth Fee Filing and sending out notice | $ 250.00 | 9/27/2026 |
| 1/15/2026 | Write Status Report for December | 1.00 | Y | Review missed status report for October and write status report | $ 250.00 | 9/27/2026 |
| 2/10/2026 | Write Status Report for January | 1.00 | Y | Review MORs and file status report | $ 250.00 | 9/27/2026 |
| 3/3/2026 | Review MORs and file motion to compel | 1.50 | Y | Review MORs and file motion to compel for payment of fees | $ 375.00 | 9/27/2026 |
| 3/15/2026 | Write Status Report for February | 1.00 | Y | File status report for February and look up properties for reporting | $ 250.00 | 9/27/2026 |
| 4/17/2026 | Hearing and review documents and MORs | 1.75 | Y | Hearing on motion to compel and review document including motion to dismiss and MORs for | $ 437.50 | 9/27/2026 |
| 5/10/2026 | Review MORs and motions filed | 1.50 | Y | Review MORs for March and supporting documents. Also reviewed motions on dismissal for hearing. | $ 375.00 | 9/27/2026 |
| 5/21/2026 | Review MORs for April and review items for hearing | 1.50 | Y | Review MORs for April and review items for hearing including working with Sarah on questions | $ 375.00 | 9/27/2026 |
| 5/22/2026 | Hearing on motion to dismiss | 1.00 | Y | Dial in to hearing | $ 250.00 | 9/27/2026 |
| 6/23/2026 | Review modified plan and motion | 1.00 | Y | review filed documents for modified plan | $ 250.00 | 9/27/2026 |
| 7/1/2026 | Review MORs for May and review objection filed by Green State items for hearing | 1.00 | Y | Review MORs for May and objection to modified plan filed by Green State | $ 250.00 | 9/27/2026 |
| 7/28/2026 | Review MORs for June | 0.50 | Y | Review MORs for June | $ 125.00 | 9/27/2026 |
| 8/6/2026 | Review filed docs for hearing | 1.00 | Y | Review emails and docs for hearing | $ 250.00 | 9/27/2026 |
| 8/7/2026 | Hearing on dismissal | 0.50 | Y | Attend phone hearing on motion to dismiss | $ 125.00 | 9/27/2026 |
| 8/28/2026 | Review MORs for July | 0.50 | Y | Review MORs for July | $ 125.00 | 9/27/2026 |
| 9/11/2026 | Review docs filed and emails | 0.75 | Y | Reviewed motions and answered emails from lawyers and lenders | $ 187.50 | 9/27/2026 |
| 9/27/2026 | Administrative functions / billing | 1.00 | Y | Create and file billing application | $ 250.00 | 9/27/2026 |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | Total | 17.50 | | | $ 4,375.00 | |

Bugeye
Ventures, Inc.
PO Box 308
Cedar Rapids, IA 52406

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2026 | 12421 |

| Bill To |
|---|
| Property Holders, LTD<br>Charles A. Davisson<br>PO Box 2328<br>Cedar Rapids, IA 52406 |

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Trustee Consulting | 1 | 4,375.00 | 4,375.00 |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $4,375.00 |
| **Sales Tax (6.0%)** | $0.00 |
| **Total** | $4,375.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,375.00 |

# Statement

Bugeye Ventures, Inc.
PO Box 308
Cedar Rapids, IA 52406

| Date |
|---|
| 9/27/2026 |

| To: |
|---|
| Property Holders, LTD<br>Charles A. Davisson<br>PO Box 2328<br>Cedar Rapids, IA 52406 |

| Amount Due | Amount Enc. |
|---|---|
| $4,425.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2021 | Balance forward | | 0.00 |
| 02/21/2023 | INV #12401. Due 02/21/2023. | 4,375.00 | 4,375.00 |
| 03/25/2023 | PMT #1035. | -4,375.00 | 0.00 |
| 06/11/2023 | INV #12402. Due 06/11/2023. | 5,170.82 | 5,170.82 |
| 10/05/2023 | INV #12404. Due 10/05/2023. Third Interim Application | 4,562.50 | 9,733.32 |
| 12/10/2023 | PMT #15039764. | -9,733.32 | 0.00 |
| 04/03/2024 | INV #12406. Due 04/03/2024. | 4,750.00 | 4,750.00 |
| 07/19/2024 | PMT | -1,000.00 | 3,750.00 |
| 09/27/2024 | PMT #2255. | -1,000.00 | 2,750.00 |
| 10/24/2024 | PMT #1234. | -1,000.00 | 1,750.00 |
| 12/13/2024 | PMT #2174. | -700.00 | 1,050.00 |
| 01/20/2025 | INV #12413. Due 01/20/2025. | 4,275.00 | 5,325.00 |
| 02/25/2025 | PMT #99. | -1,000.00 | 4,325.00 |
| 06/30/2025 | PMT | -4,275.00 | 50.00 |
| 12/31/2025 | INV #12417. Due 12/31/2025. Jan 2025 to Dec 2025 | 5,825.00 | 5,875.00 |
| 04/10/2026 | PMT | -1,000.00 | 4,875.00 |
| 04/28/2026 | PMT | -4,825.00 | 50.00 |
| 09/27/2026 | INV #12421. Due 09/27/2026. | 4,375.00 | 4,425.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 4,375.00 | 0.00 | 0.00 | 0.00 | 50.00 | $4,425.00 |