**Fill in this information to identify the case:**

Debtor Name Property Holders, Ltd

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 22-00744

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August, 2026

Date report filed: 10/1/2026 (MM / DD / YYYY)

Line of business: Property Inv. & Rental

NAISC code: 5313

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Charles Davisson, President

Original signature of responsible party [signature]

Printed name of responsible party Charles Davisson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Property Holders, Ltd Case number 22-00744

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 217.06

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 19,018.79

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*. - $ 16,964.53

Report the total from *Exhibit D* here.

22. **Net cash flow** + $ 2,054.26

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 2,271.32

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0

*(Exhibit E)*

Debtor Name Property Holders, Ltd Case number 22-00744

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 1
27. What is the number of employees as of the date of this monthly report? 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 95,480.91
30. How much have you paid this month in other professional fees? $ 0
31. How much have you paid in total other professional fees since filing the case? $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 12,050.00 | – | $ 19,018.79 | = | $ -6,968.79 |
| 33. **Cash disbursements** | $ 12,000.00 | – | $ 16,964.53 | = | $ -4,964.53 |
| 34. **Net cash flow** | $ 50.00 | – | $ 2,054.26 | = | $ -2,004.26 |

35. Total projected cash receipts for the next month: $ 12,050.00
36. Total projected cash disbursements for the next month: - $ 12,000.00
37. Total projected net cash flow for the next month: = $ 50.00

Debtor Name Property Holders, Ltd Case number 22-00744

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☑ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

**Exhibit A – unpaid bills**
**August, 2026**

All professional service bills are up to date so there are currently no unpaid bills. Additionally, we have been making $1000 monthly payments to the Trust Account.

**Exhibit C**

August, 2026

Rents Received, sale proceeds, credits etc.

GSCU rents:

$2,995.00

DUPACO rents:

$15,965.00

Grand total:

$18,960.00

**Exhibit D**
**Listing of Check/ACH/Credit Card/Cash Disbursements**
**August, 2026**

| Date | Check # etc | Payee | Amount | Purpose |
|---|---|---|---|---|
| Aug 4, 2026 | Ck# 2245 | Much Better Floors | $850 | 1933 Higley Ave SE |
| Aug 6, 2026 | Ck# 2251 | John's Bookkeeping | $1,000.00 | Bookkeeping |
| Aug 6, 2026 | Payment | Mr. Steve Smith | $540.00 | Subcontractor (1933 Higley Ave SE) |
| Aug 6, 2026 | Payment | Mr. Scott Riley | $500.00 | Subcontractor (1933 Higley Ave SE) |
| Aug 6, 2026 | Payment | Mr. Jason Young | $410.00 | Subcontractor (1933 Higley Ave SE) |
| Aug 6, 2026 | Payment | Mr. Michael White | $500.00 | Subcontractor (1734 5th Ave SE) |
| Aug 6, 2026 | Payment | Mr. Greg Jacobs | $400.00 | Subcontractor (130 Thompson Dr SE) |
| Aug 6, 2026 | Payment | Mr. Chuck Davisson | $21.00 | Draw |
| Aug 7, 2026 | Payment | Mr. Jason Lafond | $400.00 | Subcontractor (1734 5th Ave SE) |
| Aug 7, 2026 | Ck# 2248 | Linn Co Sherriff | $110.00 | Eviction 351 20th St SE |
| Aug 7, 2026 | Payment | Mr. Ray Knight | $160.00 | General yard maintenance |
| Aug 7, 2026 | Payment | Mr. Jason Lafond | $200.00 | Subcontractor (1734 5th Ave SE) |
| Aug 12, 2026 | Payment | Alliant | $524.00 | Utilities |
| Aug 12, 2026 | Payment | Mr. Gregory Davis | $340.00 | General yard maintenance |
| Aug 12, 2026 | Payment | Ms. Tessa Armstrong | $200.00 | Subcontractor (2842 14th Ave SE) |
| Aug 12, 2026 | Payment | Uhaul | $100.00 | Hauling from 2842 14th Ave SE |
| Aug 13, 2026 | Payment | Linn Co Landfill | $150.00 | Dump from 2842 14th Ave SE |
| Aug 13, 2026 | Payment | Mr. Rick Smith | $400.00 | Subcontractor (2842 14th Ave SE) |
| Aug 13, 2026 | Payment | Mr. Chuck Davisson | $450.00 | Draw |
| Aug 17, 2026 | Payment | Mr. Mike Giesman | $300.00 | Subcontractor (1933 Higley Ave SE) |
| Aug 18, 2026 | Payment | Mr. Jason Lafond | $160.00 | Subcontractor (1734 5th Ave SE) |
| Aug 21, 2026 | Payment | CR Transmission | $1,450.00 | Work vehicle repair |
| Aug 21, 2026 | Payment | J & M Auto | $900.00 | Work vehicle repair |
| Aug 21, 2026 | Payment | Mr. Jason Lafond | $450.00 | Subcontractor (2842 14th Ave SE) |
| Aug 21, 2026 | Payment | Mr. Rick Smith | $450.00 | Subcontractor (2842 14th Ave SE) |
| Aug 21, 2026 | Payment | Mr. Chris Avinger | $300.00 | Subcontractor (2842 14th Ave SE) |
| Aug 22, 2026 | Payment | Ms. Michelle Taylor | $350.00 | Subcontractor (351 20th St) |
| Aug 22, 2026 | Payment | Mr. Gregory Davis | $270.00 | General yard maintenance |
| Aug 25, 2026 | Payment | J & M Auto | $50.00 | Work vehicle repair |

| | | | | |
|---|---|---|---|---|
| Aug 25, 2026 | Payment | Mr. Chuck Davisson | $1,000.00 | Draw |
| Aug 26, 2026 | Payment | City Water | $594.29 | Utilities |
| Aug 27, 2026 | Payment | Five Seasons Tires | $40.00 | Work vehicle repair |
| Aug 27, 2026 | Payment | Ms. Chelsea Perkins | $400.00 | Subcontractor (1933 Higley Ave SE) |
| Aug 27, 2026 | Ck# 67676 | Mr. Chuck Davisson | $800.00 | Draw |
| Aug 28, 2026 | Ck# 2247 | Rush Shortley Trust | $1,000.00 | Trustee payment |
| Aug 29, 2026 | Payment | Ms. Tessa Snyder | $400.00 | Subcontractor (351 20th St) |
| Aug 29, 2026 | Payment | Mr. Kevin Demoss | $200.00 | Hauling for 351 20th St |
| Aug 31, 2026 | Payment | Ms. Michelle Taylor | $200.00 | Subcontractor (351 20th St) |

**Exhibit E**

Unpaid Bills

August, 2026

All professional services bills have been paid in full. As such, there are currently no unpaid bills. Additionally, we have been making $1000 monthly payments to the Trust Account.

**Exhibit F**

Accounts Receivable as of August 31, 2026

There are no accounts receivable for August 2026.

Dupaco CREDIT UNION
ELECTRONIC SERVICE REQUESTED

P.O. Box 179
Dubuque, IA 52004-0179

STATEMENT PERIOD: 08/01/2026 to 08/31/2026



(800) 373-7600 / dupaco.com




ESTATE OF PROPERTY HOLDERS, LTD DEBTOR
PO BOX 2328
CEDAR RAPIDS IA 52406-2328

| Operating Account | BEGINNING BALANCE | TOTAL DEBITS | TOTAL CREDITS | ENDING BALANCE |
|---|---|---|---|---|
| SD - 930590815 | 217.06 | -16,964.53 | 19,018.79 | 2,271.32 |

Titles: Estate of Property Holders, LTD Debtor in Possession BK Case No.22-00744

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/01 | Previous Balance | | | 217.06 |
| 08/04 | Transfer Deposit | | 1,020.00 | 1,237.06 |
| 08/04 | Transfer Deposit | | 700.00 | 1,937.06 |
| 08/05 | Check #2245 | 850.00 | | 1,087.06 |
| 08/05 | Transfer Deposit | | 1,100.00 | 2,187.06 |
| 08/06 | Check #2251 | 1,000.00 | | 1,187.06 |
| 08/06 | Transfer Deposit | | 1,200.00 | 2,387.06 |
| 08/06 | Steve Smith | 540.00 | | 1,847.06 |
| 08/06 | Scott Riley | 500.00 | | 1,347.06 |
| 08/06 | Jason Young | 410.00 | | 937.06 |
| 08/06 | Michael White | 500.00 | | 437.06 |
| 08/06 | Greg Jacobs | 400.00 | | 37.06 |
| 08/06 | Chuck Davisson | 21.00 | | 16.06 |
| 08/07 | Transfer Deposit | | 1,000.00 | 1,016.06 |
| 08/07 | Transfer Deposit | | 2,000.00 | 3,016.06 |
| 08/07 | JASON LAFOND | 400.00 | | 2,616.06 |
| 08/07 | Check #2248 | 110.00 | | 2,506.06 |
| 08/07 | RAY KNIGHT | 160.00 | | 2,346.06 |
| 08/10 | Jason Lafond | 200.00 | | 2,146.06 |
| 08/12 | ACH Debit PAYMENT Alliant - IPL ID2420331370 Telephone Initiated Transaction- | 524.04 | | 1,622.02 |
| 08/12 | Gregory Davis | 340.00 | | 1,282.02 |
| 08/12 | Tessa Armstrong | 200.00 | | 1,082.02 |
| 08/12 | Transfer Deposit | | 220.00 | 1,302.02 |
| 08/12 | UHaul | 100.00 | | 1,202.02 |
| 08/13 | Transfer Deposit | | 400.00 | 1,602.02 |
| 08/13 | Linn County Landfill | 150.00 | | 1,452.02 |
| 08/13 | Rick Smith | 400.00 | | 1,052.02 |
| 08/13 | Menards | 450.25 | | 601.77 |
| 08/14 | Withdrawal | 450.00 | | 151.77 |
| 08/17 | Transfer Deposit | | 240.00 | 391.77 |
| 08/17 | Mike Giesman | 300.00 | | 91.77 |
| 08/18 | Deposit | | 32.79 | 124.56 |
| 08/18 | Jason Lafond | 100.00 | | 24.56 |
| 08/20 | Transfer Deposit | | 1,500.00 | 1,524.56 |
| 08/20 | Jason Lafond | 50.00 | | 1,474.56 |
| 08/21 | CR Transmition | 1,450.00 | | 24.56 |

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/21 | Transfer Deposit | | 2,700.00 | 2,724.56 |
| 08/21 | J And M Auto | 900.00 | | 1,824.56 |
| 08/21 | Jason Lafond | 450.00 | | 1,374.56 |
| 08/21 | Rick Smith | 450.00 | | 924.56 |
| 08/21 | Chris Avinger | 300.00 | | 624.56 |
| 08/22 | Michelle Taylor | 350.00 | | 274.56 |
| 08/22 | Gregory Davis | 270.00 | | 4.56 |
| 08/24 | Transfer Deposit | | 175.00 | 179.56 |
| 08/25 | Transfer Deposit | | 900.00 | 1,079.56 |
| 08/25 | JNM Auto | 50.00 | | 1,029.56 |
| 08/25 | Check #67677 | 1,000.00 | | 29.56 |
| 08/26 | Transfer Deposit | | 1,000.00 | 1,029.56 |
| 08/26 | Check #2254 | 549.24 | | 480.32 |
| 08/27 | Five Seasons Tire | 40.00 | | 440.32 |
| 08/27 | Chelsea Perkins | 400.00 | | 40.32 |
| 08/27 | Transfer Deposit | | 805.00 | 845.32 |
| 08/27 | Check #67676 | 800.00 | | 45.32 |
| 08/28 | Transfer Deposit | | 1,000.00 | 1,045.32 |
| 08/28 | Check #2247 | 1,000.00 | | 45.32 |
| 08/29 | Transfer Deposit | | 1,100.00 | 1,145.32 |
| 08/29 | Tessa Snyder | 400.00 | | 745.32 |
| 08/29 | Kevin Demoss | 200.00 | | 545.32 |
| 08/31 | Eviction Refund | | 26.00 | 571.32 |
| 08/31 | Transfer Deposit | | 1,000.00 | 1,571.32 |
| 08/31 | Transfer Deposit | | 900.00 | 2,471.32 |
| 08/31 | Michelle Taylor | 200.00 | | 2,271.32 |
| 08/31 | Ending Balance | | | 2,271.32 |

Cleared Share Drafts

(^ Indicates an Electronic Check)

(* Indicates the check number is out of sequence)

| DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT | DRAFT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2245 | 08/05 | 850.00 | 2248 | 08/07 | 110.00 | 2254 * | 08/26 | 549.24 | 67677 | 08/25 | 1,000.00 |
| 2247 * | 08/28 | 1,000.00 | 2251 * | 08/06 | 1,000.00 | 67676 * | 08/27 | 800.00 | | | |

Dupaco CREDIT UNION



### EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT

The INTEREST CHARGE on each open-end account shown on this statement is computed by multiplying the daily periodic rate by the daily balance of that account on each day of the billing cycle. The daily balance is determined as follows: For each day of the billing cycle we takethe balance of the account for the previous day, add any new loans and charges, and subtract any credits and payments made on that day. INTEREST CHARGES are also subtracted until you make a payment. This gives us the daily balance of your account for that day. The billing cycle is the time between each statement, which will be approximately one month.

### IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at PO Box 179, Dubuque, IA 52004-0179 as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)

Write us at PO Box 179, Dubuque, IA 52004-0179 or call us at 800-373-7600 as soon as you can if you think your statement or automated teller machine receipt is wrong or if you need more information about a receipt or an EFT transfer on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business day (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit you account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### SHARE DRAFT RECONCILIATION

Outstanding Share Drafts

| NUMBER | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

Ending Balance Shown on this Statement ....................$ ___________

Add Deposits Not Shown on this Statement..............$ ___________

Subtotal........................$ ___________

Subtract Total Outstanding Drafts........$ ___________

Equals Adjusted Ending Balance.............$ ___________

Adjusted ending balance shown above should agree with the balance shown in your share draft book.

NOTE: Be sure to deduct any charges, fees or withdrawals Shown on your statement (but not in your share Draft book) that may apply to your account. Also, be Sure to add any dividends or any deposits shown on Your statement (but not in your share draft book) That apply to your account.

Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government
NCUA National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY

**Progress/plans narrative**
**August/September 2026**

**GSCU properties**

The final property required to satisfy the GSCU obligation, **1933 Higley Ave SE**, has now been sold and will close in October. The net proceeds will more than satisfy the remaining GSCU balance of approximately **$104,348.01**. The remaining proceeds from the sale will be used to pay the Trustee, legal expenses and any remaining unsecured claims.

Upon completion of the sale and payoff of GSCU, **five properties will remain owned free and clear, with a combined current market value of approximately $1,000,000**.

These results are almost exactly what Mr. Shortley presented at the confirmation hearing, demonstrating that the plan has remained substantially on track.

**DUPACO properties**

It is anticipated that the final property needed to pay off GSCU will be financed by GSCU and proceed to closing, allowing the existing judgment to be released. This has been the primary objective throughout: to pay off GSCU first and secure the release of the judgment.

In anticipation of that release, Property Holders has been in discussions with Fairfax State Savings Bank regarding financing sufficient to pay off DUPACO. Once the judgment is released, a significant obstacle to refinancing will be removed, making the proposed financing substantially more feasible.

The debtor is more than willing to return to regular payments with Dupaco in view of the fact that the loan to value is less than half of what new commercial loans Dupaco is routinely making.