# United States Bankruptcy Court
# Northern District of Iowa

**IN RE:**

Property Holders, LTD ,

**Debtor.**

**Chapter 11**

**Bankruptcy No. 22-00744**

**ORDER APPROVING APPLICATION FOR COMPENSATION OF DEBTOR'S ATTORNEY**

This matter comes before the Court upon Interim Application for Allowance of Compensation for Debtor's Attorney filed by Rush M. Shortley, Attorney for Debtor, on September 23, 2026. Upon review of the file, the Court finds no timely objections were filed in response to the notice of the application to all creditors and other parties-in-interest.

IT IS THEREFORE ORDERED that the Interim Application for Allowance of Compensation of Debtor's Attorney is hereby granted and approved as filed and that Debtor is hereby ordered and directed to pay $9,930.13 in fees and expenses to Rush M. Shortley, as a Chapter 11 administrative expense from available funds on hand.

Dated and Entered: October 16, 2026

Thad J. Collins,
Chief United States Bankruptcy Judge

Order Prepared by Rush M. Shortley, Attorney for Debtor