UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 22-00744 |
| Debtor: Property Holders, LTD | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

**AMENDED ORDER GRANTING TRUSTEE'S SEVENTH INTERIM FEE APPLICATION**

The mater before the Court is the Seventh Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum, filed on September 27, 2026 (doc. 353). The motion was served with a bar date notice on all creditors and parties in interest on September 27, 2026 (doc. 354). The deadline to file objections was October 19, 2026. No objections have been filed with the court and the time for filing them has passed.

**IT IS THEREFORE ORDERED** that the Seventh Interim Fee Application, pursuant to 11 U.S.C. §§330 and 331, of Sub Chapter V Trustee Douglas D. Flugum is granted in the requested amounts of $4,375.00 for fees and $0.00 for expenses (Total of $4,375.00).

Dated and entered:

November 3, 2026

______________________________
Bankruptcy Judge