# United States Bankruptcy Court
# Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| PROPERTY HOLDERS, LTD, **Debtor.** | **Bankruptcy No.** 22-00744 |
| | **Consent Motion for Authority to Sell Property Under 11 U.S.C. §363** |

Debtor, by Rush M. Shortley, its attorney, requests relief as follows:

1. This Chapter 11, Subchapter V case was filed on November 21, 2022.
2. Debtor's Chapter 11, Subchapter V plan was confirmed by order of this court dated June, 7, 2023. The terms of the confirmed plan provided for substantial completion within three years following the effective date of the plan of June 21, 2023
3. The confirmed plan granted authority to the Debtor-In-Possession (Debtor) to sell various residential parcels of real property owned by Debtor and mortgaged to GreenState Credit Union and Dupaco Community Credit Union, applying the proceeds to pay the costs of sale and to payment of the mortgage attached to the various parcels sold.
4. The three-year period of the original plan expired on June 21, 2026. Prior to that date, Debtor filed a motion to modify the original confirmed plan and modified plan to extend the plan consummation date by two years and to specifically authorize the refinancing of the remaining secured claim of Dupaco. Debtor's motion and modified plan were objected to by Dupaco and Greenstate—Greenstate's objection was limited to a disagreement with Debtor of the balance of its claim, to which Debtor has acceded. Also, Dupaco has withdrawn its approval of confirmation of the original plan in its objection to confirmation of the motion to modify the original confirmed plan and the modified plan. Hearing on Debtor's modification motion and modified plan has now been set for December 2, 2026.
5. Subsequent to June 21, 2026, Debtor entered into a contract for the sale of a parcel of residential real estate owned by it and mortgaged to GreenState located at 1933 Higley Avenue SE, Cedar Rapids, Iowa for $153,000.00, an amount that would satisfy GreenState's secured claim in full and provide sufficient net proceeds to satisfy outstanding administrative expenses. Completion of this sale will also in release

GreenState's cross-collateralized real estate mortgages and full satisfaction of the Iowa District Court foreclosure decrees and money judgments against Debtor.

6. Closing of this sale will leave five residential properties now collateral for GreenState's secured claim free and clear of all liens and encumbrances other than real estate taxes which are valued at substantially more than any potential administrative or other claims against the estate.

7. Closing of this sale was set for October 30, 2026. In preparation for closing, the attorney retained by the buyer of the property to render a title opinion on the property stated a requirement for closing that authority for conveyance of the property be established by an order of this court with an opinion that the Debtor's authority to convey the property under the confirmed plan has expired.

8. Debtor and both secured parties agree that completing the sale of this property as soon as possible is in all their best interests and that completion of the sale will not harm the interests of any unsecured creditors or other in interested parties because substantial real property of substantially more value remains than would be required to satisfy any remaining unsecured claims and administrative costs.

9. Since Debtor believes this sale could be lawfully completed without approval of the Court but for the requirements of the Iowa Title Standards, that the sale will not harm the interests of GreenState or Dupaco, that the sale will not reduce any potential benefit to unsecured creditors, and that a timely closing would be of essence to the interests of Debtor and other interested parties, Debtor believes this motion could properly be handled on an *ex parte* basis. If the Court determines that an *ex parte* order approving this sale would not be appropriate, Debtor believes the exigency of the circumstances of the sale pending one week from the filing of this motion that an expedited telephonic hearing would appropriately be set for a date and time within 14 days of the filing of this motion allowing the Court to hear any objections prior to the granting of an order approving this sale and prior to a rescheduled closing.

WHEREFORE, Property Holders, LTD, Debtor in Possession, requests the this Honorable Court to enter its order as follows;

a. A finding that handling this motion on an *ex parte* basis is appropriate under the circumstances presented;

b. Its order permitting the sale to proceed as specified in this motion and approving the disposition of the net proceeds to Debtor under the process provided by the previously confirmed plan;

c. If the Court finds an opportunity should be presented for interested parties to be heard, provide that a telephonic hearing be set a date and time within 14 days of the filing of this motion, with electronic notice to be given to Dupaco Community Credit Union's counsel, Greenstate Credit Union's counsel, the case trustee and the U.S. Trustee along with all other interested parties requesting notice.

Respectfully Submitted,

Dated: November 4, 2026

Rush M. Shortley 7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor

Consent to granting the *ex parte* relief requested by this motion by the following parties is granted.

Dated: November 4, 2026

/s/ Benjamin G. Nielson
Benjamin G. Nielson
Pugh Hagan Prahm PLC
Attorney for Greenstate Credit Union

Dated: November 4, 2026

/s/ Tonya A. Trumm
Tonya A. Trumm
O'Connor & Thomas, P.C.
Attorney for Dupaco Community Credit Union

Dated: November 4, 2026

/s/ Douglas D. Flugum
Douglas D. Flugum
Subchapter V Trustee

Dated: November 4, 2026

Mary R. Jensen, Acting United States Trustee

/s/ Sarah J. Wencil
By: Sarah J. Wencil, Trial Attorney

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document—was served by CM/ECF electronic service to all parties requesting electronic service, on November 4, 2026.

Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Debtor