# United States Bankruptcy Court
# Northern District of Iowa

**IN RE:**

PROPERTY HOLDERS, LTD,
**Debtor.**

**Chapter 11**

**Bankruptcy No.** 22-00744

**ORDER re: MOTION FOR AUTHORITY TO SELL PROPERTY UNDER 11 USC §363**

The Court has Debtor's Motion for Authority to Sell Property Under 11 USC §363 (DOC 362) before it for consideration; the Court notes Dupaco Community Credit Union, Greenstate Credit Union, the Subchapter V Trustee and the United States Trustee's office have consented to the granting of the relief requested in the motion; and the Court finds that the motion as presented is properly treated as an *ex parte* matter. THEREFORE,

IT IS ORDERED that the relief requested in the motion is granted, and the sale of the property located at 1933 Higley Avenue SE, Cedar Rapids, IA is authorized to proceed as described in the motion, free and clear of the mortgage lien and judgment liens of GreenState Credit Union;

IT IS FURTHER ORDERED that the lien of the GreenState Credit Union shall attach to the net sale proceeds upon release of its mortgage lien and execution of a full satisfaction of judgment.

Dated and entered: November __4__, 2026

Thad J. Collins
Chief Bankruptcy Judge

Approved as to Form & Content:

Rush M. Shortley, Attorney for Debtor

/s/ Benjamin G. Nielson
Benjamin G. Nielson, Attorney for Greenstate Credit Union

/s/ Tonya A. Trumm
Tonya A. Trumm, Attorney for Dupaco Community Credit Union

/s/ Douglas D. Flugum
Douglas D. Flugum, Subchapter V Trustee

/s/ Sarah J. Wencil
Sarah J. Wencil, Trial Attorney Unites States Trustee Program

Order Prepared by: Rush M. Shortley, Attorney for Debtor.