United States Bankruptcy Court

Northern District of Iowa

In re: Case No. 22-00744-TJC

Property Holders, LTD Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1 User: admin Page 1 of 2

Date Rcvd: Nov 02, 2026 Form ID: pdf902 Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 2359849 | + | A+ Accounting Services, 3726 Queen CT SW STE 108, Cedar Rapids, IA 52404-3903 |
| 2359853 | | City Finance Dept-Billing & Collections, PO BOX 2148, Cedar Rapids, IA 52406-2148 |
| 2359860 | | Paw Control Wildlife Solutions, PO BOX 401, Hiawatha, IA 52233-0401 |
| 2359862 | | Tom Riley Law Firm, PLC, PO BOX 998, Cedar Rapids, IA 52406-0998 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 2357892 | Email/Text: agleason@dupaco.com | Nov 02 2026 20:43:00 | Dupaco Community Credit Union, P.O. Box 179, Dubuque IA 52004-0179 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2359855 | * | Dupaco Community Credit Union, P.O. Box 179, Dubuque, IA 52004-0179 |
| 2359850 | ##+ | Attorneys Process Service, 705 East Post RD SE Unit 1, Cedar Rapids, IA 52403-2094 |
| 2359848 | ##+ | Mari Davis, 720 Center Point RD NE, Cedar Rapids, IA 52402-4666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Quinn-Hanse | on behalf of U.S. Trustee United States Trustee allie.quinn-hanse@usdoj.gov |
| Benjamin Gregory Nielson | on behalf of Creditor GreenState Credit Union bnielson@pughhagan.com kplumb@pughhagan.com |
| Douglas Dean Flugum | dflugum@bugeyeventures.com |
| Eric J. Langston | on behalf of Creditor Amanda Clark elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| John M. Heckel | on behalf of Creditor Mari Davis heckellaw@jmheckel.com r45714@notify.bestcase.com |
| Mari Davis | iahomelocators@yahoo.com |
| Peter C. Riley | on behalf of Debtor Property Holders LTD peterr@trlf.com, phyllisd@trlf.com |
| Peter D. Arling | on behalf of Creditor Dupaco Community Credit Union parling@octhomaslaw.com tgrimm@octhomaslaw.com |
| Rush M. Shortley | on behalf of Debtor Property Holders LTD rush@shortleylaw.com, r51060@notify.bestcase.com |
| Sarah J Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Tonya A. Trumm | on behalf of Creditor Dupaco Community Credit Union ttrumm@octhomaslaw.com snolz@octhomaslaw.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>PROPERTY HOLDERS, LTD,<br><br>Debtor. | Chapter 11<br>Case No. 22-00744 |

## ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARINGS

Upon the *Stipulated Motion to Continue Hearings* (the "Motion") filed on November 2, 2026, by Property Holders, LTD., Dupaco Community Credit Union, and Mary R. Jensen, Acting United States Trustee (collectively, the "Parties"), and good cause existing to grant the relief requested in the Motion,

IT IS HEREBY ORDERED that:

1. the Motion is granted; and

2. the previously scheduled hearing on the Dismissal Motion (as defined in the Motion), the Modification Motion (as defined in the Motion), and the various objections to such motions, is hereby continued to December 2, 2026, at 10:30 A.M. at the U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401.

Dated and entered: November 2, 2026.

United States Bankruptcy Judge
Northern District of Iowa

Agreed as to Form and Content:

PROPERTY HOLDERS, LTD.

By: *____/s/ Rush M. Shortley____________*

Rush M. Shortley
1925 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com

Attorney for Debtor Property Holders, Ltd.

DUPACO COMMUNITY CREDIT UNION

By: *____/s/ Tonya A. Trumm____________*

Tonya A. Trumm
Peter D. Arling
O'CONNOR & THOMAS, P.C.
1000 Main Street
Dubuque, IA 52001
Phone: (563) 557-8400
E-mail: ttrumm@octhomaslaw.com
pdarling@octhomaslaw.com

Attorneys for Dupaco Community Credit Union

MARY R. JENSEN

ACTING UNITED STATES TRUSTEE

By: *____/s/ Sarah J. Wencil_______*

Office of the U.S. Trustee
Trial Attorney
U.S. Courthouse
300 South Fourth Street Suite 1015
Minneapolis, MN 55415
Phone: (612) 334-1350
E-mail: sarah.j.wencil@usdoj.gov

Attorney for the Acting United States Trustee