UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: PROPERTY HOLDERS, LTD<br><br>Debtor. | )<br>)<br>)<br>) | Case No. 22-00744<br><br>**SATISFACTION OF JUDGMENT** |

COMES NOW Bankruptcy Trustee Doug Flugum and acknowledges payment and satisfaction of the judgment entered October 23, 2026, and any prior judgments or other claims for fees, and authorizes the Clerk to show the judgment satisfied of record.

Doug Flugum, Trustee

STATE OF ~~IOWA~~ Arizona )
) SS.
COUNTY OF ~~LINN~~ Maricopa )

This Satisfaction of Judgment Lien was acknowledged before me on November 12, 2026, by Doug Flugum as Bankruptcy Trustee.

Notary Public in and for the State of ~~Iowa~~ Arizona

ITZEL SUCHOLAS
Notary Public - Arizona
Maricopa County
Commission # 663457
My Comm. Expires Feb 23, 2028